AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  4:20-cv-02058-ACA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Neketris Estelle
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will be~~ may entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

CLERK OF COURT

*Kathryn Kimbrough*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; )<br>JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; )<br>GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; )<br>GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS )<br>ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, )<br>and ON-DUTY GATE OFFICER, )<br>*Defendant(s)* ) | Civil Action No.  4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gwendolyn Givens
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205


If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

Date: 12/29/20

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS<br><br>*Plaintiff(s)*<br><br>v.<br><br>JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER,<br><br>*Defendant(s)* | Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Carla Graham
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS

*Plaintiff(s)*

v.

JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER,

*Defendant(s)*

Civil Action No. 4:20-cv-02058-ACA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Karla Jones
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No.  4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carl Sanders
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will be~~ may entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS<br><br>*Plaintiff(s)*<br><br>v.<br>JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER,<br><br>*Defendant(s)* | Civil Action No.  4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin White
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Date: 12/29/20

CLERK OF COURT

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br><br> *Defendant(s)* | Civil Action No.  4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jeffrey Williams
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/20

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Gary Malone
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br> *Defendant(s)* | ) ) ) ) ) ) )  Civil Action No.  4:20-cv-02058-ACA ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edward Ellington
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br><br> *Defendant(s)* | Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jefferson Dunn
Alabama Department of Corrections
301 S. Ripley Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/29/20

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br> *Defendant(s)* | Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Larry Baker
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default ~~will~~ may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

*CLERK OF COURT*

Kathryn Kimbrough

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY, ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tanya Ary
Alabama Department of Corrections
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/29/20

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*