FILED
2021 Jan-12 PM 03:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as special representative of the ESTATE OF TERRENCE ANDREWS <br><br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 4:20-cv-02058-ACA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Grantt Culliver
8157 Oak Aly
Montgomery, AL 36117-6502

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default *may* be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SHARON N. HARRIS, CLERK OF COURT
*CLERK OF COURT*

Date: JAN 12 2021

by: *Shirley A. Williams*
*Signature of Clerk or Deputy Clerk*

CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203