# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL**, as representative of the **ESTATE OF TERRENCE ANDREWS**, | )<br>)<br>)<br>) |
| **Plaintiff**, | )<br>) |
| v. | ) Case No.: 4:20-cv-02058-ACA<br>) |
| **CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER and TANYA ARY** | )<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

**COMES NOW** Robert F. Northcutt, of the law firm CAPELL & HOWARD, P.C., and files his notice of appearance as additional counsel of record for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker and Tanya Ary. Kevin White has not been served with the lawsuit at this time but undersigned will hereby accept service on behalf of Mr. White. Undersigned requests that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 28th day of January 2021.

> */s/ Robert F. Northcutt*
> ROBERT F. NORTHCUTT (ASB-9358-T79R)
> JAMES N. WALTER, JR. (ASB-2722-R68J)
> C. RICHARD HILL, JR. (ASB-0773-L72C)
> *Attorneys for Defendants*

**OF COUNSEL:**
**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243
Email:  bob.northcutt@chlaw.com
           jimmy.walter@chlaw.com
           rick.hill@chlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 28th day of January 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to the following:

Ruth M. Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL  35205

                                            */s/ Robert F. Northcutt*
                                            OF COUNSEL