FILED
2021 Mar-03 PM 03:59
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY,  ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER,<br><br>Defendants. | Case No.: 4:20-cv-02058-ACA<br><br><br><br><br><br>JURY TRIAL DEMANDED |

## REQUEST FOR SERVICE VIA CERTIFIED MAIL

Plaintiff Lakeisha Ezell, by her attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, respectfully requests that Defendant Gwendolyn Givens be served via certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of Civil Procedure 4(e)(1).

Respectfully submitted,

**LAKEISHA EZELL**

BY: /s/ Ruth Brown
 *Counsel of Record*

BY: /s/ Anil Mujumdar
 *Local Counsel*

Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on March 3, 2021, I caused the foregoing Request to Serve by Certified Mail to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*