FILED
2021 Mar-05 AM 09:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, <br><br> *Plaintiff(s)* <br> v. <br> JEFFERSON DUNN, et al. <br><br> *Defendant(s)* | Civil Action No. 4:20-cv-02058-ACA |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gwendolyn D. Givens
Hamilton Correctional Center- Aged and Infirmed
223 Sasser Drive
Hamilton, AL 35570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default May be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3-4-2021

Pamela Cook

*Signature of Clerk or Deputy Clerk*