FILED

2021 Mar-19  PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| LAKEISHA EZELL, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:20-CV-2058-ACA** |
| **v.** | ) | |
| | ) | |
| JEFFERSON DUNN, *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Comes Now Defendants Jefferson S. Dunn ("Commissioner Dunn"), Grantt Culliver ("Culliver"), Jeffery A. Williams ("Williams"), Edward Ellington ("Ellington"), Anthony Brooks ("Brooks"), and Gwendolyn Givens ("Givens," and collectively with Dunn, Culliver, Williams, Ellington, and Brooks, the "ADOC Officials"), hereby respectfully request the Court enter an order granting the ADOC Officials until April 2, 2021, to respond to Plaintiff's Amended Complaint.[1] As grounds for and in support of this Motion, the ADOC Officials state as follows:

1.     On December 14, 2020, Plaintiff filed her Complaint, joining seventeen (17) individuals (including former Alabama Department of Corrections ["ADOC"] employees) as defendants. (Doc. 1).

2.     On January 28, 2021, Commissioner Dunn, Williams, and Ellington, requested the Court enter an order granting them until March 1, 2021, to respond to the Complaint. (Doc. 15). The Court granted the motion in a text order on February 2, 2021. (Doc. 18).

3.     On February 25, 2021, the Court struck Plaintiff's Complaint and ordered Plaintiff to file an amended Complaint on or before March 12, 2021. (Doc. 30).

---

[1] By filing this Motion, the ADOC Officials do not waive, and expressly preserve, all Rule 12(b) defenses.

4.      Plaintiff filed her Amended Complaint on March 12, 2021. (Doc. 34).

5.      Commissioner Dunn, Culliver, Ellington, and Brooks must respond to Plaintiff's Amended Complaint on or before March 26, 2021.

6.      Plaintiff executed service on Givens on March 17, 2021.  (Doc. 36).  Her deadline to respond to the Amended Complaint is April 7, 2021.

7.      The undersigned counsel would prefer to file a single response on behalf of the ADOC Officials rather than separate responses.

8.       The granting of this extension will not unduly prejudice the Plaintiff.

9.      The undersigned conferred with Plaintiff's counsel and Plaintiff's counsel does not oppose the granting of this motion.

WHEREFORE, PREMISES CONSIDERED, the ADOC Officials respectfully request that this Court issue an order setting a deadline of April 2, 2021, for the ADOC Officials to respond to Plaintiff's Amended Complaint.


Dated:  March 19, 2021.

/s/ William R. Lunsford
William R. Lunsford
*Attorney for the ADOC Officials*

William R. Lunsford
Stephen Rogers
La Keisha W. Butler
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 512-5710
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 19th day of March, 2021:

Ruth Z. Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: (312) 243-5900
F: (312) 243-5902
E: ruth@loevy.com
E: megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: (205) 590-6986
F: (205) 809-7899
E: anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
T: (334)241-8043
F: (334)-241-8243
E: bob.northcutt@chlaw.com
E: jimmy.walter@chlaw.com
E: rick.hill@chlaw.com

*Attorneys for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, and Tanya Ary*

/s/ William R. Lunsford

Of Counsel

3