FILED
2021 Mar-29 AM 10:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

LAKEISHA EZELL, as representative of the
ESTATE OF TERRENCE ANDREWS,

    *Plaintiff(s)*

v.

JEFFERSON DUNN, et al.,

    *Defendant(s)*

Civil Action No. 4:20-CV-02058-ACA

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles Daniels
Nevada Department of Corrections
Stewart Facility
5500 Snyder Avenue, Bldg. 17
Carson City, Nevada 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Anil Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SHARON N. HARRIS, CLERK OF COURT**

*CLERK OF COURT*

Date: 3/29/21

*Signature of Clerk or Deputy Clerk*

**CLERK, U.S. DISTRICT COURT
ROOM 140, U.S. COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203**