FILED
2021 Apr-02 PM 06:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No.: 4:20-cv-02058-ACA |
| **JEFFERSON DUNN; GRANTT CULLILVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER; TANYA ARY; CYNTHIA CAVER; and ERIC GARRETT,** ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** ) | |

## **MOTION TO DISMISS**

COME NOW Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, and Tanya Ary ("Defendants"), and submit this Motion to Dismiss Plaintiff's Complaint (Doc. 34). As grounds for this motion, Defendants state as follows:

1. Plaintiff's Complaint fails to comply with this Court's repleading Order (Doc. 30) and is a shotgun pleading.

2. According to the Complaint as pled, Plaintiff's claims appear to be time-barred.

3. Qualified immunity bars Plaintiff's claims against the Defendants.

4. The Defendants cannot be held vicariously liable for the acts of their subordinates.

5. Plaintiff does not allege sufficient facts to support a claim for supervisor liability.

6. Plaintiff's medical care claim is due to be dismissed.

7. Plaintiff's failure to protect claim is due to be dismissed.

8. Plaintiff's failure to intervene claim is due to be dismissed.

9. Plaintiff's wrongful death claim is due to be dismissed.

10. Plaintiff's conspiracy claim is due to be dismissed.

Defendants are filing contemporaneously in support of this motion a Memorandum of Law in Support of Motion to Dismiss.

Respectfully submitted this the 2nd day of April, 2021.

/s/ James N. Walter, Jr.
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
W. JACKSON BRITTON (ASB-8252-K46Y)

Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker and Tanya Ary

OF COUNSEL:
Capell & Howard, P.C.
150 S. Perry Street (36104)
PO Box 2069
Montgomery, AL  36102-2069
Email:
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
jackson.britton@chlaw.com
Phone (334) 241-8000

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 2nd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth M. Brown
Megan Pierce
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607

Anil A. Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL  35205

William R. Lunsford
Matthew B. Reeves
La Keisha W. Butler
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street, S.W.
Huntsville, AL 35801

                                                                                    <u>James N. Walter, Jr.</u>
                                                                                    Of Counsel