## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.: 4:20-cv-02058-ACA |
| JEFFERSON DUNN; GRANTT CULLIVER; CHARLES DANIELS; JEFFERY WILLIAMS; EDWARD ELLINGTON; KARLA JONES; GWENDOLYN GIVENS; ANTHONY BROOKS; CARL SANDERS; GARY MALONE; KEVIN WHITE; CARLA GRAHAM; NEKETRIS ESTELLE; LARRY BAKER, TANYA ARY,  ON-DUTY CUBE OFFICER, and ON-DUTY GATE OFFICER, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | JURY TRIAL DEMANDED |

## REQUEST FOR SERVICE VIA CERTIFIED MAIL

Plaintiff Lakeisha Ezell, by her attorneys with the law firms of Loevy & Loevy and the

Dagney Johnson Law Group, respectfully requests that Defendant Charles Daniels be served

via certified mail pursuant to Alabama Rules of Civil Procedure 4(i)(2) and Federal Rules of

Civil Procedure 4(e)(1).

Respectfully submitted,

**LAKEISHA EZELL**

BY**:** /s/ Ruth Brown_____
*Counsel of Record*

Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com