# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE of TERRENCE ANREWS, | ) ) ) |
| Plaintiff, | ) Honorable Judge Annemarie Carney Axon ) ) Case No.: 4:20-cv-02058-ACA |
| v. | ) ) ) ) |
| JEFFERSON DUNN, et al., | ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

## PLAINTIFF'S *UNOPPOSED* MOTION FOR AN AGREED MODIFICATION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS

Plaintiff Lakeisha Ezell, by her attorneys, Loevy & Loevy and Dagney Johnson Law Group, respectfully requests that this Honorable Court enter the parties' agreed modification to the briefing schedule on Defendants' motions to dismiss (Dkts. 46, 48), allowing all parties an additional four days for their filings. In support thereof, Plaintiff states as follows:

1. Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, and Tanya Ary ("St. Clair Defendants"), and Jefferson Dunn, Grantt Culliver, Jeffrey Williams, Edward Ellington, Karla Jones, Gwendolyn Givens, and Anthony Brooks ("ADOC Officials") have filed Motions to Dismiss. *See* Dkts. 46, 48.

2. Per this Court's scheduling order, Plaintiff's responses are due on April 19, 2021, and Defendants' replies are due on April 26, 2021. *See* Dkts. 50, 51.

3. Plaintiff respectfully moves this Court for an agreed modification of the briefing schedule that would allow all parties an extra 4 days for their briefs.

4. Plaintiff's counsel has been working diligently on Plaintiff's responses to the motions to dismiss but despite their best efforts, due to unusually busy litigation schedules, require additional time to prepare Plaintiff's responses and fully apprise this Court of Plaintiff's positions and the applicable law.

5. Plaintiff's counsel with the law firm of Loevy & Loevy have been occupied with the submission of an amended complaint in *D.S. v. Dunn, et al.*, 2:20-cv-02012-RDP (N.D. Ala.); responses to four summary judgment motions in *Farris v. Kohlrus, et al.*, No. 3:17-cv-03279-SEM-TSH (C.D. Ill.); a response to a motion to dismiss in *Dwyer v. Neal*, No. 3:18-cv-995-JD-MGG (N.D. Ind.); and prescheduled depositions and motion practice in both *Bouto v. Guevara et al.*, No. 19-cv-02441 (N.D. Ill.), and *Velez v. City of Chicago, et al.*, No. 1:18-cv-08144 (N.D. Ill.).

6. In addition, Defendants' memoranda in support of their motions to dismiss total 57 pages, and raise, respectively, five and ten bases for dismissal of Plaintiff's claims.

7. Accordingly, Plaintiff respectfully requests an extension of four additional days in which to tender her responses, which would make those responses due April 23, 2021.

8. This motion is brought in good faith and will not prejudice any party.

9. The moving Defendants have all indicated that they do not oppose Plaintiff's request for an extension or proposed modified briefing schedule, provided that the moving Defendants, too, receive an additional four additional days in which to submit their reply briefs. Plaintiff does not oppose the moving Defendants' request for an additional four days in which to submit their reply briefs.

10. Thus, Plaintiff respectfully moves this Honorable Court to enter the parties' agreed proposed modification to the briefing schedule pursuant to which all parties would get an

additional four days for their filings, with Plaintiff's response briefs due April 23, 2021, and Defendants' reply briefs due May 4, 2021.

WHEREFORE, premises considered, Plaintiff respectfully moves this Honorable Court to enter Order granting the Plaintiff's request regarding the parties' agreed modifications to the briefing schedule for Defendants' motions to dismiss (Dkts. 46, 48), permitting Plaintiff to file her response briefs by April 23, 2021, and Defendants to file their reply briefs by May 4, 2021.

Respectfully submitted,

LAKEISHA EZELL

BY**:** /s/ Ruth Brown
 *Counsel of Record*

BY**:** /s/ Anil Mujumdar
 *Local Counsel*

\*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
\*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

# CERTIFICATE OF SERVICE

I, Ruth Brown, hereby certify that on April 16, 2021, I caused the foregoing Motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*