# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL**, as representative of the **ESTATE OF TERRENCE ANDREWS**, | ) ) ) ) |
| **Plaintiff**, | ) ) |
| v. | ) Case No.: 4:20-cv-02058-ACA |
| **JEFFERSON DUNN, et al.** | ) ) ) |
| **Defendants.** | ) |

## MOTION TO STRIKE
## PLAINTIFF'S RESPONSE TO MOTION TO DISMISS (Doc. 60)

COMES NOW Defendants Carl Sanders ("Sanders"), Gary Malone ("Malone"), Kevin White ("White"), Carla Graham ("Graham"), Larry Baker ("Baker"), Tanya Ary ("Ary") and Estelle Neketris ("Neketris") (collectively "Defendants") and move to strike Plaintiff's Response to Motion to Dismiss (Doc. 60) ("Response") pursuant to this Court's Standing Order and Appendix II thereto. As grounds for this motion, Defendants state the following:

1. On or about April 23, 2021, Plaintiff filed its Response (Doc. 60) to Defendants' Motion to Dismiss and Memorandum of Law in Support thereof. (Docs. 46, 47).

2.      According to this Court's standing order titled "Initial Order Governing All Further Proceedings," ("Order") which is readily accessible on the Court's website, non-summary judgment dispositive motions must comply with Appendix II of the Order to the extent practicable. Appendix II further provides that it contains:

> specific, mandatory instructions regarding the preparation and submission of briefs…in support of and in opposition to potentially dispositive motions. These instructions must be followed explicitly. Except for <u>good cause shown</u>, briefs and evidentiary materials that do not conform to the following requirements may be <u>stricken</u>.

(emphasis added).

3.      According to Appendix II, Plaintiff's Response, as a response brief to Defendants' motion to dismiss, was limited to thirty-five pages. Id. at p. 16. However, Appendix II expressly condemns the use of substantive arguments in footnotes: "The court may strike any brief that would exceed the page limits because of attempts to…include substantive arguments in footnotes." Id.

4.      As filed, Plaintiff's Response consisted of a full thirty-five pages, but included substantive arguments in the footnotes. If these footnoted substantive arguments had been properly included in the body of the argument, the Plaintiff's Response would have exceeded the page limits.

5.      For example, footnotes 9 and 11 contain substantive arguments in violation of Appendix II. (*See* Doc. 60). Specifically, in footnote 9, Plaintiff attempts to distinguish two cases that Defendants discuss as authority for dismissing

Plaintiff's state law claims as insufficiently plead. In footnote 11, Plaintiff argues that she "should be afforded the opportunity to develop an equitable defense," and suggests she meets the applicable standard. (Doc. 60).

6.    If either one of the substantive arguments were properly included in the body of the argument, then Plaintiff's Response would have exceeded the thirty-five-page limit.

7.    Accordingly, Defendants move to strike Plaintiff's Response (Doc. 60) for failing to comply with this Court's express and clear prohibition of including substantive arguments in the footnote of a brief in opposition to a dispositive motion in an effort to avoid the Court-imposed page limit.

Respectfully submitted this 4th day of May 2021.

        /s/C. Richard Hill, Jr.       
C. RICHARD HILL, JR. (ASB-0773-L72C)
W. JACKSON BRITTON (ASB-8252-K46-Y)
JAMES N. WALTER, JR. (ASB-2722-R68J)
ROBERT F. NORTHCUTT (ASB-9358-T79R)

*Attorneys for Defendants Carl Sanders, Gary Malone, Kevin White, Carla Graham, Larry Baker, Tanya Ary and Estelle Neketris.*

**OF COUNSEL:**

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8043
Facsimile:(334) 241-8243

Email:  rick.hill@chlaw.com
Jackson.britton@chlaw.com
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as indicated below:

Ruth Zemel Brown
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL  60607
ruth@loevy.com
megan@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL  35205
anil@dagneylaw.com

William R. Lunsford
Matthew B. Reeves
Stephen C. Rogers
LaKeisha Butler
**MAYNARD COOPER & GALE, PC**
655 Gallatin Street
Huntsville, AL  35801
blunsford@maynardcooper.com
mreeves@maynardcooper.com
srogers@maynardcooper.com
lbutler@maynardcooper.com

/s/ C. Richard Hill, Jr.
Of Counsel