# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | ) ) ) |
| Plaintiff, | ) Honorable Judge Annemarie Carney Axon ) ) Case No.: 4:20-cv-02058-ACA |
| v. | ) ) |
| JEFFERSON DUNN, et al., | ) ) |
| Defendants. | ) ) ) JURY TRIAL DEMANDED ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CHARLES DANIELS

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), the above-captioned action is voluntarily dismissed against Defendant Charles Daniels without prejudice.

Respectfully submitted,

**Plaintiff LaKeisha Ezell**

BY: /s/ Ruth Brown
   *Counsel of Record*

BY: /s/ Anil Mujumdar
   *Local Counsel*

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312s-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

1

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

## CERTIFICATE OF SERVICE

    I, Ruth Brown, hereby certify that on May 10, 2021, I caused the foregoing Notice of Voluntary Dismissal to be filed using the Court's CM/ECF system, causing it to be filed on counsel for all Defendants.

                                                   /s/ Ruth Brown
                                                   *One of Plaintiff's Attorneys*