# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | )<br>)<br>) |
| Plaintiff, | ) Honorable Judge Annemarie Carney Axon<br>)<br>) Case No.: 4:20-cv-02058-ACA |
| v. | )<br>) |
| JEFFERSON DUNN, et al., | )<br>) |
| Defendants. | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## PLAINTIFF'S RESPONSE TO
## THE COURT'S JUNE 15, 2021 ORDER TO SHOW CAUSE

Plaintiff LaKeisha Ezell, by and through her attorneys with the law firms of Loevy & Loevy and the Dagney Johnson Law Group, respectfully responds to the Court's June 15, 2021 order to show cause why Defendants Caver and Garrett have been properly served, and if so, why the Court should not dismiss for failure to prosecute, stating as follows:

1. Plaintiff timely served Defendants Caver and Garrett on April 1, 2021. After working cooperatively with defense counsel to ascertain the legal names of Defendants Caver and Garrett, Plaintiff learned their names from defense counsel on Friday, March 12, 2021. Ex. 1. On Monday, March 15, 2021, Plaintiff's counsel asked defense counsel whether they would accept service on behalf of Defendants Caver and Garrett in this matter, and followed up on March 31. Ex. 1. On April 1, 2021, defense counsel confirmed that they would accept service and file an appearance on behalf of Defendants Caver and Garrett. Ex. 1 ("We will appear and accept service for Caver and Garrett in the Ezell case"). Defendants were therefore served on

1

April 1, 2021. *See* Fed. R. Civ. P 4(l)(3) ("Failure to prove service does not affect the validity of service.").

2.  One day later, on April 2, 2021, defense counsel filed a motion to dismiss on behalf of Defendants Sanders, Malone, White, Graham, Estelle, Baker, and Ary. Dkts. 46-47. In the supporting memorandum, defense counsel explicitly stated that Defendants Caver and Garrett had been served. Dkt. 47 at 6 n.2 ("Cynthia Caver and Eric Garrett were recently served with the Complaint. These defendants' responses are not yet due to be filed."). These Defendants have at no point raised an argument that service was improper. Defendants had previously filed appearances on behalf of other Defendants in this matter after accepting service (*see, e.g.*, Dkt. 12), but Plaintiff did not notice that defense counsel did not file an appearance on behalf of Defendants Caver and Garrett following the April 1, 2021 agreement to appear and accept service on their behalf. Plaintiff apologizes for failing to realize that additional steps were needed to apprise the Court that Defendants Caver and Garrett had been properly served.

3.  The Court should not dismiss for failure to prosecute because the failure to notify the Court that Defendants Caver and Garrett had been served was inadvertent; Defendants Caver and Garrett have in fact been served and defense counsel have appeared on their behalf; and no party will be prejudiced if Defendants Caver and Garrett continue in this case. Rather, there is a strong preference for deciding cases on the merits. *See Perez v. Wells Fargo N.A.*, 774 F.3d 1329, 1332 (11th Cir. 2014).

4.  The parties have conferred on this issue, and Defendants Caver and Garrett agree that they were timely served on April 1, 2021. On June 18, 2021, defense counsel filed appearances on behalf of Defendants Caver and Garrett in this matter. Dkts. 69-71.

Respectfully submitted,

**D.S.**

BY**:** /s/ Megan Pierce
 *One of Plaintiff's Attorneys*

BY**:** /s/ Anil Mujumdar
  *Local Counsel*

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312s-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

## CERTIFICATE OF SERVICE

I, Megan Pierce, hereby certify that on June 18, 2021, I caused the foregoing document to be filed using the Court's CM/ECF system, causing it to be filed on counsel for all Defendants.

/s/ Megan Pierce
*One of Plaintiff's Attorneys*