# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS | ) ) ) Honorable Judge Annemarie Carney Axon |
| Plaintiff, | ) ) Case No.: 4:20-cv-02058-ACA |
| v. | ) ) ) ) |
| JEFFERSON DUNN, et al., | ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Now comes Quinn Rallins, of the law firm Loevy & Loevy, and hereby respectfully moves the Court for leave to file an appearance *pro hac vice* in the above-captioned case on behalf of the Plaintiff Lakeisha Ezell. In support of this motion, Mr. Rallins states as follows:

1.     Mr. Rallins works at Loevy & Loevy, the firm that the plaintiff in this action has retained to represent him in this matter. Mr. Rallins is an attorney in good standing in the State of Illinois.  He has also been admitted to and is a member in good standing of the United States District Court for the Northern District of Illinois

2.     Mr. Rallins was admitted to practice in the State of Illinois on November 10, 2021 and in the United States District Court for the Northern District of Illinois on December 17, 2021.

3.     Mr. Rallins has never been suspended, disbarred, or subjected to

disciplinary measures of any kind by any state bar, federal bar, or any other licensing body.

4. As noted above, Mr. Rallins is employed as an attorney at Loevy & Loevy in Chicago, Illinois. His mailing address is 311 North Aberdeen, 3rd Floor, Chicago, IL 60607. Histelephone number is (312) 243-5900 and His facsimile number is (312) 243-5902. His email address is rallins@loevy.com. He resides in Chicago, Illinois.

5. A Letter of Good Standing from the Supreme Court of Illinois is attached to this motion as Exhibit A.

6. Promptly, following the filing of this motion, Mr. Rallins will be making the required payment for admission *pro hac vice* of $50 via the Court's CM/ECF system.

7. The undersigned local counsel, Anil Mujumdar, has reviewed this Motion and has agreed to sponsor it.

Wherefore, Quinn Rallins respectfully requests that the Court grant him leave to appear *pro hac vice* on behalf of the Plaintiff in this matter.

Respectfully submitted,

/s/ Quinn Rallins
*One of Plaintiff's Attorneys*

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*

\*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
LOEVY & LOEVY
311 N. Aberdeen, 3rd FloorChicago, IL 60607
T: 312-243-5900
F: 312-243-5902
E: ruth@loevy.com, megan@loevy.com
\*Counsel of Record

Anil A. Mujumdar
(ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

I, Anil A. Mujumdar, hereby certify that on December 22, 2021, I caused the foregoing Motion for Leave to Appear Pro Hac Vice to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Anil Mujumdar
*One of Plaintiff's Attorneys*

3