IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS | ) ) ) ) Honorable Judge Annemarie Carney Axonn |
| Plaintiff, | ) ) |
| | ) Case No.: 4:20-cv-02058-ACA |
| v. | ) ) ) ) |
| JEFFERSON DUNN, et al., | ) ) JURY TRIAL DEMANDED |
| Defendants. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CARL SANDERS

Pursuant to Federal Civil Rule 41(a)(1)(A)(i), the above-captioned action is voluntarily dismissed against Defendant Carl Sanders without prejudice. Pursuant to agreement by Plaintiff and Defendant Sanders, both sides will bear their own attorney's fees, costs, and expenses.

Respectfully submitted,

**D.S.**

BY: /s/ Ruth Brown
*Counsel of Record*

BY: /s/ Anil Mujumdar
*Local Counsel*

1

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd
FloorChicago, IL
60607 Telephone:
312s-243-5900 Fax:
312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004 L65M)
Dagney Johnson Law Group
Attorney for Plaintiff
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
* Local Counsel

## CERTIFICATE OF SERVICE

 I, Ruth Brown, hereby certify that on February 7, 2022, I caused the foregoing Notice of Voluntary Dismissal to be filed using the Court's CM/DOC. system, causing it to be filed on counsel for all Defendants.

/s/ Ruth Brown
*One of Plaintiff's Attorneys*