FILED
2022 Feb-11 PM 03:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL, as representative of the Estate of Terrence Andrews,** | } } } } | |
| **Plaintiff,** | } } | Case No.: 4:20-cv-02058-ACA |
| **v.** | } } } | |
| **JEFFERSON DUNN, et al.,** | } } | |
| **Defendants** | | |

## ORDER

The court **SETS** Defendants' motions to dismiss Plaintiff's failure to protect claims (Counts One and Two) for a hearing at **9:30 a.m.** on **February 17, 2022** in Courtroom 6B, Hugo L. Black United States Courthouse, 1729 5th Ave. N., Birmingham, AL 35203.

During the hearing, the court expects Plaintiff's counsel to be prepared to identify the allegations in the second amended complaint (by specific paragraph number) that support each element of her failure to protect claim against each defendant. In response, the appropriate defense counsel is to identify within its brief what argument(s) each defendant makes in support of dismissal. The court will perform this exercise defendant by defendant.

**DONE** and **ORDERED** this February 11, 2022.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE