
## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS   )<br>)<br>) | |
| ) | Honorable Judge Annemarie Carney Axon |
| Plaintiff,   ) | |
| ) | Case No.: 4:20-cv-02058-ACA |
| v.   ) | |
| ) | |
| JEFFERSON DUNN, et al.,   ) | JURY TRIAL DEMANDED |
| Defendants.   ) | |

**PLAINTIFF'S NOTICE OF CORRECTION
AS TO RESPONSE TO ORDER TO SHOW CAUSE (Dkt. 86)**

With sincere apologies to the Court for the lack of clarity in her prior briefing, Plaintiff hereby submits this notice of correction to clarify the Defendants against which she proceeds with respect to her failure to intervene claims in Counts VII and VIII. Plaintiff intends to proceed as follows, with the Court's allowance:

1

| | |
|---|---|
| Failure to Intervene: Count VII (Supervisory Liability) | Plaintiff initially named the Defendant Supervisors[1] (Dunn, Culliver, Williams, Ellington, Jones, Givens, Brooks, White, Malone, Graham, and Estelle), Defendant Ary, and Defendant Baker in this Count. Dkt. 34 at page 48 & ¶¶21, 31, 33. |
| | Plaintiff voluntarily withdraws her claims in this count against Defendants Ary and Estelle. |
| | Plaintiff proceeds only against the remaining defendants: Defendant Supervisors Dunn, Culliver, Williams, Ellington, Jones, Givens, Brooks, White, Malone, and Graham, and Defendant Baker. |
| Failure to Intervene: Count VIII (Direct Involvement in Incident) | Plaintiff initially named Defendants Baker Caver, Garrett, Ary and Brooks. Dkt. 34 at page 49. |
| | Plaintiff voluntarily withdraws her claims in this count against Defendants Ary and Brooks. |
| | Plaintiff proceeds only against the remaining defendants: Baker*, Caver, and Garrett. |

Thus, Brooks is pursued as a defendant for failure to intervene in Count VII based on supervisory liability, but not Count VIII based on direct involvement in the incident. Plaintiff's response to show-cause order (Dkt. 86 at 4 n.1) incorrectly conveyed that Plaintiff proceeded against Brooks in Count VIII but not Count VII, but the reverse was Plaintiff's intention. Plaintiff sincerely apologizes for the error.

---

[1] Plaintiff previously voluntarily dismissed two additional defendants, Charles Daniels and Carl Sanders, from the action. *See* Dkts. 66 & 79.

With respect to Defendant Baker,* who is alleged to have been both a supervisor but also as the specific supervisor on duty at the time of Mr. Andrews's murder, Plaintiff initially named him in both failure to intervene counts, Counts VII and VIII.  However, because the theories of liability against Baker are equivalent in both counts, Plaintiff's brief previously discussed Defendant Baker's failure to intervene liability under the heading of Count VII (Dkt. 86 at 28; *see also id.* at 25-27 & 4 n.1), and Plaintiff here clarifies that she has no objection to the Court dismissing Count VIII against Baker on the ground that it is duplicative of Count VII against Baker. Plaintiff's counsel sincerely apologizes to the Court for any confusion caused by the inartful language in her previous footnote 1 in Docket 86.

                                                Respectfully submitted,

                                                **LAKEISHA EZELL**

                                                **BY:** /s/ Ruth Brown
                                                  *Counsel of Record*

                                                **BY:** /s/ Anil Mujumdar
                                                  *Local Counsel*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Quinn K. Rallins (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900

Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
*Counsel of Record


Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com


## CERTIFICATE OF SERVICE

    I, Ruth Brown, hereby certify that on April 14, 2022, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                           /s/ Ruth Brown
                                           One of Plaintiff's Attorneys