# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL**, as representative of the **ESTATE OF TERRENCE ANDREWS**, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 4:20-cv-02058-ACA |
| | ) |
| **JEFFERSON DUNN, et al.** | )<br>) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

W. Allen Sheehan of the law firm CAPELL & HOWARD, P.C., files notice of his appearance as counsel of record for Defendants, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, Tanya Ary, Cynthia Caver and Eric Garrett. Undersigned requests that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in this matter.

Respectfully submitted this 29th day of April 2022.

/s/ W. Allen Sheehan
W. ALLEN SHEEHAN (ASB-7274-L69S)
JAMES N. WALTER, JR. (ASB-2722-R68J)
ROBERT F. NORTHCUTT (ASB-9358-T79R)
C. RICHARD HILL, JR. (ASB-0773-L72C)
W. JACKSON BRITTON (ASB-8252-K46-Y)

*Attorneys for Defendants,*
*Anthony Brooks, Gary Malone, Kevin White,*
*Carla Graham, Neketris Estelle, Larry Baker,*
*Tanya Ary, Cynthia Caver and Eric Garrett*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: allen.sheehan@chlaw.com
       bob.northcutt@chlaw.com
       jimmy.walter@chlaw.com
       rick.hill@chlaw.com
       jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of April 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record as indicated below:

| | |
|---|---|
| Ruth Zemel Brown | LaKeisha Butler |
| Megan Pierce | Matthew B. Reeves |
| Quinn Rallins | Mary Landon Whatley |
| **LOEVY & LOEVY** | Stephen C. Rogers |
| 311 N. Aberdeen, 3rd Floor | William R. Lunsford |
| Chicago, IL 60607 | **MAYNARD COOPER & GALE, PC** |
| ruth@loevy.com | 655 Gallatin Street |
| megan@loevy.com | Huntsville, AL 35801 |
| rallins@loevy.com | lbutler@maynardcooper.com |
| | mreeves@maynardcooper.com |
| Anil A. Mujumdar | lwhatley@maynardcooper.com |
| **DAGNEY JOHNSON LAW GROUP** | srogers@maynardcooper.com |
| 2170 Highland Avenue, Suite 250 | blunsford@maynardcooper.com |
| Birmingham, AL 35205 | |
| anil@dagneylaw.com | |

                              /s/ W. Allen Sheehan
                              Of Counsel