# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:20-CV-2058-ACA** |
| **v.** ) | |
| ) | |
| **JEFFERSON DUNN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## MOTION TO WITHDRAW

COMES NOW, Ellie B. Putman with the law firm Maynard, Cooper & Gale, P.C., and hereby files this motion to withdraw as counsel of record for Defendants Jefferson Dunn ("Dunn"), Grantt Culliver ("Culliver"), Jeffery Williams ("Williams"), Edward Ellington ("Ellington"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), and Anthony Brooks ("Brooks," and, collectively with Dunn, Culliver, Williams, Ellington, Jones, and Givens, the "ADOC Officials") in the above-styled action. The ADOC Officials will continue to be represented in this action by counsel with the law firm Maynard, Cooper & Gale, P.C.

Respectfully submitted this 21st day of February, 2023.

*/s/ Ellie B. Putman*
Ellie B. Putman
*One of the Attorneys for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
La Keisha W. Butler
M. Landon Whatley
Ellie B. Putman
**MAYNARD, COOPER & GALE, P.C.**
655 Gallatin Street, S.W.
Huntsville, AL 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
blunsford@maynardcooper.com
mreeves@maynardcooper.com
lbutler@maynardcooper.com
lwhatley@maynardcooper.com
eputman@maynardcooper.com

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 21st day of February 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
caitlin.cobb@chlaw.com

*Attorneys for Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, Tanya Ary, Cynthia Caver, and Eric Garrett*

*/s/ Ellie B. Putman*
*Of Counsel*