IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, *et al*, as representative of the Estate of Terrance Andrews,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, *et al*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)   CASE NO. 4:20-CV-2058-ACA<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

The undersigned, William R. Lunsford, attorney for Defendants Jefferson Dunn ("Dunn"), Grantt Culliver ("Culliver"), Jeffery Williams ("Williams"), Edward Ellington ("Ellington"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), and Anthony Brooks ("Brooks," and, together with Dunn, Culliver, Williams, Ellington, Jones, and Givens, the "ADOC Officials") in the above-styled action hereby submits this Notice of Change of Address.  The new address will be as follows:

William R. Lunsford
Butler Snow LLP
200 West Side Square, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com

Dated: April 14, 2023

/s/ William R. Lunsford
William R. Lunsford

*One of the Attorneys for the ADOC Officials*

William R. Lunsford

Matthew B. Reeves
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 14th day of April, 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
Caitlin.cobb@chlaw.com

*Attorneys for Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, Tanya Ary, Cynthia Caver, and Eric Garrett*

                /s/ *William R. Lunsford*
                Of Counsel