# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 4:20-CV-2058-ACA |
| **v.** ) | |
| ) | |
| **JEFFERSON DUNN,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

Please take notice that William J. Cranford, III hereby enters an appearance as counsel for Defendants Jefferson Dunn ("Dunn"), Grantt Culliver ("Culliver"), Jeffery Williams ("Williams"), Edward Ellington ("Ellington"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), and Anthony Brooks ("Brooks," and, collectively with Dunn, Culliver, Williams, Ellington, Jones, and Givens, the "ADOC Officials") in the above-styled action.

Respectfully submitted this 14th day of April, 2023.

>  */s/ William J. Cranford, III*
>  William J. Cranford, III
>  *One of the Attorneys for the ADOC Officials*

>  William R. Lunsford
>  Matthew B. Reeves
>  **BUTLER SNOW LLP**

                                        200 West Side Square  
                                        Suite 100  
                                        Huntsville, Alabama 35801  
                                        Telephone: (256) 936-5650  
                                        Facsimile: (256) 936-5651  
                                        bill.lunsford@butlersnow.com  
                                        matt.reeves@butlersnow.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 14th day of April, 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
Caitlin.cobb@chlaw.com

*Attorneys for Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, Tanya Ary, Cynthia Caver, and Eric Garrett*

/s/ *William R. Lunsford*
Of Counsel