# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | ) ) ) ) Honorable Judge Annemarie Carney Axon |
| Plaintiff, | ) ) |
| v. | ) Case No.: 4:20-cv-02058-ACA ) ) |
| JEFFERSON DUNN, et al., | ) ) |
| Defendants. | ) ) ) ) JURY TRIAL DEMANDED ) |

**PARTIES' JOINT NOTICE OF RESOLUTION OF DISCOVERY DISPUTE AND PLAINTIFF'S REQUEST TO WITHDRAW *MOTION FOR LEAVE TO FILE MOTION FOR LIMITED DISCOVERY***

All undersigned parties, by and through their counsel, jointly submit this notice to the Court that they resolved their discovery dispute, and thus Plaintiff requests withdrawal of her motion for leave to file motion for limited discovery (Doc. 114). In support, the Parties state as follows:

1. Since the filing of Plaintiff's motion for leave to file motion for limited discovery, the Parties resolved their dispute. The Parties conferred cooperatively and in good faith multiple times prior to the motion and reached

1

impasse; however, after the filing of the motion, the Parties had a breakthrough and were able to resolve the dispute.

 2. As set forth in more detail in the Parties' Rule 26(f) report, filed concurrently with this notice, Defendants have agreed to provide the following documents requested in Plaintiff's motion for leave to file a motion for limited discovery: (1) the incident report for the December 29, 2018, incident at St. Clair Correctional Facility involving Terrance Andrews and Cedric Davis; (2) the duty post roster for St. Clair for December 29, 2018; (3) the inmate file For Cedric Davis to include the disciplinary history and classification records for Cedric Davis at St. Clair Correctional Facility; (4) the movement history for Terrance Andrews; and (5) the movement history for Cedric Davis; shortly upon entry of an appropriate protective order, which the parties are presently conferring over and will submit for the Court's approval.  Subject to the Court's approval, the Parties have also reached a compromise agreement regarding the course of discovery set forth in subsection 3(b) of the parties' Rule 26(f) report, filed concurrently with this notice.

 3. Accordingly, Plaintiff seeks leave to withdraw her motion for leave to file a motion seeking limited discovery. (Doc. 114).

WHEREFORE, the parties jointly apprise the Court that they have resolved their discovery dispute, and Plaintiff respectfully seeks leave to withdraw her motion to file motion for limited discovery (Doc. 114).

                                       Respectfully submitted,

                                       **Plaintiff LaKeisha Ezell**

                                       BY: /s/ Ruth Brown
                                          *Counsel of Record*

                                       BY: /s/ Anil Mujumdar
                                          *Local Counsel*

\*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Quinn Rallins (pro hac vice) (IL No. 6339556)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312s-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com, megan@loevy.com
\*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
\* Local Counsel

                                                /s/ William J. Cranford III

                                                Attorney for Jefferson Dunn, Edward Ellington, and Karla Jones

William R. Lunsford
Matthew B. Reeves
William J. Cranford III
**Butler Snow, LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com

                                                /s/ Caitlin E. Cobb

                                                Attorney for Larry Baker

Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
Caitlin E. Cobb
**Capell & Howard, PC**
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
caitlin.cobb@chlaw.com