# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | )<br>)<br>) Honorable Judge Annemarie Carney Axon |
| Plaintiff, | )<br>) Case No.: 4:20-cv-02058-ACA |
| v. | )<br>) |
| JEFFERSON DUNN, et al., | )<br>) |
| Defendants. | )<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) |

## **PLAINTFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff LaKeisha Ezell respectfully submits the following supplemental authority to support her position on Requests for Admission in the Report of the Parties' Rule 26(f) Planning Meeting (Dkt. 116): Order of May 26, 2023, in *D.S. v Jefferson Dunn*, et al., No. 2:20-cv-02012-RDP (N.D. Ala.), Dkt. 159 (attached herein as Exhibit A).

WHEREFORE, Plaintiff respectfully submits the above-cited decision for the Court's consideration in connection with her position on Requests for Admission in the Report of the Parties' Rule 26(f) Planning Meeting.

Respectfully submitted,

**Plaintiff LaKeisha Ezell**

BY**:** /s/ Quinn K. Rallins
   *One of Plaintiff's Attorneys*


BY**:** /s/ Anil Mujumdar
   *Local Counsel*

1

*Ruth Z. Brown (pro hac vice) (IL No. 6299187)
Megan Pierce (pro hac vice) (CA No. 314044)
Quinn Rallins (pro hac vice) (IL No. 6339556)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312s-243-5900
Fax: 312-243-5902
Email: rallins@loevy.com
*Counsel of Record

**Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com
** Local Counsel

## CERTIFICATE OF SERVICE

    I, Quinn K. Rallins hereby certify that on June 1, 2023, I caused the foregoing Notice of Supplemental Authority to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

                                              /s/ Quinn K. Rallins
                                              *One of Plaintiff's Attorneys*