UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **D.S.,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.:  2:20-cv-02012-RDP |
| } | |
| **JEFFERSON DUNN, et al.,** } | |
| } | |
| **Defendants.** } | |

### ADDENDUM TO AMENDED SCHEDULING ORDER

This matter is before the court on the parties Joint Report Regarding Requests for Admission. (Doc. # 197).

In Plaintiff's Third Amended Complaint, Plaintiff plausibly alleged that there is a history of exceptionally widespread prisoner-on-prisoner violence at St. Clair. (Doc. # 134 at ¶¶ 106-49). He plausibly alleged that the prisoner population at St. Clair was heavily armed and that the contraband search protocols at St. Clair are inadequate. (*Id*. at ¶ 209). And, Plaintiff plausibly alleged that all Defendants had knowledge of the substantial risk of serious harm facing prisoners at St. Clair based on, among other things, incident reports. (*Id*. at ¶ 150). Plaintiff also specifically alleged a number of particular instances of violence at St. Clair. (*Id*. at ¶¶105-249).

Defendants' Answers assert they lack information sufficient to admit or deny the allegations regarding the specifically enumerated incidents and their knowledge of those alleged incidents. (Docs. # 165, 166). Defendants' failure to respond to these allegations in the Third Amended Complaint has created the need for the volume of requests for admission ("RFA") requested by Plaintiffs in the Joint Report. And, covering these issues in the first instance in a

deposition would be unworkable in light of the time constraints placed on depositions – both practically speaking and by the Federal Rules of Civil Procedure. Therefore, and in light of the matters contained in the Joint Report, it is **ORDERED** as follows:

**Limitations on Requests for Admission:**

1. Plaintiff may serve upon Defendants a set of **45 RFAs, including subparts**, to be answered by Defendants, **plus up to an additional 5 RFAs per documented, serious incident of violence** that occurred at St. Clair in the one-year period leading up to the assault of D.S. (January 30, 2018 to January 29, 2019).[1]

2. Each identifiable group of Defendants (*e.g.*, ADOC Officials, Facility Defendants) will be permitted to serve **a set of 60 RFAs, including subparts**, on Plaintiff.

3. Unless otherwise extended by agreement of the parties, responses to RFAs will be due 45 days after service.

4. Further, the parties **SHALL** confer in good faith to determine if agreed-upon stipulations may reduce the number of RFAs needed and/or are appropriate to narrow the issues for trial.

**DONE** and **ORDERED** this May 26, 2023.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE

---

[1] These RFAs will request admissions regarding "(1) certain facts about the incident as documented in the associated reports; (2) the injuries as documented in the associated reports; (3-4) the nature of any discipline, response, and or follow-up as documented in the associated reports; and, (5) Defendants' notice of the reports about the incident." (Doc. # 197 at 3).