FILED
2023 Oct-05  PM 03:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL *et. al.*, as representative of the Estate of Terrance Andrews,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **Case No. 4:20-CV-2058-ACA** |
| **v.** | ) ) ) | |
| **JEFFERSON DUNN, *et al.*,** | ) | |
| **Defendants.** | | |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that Daniel J. Chism hereby enters an appearance as counsel for Defendants Jefferson Dunn ("Dunn"), Grantt Culliver ("Culliver"), Jeffery Williams ("Williams"), Edward Ellington ("Ellington"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), and Anthony Brooks ("Brooks," and, collectively with Dunn, Culliver, Williams, Ellington, Jones, and Givens, the "ADOC Officials") in the above-styled action.

Respectfully submitted this 5th day of October 2023.

/s/ Daniel J. Chism
Daniel J. Chism
*One of the Attorneys for the ADOC Officials*


William R. Lunsford

Matthew B. Reeves
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
daniel.chism@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all attorneys of record in this matter, including without limitation the following, by the Court's CM/ECF system on this 5th day of October 2023:

Ruth Z. Brown
Megan Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert F. Northcutt
James N. Walter, Jr.
C. Richard Hill, Jr.
Caitlin E. Cobb
William Jackson Britton
William A. Sheehan
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
bob.northcutt@chlaw.com
jimmy.walter@chlaw.com
rick.hill@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com
allen.sheehan@chlaw.com

*Attorneys for Gary Malone,*
*Kevin White, Carla*
*Graham, Neketris Estelle,*
*Larry Baker, Tanya Ary,*
*Cynthia Caver, Eric Garrett*
*and Anthony Brooks*

/s/ *Daniel J. Chism*
Of Counsel