# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 4:20-CV-02058-ACA** |
| **v.** ) | |
| ) | |
| **JEFFERSON DUNN**, *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

COMES NOW Plaintiff Lakeisha Ezell ("Plaintiff"), Defendants Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), and Karla Jones ("Jones" and, together with Commissioner Dunn, Ellington, and Jones, the "ADOC Officials"), and Defendant Larry Baker ("Baker") and respectfully move this Court to enter the attached Confidentiality Stipulation and Protective Order. In support of this motion the Parties state as follows:

1. All Parties stipulate that it is appropriate for the Court to enter the proposed Confidentiality Stipulation and Protective Order attached to this Motion as Exhibit A.

Respectfully submitted this 17th day of October, 2023.

/s/ Megan Pierce
Megan Pierce
Ruth Brown
Quinn Rallins
Loevy & Loevy
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**Dagney Johnson Law Group**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

/s/ Daniel J. Chism
William R. Lunsford
Matthew B. Reeves
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
Bill.lunsford@butlersnow.com
Matt.reeves@butlersnow.com
Daniel.chism@butlersnow.com

*Attorneys for Defendants Jefferson Dunn, Edward Ellington, and Karla Jones*

/s/ Caitlin E. Cobb
Caitlin Elizabeth Cobb
William A. Sheehan
C Richard Hill, Jr.
James N. Walter, Jr.
Robert F. Northcutt
William Jackson Britton
**CAPELL & HOWARD, P.C.**
150 South Perry Street
Montgomery, AL 36104
Telephone: (334) 241-8000
Caitlin.cobb@chlaw.com
Allen.sheehan@chlaw.com
Rick.hill@chlaw.com
Jimmy.walter@chlaw.com
Bob.northcutt@chlaw.com
Jackson.britton@chlaw.com

*Attorneys for Larry Baker*