UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL, as representative of the Estate of Terrence Andrews,** | ] ] ] ] | |
| Plaintiff, | ] ] | Case No.: 4:20-cv-2058-ACA |
| v. | ] ] | |
| **JEFFERSON DUNN, et al.,** | ] ] | |
| Defendants. | ] | |

| | | |
|---|---|---|
| **LORI GUY WILLS, as administrator of the Estate of Steven Mullins,** | ] ] ] ] | |
| Plaintiff, | ] ] | Case No.: 4:21-cv-264-ACA |
| v. | ] ] | |
| **JEFFERSON DUNN, et al.,** | ] ] | |
| Defendants. | ] | |

## **ORDER**

The parties in these cases have participated in coordinated discovery, and each plaintiff previously moved to enforce a subpoena issued to non-party Alabama Department of Corrections ("ADOC"). *Ezell* (doc. 137); *Guy* (doc.111). The court ordered ADOC to provide the court with a copy of Defendant Grantt Culliver's

disciplinary file so the court could conduct an *in camera* review of the information. (Doc. 113 at 3). ADOC complied with this order (doc. 123), and the court completed an *in camera* review. The court now **ORDERS** ADOC to provide plaintiffs with the portions of Mr. Culliver's disciplinary file that relate to Defendant Karla Jones.

**DONE** and **ORDERED** this September 10, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE