FILED
 2024 Sep-13  AM 09:30
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **Case No.: 4:20-cv-02058-ACA** ) ) ) |
| **JEFFERSON DUNN, et al.,** | ) ) |
| **Defendants.** | ) |

## **ORDER**

It is hereby ordered that the Alabama Department of Corrections, through its counsel, is permitted and required to produce to counsel for the parties in *Ezell v. Dunn, et al.*, Case No. 4:20-cv-02058 (N.D. Ala.) to be used in that litigation:

1. All sworn statements, to the extent they exist, from *Duke v. Dunn*, Case No. 4:14-cv-01952 (N.D. Ala.)–including all interrogatories and deposition transcripts, along with exhibits–that address topics identified by plaintiff in her requests for production, pertain to St. Clair Correctional Facility during the period of January 2018 and June 2019, and were made by the following individuals: Jefferson Dunn, Gary Malone, Antoine Price, Christy Vincent, Charles Daniels, Edward Ellington, Karla Jones, Gwendolyn Givens, Anthony Brooks, Kevin White, Jenny Abbott, Brad Arledge, April Bickhaus, Neketris Estelle, Mark Fassl, Ronald England, Carla Graham, Bradley Howard, Clark Hopper, Lauolefiso Jones, Russell Jones, Arnaldo Mercado, Rafael Santa-Maria, Jeffery Smith, Angie Bagget, Greg Lovelace, Lori Minton, and Grantt Culliver (including Mr. Culliver's deposition from 2016).
2. All sworn statements, to the extent they exist, from *Huffman v. Dunn, et al.*, Case No. 4:20-cv-01293 (N.D. Ala.)–including all interrogatories and deposition transcripts, along with exhibits–that that address topics identified

by plaintiff in her requests for production, pertain to St. Clair Correctional Facility during the period of January 2018 and June 2019, and were made by the following individuals: Grantt Culliver, Russell Jones, Phillip Dixon, Dewayne Estes, Rafael Santa-Maria, Dustin Collier, Gregory McNeff, Dominique Vales, and Detrise Kelley.

To the extent any sworn statements or portions of sworn statements produced pursuant to this order are designated as confidential, the protective order entered in *Ezell v. Dunn* (ECF No. 124) will apply to control the treatment of those statements.

    **DONE** and **ORDERED** this September 13, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE