# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL,** as representative of the Estate of **Terrence Andrews,** ] ] ] ] | |
| Plaintiff, ] | Case No.: 4:20-cv-2058-ACA |
| v. ] ] | |
| **JEFFERSON DUNN, et al.,** ] ] | |
| Defendants. ] | |

| | |
|---|---|
| **LORI GUY WILLS,** as administrator of the Estate of Steven **Mullins,** ] ] ] ] | |
| Plaintiff, ] | Case No.: 4:21-cv-264-ACA |
| v. ] ] | |
| **JEFFERSON DUNN, et al.,** ] ] | |
| Defendants. ] | |

## **ORDER**

The parties in these cases have participated in coordinated discovery, and each plaintiff previously moved to enforce a subpoena issued to non-party Alabama Department of Corrections ("ADOC"). *Ezell* (doc. 137); *Guy* (doc.111). The court ordered ADOC to provide the court with a copy of Defendant Grantt Culliver's

disciplinary file so the court could conduct an *in camera* review of the information. *Ezell* (doc. 145 at 3), *Guy* (doc. 119 at 3). ADOC complied with this order. *Ezell* (doc. 149), *Guy* (doc. 123). The court completed an *in camera* review and ordered ADOC to provide plaintiffs with the portions of Mr. Culliver's disciplinary file that relate to Karla Jones. *Ezell* (doc. 151), *Guy* (doc. 125).

After plaintiff's counsel's discovery of a longer version of the disciplinary file, ADOC conducted another search and discovered that they were in possession of the longer version. ADOC mailed this longer disciplinary file to the court. The court has conducted an *in camera* review of the longer disciplinary file, and it has determined that the conclusion is discoverable. The court **ORDERS** ADOC to provide plaintiffs with the portions of Mr. Culliver's disciplinary file that relate to Defendant Karla Jones, including the full conclusion.

**DONE** and **ORDERED** this September 13, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE