IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:20-CV-2058-ACA |
| JEFFERSON DUNN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW

Attorney Grayson D. Miller hereby files this motion to withdraw as counsel of record for Defendants Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), Jeffery Williams ("Williams"), Grantt Culliver ("Culliver"), Charles Daniels ("Daniels"), Christy Vincent ("Vincent"), and Karla Jones ("Jones," and collectively with Dunn, Ellington, Williams, Culliver, Daniels, and Vincent, the "ADOC Officials"). The ADOC Officials will continue to be represented in this action by counsel with the law firm of Butler Snow LLP.

Dated: November 14 , 2024.

                                                                               */s/ Grayson D. Miller*
                                                                               Grayson D. Miller
                                                                               *One of the Attorneys for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
William J. Cranford
Daniel J. Chism
Phillip Andrew Ray
Grayson D. Miller
**BUTLER SNOW, LLP**
200 West Side Square
Suite 100
Huntsville, AL 35801

Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com
andrew.ray @butlersnow.com
grayson.miller @butlersnow.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this the 14 day of November 2024:

| | |
|---|---|
| Ruth Z. Brown | Robert F. Northcutt |
| Megan Pierce | James N. Walter, Jr. |
| **LOEVY & LOEVY** | C. Richard Hill, Jr. |
| 311 N. Aberdeen, 3rd Floor | **CAPELL & HOWARD P.C.** |
| Chicago, IL 60607 | 150 South Perry Street (36104) |
| T: (312) 243-5900 | P.O. Box 2069 |
| F: (312) 243-5902 | Montgomery, AL 36102-2069 |
| E: ruth@loevy.com | T: (334)241-8043 |
| E: megan@loevy.com | F: (334)-241-8243 |
| | E: bob.northcutt@chlaw.com |
| Anil A. Mujumdar | E: jimmy.walter@chlaw.com |
| **DAGNEY JOHNSON LAW GROUP** | E: rick.hill@chlaw.com |
| 2170 Highland Avenue, Suite 250 | |
| Birmingham, AL 35205 | *Attorneys for Carl Sanders, Gary Malone,* |
| T: (205) 590-6986 | *Kevin White, Carla Graham, Neketris* |
| F: (205) 809-7899 | *Estelle, Larry Baker, and Tanya Ary* |
| E: anil@dagneylaw.com | |
| | |
| *Attorneys for Plaintiff* | |

*/s/ Grayson D. Miller*
_____
Of Counsel