# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, | ) |
| Plaintiff, | ) ) ) |
| v. | )     Case No. 4:20-CV-2058-ACA |
| JEFFERSON DUNN, *et al.*, | ) ) ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

Attorney Phillip Andrew Ray hereby files this motion to withdraw as counsel of record for Defendants Jefferson Dunn ("Dunn"), Grant Culliver ("Culliver"), Jeffery Williams (Williams"), Edward Ellington ("Ellington"), Karla Jones ("Jones"), Gwendolyn Givens ("Givens"), and Anthony Brooks ("Brooks," and, collectively with Dunn, Culliver, Williams, Ellington, Jones, and Givens, the "ADOC Officials"). The ADOC Officials will continue to be represented in this action by counsel with the law firm of Butler Snow LLP.

Dated: December 20, 2024

*/s/Phillip Andrew Ray*

*One of the Attorneys for the ADOC Officials*

William R. Lunsford
Matthew B. Reeves
Daniel J. Chism

William J. Cranford, III
Phillip Andrew Ray
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
daniel.chism@butlersnow.com
will.cranford@butlersnow.com
andrew.ray@butlersnow.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system on this 20th day of December 2024:

Ruth Z. Brown *(pro hac vice)*
Megan Pierce *(pro hac vice)*
Quinn Rallins *(pro hac vice)*
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

James N. Walter, Jr.
C. Richard Hill, Jr.
W. Allen Sheehan
Caitlin E. Cobb
W. Jackson Britton
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Carl Sanders, Gary Malone, Kevin White, Carla Graham, Neketris Estelle, Larry Baker, Tanya Ary, Cynthia Caver, and Eric Garrett*

/s/Phillip Andrew Ray
*Of Counsel*