FILED

2025 Jan-21 AM 09:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

| Exhibit Name | Confidentiality Designation |
|---|---|
| Alabama Department of Corrections Investigation Status Report Feb. 26, 2019, Incident | HC-AEO |
| Alabama Department of Corrections Inmate Classification Summary Clarence Jackson | Confidential |
| Alabama Department of Corrections Inmate File Steven Mullins | Confidential |
| St. Clair Correctional Facility Shift Duty Post Roster May 26, 2019 | HC-AEO |
| St. Clair Correctional Facility Duty Post Logs May 25 and 26, 2019 | HC-AEO |
| Alabama Department of Corrections Investigations and Intelligence Division Investigative Report No. SCCF-19-00285 | HC-AEO |
| Angelia Gordy Statement March 15, 2019, to Investigations and Intelligence Division | HC-AEO |
| St. Clair Correctional Facility Night Duty Post Roster February 26, 2019 | HC-AEO |
| February 26, 2019, St. Clair Internal Email Correspondence Regarding Steven Mullins PREA Complaint | HC-AEO |
| St. Clair Correctional Facility Night Shift Duty Post Logs February 26, 2019 | HC-AEO |
| February 26, 2019, St. Clair Internal Email Correspondence Regarding Steven Mullins Statement | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 403 Disciplinary Hearing Procedures for Major Rule Violations | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 433 Administrative Segregation | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 306 Contraband and Evidence Management | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 317 Canine (K-9) Bureau | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 332 Security Threat Group Intelligence Program | HC-AEO |
| Alabama Department of Corrections Administrative Regulation No. 336 Searches | HC-AEO |
| St. Clair Correctional Facility Standard Operating Procedure 031 Staffing | Confidential |
| St. Clair Correctional Facility Standard Operating Procedure 032 Staff Manning Requirements | Confidential |
| St. Clair Correctional Facility Standard Operating Procedure 083 Inmate Control Systems Officer | Confidential |
| St. Clair Correctional Facility Standard Operating Procedure 119 Security Audits | HC-AEO |
| St. Clair Correctional Facility Standard Operating Procedure 126 Internal Classification Board | HC-AEO |
| St. Clair Correctional Facility Standard Operating Procedure 110 Search and Shakedowns | HC-AEO |
| St. Clair Correctional Facility Standard Operating Procedure 137 Inmate Movement Control | HC-AEO |
| St. Clair Correctional Facility Standard Operating Procedure 128 Special Safety Unit | HC-AEO |
| Duke v. Dunn et. al. Private Settlement Agreement | Confidential |
| February 13, 2019, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| April 3, 2019, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| June 19, 2019, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| July 17, 2018, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |

| Exhibit Name | Confidentiality Designation |
|---|---|
| August 21, 2018, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| November 13, 2018, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| December 18, 2018, Quality Improvement Team Meeting Minutes St. Clair Correctional Facility | HC-AEO |
| Alabama Department of Corrections Male Classification Manual | HC-AEO |
| Deposition of Angelia Gordy dated August 7, 2024 | Confidential |
| Plaintiff's Exhibit 2 St. Clair SOP 229 Inmate Sexual Abuse and Harassment | Confidential |
| Plaintiff's Exhibit 3 I&I Investigative Report SCCF-19-00285 | Confidential |
| Plaintiff's Exhibit 7 PREA Audit St. Clair April 3-6, 2018 | Confidential |
| Plaintiff's Exhibit 8 PREA Audit St. Clair May 1-3, 2018 | Confidential |
| Plaintiff's Exhibit 9 SOP 230 Inmate Sexual Abuse Coordinated Response | Confidential |
| Plaintiff's Exhibit 10 St. Clair Secure Vulnerability Assessment September 6, 2017 | Confidential |
| Deposition of Brandie Smith dated August 5, 2024 | Confidential |
| Deposition of Carla Graham dated July 24, 2024 | Confidential |
| Plaintiff's Exhibit 3 St. Clair Audit and Incident Reporting Database | Confidential |
| Plaintiff's Exhibit 6 St. Clair Internal Email regarding Inmate Housing Transfer | Confidential |
| Plaintiff's Exhibit 7 St. Clair PREA Audit April 3-6, 2018 | Confidential |
| Plaintiff's Exhibit 8 Steven Mullins Inmate File | Confidential |
| Deposition of Gary Malone | Confidential |
| Plaintiff's Exhibit A March 22, 2018, Johnson Controls Estimate for Camera Replacement at St. Clair | HC-AEO |
| Deposition of Gwendolyn Givens | Confidential |
| Plaintiff's Exhibit 5 I&I Investigation SCCF-19-00285 February 26, 2019, Incident | HC-AEO |
| Plaintiff's Exhibit 11 St. Clair Internal Email Communication regarding Inmate Housing Assignments | HC-AEO |
| Plaintiff's Exhibit 12 St. Clair Internal Email Communication regarding Inmate Injury | HC-AEO |
| Plaintiff's Exhibit 13 St. Clair Internal Email Communication regarding Inmate Injury | HC-AEO |
| Plaintiff's Exhibit 15 St. Clair Internal Email Communication regarding Inmate Restrictive Housing Placement | HC-AEO |
| Plaintiff's Exhibit 16 St. Clair Internal Email Communication regarding alleged Inmate Assault | HC-AEO |
| Plaintiff's Exhibit 18 St. Clair PREA Audit May 1-3, 2018 | Confidential |
| Deposition of Kevin White | Confidential |
| Plaintiff's Exhibit B St. Clair Audit and Incident Reporting Module | Confidential |
| Plaintiff's Exhibit I Statement of Kevin White to I&I Investigative Report | Confidential |
| Plaintiff's Exhibit J Statement of Antoine Price to I&I Investigative Report | Confidential |

| Exhibit Name | Confidentiality Designation |
|---|---|
| Plaintiff's Exhibit L Statement of Angelia Gordy to I&I Investigative Report | Confidential |
| Deposition of Latonya Scott August 1, 2024 | Confidential |
| Plaintiff's Exhibit C St. Clair Internal Email Communication regarding Inmates Classification Status and Candidacy for the Special Safety Unit | Confidential |
| Plaintiff's Exhibit 16 (SOP 137 Inmate Movement Control) | Confidential |
| Deposition of Lori Guy | Confidential |
| Defense Exhibit 7 March 13, 2000, Incident Report with information regarding Multiple ADOC Inmates | Confidential |
| Defense Exhibit 8 January 20, 2004, Incident Report with information regarding ADOC Inmates | Confidential |
| Defense Exhibit 9 St. Clair SOP 137 Inmate Movement Control | HC-AEO |
| Deposition of Neketris Estelle | Confidential |
| Plaintiff's Exhibit 1 Alabama Department of Corrections Male Classification Manual | Confidential |
| Plaintiff's Exhibit 3 Alabama Department of Corrections Inmate File of Cedric Leshawn Davis | Confidential |
| Plaintiff's Exhibit 7 St. Clair Internal Email Communications Regarding Inmate Classification Status and Special Placement Qualifications | HC-AEO |
| Plaintiff's Exhibit 8 St. Clair Internal Email Communications Regarding Inmate Classification Status and Special Placement | HC-AEO |
| Plaintiff's Exhibit 9 St. Clair Internal Email Communications Regarding Inmate Classification Status and Special Placement | HC-AEO |
| Deposition of William Ragsdale | Confidential |
| Plaintiff's Exhibit 5 Memorandum Regarding July 22, 2018, PREA Audit of St. Clair | |
| Plaintiff's Exhibit 8 I&I Investigative Report SCCF-19-00285 February 26, 2019, Incident | HC-AEO |
| Plaintiff's Exhibit 9 April 3-6, 2018, PREA Audit Report St. Clair | HC-AEO |
| Plaintiff's Exhibit 10 May 1-3, 2018, PREA Audit Report St. Clair | HC-AEO |
| Deposition of Anthony Brooks | Confidential |
| Plaintiff's Exhibit 4 Cedric Davis Movement History/Summary | Confidential |
| Plaintiff's Exhibit 5 Cedric Davis Classification Summary | Confidential |
| Plaintiff's Exhibit 8 St. Clair Internal email communication regarding Inmates' Statuses and Qualification for Special Placement | Confidential |
| Plaintiff's Exhibit 9 St. Clair Internal email communication regarding 90-day review of inmates by the Internal Classification Board | Confidential |
| Plaintiff's Exhibit 10 St. Clair Internal email communications regarding Steven Mullins Initial PREA Complaint | Confidential |

| Exhibit Name | Confidentiality Designation |
|---|---|
| Plaintiff's Exhibit 11 St. Clair Internal email communications regarding February 25, 2019, Bed Movements for Several Inmates | Confidential |
| Plaintiff's Exhibit 14 Internal email communication regarding development of Staffing Plan and Analysis for St. Clair | HC-AEO |
| Plaintiff's Exhibit 15 email communication regarding results of the St. Clair Security Renovation Project Site Inspection with results and security recommendations | Confidential |
| Plaintiff's Exhibit 16 May, 2, 2018, St. Clair Correctional Facility Institutional Vulnerability Analysis | HC-AEO |
| Plaintiff's Exhibit 18 St. Clair Internal Communication regarding unrelated inmate assault September, 20, 2018 | Confidential |
| Deposition of Antoine Price | Confidential |
| Plaintiff's Exhibit 1 Alabama Department of Corrections Inmate File of Steven Mullins | Confidential |
| Plaintiff's Exhibit 2 Excerpts from the Inmate File of Clarence Jackson showing disciplinary action resulting from the February 26, 2019, Incident involving Steven Mullins | HC-AEO |
| Plaintiff's Exhibit 3 Statement of Kevin White I&I Investigative File | Confidential |
| Plaintiff's Exhibit 4 Statement of Antoine Price I&I Investigative File | Confidential |
| Plaintiff's Exhibit 5 Excerpts from the Inmate File of Clarence Jackson- Classification Summary | Confidential |
| Plaintiff's Exhibit 7 Excerpts from the Inmate File of Vandrick Thomas- Disciplinary Action March 1, 2019 | Confidential |
| Plaintiff's Exhibit 8 Alabama Department of Corrections Inmate File of Christopher Scott Jones | Confidential |
| Plaintiff's Exhibit 10 Complete Alabama Department of Corrections I&I Investigative File Steven Mullins | HC-AEO |
| Plaintiff's Exhibit 11 St. Clair Internal Email Communication regarding initial investigation of February 26, 2019, Incident involving Steven Mullins | HC-AEO |
| Deposition of Charles Daniels | Confidential |
| Plaintiff's Exhibit 2 Email communication between Equal Justice Initiative and Charles Daniels regarding the Private Settlement Agreement in Duke v. Dunn et. al. | HC-AEO |
| Plaintiff's Exhibit 3 Email communication between Equal Justice Initiative and Charles Daniels regarding the Private Settlement Agreement in Duke v. Dunn et. al. with attached PowerPoint | HC-AEO |
| Plaintiff's Exhibit 4 ADOC Short Term/Mid Term Strategic Plan for security operations at St. Clair April, 2019 | Confidential |
| Deposition of Christy Vincent | Confidential |
| Plaintiff's Exhibit 1 Alabama Department of Corrections Secure Facility Vulnerability Assessment St. Clair | HC-AEO |
| Plaintiff's Exhibit 2 PREA AUDIT Report April 3-6, 2018, St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 3 PREA AUDIT Report June 4, 2018, St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 4 July 2018 PREA Audit Corrective Action Plan St. Clair Correctional Facility | HC-AEO |
| Deposition of Cynthia Caver | Confidential |

| Exhibit Name | Confidentiality Designation |
|---|---|
| Plaintiff's Exhibit 2 I&I Investigative Update regarding the December 18, 2018, Incident involving Terrance Andrews and Cedric Davis | Confidential |
| Deposition of Edward Ellington | Confidential |
| Plaintiff's Exhibit 1 June 2018 PREA Audit St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 4 St. Clair internal email communication regarding Incident Reporting | HC-AEO |
| Plaintiff's Exhibit 5 St. Clair Quality Improvement Team Meeting Minutes July 2018-December 2018 | HC-AEO |
| Plaintiff's Exhibit 6 Email Communication April 2019 regarding Equal Justice Initiative Letter on St. Clair | HC-AEO |
| Plaintiff's Exhibit 7 Email Communication April 2019 regarding Equal Justice Initiative Letter on St. Clair Including PowerPoint attachment | HC-AEO |
| Plaintiff's Exhibit 9 Excerpts from Alabama Department of Corrections Inmate File of Steven Mullins | Confidential |
| Plaintiff's Exhibit 10 April 1, 2019, Mid Term/Short Term Strategic Plan for St. Clair Correctional Facility | Confidential |
| Plaintiff's Exhibit 13 Index of Exhibits and Equal Justice Initiative Letter regarding St. Clair Correctional Facility Security Operations | HC-AEO |
| Deposition of Eric Garrett | Confidential |
| Deposition of Grantt Culliver | Confidential |
| Plaintiff's Exhibit 1 Internal Email Communication regarding St. Clair Incident Reporting and Recent Escape Attempt | HC-AEO |
| Plaintiff's Exhibit 2 March 2018 Scope of Proposed Work and Quote from Johnson Controls for Surveillance Camera Installation at St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 4 Email Communication regarding the Duke v. Dunn et. al., Private Settlement Agreement and the Equal Justice Initiative's First Letter on St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 4 Internal Email Communication Regarding a July 26, 2018, Incident at St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 5 Email Communication regarding the Duke v. Dunn et. al., Private Settlement Agreement and the Equal Justice Initiative's Second Letter on St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 6 Internal Email Communications regarding incident reporting at St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 7 Internal Email Communications regarding a September 2018 Incident at St. Clair Correctional Facility | HC-AEO |
| Deposition of Jefferson Dunn | Confidential |
| Plaintiff's Exhibit 1 April 10, 2019, email communication regarding the Equal Justice Initiative Letter regarding St. Clair Correctional Facility with attached report. | HC-AEO |
| Plaintiff's Exhibit 2 March 12, 2018, internal email communication regarding two incidents at St. Clair Correctional Facility and status of facility lockdown. | HC-AEO |
| Plaintiff's Exhibit 4 February 9, 2018, internal email communication regarding an incident at St. Clair Correctional Facility and investigation update. | HC-AEO |

| Exhibit Name | Confidentiality Designation |
|---|---|
| Plaintiff's Exhibit 5 September 6, 2018, email communication regarding a death at St. Clair Correctional Facility and attached correspondence from the Equal Justice Initiative | HC-AEO |
| Plaintiff's Exhibit 6 September 21, 2018, internal email communication regarding an inmate-on-inmate assault at St. Clair Correctional Facility and investigative update. | HC-AEO |
| Plaintiff's Exhibit 8 June 2018 PREA Audit St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 9 March 29, 2018, email communication regarding the Equal Justice Initiative First Letter on St. Clair Correctional Facility | HC  AEO |
| Plaintiff's Exhibit 10 August 1, 2018, email communication regarding the Equal Justice Initiative Second Letter on St. Clair Correctional Facility. | HC-AEO |
| Plaintiff's Exhibit 11 February 12, 2019, email communications regarding Duke v. Dunn et. al., Private Settlement Agreement with attached PowerPoint presentation by the Equal Justice Initiative. | HC-AEO |
| Plaintiff's Exhibit 12 October 9, 2018, email communication regarding the Mid term/Short term plan for St. Clair Correctional Facility. | HC-AEO |
| Plaintiff's Exhibit 14 March 7, 2019, internal email communication regarding Operation Restore Order Institutional Search of St. Clair investigations and contraband recovered. | HC-AEO |
| Plaintiff's Exhibit 15 April 2019 Mid Term/Short Term Strategic Plan St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit 16 April 2019 internal email communication regarding St. Clair security operations and response to DOJ Notice Letter | HC-AEO |
| Plaintiff's Exhibit 17 September 19, 2018, email communication regarding NIC assistance for St. Clair Correctional Facility | HC-AEO |
| Deposition of Karla Jones | Confidential |
| Plaintiff's Exhibit A Duke v. Dunn et. al., Private Settlement Agreement | HC-AEO |
| Plaintiff's Exhibit B Karla Jones Deposition Transcript of Karla Jones from Huffman v. Dunn et. al. | Confidential |
| Plaintiff's Exhibit D July 18, 2018, Correspondence from the Equal Justice Initiative with attached letter | HC-AEO |
| Plaintiff's Exhibit E September 16, 2018, Letter from the Equal Justice Initiative regarding the Duke v. Dunn et. al. Private Settlement Agreement and security operations at St. Clair Correctional Facility | |
| Plaintiff's Exhibit G St. Clair Housing/Staffing Plan St. Clair | HC-AEO |
| Plaintiff's Exhibit H St. Clair SOP Special Safety Unit | HC-AEO |
| Plaintiff's Exhibit J St. Clair Quality Improvement Team Meeting Minutes | HC-AEO |
| Plaintiff's Exhibit M Alabama Department of Corrections Inmate File of Cedric Davis | HC-AEO |
| Plaintiff's Exhibit N Male Classification Manual | HC-AEO |
| Plaintiff's Exhibit O Alabama Department of Corrections Inmate File of Steven Mullins | HC-AEO |
| Plaintiff's Exhibit P I&I Investigative File for Incident regarding Steven Mullins | HC-AEO |

| Exhibit Name | Confidentiality Designation |
|---|---|
| Plaintiff's Exhibit R Incident Reporting Module for St. Clair Correctional Facility | HC-AEO |
| Plaintiff's Exhibit S Short Term/Mid Term Plan St. Clair Correctional Facility Security Operations | HC-AEO |
| Plaintiff's Exhibit T 90 Day Security Enhancement Plan | HC-AEO |
| Plaintiff's Exhibit U St. Clair Monthly Security Supervisor Meetings | HC-AEO |
| Deposition of Lakeisha Ezell | Confidential |
| Deposition of Tanya Ary | Confidential |
| Plaintiff's Exhibit 1 Internal email communication regarding unrelated inmate incident on December 14, 2018. | HC-AEO |
| Plaintiff's Exhibit 2 Internal email communications regarding inmate progress reviews September 28, 2018 | HC-AEO |
| Plaintiff's Exhibit 3 February 25, 2019, internal email communication regarding inmate threats to security. | HC-AEO |
| Plaintiff's Exhibit 8 Excerpt from Cedric Davis Alabama Department of Corrections Inmate File | Confidential |
| November 27, 2018, Internal email communication regarding inmate candidates for placement in the Special Safety Unit at St. Clair Correctional Facility | HC-AEO |
| February 26, 2019, internal email communication regarding preliminary investigation into the February 26, 2019, Incident Involving Mullins. | HC-AEO |
| February 26, 2019, internal email communication between the Law Enforcement Services Division regarding the preliminary investigation into the February 26, 2019, Incident Involving Mullins. | |
| March 4, 2019, Law Enforcement Services Division Briefing on the Investigation into the February 26, 2019, Incident Involving Mullins. | HC-AEO |
| Alabama Department of Corrections Classification Summary of Cedric Davis dated November 3, 2022 | Confidential |
| Intelligence and Investigations Division Investigative Report 18-4223 Regarding the December 18, 2018, Incident involving Terrance Andrews and Cedric Davis | HC-AEO |
| Expert Report of Brian Zawilinski | |
| Expert Report of Mark Inch | Confidential |
| Expert Report of Kevin Myers | Confidential |
| Expert Report of Dan Pacholke | |