IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as the Personal Representative of the Estate of Terrance Andrews, <br><br> Plaintiff, <br><br> v. <br><br> JEFFERSON DUNN, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Honorable Judge Annemarie Carney Axon <br><br> Case No.: 4:20-cv-2058-ACA |

### THE ADOC PARTIES' UNOPPOSED MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Jefferson Dunn, Edward Ellington, and Larry Baker (collectively the "ADOC Parties") respectfully move this Court for 15 additional pages for each of the ADOC Parties' two briefs in support of summary judgment and Plaintiff's responses thereto.

As grounds for and in support of this motion, the ADOC Parties state as follows:

1. Any brief in support of a dispositive motion currently must be filed on or before January 27, 2025. (Doc. 125 p. 4).

2. Under this Court's Initial Order, (Doc. 107), a party's submission in support of or in opposition to summary judgment "must consist of: (1) a brief containing, in separately identified sections, (i) a statement of allegedly undisputed relevant material facts and (ii) a discussion of relevant legal authorities; and (2) copies of any evidentiary materials upon which the party relies." (*Id*. at Appendix II

1

p. 2). The Court's Initial Order further limits initial and response briefs to 35 pages. (*Id.*)

3. More specifically, this Court ordered the Plaintiff and the ADOC Parties, in dispositive motion briefing, to organize the dispositive motions and supporting briefs "by defendant and include a separate analysis of each claim stated against that defendant for which the movant seeks relief." (Doc. 125 p. 2).

4. The ADOC Parties intend to file separate summary-judgment motions and supporting briefs.

5. The ADOC Parties believe that, in light of the 24 depositions, three expert reports, and voluminous document production during the course of discovery in this action, a page limit of 50 pages for the ADOC Parties' statement of facts and discussion of relevant legal authorities is reasonable and appropriate.

6. The ADOC Parties have conferred with Plaintiff's counsel, and Plaintiff's counsel does not oppose this Motion.

7. Accordingly, the ADOC Parties respectfully request the Court grant the ADOC Parties' leave to file two, separate 50-page briefs in support of their motions for summary judgment.

WHEREFORE, based on the foregoing, the ADOC Parties respectfully request that this Court enter an order allowing the ADOC Parties to file two separate 50-page briefs in support of their motions for summary judgment.

Respectfully submitted this 21st day of January, 2025.

|  | /s/ *Caitlin E. Cobb* |
|---|---|
|  | W. ALLEN SHEEHAN (ASB-7274-L69S) |
|  | C. RICHARD HILL, JR. (ASB-0773-L72C) |
|  | JAMES N. WALTER, JR. (ASB-2722-R68J) |
|  | CAITLIN E. COBB (ASB-2959-B63E) |
|  | |
|  | *One of the Attorneys for Larry Baker* |

**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
allen.sheehan@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
caitlin.cobb@chlaw.com
Phone: (334) 241-8000
Fax: (334) 323-8888

*Attorneys for Larry Baker*

 

|  | /s/ *William J. Cranford* |
|---|---|
|  | *One of the Attorneys for the ADOC Officials* |

**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville AL, 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com

*Attorneys for Jefferson Dunn,
Edward Ellington, and Karla
Jones*

3

# CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 21st day of January 2025.

Ruth Zemel Brown
Megan Colleen Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
anil.a.mujumdar@gmail.com

*Attorneys for Plaintiff*

                                          */s/ William J. Cranford*
                                          **OF COUNSEL**