FILED
2025 Jan-27 PM 05:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS, | ) ) ) ) **Honorable Judge Annemarie Carney Axon** |
| **Plaintiff,** | ) ) **Case No.: 4:20-cv-02058-ACA** |
| v. | ) ) |
| JEFFERSON DUNN, et al., | ) ) |
| **Defendants.** | ) |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant Larry Baker ("Defendant Baker") respectfully moves for entry of judgment as a matter of law on all claims of Plaintiff Lakeisha Ezell, Representative of the Estate of Terrence Andrews, Decedent, ("Plaintiff"). In support of this motion, Defendant Baker submits that the material facts are not in dispute and that, even when viewed in the light most favorable to the Plaintiff, those facts could not allow a reasonable jury to find in favor of the Plaintiff on any of the claims in the Amended Complaint. (Doc. 34). Under the applicable legal paradigms, Defendant Baker is entitled to judgment as a matter of law as to the claims against him.

Defendant Baker is filing contemporaneously an evidentiary submission and brief in support of this motion.

Respectfully submitted this the 27th day of January 2025.

                        */s/ Caitlin E. Cobb*
                        W. ALLEN SHEEHAN (ASB-7274-L69S)
                        JAMES N. WALTER, JR. (ASB-2722-R68J)
                        C. RICHARD HILL, JR. (ASB-0773-L72C)
                        CAITLIN E. COBB (ASB-2959-B63E)

                        *Attorneys for Defendant Baker*

**CAPELL & HOWARD, P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888
Email: allen.sheehan@chlaw.com
      jimmy.walter@chlaw.com
      rick.hill@chlaw.com
      bob.northcutt@chlaw.com
      caitlin.cobb@chlaw.com
      jackson.britton@chlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP, LLC**
2170 Highland Ave S, Suite 250
Birmingham, AL 35205
anil@dagneylaw.com

Megan Collen Pierce
Ruth Zemel Brown
Quinn Rallins
**LOEVY & LOEVY**
311 North Aberdeen Street, 3rd Floor
Chicago, IL 60607
megan@loevy.com
ruth@loevy.com
quinn@loevy.com

William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
**BUTLER SNOW, LLP**
200 West Side Square
Huntsville, AL  35801
bill.lunsford@butlersnow.com
matt.reeves@butlersnow.com
Will.cranford@butlersnow.com

/s/ *Caitlin E. Cobb*
**OF COUNSEL**