FILED
2025 Jan-28  AM 08:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:20-CV-2058-ACA** |
| | ) | |
| **JEFFERSON DUNN**, *et. al.*, | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| **LORI GUY,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:21-CV-00264-ACA** |
| | ) | |
| | ) | |
| **JEFFERSON DUNN**, *et. al.*, | ) | |
| **Defendants.** | ) | |

## THE ADOC OFFICIALS' EVIDENTIARY SUBMISSION
## IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT

Defendants Jefferson Dunn ("Dunn"), Christy Vincent ("Vincent"), Edward Ellington ("Ellington"), Grantt Culliver ("Culliver"), and Karla Jones ("Jones" and together with Dunn, Vincent, Ellington, and Culliver, the "ADOC Officials"), submit the attached evidentiary materials in support of their Motions for Summary Judgment in the above-referenced actions:

| Exhibit A | Deposition of Christy Vincent, dated June 24, 2024, with the following exhibits attached thereto: |
|---|---|

| **Exhibit A-2**[1] | Prison Rape Elimination Act (PREA) Interim Audit Report dated April 26, 2018 |
|---|---|
| **Exhibit A-3** | Prison Rape Elimination Act (PREA) Interim Audit Report Adult Prisons and Jails dated June 11, 2018 |
| **Exhibit A-4** | Prison Rape Elimination Act (PREA) Corrective Action Plan for St. Clair |
| **Exhibit B** | Deposition of Edward Ellington, dated August 9, 2024, with the following exhibits attached thereto: |
| **Exhibit B-2** | July 23, 2018, Email CERT Rotation at St. Clair |
| **Exhibit B-3** | July 23, 2018, Email CERT Rotation at St. Clair |
| **Exhibit B-9** | ADOC Incident Report (SCCF-18-01654), dated December 29, 2018 |
| **Exhibit B-10** | Excerpts from ADOC Institutional File of Steven Mullins |
| **Exhibit B-11** | ADOC Incident Report (SCCF-19-00270 Amendment), dated February 26, 2019 |
| **Exhibit C** | Deposition of Jefferson Dunn, dated July 29, 2024 |
| **Exhibit D** | Deposition of Karla Jones, dated August 21, 2024, with the following exhibits attached thereto: |
| **Exhibit D-A**[2] | Private Settlement Agreement in the lawsuit styled Mark Duke, et. al, v. Jefferson Dunn, et. al., In the |

---

[1] Consistent with the Court's January 27, 2025, Order, the ADOC Officials include in this Evidentiary Submission "only those exhibits used in support of [the ADOC Officials'] dispositive motion." (Doc. 182 at 6). Therefore, the ADOC Officials omitted exhibits to depositions the ADOC Officials did not rely on in support of their Motion for Summary Judgment resulting in gaps of exhibit numbers associated with deposition transcripts.

[2] During some of the depositions, Plaintiff switched from exhibit numbers to exhibit letters. The ADOC Officials retained Plaintiff's exhibit letters/numbers for this evidentiary submission for ease of reading the transcript and referencing the applicable exhibit letter from the deposition.

| | United States District Court for the Northern District of Alabama; Case No. No. 4:14-cv-01952 |
|---|---|
| **Exhibit D-H** | St. Clair Standard Operating Procedure 128, dated August 13, 2018 |
| **Exhibit D-K** | May 22, 2018, Karla Jones Memorandum |
| **Exhibit D-L** | Karla Jones Responses and Objections to Plaintiff's First Set of Interrogatories, dated February 14, 2024 |
| **Exhibit D-M** | Excerpts of Cedric Davis Institutional File[3] |
| **Exhibit D-N** | ADOC Male Classification Manual |
| **Exhibit D-P** | ADOC Investigative Report (19-0325), dated February 26, 2019 |
| **Exhibit E** | Deposition of Lakeisha Ezell, dated June 20, 2024 |
| **Exhibit F** | Deposition of Lori Guy Willis, dated June 21, 2024, with the following exhibits attached thereto: |
| **Exhibit F-2** | Steven Mullins Handwritten Letter, dated February 13, 2019 |
| **Exhibit F-3** | ADOC Incident Report (HP07-1028), dated December 3, 2007 |
| **Exhibit F-4** | ADOC Disciplinary Report (SCCF-18-01093-1), dated July 17, 2018 |
| **Exhibit F-5** | Steven Mullins Handwritten Letter, dated February 21, 2019 |
| **Exhibit F-6** | Steven Mullins Handwritten Letter, dated February 10, 2019 |

---

[3] Plaintiff introduced Cedric Davis' entire inmate file covering over 1,000 pages during the deposition; however, the witness only discussed a select number of pages. For judicial economy and to avoid unnecessarily burdening the record, the ADOC Parties include only the pages specifically referenced or discussed during this deposition. Nevertheless, if the Court desires to see the entire inmate file, then the ADOC Parties will file it.

| | |
|---|---|
| **Exhibit F-7** | ADOC Incident Report (STC-00-0521), dated March 13, 2000 |
| **Exhibit F-8** | ADOC Disciplinary Report, dated January 23, 2004 |
| **Exhibit F-9** | St. Clair Standard Operating Procedure 137, dated May 11, 2016 |
| **Exhibit F-10** | ADOC Incident Report (SCCF-19-00270), dated February 26, 2019 |
| **Exhibit G** | Expert Report of Mark Inch (Ezell & Guy) |
| **Exhibit H** | Expert Report of Kevin Myers (Ezell) |
| **Exhibit I** | Expert Report of Kevin Myers (Guy) |
| **Exhibit J** | Expert Report of Brian Zawilinski (Guy) |
| **Exhibit K** | Expert Report of Brian Zawilinski (Ezell) |
| **Exhibit L** | Expert Report of Dan Pacholke (Ezell) |
| **Exhibit M** | Expert Report of Dan Pacholke (Guy) |
| **Exhibit N** | St. Clair County Circuit Court Indictment of Cedric Davis |
| **Exhibit O** | St. Clair County Circuit Court Indictment of Clarence Jackson |
| **Exhibit P** | Declaration of William Cranford, with the following exhibits attached thereto: |
| **Exhibit P-1** | Fiscal Year 2015 Annual Report Alabama Department of Corrections |
| **Exhibit P-2** | Fiscal Year 2016 Annual Report Alabama Department of Corrections |
| **Exhibit P-3** | Fiscal Year 2017 Annual Report Alabama Department of Corrections |

| | |
|---|---|
| **Exhibit P-4** | Fiscal Year 2019 Annual Report Alabama Department of Corrections |
| **Exhibit P-5** | July 17, 2018, Memorandum Regarding Steven Mullins Restrictive Housing Placement |
| **Exhibit P-6** | February 25, 2019, Steven Mullins Handwritten Statement from ADOC Incident Report (SCCF-19-00259) |
| **Exhibit P-7** | July 18, 2018, Email Regarding Steven Mullins Drug Screen |
| **Exhibit P-8** | November 5, 2018, Steven Mullins Request Regarding Restrictive Housing Placement |
| **Exhibit P-9** | February 12, 2019, Steven Mullins Statement |
| **Exhibit P-10** | February 26, 2019, ADOC Duty Post Roster |
| **Exhibit P-11** | February 26, 2019, ADOC Duty Post Logs |
| **Exhibit P-12** | November and December 2018, ADOC Duty Post Rosters |
| **Exhibit P-13** | February 10, 2019, through March 1, 2019, ADOC Duty Post Rosters |
| **Exhibit P-14** | ADOC Investigations and Intelligence Report (18-4223), dated January 31, 2019 |
| **Exhibit P-15** | Excerpt from Steven Mullins Institutional File |
| **Exhibit P-16** | ADOC Index of Administrative Regulations |
| **Exhibit P-17** | ADOC Administrative Regulation 454 |
| **Exhibit P-18** | St. Clair Standard Operating Procedure 119 |
| **Exhibit P-19** | St. Clair Standard Operating Procedure 031 |
| **Exhibit P-20** | St. Clair Standard Operating Procedure 032 |

| | |
|---|---|
| **Exhibit P-21** | St. Clair Standard Operating Procedure 083 |
| **Exhibit P-22** | St. Clair Standard Operating Procedure 110 |
| **Exhibit P-23** | St. Clair Standard Operating Procedure 137 |
| **Exhibit P-24** | St. Clair Standard Operating Procedure 229 |
| **Exhibit P-25** | St. Clair Standard Operating Procedure 230 |
| **Exhibit P-26** | The Alabama Prison Transformation Initiative 2017 Information Paper |
| **Exhibit P-27** | ADOC 2018-2021 Strategic Plan |
| **Exhibit P-28** | Savage Corrections Consulting LLC "Assessment of Correctional Staff Needs and Shift Relief Requirements at Selected Facilities within the Alabama Department of Corrections." |
| **Exhibit P-29** | Stipulation Regarding EJI Monitoring from Duke Action (Doc. 377) |
| **Exhibit P-30** | Declaration of Elliott Sanders from Duke Action (Doc. 423-218) |
| **Exhibit P-31** | Jefferson Dunn's Objections and Responses to Plaintiff's First Interrogatories |
| **Exhibit P-32** | Warren Averett "Recruiting and Retaining Correctional Officers: A Report for the Alabama Department of Corrections" |
| **Exhibit P-33** | St. Clair Prison Rape Elimination Act (PREA) Audit Report, dated September 24, 2018 |

Respectfully submitted this 27th day of January, 2025.

/s/ William J. Cranford, III

*One of the Attorneys for the ADOC*

6

*Officials*

William R. Lunsford
William J. Cranford, III
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
will.cranford@butlersnow.com
dan.chism@butlersnow.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 27th day of January, 2025:

Ruth Zemel Brown
Megan Colleen Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

James N. Walter, Jr.
C. Richard Hill, Jr.
William Jackson Britton
Caitlin E. Cobb
William A. Sheehan
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
jackson.britton@chlaw.com
caitlin.cobb@chlaw.com
allen.sheehan@chlaw.com

*Attorneys for Gwendolyn Givens, Anthony Brooks, Gary Malone, Kevin White, Carla Graham, Angelia Gordy, William Ragsdale, Antoine Price, Neketris Estelle, Tanya Ary, Cynthia Caver, LaTonya Scott and Perry Wilson*

*/s/ William J. Cranford, III*

*Of Counsel*