



### STATE OF ALABAMA
### DEPARTMENT OF CORRECTIONS
### W. C. HOLMAN CORRECTIONAL FACILITY
### Notification of Rejected Mail

From: <u>Holman Correctional Facility</u>　　Date:<u>9-19-12</u> ↩
　　　　Institutional Mail Room

To: Inmate <u>STEVE MULLINS</u>　　　　AIS#: <u>175255</u> wing

　Cell/Dorm: <u>K</u>　　　　　　　　Bed #: <u>3</u>

Correspondence From: <u>MCDOWELL</u>

Date received at this Institution:<u>09/19/12</u>

Is being returned to sender due to the following reason(s): <u>SMALL NOTEBOOK NOT ALLOWED</u>

<u>　　　</u>

<u>　　　</u>

<u>AMOUNT POSTATE DUE $3.65</u>　　　ENVELOPE SIZE:  REGULAR <u>LARGEXXX</u>

The inmate has the option to return mail to sender at his/her own expense within thirty (30) days or the property will be destroyed.

The inmate has seventy-two (72) hours from the above date to appeal this return. State your reason(s) for appealing in writing below and return this form to the Warden/designee:

<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>
<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>
<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>
<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>
<u>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　</u>

<u>　　　　　　　　　　　　　　　　　　</u> / <u>　　　　　　　</u>
Inmate Signature　　　　　　　　　　　　　　　AIS#

<u>　　　　　　　　　　　　　　　　　　</u>
Date

**Appeal/Denied**　　　　　　　　　　**Appeal/Upheld**

<u>~Myneha~</u>　　　　　　　　　　　　<u>　　　　　　　</u>
Printed Name　　　　　　　　　　　　　Printed Name

<u>Authorized Signature 9-21-12</u>　　　　<u>　　　　　　　</u>
Date returned to sender　　　　　　　　Authorized Signature

　　　　　　　　　　　　　　　　　　　<u>　　　　　　　</u>
　　　　　　　　　　　　　　　　　　　Date returned to inmate

~Destroyed~

# Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division:<br>ST.CLAIR CORRECTIONAL FAC. | | 2. Date:<br>7/17/2018 | 3. Time:<br>5:30:00 PM | 4. Inc. No: SCCF-18-00891<br>Class Code: C |
|---|---|---|---|---|

| 5. Type of Incident - PRIMARY:<br>Inability to Adjust to Population/Programs | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| 7. Type of Incident - Secondary:<br>N/A | 8: ASCA Incident Type - Secondary: |
| 9. Who Received Report:<br>BROOKS, ANTHONY       F | 10. Time Incident Reported:<br>7/17/2018 5:45:00 PM |

| 11. Location of Incident:<br>breezeway |
|---|

| 12. Victim(s): | Name<br>N/A | AIS |
|---|---|---|
| 13. Suspect(s): | Name<br>MULLINS, STEVEN | AIS<br>00175255 |
| 14. Witness(es): | Name<br>N/A | AIS |

| PHYSICAL EVIDENCE: | |
|---|---|
| 15. Type of Evidence / Description:<br>N/A | 16. Chain of Evidence / Location & Date:<br>N/A |

**17. Narrative Summary:**

On July 17th 2018, at approximately 5:30pm, inmate Steven Mullins, W/ 175255, approached Sergeant Phillip Dixon at the breezeway and stated"
that he could not live in population because he feared for his life by unknown inmates" Sergeant Phillip Dixon noticed Bruises to his face.
Apparently inmate Mullins was involved in a physical altercation.  At approximately 5:45pm, Sergeant Dixon notified Warden Anthony Brooks of
this incident. Inmate Mullins will be placed in Restrictive Housing unit for the inability to adapt to population. No further action was
taken at this time until further investigation is made into this incident.    7/17/2018 6:12 PM by phillip.dixon

Signature: _____

ADOC000462

Alabama Department of Corrections

# INCIDENT REPORT AMENDMENT

| 1. Institution/Division: | | 2. Date | 3. Time: | 4. Inc. No: | SCCF-18-00891 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 7/17/2018 | 5:30:00 PM | Class Code: | C |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Inability to Adjust to Population/Programs | |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| N/A | |

**NARRATIVE SUMMARY:**

On July 17th 2018, at approximately 5:30pm, inmate Steven Mullins, W/ 175255,(P1-1A) approached Sergeant Phillip Dixon at the breezeway and stated he could not live in population because he feared for his life by unknown inmates". Sergeant Phillip Dixon noticed bruises to his face. Inmate Mullins stated, "the injury's was from a previous incident".   Apparently, inmate Mullins was involved in a physical altercation.  At approximately 5:45pm, Sergeant Dixon notified Warden Anthony Brooks of this incident. Inmate Mullins was placed in Restrictive Housing unit in cell B19 for the inability to adapt to population. No further action was taken at this time.  7/17/2018 6:12 PM by phillip.dixon 7/17/2018 7:24 PM by phillip.dixon 10/18/2018 1:38 PM by carla.graham 10/18/2018 1:39 PM by carla.graham

Signature: _____

**ADOC Form 302-B - August 2, 2010**

ADOC000463

## Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division:<br>ST.CLAIR CORRECTIONAL FAC. | | 2. Date:<br>7/17/2018 | 3. Time:<br>9:40:00 PM | 4. Inc. No: SCCF-18-01093<br>Class Code: C |
|---|---|---|---|---|
| 5. Type of Incident - PRIMARY:<br>Intoxicants - Use (Consumption, also Patronizing Est.) | | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary:<br>N/A | | | 8: ASCA Incident Type - Secondary: | |
| 9. Who Received Report:<br>PRICE, ANTOINE      J | | | 10. Time Incident Reported:<br>7/30/2018 11:00:00 AM | |
| 11. Location of Incident:<br>RHU Drug Lab | | | | |

| 12. Victim(s): | Name | | | AIS | |
|---|---|---|---|---|---|
| | N/A | | | Other | |

| 13. Suspect(s): | Name | | | AIS | |
|---|---|---|---|---|---|
| | MULLINS, STEVEN | | | 00175255 | |

| 14. Witness(es): | Name | | | AIS | |
|---|---|---|---|---|---|
| | N/A | | | | |

| PHYSICAL EVIDENCE: | | |
|---|---|---|
| 15. Type of Evidence / Description:<br>N/A | 16. Chain of Evidence / Location & Date:<br>N/A | |

**17. Narrative Summary:**

On July 17, 2018, 2018, at approximately 9:40pm, a urine sample collection began. Inmate Steven Mullins W/M 175255 assigned to C-42, provided a urine sample to Correctional Sergeant T. Miller to be tested for the use of drugs. On July 18, 2018 at approximately 3:08am the sample was tested by Correctional Officer Perry Wilson, Drug testing Officer. The urine at that time screened positive for inmate Mullins for the use of amphetamines. On July 30, 2018 at approximately 11:00am Aperian Laboratory Solutions Department returned a positive confirmation report of Officer Wilson's test. The sample tested positive for the use of amphetamines for inmate Mullins. Inmate Mullins was asked if inmate Mullins was taking any prescribed medications. Inmate Mullins was not taking any prescribed medications that would cause a positive drug screening. This is the 1st time inmate Mullins has tested positive for amphetamines at St. Clair Correctional Facility. Inmate Mullins is pending disciplinary action for rule violation #928, consumption or use of or under the influence of alcohol, narcotics, or other intoxicants. A copy of the positive test is attached. No further action taken at this time. At approximately 11:15am, this incident was reported to Correctional Lieutenant Antoine Price.   8/20/2018 1:26 AM by jason.norris

Signature: _____

ADOC Form 302-A - August 2, 2010

ADOC000464

# Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: | | 2. Date: | 3. Time: | 4. Inc. No: | SCCF-18-01256 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 9/21/2018 | 11:13:00 AM | Class Code: | C |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Destruction of State Property (Including Stealing, Disposing, Selling or Altering) | |

| 7. Type of Incident - Secondary: | 8: ASCA Incident Type - Secondary: |
|---|---|
| N/A | |

| 9. Who Received Report: | 10. Time Incident Reported: |
|---|---|
| MALONE, GARY        W | 9/21/2018 11:14:00 AM |

**11. Location of Incident:**

RHU

| 12. Victim(s): | Name | AIS |
|---|---|---|
| | N/A | |

| 13. Suspect(s): | Name | AIS |
|---|---|---|
| | CRUTCHER, ARTAVIOUS | 00307829 |
| | BELK, JAMES | 00284820 |
| | KIDD, DARNELL | 00180697 |
| | MARTIN, ROGER | 00294494 |
| | WILLIAMS, JACKIE | 00259835 |
| | GRIFFIN, DESMOND | 00261180 |
| | ALLEN, SKYLAR | 00276110 |
| | MULLINS, STEVEN | 00175255 |
| | REED, RODNEY | 00238035 |
| | VETETO, RONALD | 00195182 |
| | LADD, BRANDON | 00246177 |
| | ORR, JOSEPH | 00313157 |
| | JOHNSON, COREY | 00159228 |
| | LAWYER, ONTARIO | 00273821 |
| | BRAGGS, CHARLES | 00277236 |
| | SEAY, MARTEZ | 00231922 |
| | COPELAND, CHRISTOPHER | 00242527 |

| 14. Witness(es): | Name | AIS |
|---|---|---|
| | N/A | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: | 16. Chain of Evidence / Location & Date: |
|---|---|
| N/A | N/A |

**17. Narrative Summary:**

On September 21st, at approximately 11:13am Correctional Sergeant Derrick Dent completed RHU rounds. During rounds Sergeant Dent noticed the following tray-doors jammed B-27,34,39,41,43\\ C-17,39,40,41,42\\ D-13,28,38,43,48\\ E-2,13,18,19. The following inmates are assigned to the above jammed tray doors and will receive disciplinary action. Jackie Williams 259835 Roger Martin 294494 Darnell Kidd 190697 James Belk 284820 Artavious Crutcher 307829 Desmond Griffin 261180 Sylar Allen 276110 Rodney Reed 238035 Steven Mullins 175255 Gerrard Dixon 285572 Ronald Veteto 195182 Corey Johnson 159228 Brandon Ladd 246177 Joseph Orr 313157 Ontario Lawyer 273821 Charles Braggs 277236 Martez Seay 231922 Christopher Copeland 242527 9/21/2018 11:51 AM by derrick.dent

Signature: _____

ADOC000466

# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: | | 2. Date | 3. Time | 4. Inc. No: | SCCF-19-00262 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 2/25/2019 | 3:30:00 PM | Class Code: | B |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Sexual Harassment - Inmate-on-Inmate | III 3.3 Allegations of Inmate-on-Inmate Non-Consensual Sexual Acts. |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| N/A | |

**9. Location of Incident:** Cell Q2-27

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M | ███ | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | MURDER | | | | | | |
| JACKSON, CLARENCE | 00249273 | B / M | ███ | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| Offense(s) | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JACKSON, CLARENCE | 00249273 | B / M | ███ | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| Offense(s) | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |

**BRIEF Narrative:**

On February 25, 2019, at approximately 3:30 pm, Correctional Lieutenant Angelia Gordy, PREA Compliance Manager, received an email from Correctional Lieutenant Tavorez Surles concerning a PREA Hotline call made by inmate Steven Mullins, W/175255 on 2/25/2019 at 10:52 am. Inmate Mullins alleged that he was moved from Segregation two weeks ago, and was assigned to Cell Q32. Inmate Mullins stated that two inmates were already in Cell Q32 so he moved to an empty bed in Cell Q27. Inmate Mullins stated that his cell partner would rub on his feet and his hip while he was asleep. Inmate Mullins stated that he told his cell partner to stop. Inmate Mullins further stated that this morning, 2/25/19, he was awakening by his cell partner punching him on the side of the head and twice in the eye. Inmate Mullins stated that his cell partner pulled a knife on him and tried to force him to perform oral sex. Inmate Mullins stated that he pushed his cell partner out of the way and exited the cell. Inmate Mullins stated that he went to the shift office and reported the incident (Incident Report SCCF-19-00259). Inmate Mullins was moved to Cell P36 on day shift. Inmate Mullins claims that he is in fear for his life in population at St. Clair. Inmate Mullins identified his cell partner as inmate Clarence Jackson, B/249273. Inmate Mullins was moved from Cell P36 to Cell L28. 2/25/2019 5:43 PM by angelia.gordy

ADOC000467

# INCIDENT REPORT

| 1. Institution/Division:<br>ST.CLAIR CORRECTIONAL FAC. | | 2. Date:<br>2/25/2019 | 3. Time:<br>4:00:00 PM | 4. Inc. No:  SCCF-19-00262 |
|---|---|---|---|---|
| | | | Class Code:  B | |

| 5. Type of Incident - PRIMARY:<br>Sexual Harassment - Inmate-on-Inmate | 6. ASCA Incident Type - PRIMARY:<br>III 3.3 Allegations of Inmate-on-Inmate Non-Consensual Sexual Acts. |
|---|---|
| 7. Type of Incident - Secondary:<br>N/A | 8: ASCA Incident Type - Secondary:<br>N/A |
| 9. Who Received Report:<br>JONES, KARLA    D | 10. Time Incident Reported:<br>2/25/2019 4:30:00 PM |

| 11. Location of Incident:<br>Cell Q2-27 | |
|---|---|
| **12. Victim(s):**  Name<br>MULLINS, STEVEN | AIS<br>00175255 |
| **13. Suspect(s):**  Name<br>JACKSON, CLARENCE | AIS<br>00249273 |
| **14. Witness(es):**  Name<br>N/A | AIS |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description:<br>N/A | 16. Chain of Evidence / Location & Date:<br>N/A |
|---|---|

**17. Narrative Summary:**

On February 25, 2019, at approximately 4:00 pm, Correctional Lieutenant Angelia Gordy, PREA Compliance Manager, received an email from Correctional Lieutenant Tavorez Surles concerning a PREA Hotline call made by inmate Steven Mullins, W/175255 (Q32). Inmate Mullins stated that he was released from segregation a couple of weeks ago and moved to Cell Q32. Inmate Mullins stated that there were already two inmates assigned to Cell Q32 so he moved to an empty bed in Cell Q27. Inmate Mullins further alleged that his cell partner, inmate Clarence Jackson, B/249273 (Q27) would rubbed him on his feet and hip and he had told him to stop. Inmate Mullins stated that he was awakening this morning with inmate Jackson punching him on the side of the head and his eye. Inmate Mullins further stated that inmate Jackson pulled a knife on him and tried to make him perform oral sex but he ran out of the cell (See attached statement). At approximately 4:30 pm, the incident was reported to Warden Karla Jones. At approximately 6:45 pm, Lieutenant Gordy escorted inmate Mullins to the infirmary for a body chart. The body chart was completed by Licensed Practical Nurse (LPN) Angie Tidwell (See attached copy). Inmate Mullins was released from the infirmary. Inmate Mullins was moved to Cell L28. A Mental Health Referral Form was completed on inmates Mullins and Jackson (See attached copy). Captain Kevin White will complete the Sexual Harassment Investigation.  2/25/2019 6:07 PM by angelia.gordy 2/25/2019 6:16 PM by angelia.gordy 2/26/2019 11:47 AM by angelia.gordy 3/1/2019 11:55 AM by angelia.gordy

Signature: _____

ADOC000468

# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: | | 2. Date | 3. Time | 4. Inc. No: | SCCF-19-00270 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 2/26/2019 | 5:45:00 PM | Class Code: | A |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Assault-Inmate-on-Inmate with Serious Injury | III 1.1 Inmate-on-Inmate Assaults With Serious Injury |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| After Hours Transport | |

**9. Location of Incident:**      L Dorm 2 Side

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M | | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| **Offense(s)** | MURDER | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JACKSON, CLARENCE | 00249273 | B / M | | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| **Offense(s)** | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |
| JONES, CHRISTOPHER | 00151939 | B / M | | SHELBY | 10/28/2011 | 25Y 0M 0D | 08/23/2033 |
| **Offense(s)** | MURDER | | | | | | |
| THOMAS, VANDRICK | 00148503 | B / M | | BALDWIN | 10/23/1997 | 999Y 99M 99D | 12/31/9999 |
| **Offense(s)** | BURGLARY I,PROM PRISON CNTRBND II,ROBBERY I | | | | | | |

**BRIEF Narrative:**

On February 26, 2019 at approximately 5:45 pm, Cubicle Operator Brandi Smith heard a loud noise then observed inmate Steven Mullins W/175255
(L28-2A), bleeding on the floor outside the cubicle door. Officer Smith called a 10-17 via hand held radio. While en route to the health
care unit, Inmate Mullins identified inmate Clarence Jackson B/249273 (Q27-2A) as the inmate that assaulted him to Correctional Captain
Kevin White and Correctional Lieutenant Antoine Price. Two other suspects, inmates Christopher Jones B/151939 (L34-1A) and Vanderick Thomas
B/148503 (L 30-2A) were also taken into custody pending an investigation. At approximately 6:05 p.m., Inmate Mullins was treated by Dr.
Walter Wilson. At approximately 6:15 p.m, Lieutenant Price advised Warden III Karla Jones of the incident. At approximately 6:35 p.m.,
Warden Jones notified Institutional Coordinator Edward Ellington of the incident. At approximately 6:55 p.m., inmate Mullins was air lifted
to UAB Hospital by Life Saver 2 helicopter service per Dr. Wilson. Lieutenant Price notified I & I On Call Investigator David Galew of the
incident. At approximately 7:10 p.m., I & I investigator Brian Casey was advised of the incident. Inmates Thomas, Jackson and Jones received
medical assessments and were placed in restrictive housing pending disciplinary action for assault with a weapon. No weapon was recovered.
2/26/2019 8:46 PM by antoine.price

ADOC000469

# INCIDENT REPORT

| 1. Institution/Division: | | 2. Date: | 3. Time: | 4. Inc. No: | SCCF-19-00270 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 2/26/2019 | 5:45:00 PM | Class Code: | A |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Assault-Inmate-on-Inmate with Serious Injury | III 1.1 Inmate-on-Inmate Assaults With Serious Injury |

| 7. Type of Incident - Secondary: | 8: ASCA Incident Type - Secondary: |
|---|---|
| After Hours Transport | |

| 9. Who Received Report: | 10. Time Incident Reported: |
|---|---|
| JONES, KARLA          D | 2/26/2019 6:15:00 PM |

| 11. Location of Incident: |
|---|
| L Dorm 2 Side |

| 12. Victim(s): | Name | AIS |
|---|---|---|
| | MULLINS, STEVEN | 00175255 |

| 13. Suspect(s): | Name | AIS |
|---|---|---|
| | JACKSON, CLARENCE | 00249273 |
| | JONES, CHRISTOPHER | 00151939 |
| | THOMAS, VANDRICK | 00148503 |

| 14. Witness(es): | Name | AIS |
|---|---|---|
| | N/A | |

| PHYSICAL EVIDENCE: | |
|---|---|
| 15. Type of Evidence / Description: | 16. Chain of Evidence / Location & Date: |
| N/A | N/A |

**17. Narrative Summary:**

On February 26, 2019 at approximately 5:45 p.m., Cubicle Operator Brandi Smith heard a loud noise then observed inmate Steven Mullins W/175255 (L28-2A), bleeding on the floor outside the cubicle door. Officer Smith called a 10-17 via hand held radio. While en route to the health care unit, Inmate Mullins identified inmate Clarence Jackson B/249273 (Q27-2A) as the inmate that assaulted him to Correctional Captain Kevin White and Correctional Lieutenant Antoine Price. Two other suspects, inmates Christopher Jones B/151939 (L34-1A) and Vanderick Thomas B/148503 (L30-2A) were also taken into custody pending an investigation. At approximately 6:05 pm, inmate Mullins was treated by Medical Doctor Walter Wilson. At approximately 6:15 p.m, Lieutenant Price advised Warden III Karla Jones of the incident. At approximately 6:35 p.m., Warden Jones notified Institutional Coordinator Edward Ellington of the incident. At approximately 6:55 p.m., inmate Mullins was air lifted to UAB Hospital by Life Saver 2 helicopter service per Dr. Wilson. Correctional Officer Cameron Smith provided security in the helicopter. Correctional Officer Kenneth Crosby followed in the chase van #1141 en route to UAB Emergency Room. Lieutenant Price notified I & I On Call Investigator David Galew of the incident. At approximately 7:10 p.m., I & I investigator Brian Casey was advised of the incident. Inmates Thomas, Jackson and Jones received medical assessments (see attached medical assessments) and were placed in restrictive housing pending disciplinary action for assault with a weapon. No weapon was recovered. (See incident report SCCF-19-00285). No further action taken at this time. 2/26/2019 8:46 PM by antoine.price 2/26/2019 9:32 PM by antoine.price 3/5/2019 3:20 PM by kevin.white 3/6/2019 11:15 AM by gwendolyn.givens

Signature: _____

ADOC000470

Alabama Department of Corrections

# INCIDENT REPORT AMENDMENT

| 1. Institution/Division: | 2. Date | 3. Time: | 4: Inc. No: | SCCF-19-00270 |
|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | 2/26/2019 | 5:45:00 PM | Class Code: | A |

**5. Type of Incident - PRIMARY:**
Death - Inmate-on-Inmate

**6. Type of Incident - Secondary:**
Assault-Inmate-on-Inmate with Serious Injury
After Hours Transport

**NARRATIVE SUMMARY:**

On February 26, 2019 at approximately 5:45 p.m., Cubicle Operator Brandi Smith heard a loud noise then observed inmate Steven Mullins W/175255 (L28-2A), bleeding on the floor outside the cubicle door. Officer Smith called a 10-17 via hand held radio. While en route to the health care unit, Inmate Mullins identified inmate Clarence Jackson B/249273 (Q27-2A) as the inmate that assaulted him to Correctional Captain Kevin White and Correctional Lieutenant Antoine Price. Two other suspects, inmates Christopher Jones B/151939 (L34-1A) and Vanderick Thomas B/148503 (L30-2A) were also taken into custody pending an investigation. At approximately 6:05 pm, inmate Mullins was treated by Medical Doctor Walter Wilson. At approximately 6:15 p.m, Lieutenant Price advised Warden III Karla Jones of the incident. At approximately 6:35 p.m., Warden Jones notified Institutional Coordinator Edward Ellington of the incident. At approximately 6:55 p.m., inmate Mullins was air lifted to UAB Hospital by Life Saver 2 helicopter service per Dr. Wilson. Correctional Officer Cameron Smith provided security in the helicopter. Correctional Officer Kenneth Crosby followed in the chase van #1141 en route to UAB Emergency Room. Lieutenant Price notified I & I On Call Investigator David Galew of the incident. At approximately 7:10 p.m., I & I investigator Brian Casey was advised of the incident. Inmates Thomas, Jackson and Jones received medical assessments (see attached medical assessments) and were placed in restrictive housing pending disciplinary action for assault with a weapon. No weapon was recovered. (See incident report SCCF-19-00285). No further action taken at this time. (Incident Report SCCF-19-00285)was added to this incident to make one report. On March 1, 2019, at approximately 8:00pm, Correctional Officer Deondre Hall was assigned to provide security for inmate Steven Mullins W/175255X, at UAB Hospital Room 9508. Inmate Mullins was admitted for injuries sustained on February 26, 2019.  On March 1, 2019, at approximately 8:20p.m., inmate Mullins succumbed from his injuries and was pronounced dead by John Sisney, M.D. Inmate Mullins commit County- Coosa County, DOB██████ SSN# ██████ Admitted / sentenced 08/06/1999, total term- LWOP, Offence- Murder, and known aliases- Steven E. Mullins, Steven Eric Mullins, Steven E. Guy, and Steve. At approximately 8:45 p.m., Correctional Sergeant John Mason was notified of inmate Mullins passing by Officer Hall. At approximately 8:46 p.m., Sergeant Mason notified Correctional Captain Carla Graham. At approximately 8:50 p.m., Sergeant Mason notified On-Call Official Correctional Warden I, Anthony Brooks.  At approximately 8:55 p.m., Warden Brooks notified Correctional Warden III Karla Jones , Institutional Coordinator Edward Ellington. Sergeant Mason notified I&I Investigator Brian Casey of the incident. At approximately 11:00 p.m., Warden Brooks notified ██████ (mother of inmate Mullins) at phone number ██████████████ Inmate Mullins property was inventoried and placed in central control for family pick-up. Final cause of death will be determined by UAB autopsy report. Inmate Mullins remains will be picked up from the St. Clair (Pell City) coroners office and transported by Grace Funeral Home 256-383-5990.  The burial will be at Staton Correctional Facility 2690 Marion Spillway Rd, Elmore Alabama 36025 334-567-2221 at the Staton CF Burial grounds. His mother (Susan Guy) and sister was advised of the final arrangements and given authorization to attend the burial.     Sworn to and subscribed before me this            day of MARCH 2019.

_____     Notary Public My Commission Expires:

_____

2/26/2019 8:46 PM by antoine.price 2/26/2019 9:32 PM by antoine.price 3/5/2019 3:20 PM by kevin.white 3/6/2019 11:15 AM by gwendolyn.givens 12/19/2019 11:26 AM by carla.graham

Signature: _____

# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: | | | 2. Date | 3. Time | 4. Inc. No: | SCCF-19-00259 |
|---|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | | 2/25/2019 | 6:00:00 AM | Class Code: | B |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Assault-Inmate-On-Inmate -- Non Serious Injury | |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| Assault-Inmate-On-Inmate -- Non Serious Injury | |

**9. Location of Incident:** Q-Dorm

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M | | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | MURDER | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M | | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | MURDER | | | | | | |

**BRIEF Narrative:**

On February 25, 2019 at approximately 6:01 a.m., Officer Dylan Tucker escorted inmate Steve Mullins W/M 175255 (Q32-2A) to the Breeze way. Officer Tucker reported to Lieutenant William Ragsdale that inmate Mullins alleged he had been assaulted. Inmate Mullins was escorted to the Infirmary for a body chart. Nurse Jeremy Marcano completed the examination. Inmate Mullins had a abrasion on the left side of his head. Inmate Mullins could not identify who assaulted him. Inmate Mullins was moved to P-dorm bed P36-1A. The incident will be further investigated. 2/25/2019 9:43 AM by william.ragsdale 2/25/2019 9:43 AM by william.ragsdale

ADOC Form 302-C - August 2, 2010

ADOC000472

Alabama Department of Corrections

# INCIDENT REPORT

| 1. **Institution/Division:** | | 2. **Date:** | 3. **Time:** | 4. **Inc. No:** | SCCF-19-00259 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 2/25/2019 | 6:00:00 AM | **Class Code:** | B |

| 5. **Type of Incident - PRIMARY:** | 6. **ASCA Incident Type - PRIMARY:** |
|---|---|
| Assault-Inmate-On-Inmate -- Non Serious Injury | |

| 7. **Type of Incident - Secondary:** | 8: **ASCA Incident Type - Secondary:** |
|---|---|
| N/A | |

| 9. **Who Received Report:** | 10. **Time Incident Reported:** |
|---|---|
| RAGSDALE, WILLIAM          J | 2/25/2019 6:01:00 AM |

| 11. **Location of Incident:** |
|---|
| Q-Dorm |

| 12. **Victim(s):** | **Name** | **AIS** |
|---|---|---|
| | MULLINS, STEVEN | 00175255 |

| 13. **Suspect(s):** | **Name** | **AIS** |
|---|---|---|
| | MULLINS, STEVEN | 00175255 |

| 14. **Witness(es):** | **Name** | **AIS** |
|---|---|---|
| | N/A | |

**PHYSICAL EVIDENCE:**

| 15. **Type of Evidence / Description:** | 16. **Chain of Evidence / Location & Date:** |
|---|---|
| N/A | N/A |

**17. Narrative Summary:**

On February 25, 2019 at approximately 6:01 a.m., Officer Dylan Tucker escorted inmate Steve Mullins W/M 175255 (Q32-2A) to the Breeze way. Officer Tucker reported to Lieutenant William Ragsdale that inmate Mullins alleged he had been assaulted. Inmate Mullins was escorted to the Infirmary for a body chart. Nurse Jeremy Marcano completed the examination on inmate Mullins. Inmate Mullins had a abrasion on the left side of his head which did not appear to be a fresh wound. Lt Ragsdale questioned Inmate Mullins about the incident. Inmate Mullins stated that he could not identify who assaulted him because it was to dark in the cell. Inmate Mullins stated to Lt. Ragsdale that he wanted to be in a cell by himself. Inmate Mullins was moved to P-dorm bed P36-1A. No further action taken at this time.    3/6/2019 5:45 AM by william.ragsdale 3/6/2019 6:05 AM by william.ragsdale 3/8/2019 10:07 PM by william.ragsdale

Signature: _____

# Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: | | 2. Date | 3. Time | 4. Inc No: | SCCF-19-00285 |
|---|---|---|---|---|---|
| ST.CLAIR CORRECTIONAL FAC. | | 3/1/2019 | 8:20:00 PM | Class Code: | A |

| 5. Type of Incident - PRIMARY: | 6. ASCA Incident Type - PRIMARY: |
|---|---|
| Death - Inmate-on-Inmate | III 6.1 Inmate-on-Inmate Homicides |

| 7. Type of Incident - Secondary: | 8. ASCA Incident Type - Secondary: |
|---|---|
| N/A | |

**9. Location of Incident:** UAB hospital

**10. Victim(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| MULLINS, STEVEN | 00175255 | W / M | ███ | COOSA | 08/06/1999 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | MURDER | | | | | | |

**11. Suspect(s):**

| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
|---|---|---|---|---|---|---|---|
| JACKSON, CLARENCE | 00249273 | B / M | ███ | MONTGOMERY | 09/25/2006 | 28Y 0M 0D | 05/12/2034 |
| Offense(s) | ATTEMPTED MURDER,MURDER,RAPE II | | | | | | |
| JONES, CHRISTOPHER | 00151939 | B / M | ███ | SHELBY | 10/28/2011 | 25Y 0M 0D | 08/23/2033 |
| Offense(s) | MURDER | | | | | | |
| THOMAS, VANDRICK | 00148503 | B / M | ███ALDWIN | | 10/23/1997 | 999Y 99M 99D | 12/31/9999 |
| Offense(s) | BURGLARY I,PROM PRISON CNTRBND II,ROBBERY I | | | | | | |

**BRIEF Narrative:**

On March 1, 2019, Correctional Officer Deondre Hall was assigned to provide security for inmate Steven Mullins W/175255X, at UAB Hospital Room 9508. Inmate Mullins was admitted for injuries sustained on Tuesday, February 26, 2019. On Friday, March 1, 2019, at approximately 8:20p.m., inmate Mullins succumbed from his injuries, and was pronounced dead by John Sisney, M.D. At approximately 8:45 p.m., Correctional Sergeant John Mason was notified of inmate Mullins passing by Officer Hall. Sergeant Mason notified On-Call Official Correctional Captain Carla Graham. Correctional Warden I, Anthony Brooks notified Correctional Warden III Karla Jones, and Institutional Coordinator Edward Ellington. I&I Investigator Brian Casey was notified of the incident. Warden Brooks made contact with ███(mother) at phone number ███████ Final cause of death will be determined by UAB autopsy report. 3/1/2019 11:57 PM by john.mason

ADOC Form 302-C - August 2, 2010

ADOC000474

# Alabama Department of Corrections

## INCIDENT REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | | 2. Date: 3/1/2019 | 3. Time: 8:20:00 PM | 4. Inc. No: SCCF-19-00285 |
|---|---|---|---|---|
| | | | Class Code: | A |

| 5. Type of Incident - PRIMARY: Death - Inmate-on-Inmate | 6. ASCA Incident Type - PRIMARY: III 6.1 Inmate-on-Inmate Homicides |
|---|---|
| 7. Type of Incident - Secondary: N/A | 8: ASCA Incident Type - Secondary: N/A |
| 9. Who Received Report: MASON, JOHN        A | 10. Time Incident Reported: 3/1/2019 8:45:00 PM |

**11. Location of Incident:**
UAB hospital

| 12. Victim(s): | Name | AIS |
|---|---|---|
| | MULLINS, STEVEN | 00175255 |

| 13. Suspect(s): | Name | AIS |
|---|---|---|
| | JACKSON, CLARENCE | 00249273 |
| | JONES, CHRISTOPHER | 00151939 |
| | THOMAS, VANDRICK | 00148503 |

| 14. Witness(es): | Name | AIS |
|---|---|---|
| | N/A | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: Other Other / One (1) deceased body w/m 46 years of age and one (1) medical file | 16. Chain of Evidence / Location & Date: Titania Jones / UAB 3/1/2019 11:00:00 PM |
|---|---|

**17. Narrative Summary:**

On March 1, 2019, at approximately 8:00pm, Correctional Officer Deondre Hall was assigned to provide security for inmate Steven Mullins W/175255X, at UAB Hospital Room 9508. Inmate Mullins was admitted for injuries sustained on February 26, 2019. On March 1, 2019, at approximately 8:20p.m., inmate Mullins succumbed from his injuries and was pronounced dead by John Sisney, M.D. Inmate Mullins commit County- Coosa County, DOB ████████ SSN# ███████████ Admitted / sentenced 08/06/1999, total term- LWOP, Offence- Murder, and known aliases- Steven E. Mullins, Steven Eric Mullins, Steven E. Guy, and Steve. At approximately 8:45 p.m., Correctional Sergeant John Mason was notified of inmate Mullins passing by Officer Hall. At approximately 8:46 p.m., Sergeant Mason notified Correctional Captain Carla Graham. At approximately 8:50 p.m., Sergeant Mason notified On-Call Official Correctional Warden I, Anthony Brooks. At approximately 8:55 p.m., Warden Brooks notified Correctional Warden III Karla Jones , Institutional Coordinator Edward Ellington. Sergeant Mason notified I&I Investigator Brian Casey of the incident. At approximately 11:00 p.m., Warden Brooks notified ████ mother of inmate Mullins) at phone number ████████████████████████ Inmate Mullins property was inventoried and placed in central control for family pick-up. Final cause of death will be determined by UAB autopsy report. Inmate Mullins remains will be picked up from the St. Clair (Pell City) coroners office and transported by Grace Funeral Home 256-383-5990. The burial will be at Staton Correctional Facility 2690 Marion Spillway Rd, Elmore Alabama 36025 334-567-2221 at the Staton CF Burial grounds. His mother (████ and sister was advised of the final arrangements and given authorization to attend the burial.      Sworn to and subscribed before me this              day of MARCH 2019. _____ Notary Public My Commission Expires: _____ 3/3/2019 11:29 PM by john.mason 3/4/2019 3:24 PM by gwendolyn.givens 3/11/2019 6:56 PM by john.mason 3/11/2019 7:58 PM by john.mason

Signature: _____

ADOC Form 302-A - August 2, 2010

ADOC000475

C4L

Internal Classification Board (ICB) Restricted Housing Unit Case Plan

Inmate Name: Mullins, Steven A.I.S. 175285 Security: 5 Custody: MED

Case Plan Date: 09-25-18     Classification Specialist: D. Houston

In order for this inmate to be promoted to the next Phase in the Restricted Housing program you will need to be compliant with the following behavioral and program requirements for 90 continuous days.

**Disciplinary Conduct:** No violations for any of the following rule violations:

1. Disobeying a direct order
2. Assaulting another inmate
3. Assaulting a staff member
4. Fighting
5. Possession of Contraband
6. Destruction of state property
7. Creating a disturbance
8. Indecent Exposure/Exhibitionism/Lewd Conduct
9. Threating another inmate
10. Threatening any staff member

**Cell Cleanliness:** Maintaining a clean and orderly cell at all times

**Programs:** Complete one of the following programs as assigned by the ICB:

1. Phase will be assigned.
2. _____
3. _____

\*Taking a Chance On Chance Curriculum.

**ICB Members**

ICB Chair: Gary Maloy     Classification Specialist: Gardner

Mental Health: Console G, DII P4II     ICB Hearing Date: 09-25-18

Inmate Signature: Steve Mullins     Date: 09-25-18

6

Appendix A.

## Internal Classification Board (ICB) Restricted Housing Unit Case Plan

Inmate Name: Mullins, Steven A.I.S. 175255 Security: 5 Custody Medium

Case Plan Date: 10/23/18 - 30 day Classification Specialist: S. Walton

In order for this inmate to be promoted to the next Phase in the Restricted Housing program you will need to be compliant with the following behavioral and program requirements for 90 continuous days.

Disciplinary Conduct: No violations for any of the following rule violations:

1. Disobeying a direct order
2. Assaulting another inmate
3. Assaulting a staff member
4. Fighting
5. Possession of Contraband
6. Destruction of state property
7. Creating a disturbance
8. Indecent Exposure/Exhibitionism/Lewd Conduct
9. Threating another inmate
10. Threatening any staff member

*No disciplinaries this review period.*

*None pending*

Cell Cleanliness: Maintaining a clean and orderly cell at all times ✓

Programs: Complete one of the following programs as assigned by the ICB:

1. _____
2. _____
3. _____

### ICB Members

ICB Chair: _____     Classification Specialist: S Walton

Mental Health: _____     ICB Hearing Date: _____

Inmate Signature: Steve Mullins     Date: 11/14/18

6

ADOC000477

## Appendix A.

### Internal Classification Board (ICB) Restricted Housing Unit Case Plan

Inmate Name: MULLINS, STEVEN    A.I.S. 175255AX    Security: 5    Custody MEDIUM

Case Plan Date: 12/4/2018- 60 DAY REVIEW    Classification Specialist: S. WALTON

In order for this inmate to be promoted to the next Phase in the Restricted Housing program you will need to be compliant with the following behavioral and program requirements for 90 continuous days.

Disciplinary Conduct:   No violations for any of the following rule violations:

1. Disobeying a direct order
2. Assaulting another inmate
3. Assaulting a staff member
4. Fighting
5. Possession of Contraband
6. Destruction of state property
7. Creating a disturbance
8. Indecent Exposure/Exhibitionism/Lewd Conduct
9. Threating another inmate
10. Threatening any staff member

NO DISCIPLINARIES THIS REVIEW PERIOD
NONE PENDING

Cell Cleanliness: Maintaining a clean and orderly cell at all times

Programs:  Complete one of the following programs as assigned by the ICB:

1. _____  NO PROGRAM ASSIGNMENT _____

2. _____

3. _____

### ICB Members

ICB Chair: _____    Classification Specialist: _S Walton_ 12/11/18

Mental Health: _____    ICB Hearing Date: _____

Inmate Signature: _Steve Mullins_____    Date: _____

6

ADOC000478

# ST. CLAIR CORRECTIONAL
## INMATE ORIENTATION

To: **Mullins, Steven 175255X**

Your Classification Specialist is: **Ms. Walton (L-R)**
Your current release date is: **None**
Your next parole consideration is scheduled for: **None**
Your annual progress review date: **January 2019**
Your semi-annual review date: **July 2018**
Your current classification is: **Medium 5**

**Open House**: due to staff shortages, open house appointments are made by request when an inmate has a specific classification question that cannot be answered, explained, or otherwise attended to via written correspondence. Attempts will be made to answer all classification questions via institutional mail prior to an open house appointment being scheduled. However, all open house requests must be submitted in writing and include the exact nature of the classification question(s) that the inmate has.

**Progress Reviews**: your input is requested at least one (1) month in advance of your scheduled review. If you have questions or inquiries regarding any program certificates, you may submit those inquiries at that time as well. Once the progress review is presented to you, it has already been completed with a recommendation regarding your status already being made. Therefore, it is imperative that you contact your Specialist prior to the date of your review if you have any concerns regarding your upcoming review.

**Correspondence**: I make an effort to respond to all relevant classification correspondence in a timely manner. However, many common questions are not classification related. If you'd like to be place in programs/workshops, we offer Anger Management, Empowerment self-help group, and Adjustment Skills all administered by Mr. Douglas, the Psychological Associate. If you're interested in obtaining a GED or trade certificate (welding, brick masonry, electrical, heating and air) send your request to Mr. Vaughn. If interested in an institutional job, you'll need to send a request to the ICS Office – Officer Smith. Any questions concerning disciplinary action should be sent to a Warden. If you're unsure as to whom you should address all other requests to, I will make an effort to direct you to the appropriate personnel for your questions.

**Therapeutic Community (TC) program:** If you are interested in getting in TC, you will have to go to the Law Library and fill out an application. You will need this application to show the tunnel officer in order to come down to H dorm. We will be taking and accepting applications and staff will conduct interviews every Wednesday from 9:00am – 11:00am. You need to be in compliance with dress code/personal appearance and follow all institution rules.

**St. Clair Leadership:**
Warden III: DeWayne Estes
Warden II: Cedric Specks
Warden I: Anthony Brooks
Captain: Kevin White (population)
Captain: Gary Malone (segregation)
Captain: Carla Graham (admin.)
Classification Supervisor: Nekitris Estelle

Inmate Signature _Unable to sign_

Date: _____March 23, 2018_____

Specialist Signature _S. Walt_

To: **Mullins, Steven 175255X**

Your Classification Specialist is: **Ms. Walton (L-R)**
Your current release date is: **None**
Your next parole consideration is scheduled for: **None**
Your annual progress review date: **January 2019**
Your semi-annual review date: **July 2018**
Your current classification is: **Medium 5**

**Open House**: due to staff shortages, open house appointments are made by request when an inmate has a specific classification question that cannot be answered, explained, or otherwise attended to via written correspondence. Attempts will be made to answer all classification questions via institutional mail prior to an open house appointment being scheduled. However, all open house requests must be submitted in writing and include the exact nature of the classification question(s) that the inmate has.

**Progress Reviews**: your input is requested at least one (1) month in advance of your scheduled review. If you have questions or inquiries regarding any program certificates, you may submit those inquiries at that time as well. Once the progress review is presented to you, it has already been completed with a recommendation regarding your status already being made. Therefore, it is imperative that you contact your Specialist prior to the date of your review if you have any concerns regarding your upcoming review.

**Correspondence**: I make an effort to respond to all relevant classification correspondence in a timely manner. However, many common questions are not classification related. If you'd like to be place in programs/workshops, we offer Anger Management, Empowerment self-help group, and Adjustment Skills all administered by Mr. Douglas, the Psychological Associate. If you're interested in obtaining a GED or trade certificate (welding, brick masonry, electrical, heating and air) send your request to Mr. Vaughn. If interested in an institutional job, you'll need to send a request to the ICS Office – Officer Smith. Any questions concerning disciplinary action should be sent to a Warden. If you're unsure as to whom you should address all other requests to, I will make an effort to direct you to the appropriate personnel for your questions.

**Therapeutic Community (TC) program:** If you are interested in getting in TC, you will have to go to the Law Library and fill out an application. You will need this application to show the tunnel officer in order to come down to H dorm. We will be taking and accepting applications and staff will conduct interviews every Wednesday from 9:00am – 11:00am. You need to be in compliance with dress code/personal appearance and follow all institution rules.

**St. Clair Leadership**:
Warden III: DeWayne Estes
Warden II: Cedric Specks
Warden I: Anthony Brooks
Captain: Kevin White (population)
Captain: Gary Malone (segregation)
Captain: Carla Graham (admin.)
Classification Supervisor: Nekitris Estelle

Inmate Signature _____

Date: _____ March 23, 2018 _____

Specialist Signature _____

# Internal Classification Board Assessment and Housing Checklist

Inmate Name: _Mullins, Steven_ A.I.S. _175255_ Security: _5_ Custody: _MED_

Risk Assessment: _2_ Offense(s): _CAPITAL MURDER/KIDNAP_ Term: _LWOP_

Transfer Type: _____ Medical _____ Squad _____ ✔ RHU _____ General Population

Admit: _12-17-93_ Next Parole Date: _____ Max Release Date: _LWOP_

ICB Hearing Type: ____✔ Initial _____ Review _____ STG Referral

Escape History: _NONE_

Past Assaultive Behavior: _10w / NONE_

Recent Major Disciplinary(s): _NONE recently_

PREA: _____ Predator _____ Potential Predator _____ Victim _____ Potential Victim _____ None

Medical Code: _1_ Mental Health Code: _0_ ADA Issues: _NONE noted_

Education Level: _12th_ Work Skills: _Laborer_

Inmate Housing/Program Concerns: _____

## ICB Housing/Work/Program Assignment

Population: _____ GP _____ RHU _____ Special Safety Unit _____ Medical _____ Mental Health

Program: _____ Faith Based _____ TC _____ Education _____ Voc. Training

Housing Unit: _____ Work Assignment: _____ Assigned Class. Specialist: _Walton_

## ICB Members

ICB Chair: _Gary Malone_ Classification Specialist: _Gardner_

Mental Health: _Kovael E.D. / PA II_ Date Completed: _9-17-18_

Inmate Interviewed: ✔ Yes _____ No If not why: _____

Warden Housing Over Ride: ___Yes ___No If yes, indicate New Housing Unit: _____

Over-Ride Reason: _____

Warden: _Karla Jones_ _9/25/18_ Over-Ride Date: _____

_ICB - Review for pop. No enemies at St CL_

ADOC000481

C42

## Appendix A.

## Internal Classification Board (ICB) Restricted Housing Unit Case Plan

Inmate Name: _Mullins, Steven_ A.I.S. _175255_ Security: _5_ Custody _MED_

Case Plan Date: _09-25-18_

Classification Specialist: _D. Houston_

In order for this inmate to be promoted to the next Phase in the Restricted Housing program you will need to be compliant with the following behavioral and program requirements for 90 continuous days.

**Disciplinary Conduct:** No violations for any of the following rule violations:

1. Disobeying a direct order
2. Assaulting another inmate
3. Assaulting a staff member
4. Fighting
5. Possession of Contraband
6. Destruction of state property
7. Creating a disturbance
8. Indecent Exposure/Exhibitionism/Lewd Conduct
9. Threating another inmate
10. Threatening any staff member

**Cell Cleanliness:** Maintaining a clean and orderly cell at all times

**Programs:** Complete one of the following programs as assigned by the ICB:

1. _Phase will be assigned._
2. _____
3. _____

*Taking a Chance On Chance Curriculum.

### ICB Members

ICB Chair: _Gary Maloy_ 

Classification Specialist: _Gardner_

Mental Health: _Lovell, G.D. PhII_ 

ICB Hearing Date: _09-25-18_

Inmate Signature: _Steve Mullins_ 

Date: _09-25-18_

6

ADOC000482

## Appendix A.

## Internal Classification Board (ICB) Restricted Housing Unit Case Plan

Inmate Name: **Mullins Steven** A.I.S. **175265X** Security: **5** Custody **Medium**

Case Plan Date: **10/23/18 - 30 day** Classification Specialist: **S. Walton**

In order for this inmate to be promoted to the next Phase in the Restricted Housing program you will need to be compliant with the following behavioral and program requirements for 90 continuous days.

**Disciplinary Conduct:** No violations for any of the following rule violations:

1. Disobeying a direct order
2. Assaulting another inmate
3. Assaulting a staff member
4. Fighting
5. Possession of Contraband
6. Destruction of state property
7. Creating a disturbance
8. Indecent Exposure/Exhibitionism/Lewd Conduct
9. Threating another inmate
10. Threatening any staff member

*No disciplinaries this review period.*

*None pending*

**Cell Cleanliness:** Maintaining a clean and orderly cell at all times ✓

**Programs:** Complete one of the following programs as assigned by the ICB:

1. _____
2. _____
3. _____

### ICB Members

ICB Chair: _____ Classification Specialist: **S Walt**

Mental Health: _____ ICB Hearing Date: _____

Inmate Signature: **Steve Mullins** Date: **11/14/18**

6

ADOC000483

Alabama Department of Corrections

# INMATE PROPERTY SHEET – INSTITUTION

Institution: _St Clair CF_

Inmate Name / AIS# _Steven Mullins W-175255_ Date: _7-17-18_

## A. Indicate the number of items in the corresponding blank:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1. | Pants (3) | | 15. | State ID card | | 29. Toothbrush/toothpaste (3 each) |
| | 2. | Shirts (3) | | 16. | Mirror (1-Canteen) | | |
| 1 | 3. | Jacket (1) | | 17. | Cup (1) | | 30. Nail Clippers (1- Canteen) |
| | 4. | Belt (1) | | 18. | Lock (1) | | 31. Toiletry/hygiene (2 each) |
| 1,0 | 5. | Cap/toboggan (1) | 4 | 19. | Books (4) | | 32. Cosmetics |
| | 6. | T-shirts (8) | | 20. | Legal papers | | 33. Fem. Hygiene products (30) |
| 2 | 7. | Underwear (8) | | 21. | Letters (12) | | 34. Bras (3) |
| | 8. | Socks (8) | | 22. | Stamps (40) | | 35. Sheets (2) |
| | 9. | Gym shorts (2) | | 23. | Stationary pads (4) | | 36. Blanket (1) |
| | 10. | Thermal Underwear (2 sets) | 5 | 24. | Envelopes (50) | | 37. Pillowcase (1) |
| | 11. | Sweat suits (2 sets) | 50 | 25. | Photographs (20) | 1 | 38. Laundry bags (2) |
| | 12. | Gloves (1 pair) | | 26. | Razor staff (1) | | 39. Disposable razors (6) |
| 1pr | 13. | Shoe strings | | 27. | Soap (6 bars) | | 40. Comb (1) |
| | 14 | Billfold/wallet (1) | 2,1 | 28. | Towels/washcloths (2 each) | | |

## B. The following items require a brief description:

1. Shoes (name brand and size):
    a. Tennis shoes (1 pair): _____
    b. Boots (1 pair): _blk 12½ Skto boots._

2. Jewelry (name brand, description, color, and style):
    a. Watch ($25): _____
    b. Religious medallion/chain ($25): _____
    c. Wedding ring ($50): _____
    d. Studded earring – females ($15): _____

3. Electronic equipment (name brand, color, and manufactures serial number):
    a. Radio and headphones (1 set): _____

## C. Miscellaneous items (i.e. Canteen items):
_3 folders of asst papers, 1 ruler, color pcils, pens, ear drops_

## D. Stored Property:
You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are **NOT** authorized to keep.

_Steve Mullins_
(Inmate's Signature)

_(signature)_
(Witness's Signature)

ADOC Form 338-A – September 9, 2009

Alabama Department of Corrections

# INMATE PROPERTY SHEET – INSTITUTION

Institution: __SCCF__

Inmate Name / AIS# __Mullins, Steven__    __175255__ Date: __7.18.18__

## A. Indicate the number of items in the corresponding blank:

| | | |
|---|---|---|
| ___ 1. Pants (3) | _/_ 15. State ID card | _✓_ 29. Toothbrush/toothpaste (3 each) |
| ___ 2. Shirts (3) | ___ 16. Mirror (1-Canteen) | |
| ___ 3. Jacket (1) | _/_ 17. Cup (1) | ___ 30. Nail Clippers (1- Canteen) |
| ___ 4. Belt (1) | ___ 18. Lock (1) | ___ 31. Toiletry/hygiene (2 each) |
| ___ 5. Cap/toboggan (1) | _3_ 19. Books (4) | ___ 32. Cosmetics |
| _2_ 6. T-shirts (8) | ___ 20. Legal papers | ___ 33. Fem. Hygiene products (30) |
| _3_ 7. Underwear (8) | ___ 21. Letters (12) | ___ 34. Bras (3) |
| _/_ 8. Socks (8) | ___ 22. Stamps (40) | _2_ 35. Sheets (2) |
| ___ 9. Gym shorts (2) | ___ 23. Stationary pads (4) | ___ 36. Blanket (1) |
| ___ 10. Thermal Underwear (2 sets) | ___ 24. Envelopes (50) | ___ 37. Pillowcase (1) |
| ___ 11. Sweat suits (2 sets) | _L_ 25. Photographs (20) | _/_ 38. Laundry bags (2) |
| ___ 12. Gloves (1 pair) | ___ 26. Razor staff (1) | ___ 39. Disposable razors (6) |
| ___ 13. Shoe strings | ___ 27. Soap (6 bars) | ___ 40. Comb (1) |
| ___ 14 Billfold/wallet (1) | _3/3_ 28. Towels/washcloths (2 each) | |

## B. The following items require a brief description:

1. Shoes (name brand and size):
   a. Tennis shoes (1 pair): __Blue    Size 14__
   b. Boots (1 pair): __θ__

2. Jewelry (name brand, description, color, and style):
   a. Watch ($25): __θ__
   b. Religious medallion/chain ($25): __θ__
   c. Wedding ring ($50): __θ__
   d. Studded earring – females ($15): __θ__

3. Electronic equipment (name brand, color, and manufactures serial number):
   a. Radio and headphones (1 set): __θ__

## C. Miscellaneous items (i.e. Canteen items):

1 Shower Slide (Reebok)

## D. Stored Property:

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are **NOT** authorized to keep.

__N/A__

__Steve Mullins__
(Inmate's Signature)

__B Chapman CO__
(Witness's Signature)

ADOC Form 338-A – September 9, 2009

AR 338 – September 9, 2009

ADOC000485

INSTITUTION: _WEDCF_

INMATE _Steve Mullus_ DATE _4-3-04_

_w/175255_

| | | | |
|---|---|---|---|
| 1. | BIBLE (1) | 9. | TENNIS SHOES - WHITE (1 pr.) |
| 2. | STATIONARY/STAMPS | 10. | SHOWER SHOES (1 pr.) |
| 3. | PENCIL (1) | 11. | RELIGIOUS NECKLACE (1) - $25.00 VALUE OR LESS |
| 4. | SOCKS - WHITE (6 pr.) | 12. | WALLET (1) |
| 5. | UNDERSHIRTS/UNDERWEAR - WHITE (6) | 13. | WRIST WATCH (1) - $25.00 VALUE OR LESS |
| 6. | HANDKERCHIEFS (6) | 14. | WEDDING BAND (1) - $50.00 VALUE OR LESS |
| 7. | TOILET ARTICLES - CLEAR, NON-GLASS CONTAINERS | 15. | RADIO — EARPHONES (1 ea.) - PURCHASED FROM CANTEEN |
| 8. | LEGAL PAPERS | 16. | BOOKS (3) - RELIGIOUS, LEGAL OR EDUCATIONAL (APPROVAL BY WARDEN REQUIRED) |

### DECLARATION OF VALUE

I UNDERSTAND THAT RELIGIOUS NECKLACES OR WRIST WATCHES VALUED AT MORE THAN $25.00, AND WEDDING BANDS VALUED AT MORE THAN $50.00 ARE UNAUTHORIZED AND MUST BE SENT HOME AT MY EXPENSE WITHIN THIRTY (30) DAYS OR IT WILL BE DONATED TO CHARITY OR DESTROYED. I HEREBY DECLARE THE VALUE OF MY PERSONAL PROPERTY TO BE:

RELIGIOUS NECKLACE $_____ WRIST WATCH $_____ WEDDING BAND $_____

_____                          _____
(INMATE SIGNATURE)                                              (WITNESS)

### PROPERTY STORED IN THE RECEIVING AREA:

YOU HAVE THIRTY (30) CALENDAR DAYS FROM THE ABOVE DATE TO DISPOSE OF THE FOLLOW ITEMS. YOU MAY SEND THE BELOW ITEMS HOME BY VISITORS, MAIL THE ITEMS HOME AT YOUR EXPEN OR DONATE THE ITEMS TO CHARITY. IF THESE ITEMS ARE NOT REMOVED IN THIRTY (30) DAYS, THEY V BE DESTROYED. BELOW ARE THE ITEMS YOU ARE NOT AUTHORIZED TO KEEP.

① _Black Belt_

② _Locks_

_Steve Mullin 175255_                          _Gene Green_ C O F
(INMATE SIGNATURE)                                              (WITNESS)

*(See reverse side for instructions)*

N795
Rev. 6/9/83

_PR-3-024_

ADOC000486

## ADOC INMATE PROPERTY SHEET - INSTITUTION

INSTITUTION: **W. C. HOLMAN**

INMATE NAME / AIS #: **Steven Mullins**　　　　DATE **8-28-12**

**WM-175255X**

**A.**　　Indicate number of items in corresponding blank

| | | |
|---|---|---|
| ___ 1. Pants (3) | ___ 14. Billfold/wallet (1) | ___ 27. Soap (6 bars) |
| ___ 2. Shirts (3) | ___ 15. State ID Card | ___ 28. Towels/Washcloths (2 each) |
| ___ 3. Jacket (1) | ___ 16. Mirror (1) | ___ 29. Toothbrush/Tooth |
| ___ 4. Belt (1) | ___ 17. Cap (1) | 　　　　Paste/Tooth Powder (2 each) |
| ___ 5. Cap / Toboggan (1) | ___ 18. Lock (1) | ___ 30. Nail Clipper (1) |
| ___ 6. T-shirts (8) | ___ 19. Books (4) | ___ 31. Toiletry / Hygiene (2 each) |
| ___ 7. Underwear (8) | ___ 20. Legal Papers | ___ 32. Cosmetics |
| ___ 8. Socks (8) | ___ 21. Letters (12) | ___ 33. Fem Hygiene Products (36) |
| ___ 9. Gym shorts (2) | ___ 22. Stamps (40) | ___ 34. Sheets (2) |
| ___ 10. Thermal Underwear (2 sets) | ___ 23. Stationary Pads (4) | ___ 35. Blanket (1) |
| ___ 11. Sweat suits (2 sets) | ___ 24. Envelopes (50) | ___ 36. Pillowcase (1) |
| ___ 12. Gloves (1 pair) | ___ 25. Photographs (20) | ___ 37. Laundry Bag (1) |
| ___ 13. Shoe strings | ___ 26. Razor stuff (1) | |

**B.**　　The following items require a brief description

Shoes (name brand, size)
- Tennis Shoes (1 pair) _____
- Boots (1 pair) _____

Jewelry (name brand / description, color, style)
- Watch ($25) _____
- Religious medallion/chain ($25) _____
- Wedding ring ($50) _____
- Studded earrings - female ($15) _____

Electronic Equipment (name brand, color, mfg. serial number)
- Radio & Headphones (1 set) _____

**C.**　　Miscellaneous (i.e. Canteen items)

_____
_____
_____

**D.**　　Stored Property

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are not authorized to keep.

Assorted letters and books, 1 brown leather belt, 7 Bic Razors
1 pr nail clipper, 7 pr socks, 1 tee shirt, 1 elmers glue
2 tobogans, 1 thermal shirt

_____　　　　　　　_____
INMATE SIGNATURE　　　　　　　　　　　　　WITNESS

ADOC Form 333-A – November 22, 2005

AR 333 – November 22, 2005

ADOC000487

Returned 10-21-2?

l-7 Paul J. Co

ADOC000488

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS

## ADOC INMATE PROPERTY SHEET - INSTITUTION

175255

INSTITUTION: _WC Holman_

INMATE NAME / AIS # _w/m Mullins Steven_          DATE _9-20-12_

**A.     Indicate number of items in corresponding blank**

| | | | | | |
|---|---|---|---|---|---|
| ___ 1. Pants (3) | ___ 14. Billfold/wallet (1) | ___ 27. Soap (6 bars) |
| ___ 2. Shirts (3) | ___ 15. State ID Card | ___ 28. Towels/Washcloths (2 each) |
| ___ 3. Jacket (1) | ___ 16. Mirror (1) | ___ 29. Toothbrush/Tooth |
| ___ 4. Belt (1) | ___ 17. Cup (1) | Paste/Tooth Powder (3 each) |
| ___ 5. Cap / Toboggan (1) | ___ 18. Lock (1) | ___ 30. Nail Clipper (1) |
| ___ 6. T-shirts (3) | ___ 19. Books (4) | ___ 31. Toiletry / Hygiene (2 each) |
| ___ 7. Underwear (8) | ___ 20. Legal Papers | ___ 32. Cosmetics |
| ___ 8. Socks (8) | ___ 21. Letters (12) | ___ 33. Fem Hygiene Products (36) |
| ___ 9. Gym shorts (2) | ___ 22. Stamps (40) | ___ 34. Sheets (2) |
| ___ 10. Thermal Underwear (2 sets) | ___ 23. Stationary Pads (4) | ___ 35. Blanket (1) |
| ___ 11. Sweat suits (2 sets) | ___ 24. Envelopes (50) | ___ 36. Pillowcase (1) |
| ___ 12. Gloves (1 pair) | ___ 25. Photographs (20) | ___ 37. Laundry Bag (1) |
| ___ 13. Shoe strings | ___ 26. Razor staff (1) | |

**B.     The following items require a brief description**

Shoes (name brand, size)
- Tennis Shoes (1 pair) _____
- Boots (1 pair) _____

Jewelry (name brand / description, color, style)
- Watch ($25) _____
- Religious medallion/chain ($25) _____
- Wedding ring ($50) _____
- Studded earrings - females ($15) _____

Electronic Equipment (name brand, color, mfg. serial number)
- Radio & Headphones (1 set) _____

**C.     Miscellaneous (i.e. Canteen items)**

_____

_____

**D.     Stored Property**

You have thirty (30) calendar days from the above date to dispose of the following items. You may send the below items home by visitors, mail the items home at your expense, or donate the items to charity. If these items are not removed in thirty (30) days, they will be destroyed. Below are the items you are not authorized to keep.

_1 sony radio, 1 earphone_

_____          _____
INMATE SIGNATURE                              WITNESS

ADOC Form 338-A – November 22, 2005

AR 338 – November 22, 2005

ADOC000489

## Disposition of Property

Deliver/Mail To:

Amount of Postage

$ _____

Name

_____

Date Delivered/Mailed

Address

_____

City, State      Zip Code

**Property Destroyed**

Method _____

Date

Disposal Officer's Signature _____

Property Returned to Inmate

10-2-12

Date

_____                                    _____

Inmate Signature                                    Officer Signature

ADOC000490

# INMATE REQUEST SLIP

Name *Steve Mullins*  Quarters *C-42* Date *1-5-18*

AIS # *175255X*

( ) Telephone Call ( ) Custody change ( ) Personal Problem

( ) Special Visit ( ) Time Sheet (X) Other _____

Briefly Outline Your Request – Then Drop In Mail Box

Whats my status?? I want to go to
population. I have no enemies. Would you
please check into it?? I've not been able
to get any answers from anyone.

Thanks,
Steve
Mullins

Do Not Write Below This Line – For Reply Only

you have to see ICB ~~———~~ to
be ~~—~~ released from RH.

~~M. Bull~~

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed to: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

(X) Classification Supervisor ( ) Legal Officer – Notary Public ( ) Record Office

N176

ADOC000491

9-10-18

Classification,

The last time the seg board came around I asked Warden Brooks about going back to population. He told me to do 3 more weeks. As of this week I've done 5 more weeks instead of the 3 he said. Would someone check into putting me on the 'Kick Out List'?? I'm ready to go back to population.

Thanks,
Steve Mullins
#175855
C-42

He was referring to the Captain or Lieutant in Restrictive Housing. However, you have a disciplinary pending for Use of/ under the influence, so you will have to see what the outcome is of that disciplinary and what amount of RHU time you will have to do if any. You can be released, or request release once this is resolved.
Ms Walt
9/11/18

ADOC000492

9-11-18

Ms. Walton,

I've enclosed my copy of the said disciplinary. As you can see time has expired. So, if and when court may be held I'll be found not guilty / procedural due process violation. Plus, the arresting officers name is incorrect. It should read 'Sgt. T. Milton's.

As I've stated - I'm ready to go back to population. I've also written I.C.S. about a job in the kitchen.

Thanks for your time. Have a nice day.

P.S. I've also written
Warden Brooks & Capt. Malone.

Steve
Mullins
#175255
C-42

ADOC000493

**MEMO** _C42_

**FROM:** Ms. Walton

Date _9/12/18_

**TO:** Steven Eric Mullins 175255X

**REF:**

As I've stated, once the disciplinary is resolved, whether you are found guilty or not, you need to correspond with the security staff in RHU and let them know. Furthermore, ICB assigns jobs, not ICS.

Ms Walton

I am sending your disciplinary back to you for your records.

N183

ADOC000494

# INMATE REQUEST SLIP

Name _Steve Mullins_    Quarters _E-171_    Date _12-2-13_
AIS # _175255_

( ) Telephone Call        ( ) Custody Change        ( ) Personal Problem
( ) Special Visit         ( ) Time Sheet            (X) Other _Transfer_

Briefly Outline Your Request – <u>Then Drop In Mail Box</u>

I'd like to transfer to Donaldson to be
closer to family & friends. And be able to get visits
I hope you'll consider it and put me in for transfer

already
on the
list. Glass    Thanks,
                Steve
                Mullins
                #175255

<u>Do Not Write Below This Line – For Reply Only</u>

Subject was recommended for transfer to WED
Back in 2010.

Mullins Received a disciplinary 9/5/2012 for possession of
contraband

Put on Priority List for WED

Approved        Denied        Pay Phone        Collect Call

Request Directed to: (<u>Check One</u>)

( ) Warden                  ( ) Deputy Warden           ( ) Captain
( ) Classification Supervisor  ( ) Legal Officer – Notary Public  ( ) Record Office

ADOC000495

# INMATE REQUEST SLIP

Name: Steve Mullins    Quarters: E-171    Date: 3-17-14

AIS #: 175255X

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    (X) Other: transfer

Briefly Outline Your Request – Then Drop In Mail Box

I've been trying to be transferred to Donaldson for a few years now. I'd like to Know if I'm still on transfer? And is it possible to speed up the process?

THANKS,

Steve Mullins

#175255

E-171

Do Not Write Below This Line – For Reply Only

you are on the list / it will be when a Warden to Warden Swap takes place; And if Donaldson will take you.

Thanks Ms. Emmons

| Approved | Denied | Pay Phone | Collect Call |
|---|---|---|---|

Request Directed to: (Check One)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer -- Notary Public    ( ) Record Office

N176

ADOC000496

## INMATE REQUEST SLIP

Name _Steve Mullins_      Quarters _E-171_   Date _10-21-14_

AIS # _175255X_

( ) Telephone Call      ( ) Custody Change      ( ) Personal Problem

( ) Special Visit      ( ) Time Sheet      (X) Other _Transfer_

---

Briefly Outline Your Request – <u>Then Drop In Mail Box</u>

Would you please remove me from the transfer list?? The family (my mom) that I was trying to get closer to is no longer here.

I've made a considerable amount of changes within myself for the better while I've been here. So I'd like to remain here. Thank You!

Sincerely,

Steve Mullins

---

<u>Do Not Write Below This Line</u> – **For Reply Only**

I have informed the the proper authorities about your wishes. Thanks Mr. Emmons

---

Approved      Denied      Pay Phone      Collect Call

Request Directed to: (<u>Check One</u>)

( ) Warden      ( ) Deputy Warden      ( ) Captain

( ) Classification Supervisor      ( ) Legal Officer – Notary Public      ( ) Record Office

N176

ADOC000497

# INMATE REQUEST SLIP

Name *Steve Mullins* Quarters *E-171* Date *11-10-14*
AIS # *175255*

( ) Telephone Call ( ) Custody change ( ) Personal Problem

( ) Special Visit ( ) Time Sheet (X) Other *Transfer*

Briefly Outline Your Request — Then Drop In Mail Box

I asked (by request slip) to be removed from the transfer list a few weeks ago. And I've not gotten a reply.

It's in my best interest to remain here & in the Faith Dorm. Also, my main reason for wanting to be at Donaldson was to see my mom who is very ill. But, its not an option now. She's unable to leave the house. Please allow me to remain here?

Thanks,
*Steve*
*Mullins*

Do Not Write Below This Line – **For Reply Only**

I have informed the proper authorities about your wishes.
Thank You. Ms. Ember

---

Approved      Denied      Pay Phone      Collect Call

---

Request Directed to: (Check One)

( ) Warden ( ) Deputy Warden ( ) Captain

( ) Classification Supervisor ( ) Legal Officer – Notary Public ( ) Record Office

N176

ADOC000498

# Alabama Department of Corrections
## Inmate Summary
### Request Summary      00175255X  MULLINS, STEVEN ERIC

For Transactions on 7/20/2017

**AIS:** 00175255X      **Prev/Next:** P0106372

**Inmate:** MULLINS, STEVEN ERIC

**Legal:**

**R/S:** WM   **Dob:** ▓▓▓▓▓      **SSN:** ▓▓▓▓▓

**Inst:** 003  - HOL        ED #: D1-31A

**Admit:** 08/06/1999 2 - LIFE SENTENCE W/O PAROLE

**Status:** 82 - INCARCERATED

**Jail:** 0Y 0M 0D          **Retro CIT:** NONE

**Security:** (5) Five

**Custody:** MED-9   **Custody Date:**   01/26/2010      **Parole Review Date:**   * NONE *

**Alias:** Alias: MULLINS, STEVEN E, Alias: MULLINS, STEVEN ERIC, Alias: GUY, STEVEN E, Alias: STEVE,

**IMAS:** No Current Status Entered in IMAS

**Class Date:** 08/06/1999

CLASS IV - PROHIBITED FROM EARNING GOODTIME

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| LWOP | 99/99/9999 | 000000 Days | 000000 Days | 0Y 0M 0D | 99/99/9999 |

**Inmate Literal:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Offenses for 00175255X**

| Seq | County | Sent Dt | Case Nbr | Total Fees | Hab Off | JL-CR | Term | |
|---|---|---|---|---|---|---|---|---|
| 1 | COOSA | 08/06/1999 | CC1999000036 | 0.00 | N | 0 | LWOP | CS |
| | 002A - MURDER | | CAPITAL KIDNAPPING | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Detainer Warrants for 00175255X**

Inmate Currently has NO ACTIVE Detainer Warrants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Probations, Escapes and Paroles for 00175255X**

| No Probations | No Escape Sentences | No Escapes | No Parole Releases |
|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Disciplinaries for 00175255X**

**Seq: 9**    MAJOR Discipline on 09/05/2012 At Inst: 003  - HOLMAN PRISON

Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 8**    MAJOR Discipline on 03/27/2006 At Inst: 003  - HOLMAN PRISON

Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D

Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

### Request Summary        00175255X MULLINS, STEVEN ERIC

**For Transactions on 7/20/2017**

**Seq: 7**  MAJOR Discipline on 02/02/2004 At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 39 to 39          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 34 - FIGHTING WITH A WEAPON

**Seq: 6**  MAJOR Discipline on 06/10/2003 At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 92 - AID & ABETTING ANOTHER TO VIO. DOC RULES

**Seq: 5**  MAJOR Discipline on 05/21/2003 At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**Seq: 4**  Behavior Citation on 05/02/2003      At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0
Rule: 91 - CONSPIRE TO VIOLATE DOC INSTIT. RULES

**Seq: 3**  MAJOR Discipline on 01/15/2003 At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 35 - FIGHTING WITHOUT A WEAPON

**Seq: 2**  Behavior Citation on 01/02/2003      At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0
Rule: 63 - DISORDERLY CONDUCT

**Seq: 1**  MAJOR Discipline on 04/12/2001 At Inst: 040  - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29          Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**AIS:** 00175255X    **Prev/Next:** P0106372

**Inmate:** MULLINS, STEVEN ERIC

**Legal:**

**R/S:** WM   **Dob:** ▇▇▇▇▇▇   **SSN:** ▇▇▇▇▇▇

**Inst:** 067 - ST.CLAIR CORR. BED #: C42-1A

**Admit:** 08/06/1999  2 - LIFE SENTENCE W/O PAROLE

**Status:** 82 - INCARCERATED

**Jail:** 0Y 0M 0D    **Retro CIT:** NONE

**Security:** (5) Five

**Custody:** MED-9   **Custody Date:**   02/01/2018    **Parole Review Date:**   * NONE *

**Alias:** MULLINS, STEVEN E, MULLINS, STEVEN ERIC, GUY, STEVEN E, STEVE,

**IMAS:** DISCIPLINARY

**Class Date:** 08/06/1999

CLASS IV - PROHIBITED FROM EARNING GOODTIME

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| LWOP | 99/99/9999 | 000000 Days | 000000 Days | 0Y 0M 0D | 99/99/9999 |

**Inmate Literal:**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Offenses for 00175255X**

| Seq | County | Sent Dt | Case Nbr | Total Fees | Hab Off | JL-CR | Term | |
|---|---|---|---|---|---|---|---|---|
| 1 | COOSA | 08/06/1999 | CC1999000036 | 0.00 | N | 0 | LWOP | CS |
| | 002A - MURDER | | CAPITAL KIDNAPPING | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Detainer Warrants for 00175255X**

Inmate Currently has NO ACTIVE Detainer Warrants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Probations, Escapes and Paroles for 00175255X**

No Probations      No Escape Sentences      No Escapes      No Parole Releases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Disciplinaries for 00175255X**

**Seq: 10**   Behavior Citation on 09/21/2018    At Inst: 067 - ST.CLAIR CORRECTIONAL FAC.

Cust from 29 to 29              Retain Days: 0

Rule: 314 - DISORDERLY CONDUCT

**Seq: 9**   MAJOR Discipline on 09/05/2012 At Inst: 003 - HOLMAN PRISON

Cust from 29 to 29              Retain Days: 0       Time Lost: 0Y 0M 0D

Rule: 64 - POSSESSION OF CONTRABAND

**Seq: 8**   MAJOR Discipline on 03/27/2006 At Inst: 003 - HOLMAN PRISON

Cust from 29 to 29              Retain Days: 0       Time Lost: 0Y 0M 0D

Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**Seq: 7**   MAJOR Discipline on 02/02/2004 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 39 to 39              Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 34 - FIGHTING WITH A WEAPON

**Seq: 6**   MAJOR Discipline on 06/10/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 92 - AID & ABETTING ANOTHER TO VIO. DOC RULES

**Seq: 5**   MAJOR Discipline on 05/21/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**Seq: 4**   Behavior Citation on 05/02/2003      At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0
Rule: 91 - CONSPIRE TO VIOLATE DOC INSTIT. RULES

**Seq: 3**   MAJOR Discipline on 01/15/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 35 - FIGHTING WITHOUT A WEAPON

**Seq: 2**   Behavior Citation on 01/02/2003      At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0
Rule: 63 - DISORDERLY CONDUCT

**Seq: 1**   MAJOR Discipline on 04/12/2001 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29              Retain Days: 0          Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

# Alabama Department of Corrections
## Inmate Summary
### Release Unassigned    00175255X MULLINS, STEVEN ERIC

For Transactions on 3/12/2019

AIS: 00175255X    Prev/Next: P0106372

Inmate: MULLINS, STEVEN ERIC

Legal:

R/S: WM    Dob: ███████    SSN: ███████

Inst: 000 - UNASSIGNED

Admit: 08/06/1999  2 - LIFE SENTENCE W/O PAROLE

Status: 32 - DEATH

Jail: 0Y 0M 0D                Retro CIT: NONE

Security: (5) Five

Custody: NON-9    Custody Date:    03/01/2019        Parole Review Date:    * NONE *

Alias: MULLINS, STEVEN E. MULLINS, STEVEN ERIC; GUY, STEVEN E. STEVE.

IMAS: No Current Status Entered in IMAS

Class Date: 08/06/1999

CLASS IV - PROHIBITED FROM EARNING GOODTIME

| Total Term | Min Rel Dt | GoodTime Bal | GoodTime Rev | Dead Time | Long Date |
|---|---|---|---|---|---|
| LWOP | 99/99/9999 | 000000 Days | 000000 Days | 0Y 0M 0D | 99/99/9999 |

Inmate Literal:

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Offenses for 00175255X

| Seq | County | Sent Dt | Case Nbr | Fees | Hab Off | PTS | JL-CR | Term | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | COOSA | 08/06/1999 | CC1999000036 | 0.00 | N | | 0 | LWOP | CS |
| | 002A - MURDER | | CAPITAL KIDNAPPING | | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Detainer Warrants for 00175255X

Inmate Currently has NO ACTIVE Detainer Warrants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Probations, Escapes and Paroles for 00175255X

No Probations        No Escape Sentences        No Escapes        No Parole Releases

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Disciplinaries for 00175255X

Seq: 10    Behavior Citation on 09/21/2018    At Inst: 067 - ST CLAIR CORRECTIONAL FAC.
Cust from 29 to 29                Retain Days: 0
Rule: 314 - DISORDERLY CONDUCT

Seq: 9    MAJOR Discipline on 09/05/2012 At Inst  003 - HOLMAN PRISON
Cust from 29 to 29                Retain Days: 0        Time Lost: 0Y 0M 0D
Rule: 64 - POSSESSION OF CONTRABAND

Seq: 8    MAJOR Discipline on 03/27/2006 At Inst  003 - HOLMAN PRISON
Cust from 29 to 29                Retain Days: 0        Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**Seq: 7**  MAJOR Discipline on 02/02/2004 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 39 to 39            Retain Days: 0            Time Lost: 0Y 0M 0D
Rule: 34 - FIGHTING WITH A WEAPON

**Seq: 6**  MAJOR Discipline on 06/10/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0            Time Lost: 0Y 0M 0D
Rule: 92 - AID & ABETTING ANOTHER TO VIO. DOC RULES

**Seq: 5**  MAJOR Discipline on 05/21/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0            Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

**Seq: 4**  Behavior Citation on 05/02/2003        At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0
Rule: 91 - CONSPIRE TO VIOLATE DOC INSTIT. RULES

**Seq: 3**  MAJOR Discipline on 01/15/2003 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0            Time Lost: 0Y 0M 0D
Rule: 35 - FIGHTING WITHOUT A WEAPON

**Seq: 2**  Behavior Citation on 01/02/2003        At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0
Rule: 63 - DISORDERLY CONDUCT

**Seq: 1**  MAJOR Discipline on 04/12/2001 At Inst: 040 - WILLIAM E. DONALDSON CORR. FAC
Cust from 29 to 29            Retain Days: 0            Time Lost: 0Y 0M 0D
Rule: 54 - REFUSING TO WORK/ENCOURAGING OTHERS

ADOC000504

# INMATE VALIDATION COMMITTEE

FROM: _W. W. Randolph_     _BaCC_                    DATE: _9-13-99_

RE: _Butler, Charles Wm. 206275-X  WM   BaCC_

**TO:** Institutional Enemy List Validation Committee
Kilby Corrections Facility

The inmate referenced above has claimed the following inmate(s) as being has enemy(ies), for reason(s) indicated:

_Mullins, Steven Eric 175255X   WM   PeCC_

_Subject and Mullins were co-defendants  both received LWOP. (Capital Murder)_

Please review and validate this information as appropriate, complete the bottom statement on this form, and return documentation to the Classification Coordinator for further action.

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

**FROM:** Institutional Enemy List Validation Committee          Date: _9-13-99_
Kilby Corrections Facility

**TO:** Classification Coordinator
Kilby Corrections Facility

After a judicious review of the above-referenced matter, including a file review and an interview with the inmate claimant, the following decision of this Validation Committee is rendered:

_Keep separate_

Entered Terminal
Date _9-14-99_ By _____

_H. Randolph_              _W B Bentley_              _David Ivan_
CHAIRMAN                   MEMBER                     MEMBER

ADOC000505

# HOLMAN CORRECTIONAL FACILITY JOB PLACEMENT

Inmate  **MULLINS, STEVEN ERIC** AIS#  **175255X**
Has been considered by the job review board and is placed in the following job:

Date Arrived at Holman C. F.  **8/19/2005** Previous Institution **WED**

| Job Assignment | Effective Date | Custody |
|---|---|---|
| kitchen | 12-8 05 | med |
| Kitchen | 2-9-06 | med |
| D3 Showers 3rd | 6-2-06 | med |
| | | |
| | | |
| | | |
| | | |

| Chair Person | Member | Member | Date |
|---|---|---|---|
| Lt. McKee | J. Powers | Capt Craft | 12-7-05 |
| " | " | " | 2-9-06 |
| N. Lyons | " | " | 6-1-06 |
| | | | |
| | | | |
| | | | |
| | | | |

The following information was considered in making this assignment:
Offense: **MURDER**
Date of Sentence: **8/6/1999** County **COOSA**
Length of Sentence: **LWOP**
Long Date: ____  Short date: ____  Duty Status: _____

ADOC000506

**Alabama Department of Corrections**

**INMATE FOOD SERVICE CLEARANCE**



---

**CURRENT SYMPTOM SCREENING (REQUIRED FOR CLEARANCE):**

| | |
|---|---|
| Diarrhea? | ☐ Yes ☒ No |
| Vomiting? | ☐ Yes ☒ No |
| Jaundice? | ☐ Yes ☒ No |
| Sore throat with fever? | ☐ Yes ☒ No |
| Infected Cut or Open and/or Draining wound? | ☐ Yes ☒ No |
| TB symptoms screening negative? (complete TB Symptoms Screening form) | ☒ Yes ☐ No |
| Heat Related Restrictions? | ☐ Yes ☒ No |

---

This inmate's Medical Record has been reviewed and he/she has been examined:

☒ He/she **is** medically cleared as a food service worker at this time.

☐ He/she **is not** medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _____ days / months (circle one).

_____eVay_pr_____ / _____        3617
Licensed Health Care Professional Signature / Title        Date

---

Mullins Steven        175255        Holman
**INMATE NAME**        **AIS #**        **DOB**        **INSTITUTION**

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

File:
Original in Health Record
Copy to ICS

NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.
ADOC000507



Alabama Department of Corrections
Office of Health Services
**Data Entry Notification**

*Medical Code*

Facility: Holman

Date: 5-2-17 5-15-17

Inmate Name: Mullins Steven

AIS#: 175255

Code to be entered: HC 1 HC 2 (HC 3) HC 4 HC 5 HC 6 HC 7

(Circled by Medical Provider)

Subset/s to be entered: _____

Authorized Provider: _____

*************************************************************************

*Completed form is given to the Health Services Administrative Assistant (AA.).*
*AA gives form to the designated data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

*************************************************************************

Check-off completion file only:

Data Entry by: Kimberly McCants

Date Entered: 5/23/17

ADOC – OHS Form A – 8 – c

2007; Revised 09202012, 052013, 092014

ADOC000508



Alabama Department of Corrections
Office of Health Services
**Data Entry Notification**

*Medical Code*

Facility: Hdman

Date: 5/30/16

Inmate Name: mullins, Steven

AIS#: 175255

Code to be entered: (HC 1)  HC 2   HC 3   HC 4   HC 5   HC 6   HC 7

(Circled by Medical Provider)

Subset/s to be entered: _____

Authorized Provider: _____

*****************************************************************
*Completed form is given to the Health Services Administrative Assistant (AA.).*
*AA gives form to the designated data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

*****************************************************************
Check-off completion file only:

Data Entry by: R. Camleyton

Date Entered: 6-16-16

ADOC – OHS Form A – 8 – c

2007; Revised 09202012, 052013, 092014

ADOC000509



Alabama Department of Corrections
Office of Health Services
**Data Entry Notification**

*Medical Code*

Facility: _____Holman_____

Date: _____8/1/17_____

Inmate Name: _____Mullins, Steven_____

AIS#: _____175255_____

Code to be entered: (HC 1)   HC 2   HC 3   HC 4   HC 5   HC 6   HC 7

(Circled by Medical Provider)

Subset/s to be entered: _____

Authorized Provider: _____

**********************************************************************
*Completed form is given to the Health Services Administrative Assistant (AA.).*
*AA gives form to the designated data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

**********************************************************************
Check-off completion file only:

Data Entry by: _____

Date Entered: _____8/3/17_____

ADOC – OHS Form A – 8 – c

2007; Revised 09202012, 052013, 092014

ADOC000510

## Alabama Department of Corrections – Office of Health Service
## Classification Data Entry Notification

### *Medical Code*

Facility: __Holman__

Date: __12-13-11__

Inmate Name: __Mullins Steven__

AIS#: __175255__

Code to be entered: (HC 1)  HC 2  HC 3  HC 4  HC 5  HC 6
(Circled by medical provider)

Authorized Provider: __Pamela Barber m__

**********************************************************************

*Provider gives completed form to health services Administrative Assistant.*
*Health services Administrative Assistant gives form to designated ADOC data entry*
*personnel.*

**********************************************************************

Data Entry by: __Kimberly McCanes__

Date Entered: _____ DEC 13 2011



ADOC – OHS  Form A – 8 – c
082008

ADOC000511

# Alabama Department of Corrections – Office of Health Service
## Classification Data Entry Notification

### *Medical Code*

Facility: _Holman_

Date: _4·3·12_

Inmate Name: _Mullins Steven_

AIS#: _175255_

Code to be entered: (HC 1)   HC 2   HC 3   HC 4   HC 5   HC 6
(Circled by medical provider)

Authorized Provider: _Pamela Barber mz_

*******************************************************************

*Provider gives completed form to health services Administrative Assistant.*
*Health services Administrative Assistant gives form to designated ADOC data entry*
*personnel.*

*******************************************************************

Data Entry by: _a Kimberly Mc Cants_

Date Entered: APR 0 4 2012 _____



ADOC – OHS Form A – 8 – c
082008

ADOC000512



**Alabama Department of Corrections – Office of Health Service**
**Classification Data Entry Notification**

*Medical Code*

Facility: _Holman_

Date: _4-4-13_

Inmate Name: _Mullins, Steven_

AIS#: _175255_

Code to be entered:  (HC 1)  HC 2  HC 3  HC 4  HC 5  HC 6  HC 7

(Circled by medical provider)

Authorized Provider: _Pamela N. Beulearms_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Completed form is given to the Health Services Administrative Assistant (AA)*
*AA gives form to the designated ADOC data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Data Entry by: _Kimberly McCants_

Date Entered: _APR 0 5 2013_

ADOC – OHS Form A – 8 – c

2007; Revised 092012

ADOC000513



# Alabama Department of Corrections – Office of Health Service
## Classification Data Entry Notification

### *Medical Code*

Facility: _Holman_

Date: _4/10/14_

Inmate Name: _Mullins, Steven._

AIS#: _175255_

Code to be entered:  (HC 1)    HC 2    HC 3    HC 4    HC 5    HC 6    HC 7

(Circled by medical provider)

Authorized Provider: _Shawn Geohagan, CRNP_

*********************************************************************

*Completed form is given to the Health Services Administrative Assistant (AA)*
*AA gives form to the designated ADOC data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

*********************************************************************

Data Entry by: _Kimberly McCants_

Date Entered: _APR 17 2014_

ADOC – OHS Form A – 8 – c

2007; Revised 092012

ADOC000514

Alabama Department of Corrections
Office of Health Services
**Data Entry Notification**

*Medical Code*

Facility: _Holman_

Date: _5/2/15_

Inmate Name: _Mullins, Steven_

AIS#: _175255_

Code to be entered: (HC 1)   HC 2   HC 3   HC 4   HC 5   HC 6   HC 7

(Circled by Medical Provider)

Subset/s to be entered: _____

Authorized Provider: _____

**********************************************************************
*Completed form is given to the Health Services Administrative Assistant (AA).*
*AA gives form to the designated data entry personnel.*
*(This form is not to be filed in the ADOC inmate health record.)*

**********************************************************************
Check-off completion file only:

Data Entry by: _Kimberly McCants_

Date Entered: _MAY 20 2015_

ADOC – OHS Form A – 8 – c

2007; Revised 09202012, 052013, 092014

ADOC000515

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

# REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
   ☐ Family problem:_____
   ☐ Problems with other inmates:_____
   ☐ Recent stress:_____
   ☑ Other:_____ *not Placement*
☐ **EVALUATION OF MENTAL STATUS**

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical Complaints |
| ☐ Homicidal | ☐ Depressed | ☐ Sleep Disturbance |
| ☐ Mutilating | ☐ Withdrawn | ☐ Hallucinations/Delusions |
| ☐ Hostile, Angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior: _____ | | |

☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**_____
_____
_____
_____
_____
_____
_____
_____

**Referred by:** Sgt. Dixon _____ **Phone Contact #:** 4676111 ___ **Date:** 7/17 2018
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Follow-Up by:** _____ **Date:**_____

| Inmate Name: Mullins Steven | Cell #: Unkuwn | AIS #: 175255 |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 – November 14, 2005

ADOC000516



ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
## REVIEW OF SEGREGATION INMATES

**Date Review Completed:** 11/05/05          **Date Placed in Segregation:** 8/19/05

☐ **30 DAY REVIEW**       ☒ **90 DAY REVIEW**          **Code:** HIST          **Cell:** 12-D-8

ADOC Psychologist/Psychological Associate Conducting Review: **Richard Holbrook, LPC, Psychological Associate II**

### MENTAL STATUS EXAMINATION
**Facility: W.C. Holman Correctional Facility**

| | |
|---|---|
| *Affect:* ☐ Anxious/nervous ☐ Flat ☒ Appropriate | *Appearance:* ☐ unkempt ☐ disorganized ☒ appropriate |
| *Concentration:* ☒ Focused ☐ distracted | *Intellectual Functioning:* ☒ Normal ☐ Borderline ☐ retarded |
| *Mood:* ☐ Depressed ☐ Elevated ☒ Euthymic ☐ Stupor ☐ Irritable ☐ Manic ☐ _____ | *Speech & Thoughts* ☒ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| *Orientation:* ☐ Disoriented ☒ Oriented to time, place and person | *Memory:* Short-term ☒ good ☐ poor / Long-term ☒ good ☐ poor |
| *Attitude/Behavior* ☒ cooperative ☐ uncooperative ☐ comfortable ☐ calm ☐ stiff ☐ Fearful ☐ unresponsive ☐ Nervous behavior ☐ hostile ☐ threatening ☐ cursing ☐ indifferent | |

### BEHAVIORAL OBSERVATIONS

☐ Aggressive          ☐ Irrational          ☐ Passive
☐ Agitated            ☐ Suicidal ideation   ☐ Rational
☐ Delusional          ☐ Lethargic           ☐ Terrified/Crying
☐ Eye Contact         ☐ Loose Associations  ☐ Withdrawn
☐ Hallucinating       ☐ Manipulative        ☐ Other:_____
☐ Hyperactivity       ☐ Paranoia

**COMMENTS:**
Stabbed inmate. 04 improved, Lowered custody

**RECOMMENDATIONS:**

☒ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other:

| Inmate's Name: | AIS # |
|---|---|
| Mullins Steven Eric | 175255 X |

**Disposition:** Medical File, Institutional File

Reference: ADOC AR 623,625,635
ADOC Form **MH-039** - June 1, 2005

ADOC000517

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _MULLINS, STEVE_  AIS#: _175255_  Institution: _WEDCF_

Date Review Completed: _2-25-05_  Date Placed in Segregation: _01/20/04_

30 DAY REVIEW          X 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: _D. MARSHALL_

MENTAL STATUS EXAMINATION

| Affect: | Appearance: |
|---|---|
| Concentration: | Intellectual Functioning: |
| Mood: | Memory: |
| Orientation: | Speech: |
| Other: | |

BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | Rational |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other:_____ |

COMMENTS:

RECOMMENDATIONS:
X SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
REFERRED FOR PSYCHIATRIC EVALUATION
Other:

| Inmate Name  MULLINS, STEVE | AIS #  175255 |
|---|---|

ALDOC Form 465-01

4 of 4

AR 465 – November 7, 2001

ADOC000518

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

## MENTAL HEALTH 30/90 DAY SEGREGATION REVIEW

Inmate Name: _MULLINS, STEVE_  AIS#: _175255_  Institution: _WEDCF_

Date Review Completed: _3-8-05_  Date Placed in Segregation: _01/20/04_

30 DAY REVIEW       X 90 DAY REVIEW

ALDOC Psychologist/Psychological Associate Conducting Review: _D. MARSHALL_

### MENTAL STATUS EXAMINATION

| | |
|---|---|
| Affect:     WNL | Appearance:    WNL |
| Concentration: | Intellectual Functioning: |
| Mood: | Memory: |
| Orientation: | Speech: |
| Other: | |

### BEHAVIORAL OBSERVATIONS

| | | |
|---|---|---|
| Aggressive | Irrational | Passive |
| Agitated | Labile | (Rational) |
| Delusional | Lethargic | Terrified/Crying |
| Eye Contact | Loose Associations | Withdrawn |
| Hallucinating | Manipulative | Suicidal |
| Hyperactivity | Paranoia | Other: _____ |

### COMMENTS:

### RECOMMENDATIONS:
_SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH_
_SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH_
_REFERRED FOR PSYCHIATRIC EVALUATION_
_Other:_

| Inmate Name _MULLINS, STEVE_ | AIS # _175255_ |
|---|---|

ALDOC Form 465-01

AR 465 – November 7, 2001

ADOC000519

Bradson

E

# SEGREGATION 30—DAY REVIEW

3031—123456789...

APR 2001
RECEIVED
WEST JEFFERSON
CORR. FACILITY

Date: 3/1/00

INSTITUTION: _____ Kilby CF

SUBJECT: Segregation Unit Review of: _____ Mullins, Steven

AIS #: 175255X

Unit: _____ Block B

To: _____ Institutional File          _____ Director of Treatment

_____ Contract Psychologist/Associate          _____ Medical Unit

(Medical Difficulties _____ )

RECEIVED
KILBY CORR FACILITY
CLASSIFICATION

| SEGREGATED HOUSING INFORMATION | Housed in: ☒ | Admin. Detention ☐ | Disciplinary Seg. |
|---|---|---|---|
| | Inmate was placed in segregated housing on | | 9/3/99 |

| BASIS OF REPORT | ☒ Inmate was interviewed. Other staff were consulted and, where deemed necessary, institutional records were reviewed. | | ☐ Inmate refused to be interviewed, but was observed. Other staff were consulted and, when deemed appropriate relevant institutional records were reviewed. |
|---|---|---|---|
| CURRENT MENTAL STATUS | ☒ Inmate's current mental, emotional, or behavioral reactions reflect no significant mental problems. | | ☐ Inmate's current mental, emotional, or behavioral reactions reflect significant mental problems. |
| ADJUSTMENT TO SURROUNDINGS | ☒ Satisfactory. Segregated housing does not appear to be detrimental to inmate's mental health. | ☐ Unsatisfactory. However, segregated housing is not a major contributor to present adjustment problems. | ☐ Unsatisfactory. Segregated housing appears to be detrimental to inmate's mental health. |
| GROOMING AND LIVING AREA | ☒ APPROPRIATE | | |
| MOOD OR THOUGHT DISORDERS NOTED | ☒ NONE | | |

OTHER OBSERVATIONS/ COMMENTS (if any)

RECOMMENDA- TIONS (if any)

_____
Psychologist/Psychological Associate Signature

ADOC000520

# SEGREGATION 30—DAY REVIEW

Date: 1/10/00

INSTITUTION: _____ Kilby CF _____ Donaldson

SUBJECT: Segregation Unit Review of: _____ Mullins, Steven

AIS #: 175255 x

Unit: _____ Block B

To: ☒ Institutional File _____ ____ Director of Treatment

____ Contract Psychologist/Associate _____ ____ Medical Unit

(Medical Difficulties _____ )

| SEGREGATED HOUSING INFORMATION | Housed in: ☒ | Admin. Detention ☐ | Disciplinary Seg. |
|---|---|---|---|
| | Inmate was placed in segregated housing on | | 9/3/99 |

| | | | | |
|---|---|---|---|---|
| **BASIS OF REPORT** | ☒ | Inmate was interviewed. Other staff were consulted and, where deemed necessary, institutional records were reviewed. | ☐ | Inmate refused to be interviewed, but was observed. Other staff were consulted and, when deemed appropriate relevant institutional records were reviewed. |
| **CURRENT MENTAL STATUS** | ☒ | Inmate's current mental, emotional, or behavioral reactions reflect no significant mental problems. | ☐ | Inmate's current mental, emotional, or behavioral reactions reflect significant mental problems. |
| **ADJUSTMENT TO SURROUNDINGS** | ☒ Satisfactory. Segregated housing does not appear to be detrimental to inmate's mental health. | ☐ Unsatisfactory. However, segregated housing is not a major contributor to present adjustment problems. | | ☐ Unsatisfactory. Segregated housing appears to be detrimental to inmate's mental health. |
| **GROOMING AND LIVING AREA** | ☒ APPROPRIATE | | | |
| **MOOD OR THOUGHT DISORDERS NOTED** | ☒ NONE | | | |

OTHER OBSERVATIONS/ COMMENTS (if any)

RECOMMENDA- TIONS (if any)

_____
Psychologist/Psychological Associate Signature

ADOC000521

CRO FORM 2

# MICROFLIM SECTION REQUEST

INMATE 'S NAME _Mullins, Steven Eric_  AIS# _175255_  RED# _NK_

✓ SUBJECT IS NOW ACTIVE

___ C-80 AND INMATE SUMMARY SHEET
(RELEASE COPY)

FOR PRIOR INCARCERATION (S) SEE

✓ FICHE  _Only_

___ ROLL ___ BOX #

REQUESTOR _Venez_  DATE _8/31/99_
REQUEST FILLED BY _Pam_ DATE _8-31_

DOCUMENTS REQUESTED

___ C-80 (Receipt of Released Convict)

___ Latest Inmate Summary Sheet for
Each Incaceration

___ PSI (Pre-Sentence Investigation)

___ Psychological Report (s)

___ Classification Summary (ies)

___ Transcript (s)

___ Declaration of Delinquency

___ Report of Parole Violation

___ CDETS 1

___ CDETS 2

___ CUITP Screen

___ Other

___ Reverse Side of Enemies List

REQUESTOR_____ DATE_____
REQUEST FILLED BY_____ DATE_____

ADOC000522



**State of Alabama**
**Alabama Department of Corrections**
W. C. Holman Correctional Facility
Holman 3700
Atmore, AL 36503



DR. ROBERT BENTLEY
GOVERNOR

KIM T. THOMAS
COMMISSIONER

Date: _8-2-16_

# MEMORANDUM

FROM: SGT CHRISTOPHER EARL

TO: WARDEN TERRY RAYBON

REF : I/WE LIVING AGREEMENT

We the above named inmates acknowledge with our signatures below and make the following agreement of own free will without coercion, promises, or threats from any official of this institution. We agree that we can live in general population together without any incident. The incident between us was minor in nature and has been settled. We have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken, or us being placed in segregation.

Circumstances: INMATES WERE REMOVED FROM A DORM ON DIFFERENT OCCASSIONS DUE TO CONFLICT. INMATES ARE NOW STATING THEY CAN LIVE IN B-DORM. INMATES WILL BE ASSIGNED TO B-DORM.

Steven Mullins
Steven Mullins 175255
Inmate's Name/AIS #

Richard Nelson
Richard Nelson 290024
Inmate's Name/AIS #

_____
Inmate's Name/AIS #

_____
Inmate's Name/AIS #

_____
Inmate's Name/AIS #

_____
Inmate's Name/AIS #

CC: Warden II
Warden I
Capt.
Classification
File

ADOC000523




**State of Alabama**
**Alabama Department of Corrections**
W. C. Holman Correctional Facility
Holman 3700
Atmore, AL 36503

**Dr. Robert Bentley**
GOVERNOR

**Jefferson Dunn**
COMMISSIONER

Date: September 8, 2016

# MEMORANDUM

FROM: Darrick Rouse, Captain

TO: Cynthia Stewart Warden III

REF : I/WE LIVING AGREEMENT

Statement of inmates:

**Steven Mullins W/175255** K - 57

I the above named inmates acknowledge with my signature below and make the following agreement of own free will without coercion, promises, or threats from any official of this institution. I agree that I can live in general population together without any incident. The incident between us was minor in nature and has been settled. I have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken, or us being placed in segregation.

Inmate _____ AIS# _____ Witness _____

ADOC000524



# State of Alabama
# Department of Corrections

W. C. Holman Correctional Facility
Holman 3700
Atmore, AL 36503-3700
(251) 368-8173



**ROBERT BENTLEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

## HOLMAN CORRECTIONAL FACILITY

### DATE: **10/12/16**

K-57

I, inmate **Steven Mullins** AIS# **W/175255** do make this statement of my own free will. I have not been threatened, coerced, or promised anything to make the below statement:

"I do not feel I would be in danger by returning to (or entering) Holman's population. I feel comfortable with this decision and so save harmless the Department of Corrections and its agents, by allowing me to return to (or enter) population."

_Steve Mullins 175255_

Inmate signature, AIS#

_Erwin Bailey CO1_

Witness, title

ADOC000525



DR. ROBERT BENTLEY
GOVERNOR



# State of Alabama
## Alabama Department of Corrections
### W. C. Holman Correctional Facility
Holman 3700
Atmore, AL 36503



KIM T. THOMAS
COMMISSIONER

### Date: November 16, 2012

## M E M O R A N D U M

FROM:  William DeSpain, Classification Supervisor

TO:    Tony Patterson, Warden III

REF :   I/WE LIVING AGREEMENT

Statement of inmates:

**Mullins, Steven W/175255X    B-48**
**&**
**Cunningham, Charles B/193686       L-14**

We the above named inmates acknowledge with our signatures below and make the following agreement of own free will without coercion, promises, or threats from any official of this institution.  We agree that we can live in general population together without any incident.  The incident between us was minor in nature and has been settled.  We have been informed that any further confrontation pertaining to this matter will result in disciplinary action being taken, or us being placed in segregation.

_Steven Mullins_    175255          _Michael C_

**Inmate**              **AIS#**        Witness

_Charles D Cunningham_ 193686   _Michael C_

**Inmate**              **AIS#**        Witness

CC: Warden II
    Warden I
    Capt.
    Classification
    File

ADOC000526

# STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### W.E. DONALDSON CORR. FACILITY
PERSONAL DATA REPORT FOR TRANSFERRED INMATE

| INMATE NAME | AIS | RACE | SEX | DOB |
|---|---|---|---|---|
| MULLINS, STEVEN ERIC | 175255 | W | M | ███████ |

PMOD BALANCE AT TIME OF TRANSFER $ 2.36

| TRANSFER DATE | TRANSFER ADDRESS |
|---|---|
| 08/19/2005 | HOLMAN PRISON |
| | HOLMAN 3700 |
| | ATMORE        AL   36503-3700 |

| PHYSICAL PROFILE | ADMIN. RESTRICTION | WORK ASSIGNMENT | SKILL CLASS |
|---|---|---|---|
| 1 | 00 //-// IN SEG | 990 | |

## AUTHORIZED VISITOR / APPROVED FUNDS LIST

SS#: ████████
PHONE#: ████████
NAME:
RELATION:SISTER
STATUS: ACTIVE   TYPE:  B APP:01/08/2002
ADDRESS: ████████

SS#: ████████
PHONE#: ████████
NAME:
RELATION:FEMALE FRIEND
STATUS: ACTIVE   TYPE:  B APP:11/03/2004
ADDRESS: ████████

SS#: ████████
PHONE#: ████████
NAME:
RELATION:FRIEND
STATUS: ACTIVE   TYPE:  F APP:11/03/2004
ADDRESS: ████████

SS#: ████████
PHONE#: ████████
NAME:
RELATION:FRIEND
STATUS: ACTIVE   TYPE:  F APP:07/30/2003
ADDRESS: ████████

SS#: ████████
PHONE#: ████████
NAME:
RELATION:MALE
STATUS: ACTIVE   TYPE:  B APP:03/18/2005
ADDRESS: ████████

SS#: ████████
PHONE#: ████████
NAME:
RELATION:
STATUS:           TYPE:       APP:07/30/2003
ADDRESS:

## DRUG TEST HISTORY

| TEST DATE | AMPH | BARB | BENZ | COCA | OPIA | CANN | ALCO | MDON | MQLN | PCP | PROP |
|---|---|---|---|---|---|---|---|---|---|---|---|

NO DRUG TEST HISTORY AVAILABLE FOR THIS INMATE

ADOC000527

# W. C. HOLMAN CORRECTIONAL FACILITY
## INMATE TELEPHONE LIST

Inmate Name & AIS#: _Steve Mullins  175255X_

Inmate Location: _D-106-A_

Date Form Completed: _2-4-09_

**Allowed Telephone Numbers**

| | | Relationship _Friend_ |

[REDACTED]  Relationship _Mom_

Relationship _Friend_

4. _____ _____ _____ Name _____ Relationship _____

5. _____ _____ _____ Name _____ Relationship _____

6. _____ _____ _____ Name _____ Relationship _____

7. _____ _____ _____ Name _____ Relationship _____

8. _____ _____ _____ Name _____ Relationship _____

9. _____ _____ _____ Name _____ **Attorney (Death Row Only)**

10. _____ _____ _____ Name _____ **Attorney (Death Row Only)**

Approved by: _MS. Lyons_

Entry date: _2/10/09_

Denied: _____

Comments: _____

_____

_____

Date of Next Change: _8-10-09_

ADOC000528

# W. C. HOLMAN CORRECTIONAL FACILITY
## INMATE TELEPHONE LIST

Inmate Name & AIS#: *Steve Mullins* #175255X

Inmate Location: C-68-A

Date Form Completed: 4-29-08

Allowed Telephone Numbers

1. ███████████████ Relationship Friend
2. ███████████████ Relationship Friend
3. ███████████████ Relationship Friend
4. ███████████████ Relationship Friend
5. ███████████████ Relationship Mom
6. _____ Name _____ Relationship _____
7. _____ Name _____ Relationship _____
8. _____ Name _____ Relationship _____

Approved by: MS. Lyons

Entry date: _____

Denied: _____

Comments: _____

_____

_____

_____ # Change: 11-1-08

ADOC000529

Inmate Name & AIS#: _Steve Mullins     175255X_

Inmate Location: _C1-13-A_

Date Form Completed: _2-8-07_

**Allowed Telephone Numbers**

1. ███████ Relationship _Friend_
2. ███████ Relationship _Friend_
3. ███████ Relationship _Friend_
4. ███████ Relationship _Friend_
5. ███████ Relationship _Sister_
6. ███████ Relationship _Friend_
7. ███████ Relationship _Mother_
8. ███████ Relationship _____

Approved by: _n. Dyers_

Entry date: _2/15/07_

Denied: _____

Comments: _Call and get the DOB for the highlighted persons._

_Ms. lyn_

Date of Next Change: _8/15/07_

ADOC000530

# W. C. HOLMAN CORRECTIONAL FACILITY
## INMATE TELEPHONE LIST

Inmate Name & AIS#: _Steve Mullins        175255_

Inmate Location: _12-D-8_

Date Form Completed: _9-3-05_

**Allowed Telephone Numbers**

███████████████████████████████████████

6. _____ _____ _____ Name _____ Relationship _____

7. _____ _____ _____ Name _____ Relationship _____

8. _____ _____ _____ Name _____ Relationship _____

9. _____ _____ _____ Name _____ Attorney (Death Row Only)

10. _____ _____ _____ Name _____ Attorney (Death Row Only)

Approved by: _____ COSI

Entry date: _____

Denied: _____

Comments: _____

_____

_____

Date of Next Change: _3-6-06_

ADOC000531

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205, 256 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| NAME | AREA CODE | TELEPHONE NUMBER |
|------|-----------|------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

MAR 9 9 2005

Inmate Name: _Steve Mullins_   A.I.S. #: _175255_

BED #: _51-13_

Approval Date: _3/8/05_

Approved By: _L. P. G. W. Martin_

ADOC000532

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205, 256 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| NAME | AREA CODE | TELEPHONE NUMBER |
|------|-----------|------------------|
| | | |

10.

**Inmate Name:** _Steve Mullins_  **A.I.S. #:** _175255X_

**BED #:** _S1-12_

**Approval Date:** _8-30-04_

**Approved By:** _____

ADOC000533

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205, 256 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| | NAME | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

AUG 07 2002

**Inmate Name:** _Steve Mullins_    **A.I.S. #:** _175255 X_

**BED #:** _1-27 B_

**Approval Date:** _8-7-02_

**Approved By:** _W. Dixon_

ADOC000534

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205, 256 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| | NAME | AREA CODE | TELEPHONE NUMBER |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

**Inmate Name:** _Steve Mullins_  **A.I.S. #:** _175255 X_

**BED #:** _1-50 B_

**Approval Date:** _1-3-02_

**Approved By:** _H L_

JAN 03 2002

ADOC000535

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| NAME | AREA CODE | TELEPHONE NUMBER |
|------|-----------|------------------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

Name: *Steve Mullins*   A.I.S.#: 175255

Bed #: G-17

**Approval Date:** 1/27/01

**Approved By:** Sgt Mgr

Renewed

ADOC000536

# William E. Donaldson Correctional Facility
## Inmate Telephone List

Each inmate is allowed to list up to ten (10) telephone numbers. You will only be able to call the persons on your approved telephone list. You must list each telephone number in its entirety, including area code. The area codes for the State of Alabama are 205 and 334. You must also list the person's full name. You may change your telephone list once every six (6) months ** when you change your visitation list.

| NAME | AREA CODE | TELEPHONE NUMBER |
|------|-----------|------------------|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |

**Inmate Name:** Steve Mullins    **A.I.S.#:** 175255

**Bed #:** 6-31

**Approval Date:** 8/7/00

**Approved By:** Sgt. Myers

ADOC000537

Donaldson

St Clair

B25

# INMATE VISITING FORM

## (PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors or not must fill out one of these forms in order to receive them. This form must be approved by the Warden or the Ass't. Warden after filling it out. READ THE FOLLOWING RULES CAREFULLY:

(A)  VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS PARENTS. BROTHERS. SISTERS AND ALL CHILDREN AND YOUR WIFE IF YOU ARE MARRIED. IF YOU ARE NOT MARRIED THEN YOU MAY LIST ONE FEMALE FRIEND.

(B)  HOURS FOR VISITING ARE AS FOLLOWS: 8:00 AM-2:30 PM EVERY SUNDAY.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

| RELATIONSHIP | FULL NAME OF VISITORS | COMPLETE ADDRESS |
|---|---|---|
| OKAY Sister | ███████████ | ███████ |
| OKAY Sister | ███████████ | ███████ |
| OKAY Friend | ███████████ | ███████ |
| | | |
| | | |
| | | |

(MARRIED)   (DIVORCED)  (SINGLE)

B 25

YOUR NAME: Steve Mullins  175255 (X)

COUNTY SENT UP FROM: Coosa

for 6 months

DATE APPROVED: G.A. Daniels 12/01/99
Approved
bm

APPROVED BY:

12/01/99
bm

DOC N 173

ADOC000538

# W. C. HOLMAN CORRECTIONAL FACILITY
## INMATE TELEPHONE LIST

Inmate Name & AIS#: _Steve Mullins    #175255_

Inmate Location: _A-3_

Date Form Completed: _9-16-09_

**Allowed Telephone Numbers**

1. ████████████████████████ Relationship _Mate friend_
2. ████████████████████████ Relationship _Mom_
3. ████████████████████████ Relationship _Sister_
4. _____ _____ _____ Name _____ Relationship _____
5. _____ _____ _____ Name _____ Relationship _____
6. _____ _____ _____ Name _____ Relationship _____
7. _____ _____ _____ Name _____ Relationship _____
8. _____ _____ _____ Name _____ Relationship _____

Approved by: _MS. Lyons_

Entry date: _9-22-09_

Denied: _____

Comments: _____
_____
_____
_____

Date of Next Change: _3-22-010_

ADOC000539

# W.C. HOLMAN CORRECTIONAL FACILITY
## INMATE TELEPHONE LIST

INMATE NAME & AIS #: _Steve Mullins w/ ~~Tate~~ 175255_

INMATE LOCATION: _____

DATE FORM COMPLETED: _____

ALLOWED TELEPHONE NUMBERS

1. _____ _____ _____ NAME_____ RELATIONSHIP_____

2. _____ _____ _____ NAME_____ RELATIONSHIP_____

3. _____ _____ _____ NAME_____ RELATIONSHIP_____

4. _____ _____ _____ NAME_____ RELATIONSHIP_____

5. _____ _____ _____ NAME_____ RELATIONSHIP_____

6. _____ _____ _____ NAME_____ RELATIONSHIP_____

7. _____ _____ _____ NAME_____ RELATIONSHIP_____

8. _____ _____ _____ NAME_____ RELATIONSHIP_____

APPROVED BY: _D. A._____ ENTRY DATE _3-26-12_

DENIED_____ DATE OF NEXT CHANGE _9-26-12_

COMMENTS:_____

_____

_____

_____

ADOC000540

# ADOC Classification PREA RISK FACTORS Part 1 of 2

Inmate Name: MULLINS, STEVEN    AIS#: 175255    DOB: ▮▮▮▮

Date of Screening 1/31/19

Reason for Screening: ____ New Admission ____ Institutional Transfer

     ✓ Regular Review ____ Special Referral

## I. Possible <u>Victimization Risk Factors</u>: Part I of II Complete Both Sections

| Mode | | Modes of obtaining information | YES | NO | Refuse |
|---|---|---|---|---|---|
| | | Q=Question, O=Visual Observation, FR=Transcript or File Review | | | |
| Q | 1 | Have you ever experienced sexual victimization? *(Note to Interviewer: If an inmate answers "Yes" to this question, the inmate must be referred to a medical and/or mental health practitioner within 14 days.)* | | ✓ | |
| Q | 2 | Have you ever been told you have a mental disorder, learning disability, physical or a developmental disability? Does the offender have difficulty verbalizing or do they require a medically assistive device such as a cane, wheelchair, walker or crutches? *Consider: Hearing impairment; Speech impediment ; Legally blind; Frail* | | ✓ | |
| Q/FR | 3-a | Do you consider yourself to be (circle one)? Lesbian (L)/Gay (G)/Bisexual (B)/ Transgender (T)/Intersex Orientation (I) / or Gender Nonconforming (GN)? | | ✓ | |
| O | 3-b | Inmate is perceived to be L G B T I GN (answer only if 'No' or "Refuse" was the response to 3-a.)? | | | |
| Q | 4 | Do you feel unsafe or vulnerable in a prison setting? | | ✓ | |
| FR | 5 | Youthful age (21 or younger) – *Confirm date of Birth Above* 44 | | ✓ | |
| FR | 6 | Elderly age (55 or older) - *Confirm date of Birth Above* | | ✓ | |
| FR | 7 | Physical build: a. Male (Less than 5'6" and 140 pounds) 6'1 190 | | ✓ | |
| | | b. Female (Less than 4'10" and 100 pounds) | | | |
| FR | 8 | First incarceration *Consider prior Juvenile History* | | ✓ | |
| FR | 9 | Current or prior conviction for sexual offenses against an adult or child | | ✓ | |
| FR | 10 | Exclusively non-violent criminal history | | ✓ | |
| FR | 11 | Detained solely on civil immigration charges | | ✓ | |
| | | **Victim Designation** | | | |
| | | **Potential Victim:** (Male) If "Yes" to <u>three</u> or more questions in Section I. (Female) If "Yes" to <u>four</u> or more questions in Section I. | | ✓ | |

Confidentiality Notice: Any information contained in this document is the property of the Alabama Department of Corrections and is to be used for departmental purposes only. Misuse of data and/or information is strictly prohibited Form to be utilized in conjunction with ADOC-AR 454.

ADOC Form 454-C – May 15, 2017

ADOC000541

# ADOC Classification PREA RISK FACTORS Part 2 of 2

**Inmate Name:** Mullins, Steven     **AIS#:** 175255     **DOB:** ▮▮▮▮

Reason for Screening: _____ New Admission _____ Institutional Transfer
       ✓ Regular Review _____ Special Referral

## II. Possible Sexual Predatory Risk Factors: Part II of II Complete Both Sections

| Mode | | Modes of obtaining information | YES | NO | Refuse |
|------|---|-------------------------------|-----|-----|--------|
| | | **FR - Transcript or File Review** | | | |
| FR | 1 | Prior acts of sexual abuse- *(Note to Interviewer: If an inmate answers yes to this question, the inmate must be referred to a mental health practitioner within 14 days.)* | | ✓ | |
| FR | 2 | Prior convictions for violent offenses (excluding sexual offenses) Murder | ✓ | | |
| FR | 3 | History of institutional violence or sexual abuse: *History, Disciplinaries* | | ✓ | |
| FR | 4 | History of engaging in domestic violence | | ✓ | |
| FR | 5 | Gang affiliation | | ✓ | |
| | | **Predator Designation** | | | |
| | | Potential Predator (male and female): If "Yes" to three or more questions in Section II | | ✓ | |

**If a Potential Victim or Potential Predator Designation has been assigned, inmate is to be referred to Mental Health Personnel for further evaluation.**

| | Determination / Designation (potential victim, potential predator, victim, predator, (none)) | Date | Signature |
|---|---|---|---|
| None | potential victim, potential predator, victim, predator, (none) | 1/31/18 | *Benyth* |
| Referral to Mental Health Professional | | | |
| Mental Health Referral Form MH008 Completed | | | |
| Reviewed by ADOC Mental Health Professional | | | |
| Notation of Review in Mental Health Section of Health Record | | | |
| Referred to Vendor Psychologist or Psychiatrist | | | |

Referring Classification Specialist
Signature: _Benyth Thum_   1/31/18

Reviewing ADOC Mental Health Professional
Signature: _____

Confidentiality Notice: Any information contained in this document is the property of the Alabama Department of Corrections and is to be used for departmental purposes only. Misuse of data and/or information is strictly prohibited. Form to be utilized in conjunction with ADOC-AR 454.

ADOC Form 454-C – May 15, 2017
AR 454 Change 5 – May 15, 2017

ADOC000542

3/22/18

Inmate Name: **Mullins, Steven** AIS#: **175255X** DOB: ▮▮▮▮

Date of Screening: **3/23/18**

Reason for Screening: ____ New Admission ✓ Institutional Transfer
____ Regular Review ____ Special Referral

## I. Possible <u>Victimization Risk Factors</u>: Part I of II Complete Both Sections

| Mode | | Modes of obtaining information<br>Q=Question, O=Visual Observation, FR=Transcript or File Review | YES | NO | Refuse |
|---|---|---|---|---|---|
| Q | 1 | Have you ever experienced sexual victimization? (*Note to Interviewer: If an inmate answers "Yes" to this question, the inmate must be referred to a medical and/or mental health practitioner within 14 days.*) | | ✓ | |
| Q | 2 | Have you ever been told you have a mental disorder, learning disability, physical or a developmental disability? Does the offender have difficulty verbalizing or do they require a medically assistive device such as a cane, wheelchair, walker or crutches? *Consider: Hearing impairment; Speech impediment ; Legally blind; Frail* | | ✓ | |
| Q/FR | 3-a | Do you consider yourself to be (circle one)? Lesbian (L)/Gay (G)/Bisexual (B)/ Transgender (T)/Intersex Orientation (I) / or Gender Nonconforming (GN)? | | ✓ | |
| O | 3-b | Inmate is perceived to be L G B T I GN (answer only if 'No' or "Refuse" was the response to 3-a,)? | | | |
| Q | 4 | Do you feel unsafe or vulnerable in a prison setting? | | ✓ | |
| FR | 5 | Youthful age (21 or younger) – *Confirm date of Birth Above* | | ✓ | |
| FR | 6 | Elderly age (55 or older) - *Confirm date of Birth Above* | | ✓ | |
| FR | 7 | Physical build: a. Male (Less than 5'6" and 140 pounds) | | ✓ | |
| | | b. Female (Less than 4'10" and 100 pounds) | | | |
| FR | 8 | First incarceration *Consider prior Juvenile History* | | ✓ | |
| FR | 9 | Current or prior conviction for sexual offenses against an adult or child | | ✓ | |
| FR | 10 | Exclusively non-violent criminal history | ✓ | | |
| FR | 11 | Detained solely on civil immigration charges | | ✓ | |
| | | **Victim Designation** | | | |
| | | **Potential Victim:**<br><br>(Male) If "Yes" to <u>three</u> or more questions in Section I.<br>(Female) If "Yes" to <u>four</u> or more questions in Section I. | | ✓ | |

Confidentiality Notice: Any information contained in this document is the property of the Alabama Department of Corrections and is to be used for departmental purposes only. Misuse of data and/or information is strictly prohibited. Form to be utilized in conjunction with ADOC-AR 454.

ADOC Form 454-C – May 15, 2017

AR 454 Change 5 – May 15, 2017

ADOC000543

Inmate Name: **Mullins, Steven**   AIS#: **175255X**   DOB: ▮▮▮▮▮▮

Reason for Screening: _____ New Admission   ✓ Institutional Transfer
_____ Regular Review _____ Special Referral

## II. Possible Sexual Predatory Risk Factors: Part II of II Complete Both Sections

| Mode | | Modes of obtaining information | YES | NO | Refuse |
|---|---|---|---|---|---|
| | | FR=Transcript or File Review | | | |
| FR | 1 | Prior acts of sexual abuse-(*Note to Interviewer: If an inmate answers yes to this question, the inmate must be referred to a mental health practitioner within 14 days.*) | | ✓ | |
| FR | 2 | Prior convictions for violent offenses (excluding sexual offenses) | | ✓ | |
| FR | 3 | History of institutional violence or sexual abuse: *History, Disciplinaries* | ✓ | | |
| FR | 4 | History of engaging in domestic violence | | ✓ | |
| FR | 5 | Gang affiliation | | ✓ | |
| | | Predator Designation | | | |
| | | Potential Predator (male and female): <br><br> If "Yes" to three or more questions in Section II | | ✓ | |

**If a Potential Victim or Potential Predator Designation has been assigned, inmate is to be referred to Mental Health Personnel for further evaluation.**

| | Determination / Designation (potential victim, potential predator, victim, predator, none) | Date | Signature |
|---|---|---|---|
| Referral to Mental Health Professional | None | 3/23/18 | *Scott White* |
| Mental Health Referral Form MH008 Completed | | | |
| Reviewed by ADOC Mental Health Professional | | | |
| Notation of Review in Mental Health Section of Health Record | | | |
| Referred to Vendor Psychologist or Psychiatrist | | | |

Referring Classification Specialist
Signature:_____

Reviewing ADOC Mental Health Professional
Signature:_____

Confidentiality Notice: Any information contained in this document is the property of the Alabama Department of Corrections and is to be used for departmental purposes only. Misuse of data and/or information is strictly prohibited. Form to be utilized in conjunction with ADOC-AR 454.

ADOC Form 454-C – May 15, 2017
AR 454 Change 5 – May 15, 2017

ADOC000544

# ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

AIS # : 00175255X          NAME: MULLINS, STEVEN ERIC          RACE: W     SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -     HOLMAN PRISON

RECOMMMENDED CUSTODY IS - _MEDIUM_____     APRROVED CUSTODY IS - _Medium_

RECOMMMENDED INST IS - _HOLMAN_____     APRROVED PLACEMENT IS - _Holman_____

| PRESENT WORK | ASSIGNMENT | NEW WORK ASSIGNMENT |
|---|---|---|
| PRIMARY - | | |
| SECONDARY - | | |
| PROGRAM PARTICIPATION - | | |

WAIVER OF CRITERIA REQUESTED FOR - _____

JUSTIFICATION AND COMMENTS -

Mullins, Steven  178255     Last action: no changes due to LWOP status. Subject has not been recommended, refused or assigned to ATEF.

Mullins has served over 18 years and 5 months of his LWOP sentence for the conviction of Murder. Mullins and a codefendant killed victim by luring victim to a remote area of Clay County. Subject used a pocket knife to cut the victim's throat and stab the victim in the ribs twice. Subject and codefendant put victim in the trunk of his own car and transported the victim to a wooded area off Coosa County Road. Subject let victim out of the trunk. The victim knocked the subject to the ground, got in the driver's seat and tried to escape. Subject pulled victim from the vehicle by his legs and beat the victim about the head until the victim expired. The subject and codefendant placed the victim's body on a fire started with kerosene and tires. Subject and codefendant left the scene.

Mullins has priors for Assault III, property crimes, traffic violations and a DUI. Mullins was involved in the Honor Dorm for a few years and did well while assigned to the Honor Dorm. Mullins has a positive work report noted in his file from 2016 as an A days Runner. Mullins has no detainers, no sex crimes and no escapes noted. Mullins last disciplinary was for possession of contraband dated 9/5/2012, giving Mullins over a 5 year clear record. Mullins  is encouraged to maintain appropriate adjustments and participate in any / all mental health workshops and / or supportive therapy available as needed or requested. Mullins has requested in the past a lateral transfer to WED for family considerations, however he currently has an enemy listed at WED.

RA: 2 with override due to LWOP status.     Enemy list: (3) UNA, (1) WED, (1) St. ClairAla Court reviewed: 12/20/2017 no detainers noted.

| | | | |
|---|---|---|---|
| _Penn A. Emmx_ 1/31/18 | | _W~ D~_ 2/1/18 | |
| CLASSIFICATION SPECIALIST     DATE | | CLASSIFICATION CO-ORDINATOR     DATE | |
| _Dhelia Bray_ 1/31/18 | | | |
| PSYCHOLOGIST     DATE | | CENTRAL REVIEW BOARD     DATE | |
| _____ 1/31/18 | | | |
| WARDEN OR REPRESENTIVE     DATE | | CENTRAL REVIEW BOARD     DATE | |
| x _Steve Mullins_ 2-1-18 | | | |
| INMATE     DATE | | CENTRAL REVIEW BOARD     DATE | |

ADOC000545

# RECORD OF OFFICE CONTACT

St. Clair
**Institution**

Date: ___03/11/2019___          Time: ___3:37pm___

RE:        **Steven Mullins**

           **Inmate's Name / Subject**

         **175255**

         **AIS Number**

**Person(s) making contact:**

**Name**

**Relationship to Inmate**

**Address**

**Method of Contact**     ( ) **In Person**      **By Telephone**

**Telephone Number**

**Referred to Staff Member:**      **Captain Carla Graham**

**Summary of Discussion:**

Capt. Carla Graham contacted Sue Guy, Mother of inmate Steven Mullins W/175255X, at approximately 3:37 p.m. phone number 256-378-6915 and Lori Wills, Sister, at approximately 3:40 p.m., phone number 256-404-4049 to inform them of inmate Mullins' burial on Wednesday at 10:00 a.m. at Staton.

**Distribution:**    Inmate Database (if applicable)

*Carla Graham*

**Carla Graham, CC**

**Signature of Staff Member**

ADOC Form 005-C - August 27, 2012





*State of Alabama*
*Alabama Department of Corrections*
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146
205-467-6111

Kay Ivey
GOVERNOR

Jefferson S. Dunn
COMMISSIONER

**2·12·19**
Date

I, Mullins, Steven 175255, do hereby state that I can live in the St. Clair population without any problems and I have no known enemies at this institution. If for some reason problems should arise, I will not take it upon myself to solve the problem, but will contact security. I make this statement of my own free will, without coercion from staff or peers. I hereby relieve any and all DOC officials of any liability and damages. I further state that I have received neither threats nor promises from anyone. Finally, I understand fully that giving false information about enemies can constitute a violation of Rule #512 of the current inmate handbook and can result in disciplinary action being taken against me.

Steve Mullins 175255

Inmate's Signature        AIS#        Date

2-12-19

Witness        2·12·19        Date

Witness        2-12-19        Date



**State of Alabama**
**Alabama Department of Corrections**
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL. 35146
205-467-6111

Kay Ivey
GOVERNOR

Jefferson S. Dunn
COMMISSIONER



3·30·18
Date

I, Steven Mullins 175255, do hereby state that I can live in the St. Clair population without any problems and I have no known enemies at this institution. If for some reason problems should arise, I will not take it upon myself to solve the problem, but will contact security. I make this statement of my own free will, without coercion from staff or peers. I hereby relieve any and all DOC officials of any liability and damages. I further state that I have received neither threats nor promises from anyone. Finally, I understand fully that giving false information about enemies can constitute a violation of Rule #512 of the current inmate handbook and can result in disciplinary action being taken against me.

Steve Mullins 175255
Inmate's Signature      AIS#      Date

3-30-18

B Chapman CO      3·30-18
Witness      Date

3-30-18
Witness      Date

Alabama Department of Corrections

# INMATE RELIGIOUS DECLARATION

1. **General Information:**    a. Name: _Steve Mullins_
   b. Race: _W_    c. Sex: _M_    d. AIS#: _175255_

   e. DOB: ▮▮▮▮▮▮    f. Date Arrived: _1-6-17_

2.a. **Religious Preference (check one):**

   | | |
   |---|---|
   | ___ Buddhism | ___ Nation of Islam |
   | ___ Catholicism | ___ Native American |
   | ___ Hinduism | ___ Odinism/Asatru |
   | ___ Jehovah Witness | ___ Orthodox Islam |
   | ___ Judaism | ___ Protestantism |
   | ___ Moorish Science Temple | ___ Rastafarianism |
   | ___ Nation of Gods and Earth (Five Percent) | ___ Wiccan |
   | ___ (5%) Nation of Gods | |
   | ✓ Other (****) _Orthodox Judaism_ | |
   |       (Specify) | |

2.b. With this religious declaration, I _Steve Mullins_ am declaring my
   sincere interest as a practitioner of the same.    (Print Name)

3. I am a member of: _Orthodox Judaism_
   and have been for _1_ years(s)    (Name of Religious Community)

4. My pastor / spiritual guide is _____ from _____
          (Printed Name)      (City or Town)

5. Before incarceration, I attended (circle your answer):
   Religious Instruction:    annually    monthly    weekly    occasionally    (Never)

   _(signature)_        _1-6-17_
   (Inmate's Signature)        (Date)

******************************************************************

## RELIGIOUS DECLARATION CHANGE

Any religious declaration change may be made every six (6) months. The change is made according to my own free will. This declaration does not preclude an inmate from attending other religious services. Upon declaration change previous religious paraphernalia shall be handled in accordance with AR 338, *Inmate Property* and AR 306, *Disposal of Contraband*.

I hereby change my religious preference from _____ to _____

      (Inmate's Signature)             (Date)

_Chris Summers_      _(signature)_      _1/6/17_
(Chaplain's Printed Name)      (Chaplain's Signature)      (Date)

Distribution:    Inmate
            Institutional Classification
            Institutional Chaplain or Volunteer Chaplain      ADOC Form 461-A – December 7, 2015

ADOC000549

Alabama Department of Corrections

# RELIGIOUS EXCEPTION REQUEST (BEARDS)

_Steve Mullins_
(Inmate Printed Name)

_175255_
(AIS #)

_____
(Religious Preference)

1. I am requesting an exception to the inmate grooming policy. The specific request is to grow a full beard no more than ½ inch in length which must include a mustache. No other type of facial hair is authorized. I may not display a mustache only, soul patch, goatee, van dyke, fu man-chu, or other such facial hair styles. I may not sculpt or edge facial hair. Additionally, no numbers, letters, words, signs, symbols, nor designs may appear in the facial hair.

2. I understand that the ADOC has up to thirty days in which to answer this request.

3. Pending approval of my request, I understand I have to maintain clean shaven grooming standards.

If approved, I understand the following:

4. I shall have on my person at all times an approved religious exception request (beards) until the religious exception (beards) document is issued.

5. ICS shall notify me to report for a new photo to document the beard within 3 weeks of approval. The religious exception (beards) document will be issued at this time and must be kept on my person at all times.

6. I shall be responsible for replacement cost of religious exception (beards) document if lost or damaged.

_____
(Inmate Signature)

_1-6-17_
(Date)

_____
**Do not write below this line, DOC staff only**

Religious Preference was Declared as ORTHODOX JUDAISM on this Date 1-6-17
_Jourdan Simmons_ 1-18-17
(Classification Specialist Signature) (Date)
_Chaplain Jim Simmons_ 1.23.17
(Chaplain Signature) (Date)

Approved _X_          Disapproved _____

Date Issued to the Inmate          Chaplain's Comments: N/C

ADOC Form 462-B

ADOC000550

## RELIGIOUS DECLARATION FORM

(Completed during classification/in-take procedures and Annual Review)

1. NAME: Steve Mullins  RACE: W  SEX: M  AIS#: 175255

2. General Headings of Religious Preferences (make one check): Religions listed are major world religion categories. Specific denominations or sects are covered by the question below this list.

____ Buddhism

____ Catholicism (Christian)

____ Five Percent Nation of Islam

____ Jehovah Witness

____ Judaism

____ Moorish Science Temple

____ Nation of Islam

____ Native American

✓ Odinism/Asatru

____ Orthodox Islam

____ Protestantism (Christian)

____ Rastafarianism

____ Wiccan

____ Other _____ (Specify)

Specify preferred denomination of sect of your above declared religion _____

With this religious declaration, I Steve Mullins (Print Name) am declaring my sincere interest as a practitioner of the same.

3. I am a member of (name of religious community): _____
and have been for _____ year(s).

4. My pastor/spiritual guide is _____ from _____ (City, Town)

5. Before incarceration I attended (circle your answer):

   a. Religious Instruction    annually    weekly    monthly    occasionally    never

   b. Other (specify) _____    annually    weekly    monthly    occasionally    never

6. Signature of inmate: Steve Mullins    Date: 8-31-18

......................................................................................................................................................................

## —DECLARATION OF CHANGE OF RELIGIOUS PREFERENCE—

Any religious declaration change is made at the annual progress review. The change is made according to the inmate's own free volition.

I hereby change my religious preference stated above from Orthodox Jew to Odinism

Signature: Steve Mullins    Date: 8-31-18

Alabama Department of Corrections

# RELIGIOUS EXCEPTION REQUEST (BEARDS)

_Steve Mullins_ _175255_
(Inmate Printed Name)        (AIS #)

_Odinism_
(Religious Preference)

1. I am requesting an exception to the inmate grooming policy. The specific request is to grow a full beard no more than ½ inch in length which must include a mustache. No other type of facial hair is authorized. I may not display a mustache only, soul patch, goatee, van dyke, fu man-chu, or other such facial hair styles. I may not sculpt or edge facial hair. Additionally, no numbers, letters, words, signs, symbols, nor designs may appear in the facial hair.

2. I understand that the ADOC has up to thirty days in which to answer this request.

3. Pending approval of my request, I understand I have to maintain clean shaven grooming standards.

If approved, I understand the following:

4. I shall have on my person at all times an approved religious exception request (beards) until the religious exception (beards) document is issued.

5. ICS shall notify me to report for a new photo to document the beard within 3 weeks of approval. The religious exception (beards) document will be issued at this time and must be kept on my person at all times.

6. I shall be responsible for replacement cost of religious exception (beards) document if lost or damaged.

_Steve Mullins_ _8-31-18_
(Inmate Signature)        (Date)

Do not write below this line, DOC staff only

Religious Preference was Declared as _Odinism_ on this Date _8/31/18_
_Jenothe Watt_ _9/10/18_
(Classification Specialist Signature)        (Date)

(Chaplain Signature)        (Date)

Approved _____        Disapproved _____

Date Issued to the Inmate        Chaplain's Comments:

ADOC Form 462-B

ADOC000552

Alabama Department of Corrections

# INMATE RELIGIOUS DECLARATION

1. **General Information:** a. Name: _Steve Mullins_

   b. Race: _W_    c. Sex: _M_   d. AIS#: _175255_

   e. DOB: _11-18-73_   f. Date Arrived: _8-05_

2.a. **Religious Preference (check one):**
   Note: Religions listed are major world religion categories. Specific denominations or sects are covered by the question below this list.

   | | |
   |---|---|
   | ✓ Buddhism | __ Nation of Islam |
   | __ Catholicism (Christian) | __ Native American |
   | __ Five Percent Nation of Islam | __ Odinism/Asatru |
   | __ Hinduism | __ Orthodox Islam |
   | __ Jehovah Witness | __ Protestantism (Christian) |
   | __ Judaism | __ Rastafarianism |
   | __ Moorish Science Temple | __ Wiccan |
   | __ Other _____(specify) | __ Other _____(specify) |

2.b. Specify the preferred denomination or sect of your above religious preference: _____

2.c. With this religious declaration, I _Steve Mullins_ am declaring my
   sincere interest as a practitioner of the same.    (print name)

3. I am a member of: _____
   and have been for _____ years(s)    (name of religious community)
   and have been for _____ year(s).

4. My pastor/spiritual guide is _____ from _____
   (name)                          (city or town)

5. Before incarceration, I attended (circle your answer):
   Religious Instruction:   annually   monthly   weekly   occasionally   Never

6. _Steve Mullins_ _____   _2-27-13_
   (Inmate's signature)              (Date)

*******************************************************************************

# RELIGIOUS DECLARATION CHANGE

Any religious declaration change is made at the annual progress review. The change is made according to my own free will.

I hereby change my religious preference from _Baptist_ to _Buddhism_
_Steve Mullins_ _____   _2-27-13_
(Inmate's signature)              (Date)

DOAC Form 313-A – July 2, 2008
Previous editions are obsolete

ADOC000553

# ADOC
# HEALTH EVALUATION

1.  History – (LPN or RN)                    YES      NO       COMMENT(S)

    Weight Change (greater 15 lbs.)
     (Compare Weight Below)                                    _Last weight: at least 6 months ago_
    Persistent Cough
    Chest Pain                           PT REFUSED
    Blood in Urine or Stool
    Difficult Urination
    Other Illnesses (Details)
    Smoke, Dip or Chew
     ALLERGIES

Weight_____ Height_____ Temp_____ Pulse_____ Resp_____ Blood Pressure _____

                                        **If greater than > 140/90, repeat in 1 hour.**
Eye Exam: _____ OD_____ OS_____OU       **Refer to M.D. if remains > 140/90.**

II.  TESTING (LPN or RN)              RESULTS  Past ⊕ 2008
     Tuberculin Skin Test (q yr)      Date given_____ Site_____
                                      Read on_____ Results_____mm
     Past Positive TB Skin Test  ⟹    **Survey Completed** 4/24/10
     (Chest x ray if clinical symptoms)  Date ⊕_____ Results_____
     RPR (q 3 yrs)                    Date_____ Results_____
     EKG (baseline at 35, over 45 q 3 yrs)  4-28-09
     Cholesterol (at 35 then q 5 yrs)       12-15-09
     Finger Stick Blood Sugar         Results_____
     *If > then 200 repeat Finger Sticks BS within 48 hours  Results____ PT REFUSED
     Optometry Exam (@ 50 if not already seen)
     Mammogram                        Date_____ Results_____
        (females @ 40, q 1 yr/other M.D. order)

III  Physical Results - (RN, Mid-Level, M.D.)

     Heart                                    _____
     Lungs                                                        pt refused
     Breast Exam                                                  refusal
     Rectal (yearly after 45)         Results_____      for PE/
        With Hemoccult               Results_____       labs
     Pelvic and PAP (q 1 yr)         Date_____ Results_____

Facility HOLMAN  Nurse Signature _Claudoriel RN_  Date 4/24/10

M.D. or Mid-Level Signature_____ _Juma_  Date 4-26-10

| INMATE NAME | AIS# | D.O.B. | RACE/SEX |
|---|---|---|---|
| Mullins, Steven | 175255 | ▓▓▓ | W/M |

ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION CELL CHECKLIST

Inmate's Name: _Mullins, STEVEN_  Cell # _E-24_

Date: _3/22/18_  .  Race/AIS #: _w/175255_

Custody: _MEd_

Condition of Cell

|  | Yes | No |
|---|---|---|
| Lights functional | (✓) | ( ) |
| Sink functional | ( ) | (✓) |
| Toilet functional | (✓) | ( ) |
| Cell walls clean (free of pictures, markings) | (✓) | ( ) |
| Ceiling clean | (✓) | ( ) |
| Floor clean | (✓) | ( ) |
| Windows in good condition | (✓) | ( ) |
| Contraband in cell | (✓) | ( ) |
| Mattress in good repair | (✓) | ( ) |
| Vents free of debris | (✓) | ( ) |

Additional Comments

Inmate's Signature _Steve Mullins_

Inspection Officer's Signature _JTruy Daird/CO_

ADOC Form 434-B, February 22, 2016

Page 11 of 14          AR 434 – February 22, 2016

ADOC000555

ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION CELL CHECKLIST

Inmate's Name: Steven Mullens     Cell # A-7

Date: 7-17-18     Race/AIS #: W- 175255

Custody: Medium

Condition of Cell

| | Yes | No |
|---|---|---|
| Lights functional | (✓) | ( ) |
| Sink functional | (✓) | ( ) |
| Toilet functional | (✓) | ( ) |
| Cell walls clean (free of pictures, markings) | (✓) | ( ) |
| Ceiling clean | (✓) | ( ) |
| Floor clean | (✓) | ( ) |
| Windows in good condition | (✓) | ( ) |
| Contraband in cell | ( ) | (✓) |
| Mattress in good repair | (✓) | ( ) |
| Vents free of debris | (✓) | ( ) |

Additional Comments

_____
_____
_____
_____

Inmate's Signature Steve Mallins 175255

Inspection Officer's Signature _____ Murw, J CS

ADOC Form 434-B, February 22, 2016

AR 434 – February 22, 2016

ADOC000556

# SEGREGATION REVIEW CHECKLIST

NAME Mullins, Steven   AIS 175255   R & S _____   DATE 5-10-16

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Disciplinary Record | | | | | | | | | | | | | | | | | | | | | | |
| 2. Past Criminal Record | | | | | | | | | | | | | | | | | | | | | | |
| 3. Past Institutional Record | | | | | | | | | | | | | | | | | | | | | | |
| 4. Psychological Make-up | | | | | | | | | | | | | | | | | | | | | | |
| 5. Involvement in Criminal Activities While Incarcerated | | | | | | | | | | | | | | | | | | | | | | |
| 6. Institutional Work Record | | | | | | | | | | | | | | | | | | | | | | |
| 7. Adjustment to Institutional Programs | | | | | | | | | | | | | | | | | | | | | | |
| 8. Institutional Living Adjustment | | | | | | | | | | | | | | | | | | | | | | |
| 9. Attitude Toward Authority | | | | | | | | | | | | | | | | | | | | | | |
| 10. Subsequent Disciplinary While in Segregation | Placed in SEG. | | | | | | | | | | | | | | | | | | | | | |
| 11. Length of Time Served | | | | | | | | | | | | | | | | | | | | | | |
| ADDITIONAL FACTORS 1. General housekeeping of living area | | | | | | | | | | | | | | | | | | | | | | |
| 2. Compliance with regulations concerning personal appearance | | | | | | | | | | | | | | | | | | | | | | |
| 3. Cooperativeness during searches | SEG / POP | | | | | | | | | | | | | | | | | | | | | |
| 4. Movement to and from exercise | | | | | | | | | | | | | | | | | | | | | | |
| 5. Return of eating utensils | 3:10-16  5:14-16 | | | | | | | | | | | | | | | | | | | | | |
| 6. Relation to other inmates and to staff | | | | | | | | | | | | | | | | | | | | | | |

**Purpose of the Review**                    **Staff Participants**

_____ Disciplinary Hearing _____

_____ Disciplinary Review _____

_____ Institution Board _____

_____ Department Board _____

Other Information Considered and/or Persons Interviewed (List)

Final Decision:

BOC No. 92, Rev. 5-79   N 092

ADOC000557

W.C. Holman CF-2016
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins, Steven    AIS NO. W|175255   CELL: P-3
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|-----|----------|------|-------|----------|---------------|
|      |       | B | D | S | SH  |          |      |       |          |               |
| 1 5-8 | MORN | ✓ |   |   |     |          |      |       |          | WB |
|      | DAY  |   |   |   |     |          |      |       |          |    |
|      | EVE  |   |   | ✓ | Y   |          |      |       |          | WB |
| 2 5/9 | MORN | ✓ |   |   |     |          |      |       |          | DV |
|      | DAY  |   | ✓ |   |     |          |      |       |          |    |
|      | EVE  |   | ✓ |   |     |          |      |       |          | W |
| 3 5/11 | MORN | ✓ | ✓ |   |     |          |      |       |          | HB |
|      | DAY  |   | ✓ |   |     |          |      |       |          |    |
|      | EVE  |   |   | ✓ |     |          |      |       |          | TS |
| 4    | MORN |   |   |   |     |          |      |       |          |    |
|      | DAY  |   |   |   |     |          |      |       |          |    |
|      | EVE  |   |   |   |     |          |      |       |          |    |
| 5    | MORN |   |   |   |     |          |      |       |          |    |
|      | DAY  |   |   |   |     |          |      |       |          |    |
|      | EVE  |   |   |   |     |          |      |       |          |    |
| 6    | MORN |   |   |   |     |          |      |       |          |    |
|      | DAY  |   |   |   |     |          |      |       |          |    |
|      | EVE  |   |   |   |     |          |      |       |          |    |
| 7    | MORN |   |   |   |     |          |      |       |          |    |
|      | DAY  |   |   |   |     |          |      |       |          |    |
|      | EVE  |   |   |   |     |          |      |       |          |    |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, att'ude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000558

(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET 175255

INMATE NAME: _Mullens Steve_ A/S NO. _6/73255_ CELL: _P-3_
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS # | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|------|-----------|---------------|
| | | B | D | S | SH | | | | | |
| 1 8/9 | MORN | | | | 7 | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | | | | | |
| 2 9/10 | MORN | | | | | | | | | |
| | DAY | | | ✓ | | | | | | |
| | EVE | | | ✓ | | | | | | |
| 3 8/11 | MORN | ✓ | | | | | | | | |
| | DAY | | | ✓ | | | | | | |
| | EVE | | | | ✓ | N | | | | |
| 4 8/13 | MORN | ✓ | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 5 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 6 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 7 | MORN | | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | | | | | |

Pertinent Info : i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 1004

## W.C. Holman CF-2016
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins Steven    AIS NO. W175255   CELL: P-3
VIOLATION OR REASON:    ADMITTANCE AUTH. BY:
DATE & TIME RECEIVED    DATE & TIME RELEASED
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | SH | | | | | |
| 8/16 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | 43 |
| | EVE | | | | | | | | | 43 |
| 8/18 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | 2A |
| 3 | MORN | | | | | | | | | |
| | DAY | | | | | MOVED | | | | |
| | EVE | | | | | 8/18/16 | | | | |
| 4 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 5 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 6 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 7 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: I.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: I.e. – Conduct, att'ude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

ADOC000560
AR 434 – December 22, 2004

W.C. Holman CF-2016

## SEGREGATION UNIT RECORD SHEET

K-57

INMATE NAME: Steve mullins  AIS NO. 175255 X CELL:
VIOLATION OR REASON: _____  ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____  DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|-----|----------|------|------|----------|--------------|
|      |       | B | D | S | SH |          |      |      |          |              |
| 1 8/18 | MORN | | | | ✓ | | | | | |
|      | DAY  | | | | | | | | | |
|      | EVE  | | | | | | | | | OS |
|      |      | | | | | | | | | |
| 2 | MORN | | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | | | | | | |
|   |      | | | | | | | | | |
| 3 | MORN | | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | | | | | | |
| 4 | MORN | | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | | | | | | |
| 5 | MORN | | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | | | | | | |
|   | MORN | ✓ | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | R | | | | | |
| 7 8/20 | MORN | | | | | | | | | |
|   | DAY  | | | | | | | | | |
|   | EVE  | | | | | | | | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000561

(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET 175255

INMATE NAME: Mullins Steven     AIS NO. W/175255    CELL: K-57
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | SH | | | | | |
| 21 Aug 16 | MORN | | | | ✓ | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | ✓ | | | | | | NM |
| 8/22 | MORN | ⌐ | | | | | | | | JR |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | ✓ | | | | OS |
| 8/23 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | DM |
| | EVE | | | ✓ | | | | | | NM |
| 8/24 | MORN | ⌐ | | | | | | | | JR |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 8/25 | MORN | | | | | | | | | |
| | DAY | | ✓ | | | | | | | DM |
| | EVE | | | ✓ | | | | | | NM |
| 8/26 | MORN | | | | | | | | | |
| | DAY | G | G | | | | | | | JR |
| | EVE | | | | | | | | | |
| 8/27 | MORN | ✓ | | | | | | | | |
| | DAY | | Y | M | | | | | | |
| | EVE | | | | R | | | | | |

Pertinent Info : i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical : Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments; i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 11, 2004

AR 434 – December 22, 2004

ADOC000562

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins, Steven    AIS NOW /175255   CELL: K-57
VIOLATION OR REASON:     ADMITTANCE AUTH. BY:
DATE & TIME RECEIVED     DATE & TIME RELEASED
PERTINENT INFORMATION:

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | SH | | | | | |
| 1 5/29/16 | MORN | | | | | | | | | |
| | DAY | | | G | | | | | | |
| | EVE | | | | | | | | | |
| 2 8/29 | MORN | ✓ | | | | | | | | |
| | DAY | | | | | | | | | NM |
| | EVE | | | | R | | | | | NM |
| 3 8/30 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | NM |
| | EVE | | | | | | | | | NM |
| 4 31 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | R | N | | | | OJ |
| 5 9/1 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | NM |
| | EVE | | | | | | | | | NM |
| 6 9/2 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | NM |
| | EVE | | | | R | | | | | NM |
| 7 9/3 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000563

(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET 173255

INMATE NAME: Mullins Steven          AIS NO. W/170755  CELL: K-57
VIOLATION OR REASON: _____     ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____     DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 9/16 | MORN | | | | ✓ | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | ✓ | ✓ | | | | | ~~~ |
| 1-5 | MORN | ✓ | | | | | | | | ~~ |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 9/6 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | R | ~ | | | | |
| 9/7 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | ~~~ |
| | EVE | | | ✓ | | | | | | ~~ |
| 9/8 | MORN | | | | | | | | | |
| | DAY | | ✓ | | | | | | | ~~ |
| | EVE | | | ✓ | ~ | | | | | ~~ |
| 9 | MORN | ✓ | | | | | | | | |
| | DAY | | 4 | 4 | | | | | | |
| | EVE | | | | | | | | | |
| 9/10 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info : i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower - Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. - Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

## SEGREGATION UNIT RECORD SHEET 175255

INMATE NAME: Mullins, Steven    AIS NOW / 172255   CELL: K-57
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|---|----------|------|-------|----------|-------------|
| 9/12 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | NM |
| | EVE | · | | ✓ | R | | | | | NM |
| 9/13 | MORN | ✓ | | | | | | · | · | |
| | DAY | | ✓ | | | | | | | NM |
| | EVE | | | ✓ | | | | | | |
| 9/14 | MORN | ✓ | | | | | | | | Cec |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | R | ✓ | | | | OS |
| 9/15 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | ✓ | | | | DS |
| 9/16 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | | X | R | | | | |
| 9/17 | MORN | ✓ | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | · |
| 7 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, att' ude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000565

SEGREGATION UNIT RECORD SHEET 175255

INMATE NAME: Mullins Steven     AIS NO. W//172255   CELL: K-57
VIOLATION OR REASON: _____    ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED: _____    DATE & TIME RELEASED: _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 9/18 | MORN | | | | Y | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | X | R | | | | | NM |
| 9/19 | MORN | U | | | | | | | | 8P |
| | DAY | | V | | | | | | | |
| | EVE | | | U | N | | | | | OS |
| 6/30 | MORN | I | V | | | | | | | LJD |
| | DAY | | | V | | | | | | |
| | EVE | | | V | Y | N | | | | OS |
| 9/21 | MORN | I | U | | | | | | | 8P |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 9/22 | MORN | | | | | | | | | KE |
| | DAY | | | | | | | | | |
| | EVE | | | | Y | | | | | |
| 9/23 | MORN | U | | | | | | | | 8P |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 9/24 | MORN | | | | | | | | | |
| | DAY | | 4/4 | | | | | | | J~ |
| | EVE | | | | R | | | | | |

Pertinent Info : i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical : Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments : i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000566

W.C. Holman CF-2016
(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins, Steven          AIS NOW /178255    CELL: K-57
VIOLATION OR REASON: _____      ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____      DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | SH | | | | | |
| 1 9/2/16 | MORN | | | | | | | | | |
| | DAY | | | ✓ | | | | | | |
| | EVE | | | | | | | | | |
| 2 9/28 | MORN | | ✓ | | | | | | | |
| | DAY | | | ✓ | | | | | | |
| | EVE | | | | ✓ | ✓ | | | | 25 |
| 3 9/29 | MORN | | | | | | | | | |
| | DAY | | | ✓ | | | | | | |
| | EVE | | | ✓ | ✓ | ✓ | | | | 25 |
| 4 9/30 | MORN | ✓ | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 5 10/1 | MORN | | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | | | | | |
| 6 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 7 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

AR 434 – December 22, 2004

ADOC000567

(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins Stevin      AIS NO. W/175255   CELL: K-57
VIOLATION OR REASON: _____   ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____   DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|------|-------|---|---|---|------|----------|----------------|-------------|------------|---------------|
| | | B | D | S | SH | | | | | |
| 10/2 | MORN | ✓ | | | ✓ | | | | | ⊘ℓ |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 10/3 | MORN | ✓ | | | | | | | | ⊘ℓ |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 10/4 | MORN | | | | | | | | | |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | ✓ | N | | | | ⊘S |
| 10/5 | MORN | ✓ | | | | | | | | ⊘ℓ |
| | DAY | | ✓ | | | | | | | |
| | EVE | | | ✓ | | | | | | |
| 10/6 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | R | | | | | |
| 10/7 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | ✓ | | | | | | |
| | EVE | | | | | | | | | |
| 10/8 | MORN | ✓ | | | | | | | | |
| | DAY | | | ✓✓ | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. – Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower – Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e. – Conduct, attitude *Use reverse side for additional comments and include date, signature, and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 21, 2004

9 of 12

ADOC000568

W.C. Holman CF-2016
(INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: Mullins, Steven    AIS NO W/17255    CELL: K-57
VIOLATION OR REASON: _____    ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____    DATE & TIME RELEASED 10-13-16    12:30 PM
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS * | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 1 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | √ | | | | | | | |
| 2 10/10 | MORN | √ | | | | | | | | JD |
| | DAY | | | | | | | | | |
| | EVE | | | | R | ∼ | | | | ✓S |
| 3 10/11 | MORN | ∪ | | | | | | | | BP |
| | DAY | | ∪ | | | | | | | |
| | EVE | | | ∪ | | ∼ | | | | ✓S |
| 4 10/12 | MORN | √ | | | | | | | | ele |
| | DAY | | | ∪ | | ∼ | | | | |
| | EVE | | | | | | | | | ∩∩ |
| 5 10/13 | MORN | ∪ | | | | | | | | BP |
| | DAY | | Y | | N | N | | BP | | |
| | EVE | | Y | Y | | | | | | WA |
| 6 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 7 | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e. - Epileptic, Diabetic, Suicidal, Assaultive
Meals/SH: Shower— Yes (Y) or No (N), Refused (R)
Exercise: Enter actual time period and Inside or Outside
Medical: Physician will sign each time the inmate is seen.
Psych: Psychological Counselor will sign each time the inmate is seen.
Comments: i.e.— Conduct, att'ude *Use reverse side for additional comments and include date, signature and title.
OIC Signature: OIC must sign all record sheets each shift.

ADOC Form 434-A, December 22, 2004

9 of 12

AR 434 — December 22, 2004

ADOC000569

# SEGREGATION REVIEW CHECKLIST

NAME _Mullins, Sherul_ AIS _175255_ R & S _____ DATE _8·4·16_

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Disciplinary Record |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 2. Past Criminal Record |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 3. Past Institutional Record |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 4. Psychological Make-up |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 5. Involvement in Criminal Activities While Incarcerated |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 6. Institutional Work Record |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 7. Adjustment to Institutional Programs |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 8. Institutional Living Adjustment |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 9. Attitude Toward Authority |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 10. Subsequent Disciplinary While in Segregation |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 11. Length of Time Served |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |

**ADDITIONAL FACTORS**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. General housekeeping of living area | | | | | | | | | | | | | | | |
| 2. Compliance with regulations concerning personal appearance | | | | | | | | | | | | | | | |
| 3. Cooperativeness during searches | | | | | | | | | | | | | | | |
| 4. Movement to and from exercise | | | | | | | | | | | | | | | |
| 5. Return of eating utensils | | | | | | | | | | | | | | | |
| 6. Relation to other inmates and to staff | | | | | | | | | | | | | | | |

Purpose of the Review                    Staff Participants

_____ Disciplinary Hearing _____

_____ Disciplinary Review _____

_____ Institution Board _____

_____ Department Board _____

Other Information Considered and/or Persons Interviewed (List)

Final Decision:

BOC No. 92, Rev. 5-79   N 092

ADOC000570

# W.C. HOLMAN
### (INSTITUTION)

## SEGREGATION UNIT RECORD SHEET

INMATE NAME: _Mullins, Steven_  AIS NO: _W/175255_  CELL: _K-3_

VIOLATION OR REASON: _____  ADMITTANCE AUTHORIZED BY: _____

DATE & TIME RECEIVED: _____  DATE & TIME RELEASED: _____

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B·D·S | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|-------------|-----|----------|---------------|-------------|-----------|---------------|
| 9 | MORN | ✓ | | | | | | 2/27 |
| | DAY | ✓ | | | | | | |
| | EVE | ✓ | ✓ | | | | | 2/27 |
| 10 | MORN | ✓ | | | | | | RB |
| | DAY | ✓ ✓ | | | | | | |
| | EVE | ✓ ✓ | | R | | | | |
| 11 | MORN | ✓ | | | | | | Rln |
| | DAY | ✓ | | | | | | |
| | EVE | | ✓ | | | | | RB |
| 12 | MORN | ✓ | ✓ | | | | | RB |
| | DAY | ✓ | | | | | | M |
| | EVE | | | | | | | |
| 13 | MORN | ✓ | | | | | | RB |
| | DAY | ✓ ✓ ✓ | | ✓ | | | | |
| | EVE | ✓ | | | | | | |
| 14 | MORN | ✓ | ✓ ✓ | | | | | |
| | DAY | | ✓ ✓ | 7:00/9:00 | | | | |
| | EVE | | | | | | | |
| 15 | MORN | ✓ | ✓ ✓ | | | | | RB |
| | DAY | | | | | | | |
| | EVE | | | | | | | |

**Pertinent Info:** i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

**Meals/SH:** Shower-Yes (Y); No (N); Refused (R)

**Exercise:** Enter Actual Time Period and Inside or Outside (i.e., 9:30/10:00 IN; 2:00/2:30 OUT)

**Medical:** Physician will sign each time the inmates is seen.

**Psych:** Psychological Counselor will sign each time the inmate is seen.

**Comments:** i.e., Conduct; Attitude, etc. *Use reverse side for additional comments and include date, signature, and title.

**OIC Signature:** OIC must sign all record sheets each shift.

ADOC000571



(INSTITUTION)

# SEGREGATION UNIT RECORD SHEET

INMATE NAME: Steven Mullins    AIS NO: WM-175255  CELL: M38

VIOLATION
OR REASON: _____

ADMITTANCE
AUTHORIZED BY: _____

DATE & TIME
RECEIVED: _____

DATE & TIME
RELEASED: _____

PERTINENT
INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDICAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
| | | B | D | S | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/29 | MORN | | | | | | | | | |
| | DAY | | Y | | | | | | | *signature* |
| | EVE | | | Y | | | | | | *signature* |
| 30 | MORN | N | | | | | | | | *signature* |
| | DAY | | Y | | Y | Y | N | | | |
| | EVE | | | | | | | | | *signature* |
| 31 | MORN | ✓ | | | | | | | | *signature* |
| | DAY | | u | Y | | | | | | |
| | EVE | | | | | | | | | *signature* |
| 9/1 | MORN | ✓ | | | | | | | | *signature* |
| | DAY | | Y | Y | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| | MORN | | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |

Pertinent Info: i.e., Epileptic; Diabetic; Suicidal; Assaultive; etc.

Meals/ SH: Shower- Yes (Y); No (N); Refused (R)

Exercise: Enter Actual Time Period and Inside or Outside (i.e.,
9:30/10:00 IN; 2:00/2:30 OUT)

Medical: Physician will sign each time the inmates is seen.

Psych: Psychological Counselor will sign each time the inmate is seen.

Comments: i.e., Conduct; Attitude, etc. *Use reverse side for additional comments
and include date, signature, and title.

OIC Signature: OIC must sign all record sheets each shift.

Attachment 5 - HCF SOP 12-12

ADOC FORM N912

ADOC000572

# SEGREGATION REVIEW CHECKLIST

NAME _Mullins, Steven_  AIS _175255X_  R & S _WM_  DATE _8/28/12_

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **1. Disciplinary Record** | | | | | | | | | | | | | | | | | | | |
| **2. Past Criminal Record** | | | | | | | | | | | | | | | | | | | |
| **3. Past Institutional Record** | | | | | | | | | | | | | | | | | | | |
| **4. Psychological Make-up** | | | | | | | | | | | | | | | | | | | |
| **5. Involvement in Criminal Activities While Incarcerated** | | | | | | | | | | | | | | | | | | | |
| **6. Institutional Work Record** | | | | | | | | | | | | | | | | | | | |
| **7. Adjustment to Institutional Programs** | | | | | | | | | | | | | | | | | | | |
| **8. Institutional Living Adjustment** | | | | | | | | | | | | | | | | | | | |
| **9. Attitude Toward Authority** | | | | | | | | | | | | | | | | | | | |
| **10. Subsequent Disciplinary While in Segregation** | | | | | | | | | | | | | | | | | | | |
| **11. Length of Time Served** | | | | | | | | | | | | | | | | | | | |
| **ADDITIONAL FACTORS**<br>**1. General housekeeping of living area** | | | | | | | | | | | | | | | | | | | |
| **2. Compliance with regulations concerning personal appearance** | | | | | | | | | | | | | | | | | | | |
| **3. Cooperativeness during searches** | | | | | | | | | | | | | | | | | | | |
| **4. Movement to and from exercise** | | | | | | | | | | | | | | | | | | | |
| **5. Return of eating utensils** | | | | | | | | | | | | | | | | | | | |
| **6. Relation to other inmates and to staff** | | | | | | | | | | | | | | | | | | | |

**Purpose of the Review**                              **Staff Participants**

_____   **Disciplinary Hearing** _____

_____   **Disciplinary Review** _____

_____   **Institution Board** _____

_____   **Department Board** _____

**Other Information Considered and/or Persons Interviewed (List)**

**Final Decision:**

BOC No. 92, Rev. 5-79   N 092

ADOC000573

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: S.C.C.F.

INMATE NAME: Mullins, Steven    AIS NO. W/175255    CELL: C-42
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED _____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 1.<br>12/3/2018 | MORN | √ | | | | | | | | |
| | DAY | | √ | | | | | | | |
| | EVE | | | √ | | | | | | |
| 2.<br>12/4/2018 | MORN | | | | | | | | | |
| | DAY | | √ | | | | | | | |
| | EVE | | | √ | | | | | | |
| 3.<br>12/5/2018 | MORN | √ | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | | | | | | | | |
| 4.<br>12/6/2018 | MORN | √ | | | | | | | | |
| | DAY | √ | | | | | | | | |
| | EVE | | | | | | | | | |
| 5.<br>12/7/2018 | MORN | √ | | | | | | | | |
| | DAY | | √ | | | | | | | |
| | EVE | | √ | √ | √ | | | | | |
| 6.<br>12/8/2018 | MORN | √ | | | | | | | | |
| | DAY | | | | | | | | | |
| | EVE | | √ | √ | | | | | | |
| 7.<br>12/9/2018 | MORN | √ | | | | | | | | |
| | DAY | | √ | √ | | | | | | |
| | EVE | | | √ | | | | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000574

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION:  S.C.C.F.

INMATE NAME: Mullins, Steven     AIS NO. W/175255     CELL: C-42
VIOLATION OR REASON:_____ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|------|----------|---------------|
|      |       | B | D | S |    |          |      |      |          |               |
| 1. 12/10/2018 | MORN | Y |   |   |    |          | ✓ | ✓ |          | Rox |
|      | DAY  |   |   |   |    |          | Sw | ✓ |          |      |
|      | EVE  |   | ✓ | ✓ |    |          | M |   | mental health | Crockett |
| 2. 12/11/2018 | MORN | Y |   |   |    |          | N |   |          | A |
|      | DAY  |   |   |   |    |          |   |   |          |      |
|      | EVE  |   | ✓ | ✓ | y  |          | M |   |          | Crockett |
| 3. 12/12/2018 | MORN | Y |   |   |    |          | N | CN |          | ✓ |
|      | DAY  |   | ✓ |   |    |          | M |   |          | D. Noble |
|      | EVE  |   |   | ✓ |    |          | M |   |          | D Kelly |
| 4. 12/13/2018 | MORN | N |   |   |    |          | M |   |          | Box |
|      | DAY  |   | ✓ |   |    |          | M | N |          | D. Noble |
|      | EVE  |   |   | ✓ | ✓  |          | M |   |          | D Kelly |
| 5. 12/14/2018 | MORN | Y |   |   |    |          | RW |   |          | West |
|      | DAY  |   | ✓ | ✓ |    | Rain     | N |   |          | Rw |
|      | EVE  |   |   |   |    |          | M |   |          |      |
| 6. 12/15/2018 | MORN | Y |   |   |    |          | ✓ |   |          | Dewey |
|      | DAY  |   | ✓ |   |    |          | Sw |   |          | ✓ |
|      | EVE  |   |   | ✓ |    |          | Sw |   |          |      |
| 7. 12/16/2018 | MORN | Y |   |   |    |          |   |   |          | Tye |
|      | DAY  |   |   | ✓ |    |          | Sw |   |          | Briney |
|      | EVE  |   |   |   |    |          | ✓ |   |          |      |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000575

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: S.C.C.F.

INMATE NAME: Mullins, Steven      AIS NO. W/175255      CELL: C-42
VIOLATION OR REASON: _____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____ DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. 12/17/2018 | MORN | Y | | | | | W | | | C3 |
| | DAY | | Y | | | | M | W | | D. Moore |
| | EVE | | | Y | Y | | | | | Crawford |
| | | | | | | | | | | |
| 2. 12/18/2018 | MORN | Y | | | | | M | | | Taylor |
| | DAY | | Y | | | | | | | D. Moore |
| | EVE | | | Y | | | M | | | |
| | | | | | | | | | | |
| 3. 12/19/2018 | MORN | Y | | | | | M | | | |
| | DAY | | | | | | | | | |
| | EVE | | Y | Y | | | M | | | Endsett |
| | | | | | | | | | | |
| 4. 12/20/2018 | MORN | Y | | | | | W | | | McBride |
| | DAY | | | | | | | | | |
| | EVE | | Y | Y | | | M | | | Endsett |
| | | | | | | | | | | |
| 5. 12/21/2018 | MORN | Y | | | | | W | | | McDonald |
| | DAY | | Y | | | | M | | | D. Moore |
| | EVE | | | | Y | | | | | McCool |
| | | | | | | | | | | |
| 6. 12/22/2018 | MORN | Y | | | | | M | | | McCool |
| | DAY | | Y | | | ~ | M | | | T. McGhee |
| | EVE | | | | | | M | | | |
| | | | | | | | | | | |
| 7. 12/23/2018 | MORN | | | | | ~ | M | | | |
| | DAY | | N | Y | | ~ | M | | | T. McGhee |
| | EVE | | | | R | | M | | | Woods |
| | | | | | | | | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

H2

ADOC000576

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: __S.C.C.F.__

INMATE NAME: Mullins, Steven     AIS NO. W/175255    CELL: C-42
VIOLATION OR REASON:_____ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|-------|----------|---------------|
| 1. 12/24/2018 | MORN | Y | | | | | Ce | | | Wood |
| | DAY | | | Y | | | Earl | | | Hart |
| | EVE | | | | R | | EdR | | | |
| | | | | | | | | | | |
| 2. 12/25/2018 | MORN | Y | | | | | RW | | | |
| | DAY | | | | | | M | | | |
| | EVE | | | Y | | | M | | | Carter |
| | | | | | | | | | | |
| 3. 12/26/2018 | MORN | Y | | | | | M | | | |
| | DAY | Y | Y | | | | R | | | D Menday |
| | EVE | | Y | Y | | | | | | |
| | | | | | | | | | | |
| 4. 12/27/2018 | MORN | Y | | | | | M | CW | | |
| | DAY | | Y | | | | R | | | D Menday |
| | EVE | | | Y | | | M | | | |
| | | | | | | | | | | |
| 5. 12/28/2018 | MORN | Y | | | | | W | | | |
| | DAY | | Y | Y | | | R | | | D Walker |
| | EVE | | | | | | M | | | |
| | | | | | | | | | | |
| 6. 12/29/2018 | MORN | Y | | | | | RW | | | McDonald |
| | DAY | | Y | Y | R | | M | | | |
| | EVE | | | | | | M | | | |
| | | | | | | | | | | |
| 7. 12/30/2018 | MORN | Y | | | | | RW | | | |
| | DAY | | Y | Y | | | M | | | Eley |
| | EVE | | | | | | M | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000577

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION:____S.C.C.F.____

INMATE NAME: Mullins, Steven          AIS NO. W/175255     CELL: C-42
VIOLATION OR REASON:_____ADMITTANCE AUTH. BY:_____
DATE & TIME RECEIVED_____DATE & TIME RELEASED_____
PERTINENT INFORMATION:_____

| DATE | SHIFT | MEALS B | MEALS D | MEALS S | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|------|----------|---------------|
| 1. 12/31/2018 | MORN | | | | | | | | | |
| | DAY | | Y | | | | | | rain | |
| | EVE | | | Y | | | | | | |
| 2. 1/1/2019 | MORN | Y | | | | | | | | |
| | DAY | | Y | | | | | | | |
| | EVE | | | Y | | | | | | |
| 3. 1/2/2019 | MORN | Y | | | | | | Cw | | Wade |
| | DAY | | Y | Y | | | | | | Burns |
| | EVE | | | | Y | | | | | |
| 4. 1/3/2019 | MORN | | / | | | | | | RSU | |
| | DAY | | | | | | | | | |
| | EVE | | Y | Y | | | | | | Cruel |
| 5. 1/4/2019 | MORN | | | | | | | Cw | | |
| | DAY | | Y | | | | | | | S. Meadows |
| | EVE | | | Y | | | | | | |
| 6. 1/5/2019 | MORN | | | | | | | | | |
| | DAY | | Y | Y | | | | | | |
| | EVE | | | | | | | | | |
| 7. 1/6/2019 | MORN | Y | | | | | | | | |
| | DAY | | | Y | | | | | | |
| | EVE | | | / | N | | | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000578

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: _____ S.C.C.F. _____

INMATE NAME: Mullins, Steven          AIS NO. W/175255     CELL: C-42
VIOLATION OR REASON: _____ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|----------------|-------------|-----------|---------------|
|      |       | B | D | S |    |          |                |             |           |               |
| 1. 1/7/2019 | MORN |   |   |   |   |   | ✓ |    |   |          |           |
|             | DAY  |   |   |   |   |   |   | ⩗ |   |          |           |
|             | EVE  | Y | ✓ |   |   |   | ✓ |   |   |          | Cudett    |
| 2. 1/8/2019 | MORN |   |   |   | Y |   | ✓ |   |   |          | C.        |
|             | DAY  |   |   |   |   |   | ✓ |   |   |          |           |
|             | EVE  | ✓ | ✓ |   |   |   | ✓ |   |   |          | Cudett    |
| 3. 1/9/2019 | MORN | Y |   |   |   |   | ✓ |   |   |          | Durey     |
|             | DAY  |   | ✓ |   |   |   | ✓ |   |   |          | D. Mendse |
|             | EVE  |   | ✓ |   |   |   |   |   |   |          |           |
| 4. 1/10/2019| MORN | Y |   |   |   |   | ✓ |   |   |          | Durey     |
|             | DAY  |   | ✓ |   |   |   |   | ⩗ | HALAWT | D. Mendse |
|             | EVE  |   |   | ✓ | Y |   | ✓ |   |   |          |           |
| 5. 1/11/2019| MORN | ✓ |   |   |   |   | Ou | Cw |   |          |           |
|             | DAY  |   | ✓ | ✓ |   | R | ✓ |   |   |          | D. Walkin |
|             | EVE  |   |   |   |   |   | ✓ |   |   |          |           |
| 6. 1/12/2019| MORN |   |   |   |   |   | ✓ |   |   |          |           |
|             | DAY  |   | ✓ | ✓ | Y | R | ✓ |   |   |          | R. Sherlu |
|             | EVE  |   |   |   |   |   | ✓ |   |   |          | Howard    |
| 7. 1/13/2019| MORN | N |   |   |   |   | ✓ |   |   |          | Howard    |
|             | DAY  |   |   |   |   |   | ✓ |   |   |          | J. Bush   |
|             | EVE  |   |   | ✓ |   |   | ✓ |   |   |          |           |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

ADOC000579

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: S.C.C.F.

INMATE NAME: Mullins, Steven     AIS NO. W/175255     CELL: C-42
VIOLATION OR REASON:_____ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|------|------|----------|---------------|
| | | B | D | S | | | | | | |
| 1. 1/14/2019 | MORN | ✓ | | | | | | ✓ | | D. Weeks |
| | DAY | ✓ | ✓ | | | | | | | C Smith |
| | EVE | | ✓ | ✓ | | | | | | |
| 2. 1/15/2019 | MORN | ✓ | | | | | Cell | | | C Smith |
| | DAY | | ✓ | | | | | | | D Weeks |
| | EVE | | ✓ | ✓ | | | | | | M. Thompson |
| 3. 1/16/2019 | MORN | ✓ | | | | | | | | Guillett |
| | DAY | | ✓ | | | | | | | Guillett |
| | EVE | | ✓ | ✓ | | | | | | Guillett |
| 4. 1/17/2019 | MORN | ✓ | | | | | | | | |
| | DAY | | ✓ | | | | | ✓ | | Guillett |
| | EVE | | ✓ | ✓ | | | | | | Guillett |
| 5. 1/18/2019 | MORN | ✓ | | | | | | | | Wools |
| | DAY | | ✓ | ✓ | ✓ | 2am | | | | D Weeks |
| | EVE | | ✓ | ✓ | | | | | | Bns |
| 6. 1/19/2019 | MORN | ✓ | | | | | | | | Bns |
| | DAY | ✓ | | | | | | | | Bns |
| | EVE | | | | | | | | | Bns |
| 7. 1/20/2019 | MORN | ✓ | | | | | | | | Bns |
| | DAY | | | | | | | | | |
| | EVE | | ✓ | N | | | | | | |
| | | | | | | | | | | |

Pertinent Info: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
Meals/SH: Enter Y for Yes, N for No, or R for Refused.
Exercise: Enter the actual time period and where it was taken, Inside or Outside.
Medical: Medical staff will sign each time the inmate is seen.
Psych: A Mental Health Professional will sign each time the inmate is seen.
Comments: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
OIC Signature: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: __S.C.C.F.__

INMATE NAME: Mullins, Steven     AIS NO. W/175255    CELL: C-42
VIOLATION OR REASON: ____505____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED ____7/18/2018__ DATE & TIME RELEASED_____
PERTINENT INFORMATION: inability to adjust _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | | |
| 1. 1/28/2019 | MORN | Y | | | | | N | Ctu | | _Duped_ | (PD) |
| | DAY | | Y | | | | N | | | D. Wardo | |
| | EVE | | Y | Y | | | EL | | | | |
| 2. 1/29/2019 | MORN | Y | | | | | N | | | Pope | Non- |
| | DAY | Y | Y | | N | N | | N | | Barwn | (PD) |
| | EVE | | | Y | | | N | | | J. McKee | |
| 3. 1/30/2019 | MORN | Y | | | | | N | | | _Duped_ | |
| | DAY | | Y | | | | N | | | Endett | |
| | EVE | | | Y | | | N | | | Endett | |
| 4. 1/31/2019 | MORN | Y | | | | | N | | | _Duped_ | |
| | DAY | | Y | | | | N | | | Endett | |
| | EVE | | | Y | | | N | | | Endett | |
| 5. 2/1/2019 | MORN | Y | | | | | N | N | | D. Wardo | (PD) |
| | DAY | | Y | | | | N | | | McQ | |
| | EVE | | | Y | | N | N | N | | | |
| 6. 2/2/2019 | MORN | Y | | | N | | N | | | | (PD) |
| | DAY | Y | | | | | N | | | | |
| | EVE | | | Y | | | N | | | | |
| 7. 2/3/2019 | MORN | Y | | | | | N | | | Bryant | (PD) |
| | DAY | | Y | | | N | N | | | Mattey | |
| | EVE | | | Y | R | | N | | | Mart | JR |

Pertinent Info: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
Meals/SH: Enter Y for Yes, N for No, or R for Refused.
Exercise: Enter the actual time period and where it was taken, Inside or Outside.
Medical: Medical staff will sign each time the inmate is seen.
Psych: A Mental Health Professional will sign each time the inmate is seen.
Comments: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
OIC Signature: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000581

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
INSTITUTION: __S.C.C.F.__

INMATE NAME: Mullins, Steven    AIS NO. W/175255    CELL: C-42
VIOLATION OR REASON: ____505____ ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED __7/18/2018__ DATE & TIME RELEASED_____
PERTINENT INFORMATION: inability to adjust_____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----------|-------|-------|----------|---------------|
| | | B | D | S | | | | | | |
| 1. 2/4/2019 | MORN | Y | | | | | ✓ | ✓ | | |
| | DAY | | Y | | | | | | | |
| | EVE | | | Y | | | ✓ | | | |
| 2. 2/5/2019 | MORN | Y | | | | | ✓ | | | |
| | DAY | | Y | | | | ✓ | | | |
| | EVE | | | Y | Y | | ✓ | | | |
| 3. 2/6/2019 | MORN | Y | | | | | ✓ | ✓ | | |
| | DAY | | Y | | | | ✓ | | | |
| | EVE | | | Y | | | ✓ | | | |
| 4. 2/7/2019 | MORN | Y | | | | | ✓ | ✓ | | |
| | DAY | | Y | | | | ✓ | | | |
| | EVE | | | Y | | | ✓ | | | |
| 5. 2/8/2019 | MORN | Y | | | | ✓ | ✓ | | | |
| | DAY | | Y | | | | ✓ | | | |
| | EVE | | | | | | ✓ | | | |
| 6. 2/9/2019 | MORN | Y | | | | | ✓ | | | |
| | DAY | | Y | Y | | | ✓ | | | |
| | EVE | | | | | | ✓ | | | |
| 7. 2/10/2019 | MORN | | | | | | ✓ | | | |
| | DAY | | Y | | | | ✓ | | | |
| | EVE | | | Y | | | | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000582

# ALABAMA DEPARTMENT OF CORRECTIONS

## Disciplinary Segregation Orientation (continued)

10. A minimum of five (5) hours of exercise per seven (7) day period may be allowed when weather and security permits.

11. Sick call will be made daily. Pill call will be held a minimum of twice daily. When routine medical attention is needed, notify an on-duty officer. Fill out the sick call request (including your name, AIS number, cell number, and the nature of your illness) and give the request to the pill call nurse. Routine and emergency medical, dental, and mental health care shall be provided..

12. A unit supervisor will visit the segregation area daily.

13. Mental Health staff will visit the area five (5) times per week.

14. The Institutional Segregation Review Board will meet to consider your status and progress each week.

15. A notary public shall be made available weekly.

16. When additional questions or emergencies arise, contact the officer on duty.

A copy of the Disciplinary Segregation Orientation has been read to me and is understood by me on this the ___17th___ day of ___July___, 20 _18_, by

Officer/Supervisor _____ Mun, T cs

_____ mus, Tcs   Steve Mullins 175255
Serving Officer/Supervisor          Inmate's Name & AIS Number

ADOC000583

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET

INSTITUTION: __S.C.C.F.__

MULLINS, STEVEN  # 175255

INMATE NAME: ~~Townsel, Michael~~  AIS NO. ~~W/243346D~~  CELL: E-24

VIOLATION OR REASON: _____ADMITTANCE AUTH. BY:

DATE & TIME RECEIVED 4/3/2015_____DATE & TIME RELEASED INDEFINITE

PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|------|-------|---|---|---|----|----|----|----|----|----|
|      |       | B | D | S |    |    |    |    |    |    |
| 1. | MORN | V | | | | | Rw | | | |
| 3/26/2018 | DAY | | | Y | | | | | | KK |
|  | EVE | | | | | | EL | | | |
|  | | | | | | | | | | |
| 2. | MORN | Y | | | | | M | | | DC |
| 3/27/2018 | DAY | | Y | | | | B | | | R |
|  | EVE | | Y | Y | | | M | DM | | |
|  | | | | | | | | | | |
| 3. | MORN | Y | | | | | B | | | DC |
| 3/28/2018 | DAY | | Y | | | | | | JRB | Bgeis |
|  | EVE | | Y | Y | | | | | | Bgeis |
|  | | | | | | | | | | |
| 4. | MORN | V | | | | | M | | | I Collums |
| 3/29/2018 | DAY | | Y | | | | M | | | Bgeis |
|  | EVE | | Y | Y | Y | | M | | | Bgeis |
|  | | | | | | | | | | |
| 5. | MORN | Y | | | | | B | | | |
| 3/30/2018 | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
|  | | | | | | | | | | |
| 6. | MORN | | | | | | | | | |
| 3/31/2018 | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
|  | | | | | | | | | | |
| 7. | MORN | | | | | | | | | |
| 4/1/2018 | DAY | | | | | | | | | |
|  | EVE | | | | | | | | | |
|  | | | | | | | | | | |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.

**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.

**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.

**Medical**: Medical staff will sign each time the inmate is seen.

**Psych**: A Mental Health Professional will sign each time the inmate is seen.

**Comments**: Record such information as, i.e. – conduct, attitude

*Use the reverse side of the form for additional comments and include date, signature, and title.

**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

2

ADOC000584

# ALABAMA DEPARTMENT OF CORRECTIONS
## SEGREGATION UNIT RECORD SHEET
### INSTITUTION: S.C.C.F.

INMATE NAME: Mullins, Steven      AIS NO. W/175255    CELL: C-42
VIOLATION OR REASON:_____ADMITTANCE AUTH. BY: _____
DATE & TIME RECEIVED _____DATE & TIME RELEASED_____
PERTINENT INFORMATION: _____

| DATE | SHIFT | MEALS | | | SH | EXERCISE | MEDI-CAL VISIT | PSYCH VISIT | COMMENTS* | OIC SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | D | S | | | | | | |
| 1. 7/30/2018 | MORN | √ | | | | | √ | √ | | S |
| | DAY | | √ | | | | √ | | | D. Meade |
| | EVE | | √ | | √ | | √ | | | Lawford |
| 2. 7/31/2018 | MORN | √ | | | | | √ | √ | | Lawford |
| | DAY | | √ | | | | √ | | | D. Meade |
| | EVE | | | | | | √ | | | |
| 3. 8/1/2018 | MORN | √ | | | | | √ | | | S |
| | DAY | | √ | | | | √ | | | |
| | EVE | | | | √ | √ | √ | | Seg. Board | Rudolt |
| 4. 8/2/2018 | MORN | √ | | | | N | √ | | | |
| | DAY | | √ | | | | √ | | | |
| | EVE | | | | √ | | √ | | | Rudolt |
| 5. 8/3/2018 | MORN | √ | | | | | √ | √ | | S |
| | DAY | | √ | | | | √ | | | D. Meade |
| | EVE | | | | | | √ | | | |
| 6. 8/4/2018 | MORN | √ | | | | | √ | | | Terry Alto |
| | DAY | √ | | √ | | | √ | | | R. m |
| | EVE | | | | √ | | √ | | | R. m |
| 7. 8/5/2018 | MORN | √ | | | | | √ | | | |
| | DAY | √ | | | | | √ | | | |
| | EVE | | | | √ | | √ | | | R. m |

**Pertinent Info**: record such information as, i.e. – Epileptic, Diabetic, Suicidal, Assaultive.
**Meals/SH**: Enter Y for Yes, N for No, or R for Refused.
**Exercise**: Enter the actual time period and where it was taken, Inside or Outside.
**Medical**: Medical staff will sign each time the inmate is seen.
**Psych**: A Mental Health Professional will sign each time the inmate is seen.
**Comments**: Record such information as, i.e. – conduct, attitude
*Use the reverse side of the form for additional comments and include date, signature, and title.
**OIC Signature**: The OIC must sign all record sheets each shift.

ADOC Form 434-A, February 22, 2016

42

ADOC000585

Keep this stub with your personal records. The other side contains important information.

*Donald*
*1752/23*

①

Ialidaihuudaidaihuudiliuudaialidaihuudaliudd
STEVEN ERIC MULLINS
DEPT OF CORRECTIONS
101 SO UNION ST
MONTGOMERY AL 36130-3022

## YOUR SOCIAL SECURITY CARD

Detach the card below and sign it in ink immediately. Keep your card in a safe place to prevent loss or theft. Do not laminate your card.



STEVEN ERIC MULLINS

SIGNATURE

ADOC000586

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00175255X   INMATE: MULLINS, STEVEN ERIC              RACE: W  SEX: M

INST: 003 - HOLMAN PRISON                    DORM:   00   JAIL CR:   00Y 00M 00D

DOB: ▆▆▆▆▆▆   SSN: ▆▆▆▆▆▆▆             PREVIOUS AIS: P0106372

ALIAS: GUY, STEVEN E                    ALIAS: MULLINS, STEVEN E

ALIAS: STEVE,

ACM DT: 08/06/1999 DEAD TIME: 00Y 00M 00D    \*INMATE SERVING LIFE W/OUT PAROLE\*

ACM TYP: LIFE SENTENCE W/O PAROLE         STAT: INCARCERATED

CURRENT CUST: MED-9   CURRENT CUST DT: 01/26/2010   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (5) FIVE

SERVING UNDER ACT446 LAW IN CLASS IV         CURRENT CLASS DATE:   08/06/1999
INMATE IS EARNING : PROHIBITED FROM EARNING GOODTIME

| COUNTY | SENT DT | CASE NO | CRIME | JL-CR | TERM | |
|--------|---------|---------|-------|-------|------|---|
| CCOSA | 08/06/99 | N99000036 | MURDER | 0000D | LWOP | CS |
| | | | CAPITAL KIDNAPPING | | | |

| TOTAL TERM | MIN REL DT | GOOD TIME BAL | GOOD TIME REV | LONG DATE |
|------------|------------|---------------|---------------|-----------|
| LWOP | 00/00/0000 | | | 99/99/9999 |

INMATE LITERAL:
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE IS CURRENTLY BARRED FROM PAROLE

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

    INMATE HAS NO ESCAPES FROM ALABAMA C.O.C.
    SINCE O.B.S.C.I.S. RECORDING BEGAN IN 1978
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 09/05/2012  TIME LOST: 00Y00M00D   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                    AT INST: 003    RULE NUMBER: 64
   RETAINED DAYS: 0000   SEC #: 09   RULE LIT: POSSESSION OF CONTRABAND

CONTINUED ON NEXT PAGE
                                                              ADOC000587

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    CONTINUATION    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIS: 00175255X    INMATE: MULLINS, STEVEN ERIC            RACE: W  SEX: M

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DISCIPLINARY/CITATION SUMMARY

>> DISCIPLINE: 03/27/2006  TIME LOST: COYOOMOOD   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                 AT INST: 003    RULE NUMBER: 54
   RETAINED DAYS: 0000    SEQ #: 08   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

>> DISCIPLINE: 02/02/2004  TIME LOST: COYOOMOOD   CUST FROM MAX9 TO MAX9
   DISCIPLINE TYPE: MAJOR                 AT INST: 040    RULE NUMBER: 34
   RETAINED DAYS: 0000    SEQ #: 07   RULE LIT: FIGHTING WITH A WEAPON

>> DISCIPLINE: 06/10/2003  TIME LOST: COYOOMOOD   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                 AT INST: 040    RULE NUMBER: 92
   RETAINED DAYS: 0000    SEQ #: 06   RULE LIT: AID & ABETTING ANOTHER TO VIO. DO

>> DISCIPLINE: 05/21/2003  TIME LOST: COYOOMOOD   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                 AT INST: 040    RULE NUMBER: 54
   RETAINED DAYS: 0000    SEQ #: 05   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

   >> CITATION: 05/02/2003                      CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION    AT INST: 040    RULE NUMBER: 91
   RETAINED DAYS: 0000    SEQ #: 04   RULE LIT: CONSPIRE TO VIOLATE DOC INSTIT. R

>> DISCIPLINE: 01/15/2003  TIME LOST: COYOOMOOD   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                 AT INST: 040    RULE NUMBER: 35
   RETAINED DAYS: 0000    SEQ #: 03   RULE LIT: FIGHTING WITHOUT A WEAPON

   >> CITATION: 01/02/2003                      CUST FROM MED9 TO MED9
      CITATION TYPE: BEHAVIOR CITATION    AT INST: 040    RULE NUMBER: 63
   RETAINED DAYS: 0000    SEQ #: 02   RULE LIT: DISORDERLY CONDUCT

>> DISCIPLINE: 04/12/2001  TIME LOST: COYOOMOOD   CUST FROM MED9 TO MED9
   DISCIPLINE TYPE: MAJOR                 AT INST: 040    RULE NUMBER: 54
   RETAINED DAYS: 0000    SEQ #: 01   RULE LIT: REFUSING TO WORK/ENCOURAGING OTHE

ADOC000588




# State of Alabama
# Department of Corrections

Saint Clair Correctional Facility
1000 Saint Clair Road
Springville, Alabama 35146
(205)467-6111

**KAY IVEY**
GOVERNOR

**JEFFERSON S DUNN**
COMMISSIONER

## February 27, 2019

To: Sarah Dickey (North Atlantic Security)          UAB Police
662-327-2555 (Fax)                                              205-934-6461

Name of Inmate:     **Steven Mullins**                    **(UAB RM# 9508)**

Date of Birth:     ███████████

AIS#:          **W/175255**

Visitation is granted to the following individuals:

███████              Mother
Name                                                     Relation

Name                                                     Relation

Date Visitation is granted:          **(February 27, 2019)**

Date Visitation is terminated:       (February 27, 2019

Number of Visits Approved:          **xx**   One Time Only        _____ One Time Daily

Gwendolyn Givens  WARDEN II
Warden Signature

**205-467-6111    ext. 10**
Warden Phone Number

Final Approval:          _____
                         − Date

## TO BE PLACED IN PATIENT'S MEDICAL CHART

ADOC000589

Please send copy of visitation schedule
for population inmates. 2 wks left and I'll be in pgp.
Thanks!

Bed Assignment C-42

Alabama Department of Corrections

## INMATE VISITATION FORM

Inmate's Name: Steve Mullins          AIS #: 175255     M / F     Institution: St. Clair

B   W X

NO MORE THAN EIGHT (8) ADULTS CAN BE LISTED

| | Adult (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr / Driver's License Nbr | Telephone Nbr |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

Already on there Capt. Carl Sanders 1/17/18

NO MORE THAN EIGHT (8) MINOR CHILDREN CAN BE LISTED

| | Minor Children (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr | Parent/Guardian |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

Warden's/Designee's Approval: _____     Date Approved: _____

Distribution: Inmate Database, Visit Module, Inmate

ADOC Form 303-A (Back) – August 1, 2012
Page: 2 of 2

ADOC000590

# W.C. Holman Visitation, Funds, and Phone List

Inmate Name *Steve Mullins*  AIS# *175255 X*  Race *w/m*  Location *D-106-A*

Both sides of this form must be filled out at the same time. No more than (8)- eight visitors can be listed on your visitors list. List eight people you feel will send you funds. People on your funds list may include but are not limited to people on your visiting list.

| VISITOR'S FULL NAME | D. O. B. | SOCIAL SECURITY | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| FUNDS LIST; FULL NAME | D.O.B | SOCIAL SECURITY | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |

Both sides of this form must be filled out at the same time. No more than eight visitors can be listed on you visitors list. List eight people you feel will send you funds. People on your funds list may include but are limited to people on your visiting list.

| VISITOR'S NAME | D. O. B. | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONS |
|---|---|---|---|---|---|
| ███████████ | ██████ | ████████ | ████████████████████████ | ████████ | ████████ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| FUNDS LIST | | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONS |
|---|---|---|---|---|---|
| █████████████ | ██████ | ████████ | ████████████████████████ | ████████ | ████████ |
| | | | | | |

31

ADOC000592

Inmate Name *Steve Mullins*   AIS# *175255X*   Race *White*   Location *CI-13-A*

Both sides of this form must be filled out at the same time. No more than eight visitors can be listed on your visitors list. List eight people you feel will send you funds. People on your funds list may include but are not limited to people on your visiting list.

| VISITOR'S NAME | D. O. B. | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| ███████ | | | | | |
| | | | | | |
| | | | | | |

| FUNDS LIST | | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| ███████ | | | | | |
| | | | | | |

*updated 2/28/07*

ADOC000593

Inmate Name _Steve Mullins_ AIS# _175255_ Race _W_ Location _12-D-8_

Both sides of this form must be filled out at the same time. No more than eight visitors can be listed on your visitors list. List eight people you feel will send you funds. People on your funds list may include but are not limited to people on your visiting list.

| VISITOR'S NAME | D. O. B. | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| ███████ | ███ | ███ | ███ | ███ | ███ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| FUNDS LIST |  | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
| ███████ | ███ | ███ | ███ | ███ | ███ |

ADOC000594

INMATE'S NAME _Steve Mullins_  AIS # _175255, 51-13_

IF SSN DOES NOT MATCH
VISITOR WILL BE TURNED
AROUND ON VISITATION
~~DAY~~

APR 20 2005

NAME AND TITLE

BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.
NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED.
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS. PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE NOT LIMITED TO PERSONS ON THE VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| 7. | | | | |
| 8. | | | | |

ADOC Form N173 reverse side (Revised May 17, 1999)

Annex A (Page 2 of 2)

INMATE VISITING/FUNDS FORM

## (PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. This form must be approved by the Facility Warden, or designee, after completion.

READ THE FOLLOWING RULES CAREFULLY:

(A)     LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL VISIT YOU, AND EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS HUSBAND, WIFE, PARENTS, GRANDPARENTS, BROTHERS, SISTERS, ALL CHILDREN, SONS-IN-LAW, AND DAUGHTERS-IN-LAW. IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX. ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

(B)     PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON

(C)     HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

(D)     A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBERS IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS. ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins_

(MARRIED)          (DIVORCED)          (SINGLE)

COUNTY SENTENCED FROM: _Coosa_

DATE APPROVED: _4-20-05_     DATE DISAPPROVED*** _____

INSTITUTION: ~~WILLIAM E. DONALDSON C.I.~~

AUTHORIZED SIGNATURE: _____

*** See Section II/A of Administrative Regulation 303

ADOC Form N173 (Revised May 17, 1999)

INMATE'S NAME *Steve Mullins*     AIS # *175255 S/*

IF SSN DOES NOT MATCH VISITOR WILL BE TURNED AROUND ON VISITATION DAY

NOV 0 4 2004

BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.
NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED.
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS.  PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE
NOT LIMITED TO PERSONS ON THE VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
| | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

ADOC Form N173 reverse side (Revised May 17, 1999)

Annex A (Page 2 of 2)

ADOC000597
AR303-May 17, 1999

INMATE VISITING/FUNDS FORM

**(PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)**

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. This form must be approved by the Facility Warden, or designee, after completion.

READ THE FOLLOWING RULES CAREFULLY:

(A)   LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL VISIT YOU, AND EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS HUSBAND, WIFE, PARENTS, GRANDPARENTS, BROTHERS, SISTERS, ALL CHILDREN, SONS-IN-LAW, AND DAUGHTERS-IN-LAW. IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX. ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

(B)   PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON

(C)   HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

(D)   A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBERS IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS. ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins_

  (MARRIED)        (DIVORCED)        (SIN~~GLE~~)

COUNTY SENTENCED FROM: _Coosa_

DATE APPROVED: _11-4-04_     DATE DISAPPROVED*** _____

INSTITUTION: __WILLIAM E. DONALDSON C.F.__

AUTHORIZED SIGNATURE: _____

*** See Section II/A of Administrative Regulation 303

ADOC Form N173 (Revised May 17, 1999)

Annex A (Page 1 of 2)

INMATE'S NAME *Steve Mullins*                    AIS # *175255*   ⟨49⟩   IF SSN DOES NOT MATCH VISITOR WILL BE TURNED AROUND ON VISITATION DAY.

BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.
NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED.                    JUL 1 0 2003        _____
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS.  PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE        NAME AND TITLE
NOT LIMITED TO PERSONS ON THE VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

ADOC Form N173 reverse side (Revised May 17, 1999)

Annex A (Page 2 of 2)

ADOC000599
AR303 - May 17, 1999

INMATE VISITING/FUNDS FORM

# (PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. This form must be approved by the Facility Warden, or designee, after completion.

READ THE FOLLOWING RULES CAREFULLY:

(A)    LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL VISIT YOU, AND EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS HUSBAND, WIFE, PARENTS, GRANDPARENTS, BROTHERS, SISTERS, ALL CHILDREN, SONS-IN-LAW, AND DAUGHTERS-IN-LAW. IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX. ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

(B)    PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON

(C)    HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

(D)    A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBERS IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS. ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins    175255    4-46B_

(MARRIED)        (DIVORCED)        (SINGLE)

COUNTY SENTENCED FROM: _Coosa_

DATE APPROVED: WILLIAM E. DONALDSON C.F. DATE DISAPPROVED*** _____

INSTITUTION: _____

AUTHORIZED SIGNATURE: _Capt I_

*** See Section II/A of Administrative Regulation 303

ADOC Form N173 (Revised May 17, 1999)

Annex A (Page 1 of 2)

INMATE'S NAME _Steve Mullins_ AIS # _175255_ (1-27)

BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.
NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED.
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS.  PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE
NOT LIMITED TO PERSONS ON THE VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| ████████████ | ████████████ | ████████████ | ████████████ | ████████████ |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
| ████████████ | ████████████ | ████████████ | ████████████ | ████████████ |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

SEP 0 4 2002

Annex A (Page 2 of 2)

ADOC Form N173 reverse side (Revised May 17, 1999)

ADOG000601
AR303-May 17, 1999

## (PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. This form must be approved by the Facility Warden, or designee, after completion.

READ THE FOLLOWING RULES CAREFULLY:

(A)    LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL VISIT YOU, AND EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS HUSBAND, WIFE, PARENTS, GRANDPARENTS, BROTHERS, SISTERS, ALL CHILDREN, SONS-IN-LAW, AND DAUGHTERS-IN-LAW. IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX. ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

(B)    PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON

(C)    HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

(D)    A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBERS IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS. ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins_      1-22

(MARRIED)    (DIVORCED)    (**SINGLE**)

COUNTY SENTENCED FROM: _Coosa_

DATE APPROVED: 8-28-02    DATE DISAPPROVED*** _____

INSTITUTION: **WILLIAM E. DONALDSON C.F.**

AUTHORIZED SIGNATURE: _____

*** See Section II/A of Administrative Regulation 303

ADOC Form N173 (Revised May 17, 1999)

Annex A (Page 1 of 2)

INMATE'S NAME _Steve Mullins_____ AIS # _175255 X_ 1-50 IF SSN DOES NOT MATCH VISITOR WILL BE TURNED AROUND ON VISITATION DAY.

BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.
NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED.
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS.  PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE NOT LIMITED TO PERSONS ON THE VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # |
|---|---|---|---|---|
| | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |

ADOC Form N173 reverse side (Revised May 17, 1999)

Annex A (Page 2 of 2)

ADOC000603
AR303-May 17, 1999

### INMATE VISITING/FUNDS FORM

## (PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors and/or funds must fill out one of these forms in order to receive them. This form must be approved by the Facility Warden, or designee, after completion.

READ THE FOLLOWING RULES CAREFULLY:

(A)   LIST ON THE BACK OF THIS FORM, NO MORE THAN EIGHT (8) PERSONS WHOM YOU FEEL WILL VISIT YOU, AND EIGHT (8) PERSONS WHOM YOU FEEL WILL SEND YOU FUNDS. VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS HUSBAND, WIFE, PARENTS, GRANDPARENTS, BROTHERS, SISTERS, ALL CHILDREN, SONS-IN-LAW, AND DAUGHTERS-IN-LAW. IF YOU ARE MARRIED, YOU MAY LIST ONE FRIEND OF THE SAME SEX AND IF YOU ARE NOT MARRIED YOU MAY LIST ONE FRIEND OF EACH SEX. ALL PERSONS MUST BE 19 YEARS OF AGE OR OLDER TO BE LISTED.

(B)   PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON

(C)   HOURS FOR VISITING WILL BE SCHEDULED BY THE INSTITUTION.

(D)   A SOCIAL SECURITY NUMBER MUST BE PROVIDED FOR ALL PERSONS LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBERS IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSON LISTED ON THE FUNDS LIST ARE LEGAL ALIENS. ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins_          1-50

(MARRIED)     (DIVORCED)     (SINGLE)

COUNTY SENTENCED FROM: _Coosa_

DATE APPROVED: _11-6-01_     DATE DISAPPROVED*** _____

INSTITUTION: _____ WILLIAM E. DONALDSON C.F

AUTHORIZED SIGNATURE: _____

*** See Section II/A of Administrative Regulation 303

ADOC Form N173 (Revised May 17, 1999)

— Annex A (Page 1 of 2) —

INMATE'S NAME _Steve Mullins_    AIS # _175255 X_    6-7    2

**BOTH SIDES OF THIS FORM MUST BE COMPLETELY FILLED OUT.**
**NO MORE THAN EIGHT (8) VISITORS CAN BE LISTED**
LIST ONLY EIGHT (8) PERSONS YOU FEEL WILL SEND YOU FUNDS. PERSONS ON THE FUNDS LIST MAY INCLUDE BUT ARE NOT LIMITED
TO PERSONS ON VISITING LIST.

| FULL NAME OF VISITOR | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # | DOB |
|---|---|---|---|---|---|
| | | | | | |
| | | | | IF SSN DOES NOT MATCH VISITOR WILL BE TURNED AROUND ON VISITATION DAY. | |
| | | | | | |
| | | AU 2000 | | NAME AND TITLE | |

| FULL NAME OF SENDER | COMPLETE ADDRESS | RELATIONSHIP | SOCIAL SECURITY # | TELEPHONE # | DOB |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ADOC000605

ADOC N173
(Revised 05/92)

## INMATE VISITING/FUNDS FORM

(PLEASE READ THIS FORM CAREFULLY AND PRINT ALL INFORMATION LISTED)

All inmates of this institution who expect visitors and/or funds or not must fill out one of these forms in order to receive them. This form must be approved by the Institutional Head or his designee after filling it out.

READ THE FOLLOWING RULES CAREFULLY:

(A)     LIST ON THE BACK OF THIS FORM NO MORE THAN EIGHT (8) PERSONS     WHOM YOU     FEEL     WILL     VISIT     AND EIGHT (8) WHOM YOU FEEL WILL SEND FUNDS.  VISITORS MAY INCLUDE YOUR IMMEDIATE FAMILY SUCH AS PARENTS, GRANDPARENTS, BROTHERS, SISTERS,  ALL CHILDREN,  YOUR SPOUSE,  IF YOU ARE MARRIED, ONE FRIEND OF THE SAME SEX,  AND IF YOU ARE NOT MARRIED, ONE FRIEND OF THE OPPOSITE SEX.  ALL MUST BE 16 YEARS OF AGE OR OLDER TO BE LISTED.

(B)     PROVIDE STATUS OF ANY VISITOR WHO IS AN EX-FELON.

(C)     HOURS FOR VISITING WILL BE SCHEDULE BY THE INSTITUTIONAL HEAD.

(D)     A SOCIAL SECURITY NUMBER MUST BE PROVIDED  FOR  ALL  PERSONS  LISTED. THE ONLY EXCEPTION TO THE REQUIREMENT OF SOCIAL SECURITY NUMBER IS WHEN AN INMATE AND/OR FAMILY MEMBER OR PERSONS LISTED ON FUNDS LIST ARE ALIENS.  ALIENS WILL BE REQUIRED TO HAVE A GREEN CARD.

PLEASE TURN THIS FORM IN IMMEDIATELY AFTER FILLING OUT.

YOUR NAME: _Steve Mullins_     _Steve Mullins_
                  Printed                          Signature
(MARRIED)   (DIVORCED)   (SINGLE)

COUNTY SENTENCED FROM: _Coosa_

DATE DISAPPROVED:* _____     DATE APPROVED _8/21/00_

INSTITUTION: _____ **WILLIAM E. DONALDSON C.f.**

AUTHORIZED SIGNATURE: _____ _Sgt. Myers_

(*SEE SECTION II/A)

ANNEX A AR 303

ADOC000606

Inmate Name _Steve Mullins_          AIS# _175255 X_   Race _W_   Location _A-3_

Both sides of this form must be filled out at the same time. No more than eight visitors can be listed on your visitors list.

| VISITOR'S NAME | D. O. B. | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| ███████████████ | ███ | ███ | ███ | ███ | ███ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

_updated nyms_

ADOC000607

Inmate Name *P Steve Mullins*  AIS# *175255*  Race *W*  Location *E-58*

Both sides of this form must be filled out at the same time.  No more than eight visitors can be listed on your visitors list.

| VISITOR'S NAME | D. O. B. | SOCIAL SECURITY NUMBER | ADDRESS, CITY, STATE, ZIP CODE | PHONE NUMBER | RELATIONSHIP |
|---|---|---|---|---|---|
| ███████████████ | ███ | ████ | ████████ | ███ | ███ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

#9

Update
6-24-11

ADOC000608

Inmate Name _Steve Mullins_ AIS# _175255_ Race _W_ Location _E-58_

Both sides of this form must be filled out at the same time. No more than eight visitors can be listed on your vistors list.

| VISITOR'S NAME | BIRTH DATE | SOCIAL SECURITY # | ADDRESS CITY,STATE,ZIP CODE | PHONE NUMBER | RELATIONSHIP TO INMATE |
|---|---|---|---|---|---|
| ███████████████ | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

updated
3-26-12
DOL

#10

ADOC000609

Alabama Department of Corrections

# INMATE VISITATION FORM

Inmate's Name: Steve Mullins     AIS #: 175255     Institution: Holman

**NO MORE THAN EIGHT (8) ADULTS CAN BE LISTED**

| | Adult (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr Driver's License Nbr | Telephone Nbr |
|---|---|---|---|---|---|---|
| 1. | ███████████ | ███████████ | Female Friend | ███ | ███████ | ███████ |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

**NO MORE THAN EIGHT (8) MINOR CHILDREN CAN BE LISTED**

| | Minor Children (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr | Parent/Guardian |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

Warden's/Designee's Approval: _____     Date Approved: 11-1-12 DVL

Distribution: Inmate Database, Visit Module, Inmate

ADOC Form 303-A (Back) – August 1, 2012
Page: 2 of 2

ADOC000610

Alabama Department of Corrections

# INMATE VISITATION FORM

AIS #: _175255_  E-171

Institution: _Holman_

Inmate's Name: _Steve Mullins_

NO MORE THAN EIGHT (8) ADULTS CAN BE LISTED

| | Adult (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr Driver's License Nbr | Telephone Nbr |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

NO MORE THAN EIGHT (8) MINOR CHILDREN CAN BE LISTED

| | Minor Children (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr | Parent/Guardian |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

Warden's/Designee's Approval: _____

Date Approved: _3-4-14_

Distribution: Inmate Database, Visit Module, Inmate

ADOC Form 303-A (Back) – August 1, 2012
Page: 2 of 2

ADOC000611

Visitation List

Visitation List

Holman Scanned

MAR 0 7 2014

3-7th Cl

ADOC000612

Alabama Department of Corrections

# INMATE VISITATION FORM

Inmate's Name: *Steve Mullins*  AIS #: *173255*  Institution: *Holman*

## NO MORE THAN EIGHT (8) ADULTS CAN BE LISTED

| | Adult (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr / Driver's License Nbr | Telephone Nbr |
|---|---|---|---|---|---|---|
| 1. | ███████████ | ███████████ | F/F | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

## NO MORE THAN EIGHT (8) MINOR CHILDREN CAN BE LISTED

| | Minor Children (Full Name) | Complete Address | Relationship | DOB | Social Security Nbr | Parent/Guardian |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |

Warden's/Designee's Approval: *P Brown, ICS*  Date Approved: *6/26/15*
Distribution: Inmate Database, Visit Module, Inmate

ADOC Form 303-A (Back) – August 1, 2012
Page: 2 of 2

ADOC000613

## WORK SUPERVISOR'S/CORRECTIONAL OFFICER'S REPORT

Institution: Holman Corr Fac          Date: 2-19-16

Name: Steven Eric Mullins          AIS #: 135255X

Job: A Days Runner          R & S: W/M

I certify that I have been this inmate's work supervisor since
Aug 15 2015        . I supervise him for  12  hours
    (Date)
per day. He (does/does not) work under my direct supervision.

Instructions: Please give a brief response to each of the following. If you
do not know about a particular area, please say so. Do not answer good or bad
without giving the specific reason(s) behind your answer.

1) Adjustment to incarceration: ___Poor ___Fair ___Good _✓_Excellent
Comments:

2) Work Performance: ___Malingerer ___Gets By ___Performs well
                     _✓_Unusually Good Worker
Comments:

3) General Attitude: ___Poor ___Fair _✓_Good ___Excellent
Comments:

4) Relationship with other inmates: ___Poor ___Fair _✓_Good ___Excellent
Comments:

5) Relationship with Correctional Staff: ___Poor ___Fair _✓_Good ___Excellent
Comments:

6) Utilization of spare time: ___Poor ___Fair ___Good _✓_Constructive
Comments:

7) Personal appearance: ___Unkempt ___Average _✓_Always Well Groomed
Comments:

8) Maintenance of living area: ___Messy ___Average _✓_Neat and Tidy
Comments:

The specific reason I have prepared this report is : _____

_____

I am aware that this report can be used in consideration of less
restrictive placement and custodies and also can be used for purposes
of ICT which, if granted, may result in an early release to society.

_____        _____        _____
Work Supervisor/Correctional Officer  Position/Title        Shift