00249273S    S

FILED
2025 Jan-30 PM 04:49
U.S. DISTRICT COURT
N.D. OF ALABAMA

DISC004

# Alabama Department of Corrections
## DISCIPLINARY REPORT
### 403A Warden Decision



**Incident Report Number:** SCCF-19-00270

1. **Inmate:** JACKSON, CLARENCE JR    **Custody:** MEDIUM    **AIS:** 00249273S
2. **Institution:** ST.CLAIR CORRECTIONAL FAC.    **Disc #:** SCCF-19-00270-1
3. The above inmate is being charged by:    PRICE, ANTOINE J

   with a violation of the following Rule(s):

   901 - Homicide

   **From Administrative Regulation #403, which occured on or about:**

   Feb 26 2019  5:45PM at L Dorm 2 Side

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**

   You, inmate Clarence Jackson Jr. B/249273 was identified by inmate Steven Mullins before being transported to the hospital as being the inmate which stabbed him. This information was also given to Captain Kevin White and Lieutenant Antoine Price. Inmate Mullins positively identified you. Due to the injuries suffered from that assault, inmate Mullins succumbed to his injuries. Therefore, you are being charged with Homicide.

   02/26/2019                 PRICE, ANTOINE J / Lieutenant
   Date                           Arresting Officer Name / Title

5. I hereby certify that on this 15th day of March, 2019, at (time) 19:33:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   CROSBY, KENNETH            See Signed 403A (1-4)
   Serving Officer Name / Title       Inmate's Signature / AIS Number

6. **Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)
   Inmate's Signature                        Inmate's Signature

7. **If yes, list:** HALL, DEONDRE L
   JENKINS, WILLIE FRED / 00190312A

8. **Hearing Date:** March 17, 2019    **Time:** 16:27:00    **Place:** Segregation Shift Office
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    MCLEMORE, WILLIE G
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    MCLEMORE, WILLIE G
    Hearing Officer Name / Title

12. **Plea:** JACKSON, CLARENCE JR / 00249273S      **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    On February 26, 2019, at approximately 5:45pm, inmate Clarence Jackson Jr. B/249273 was identified by inmate Steven Mullins(Victim) as the inmate who stabbed him.

14. **Inmate's testimony:**

    See attached statement

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

    MCLEMORE, WILLIE G

**PLAINTIFF'S EXHIBIT 2**

ADOC002232

Run Date: 3/21/2019 9:32:21 AM                                     Page 1 of 3

**16. The following witnesses were not called:**

**Witness:** HALL, DEONDRE L

**Reason Not Called:** Sergeant Mclemore made several attempts to call Officer Deondre Hall. Officer Deondre Hall didn't respond nor attempt to return a call.

**Witness:** JENKINS, WILLIE FRED / 00190312A

**Reason Not Called:** Due to lack of security inmate Willie Jenkins wasn't able to attend this hearing. Per Lieutenant Brandon McKenzie

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing Officer finds that:

The Hearing Officer's finding was on February 26, 2019, at approximately 5:45pm, inmate Clarence Jackson B/249273 was "Guilty" of rule violation 901-Homicide.

**18. Basis for finding of fact:**

Basis for Finding was based on the sworn testimony of Lieutenant Antoine Price who stated under oath that inmate Clarence Jackson Jr B/249227 was positively identified by inmate Steven Mullins(Victim) as being the inmate which stabbed him.

**19. Hearing Officer's decision:** [X] Guilty  [ ] Not Guilty  [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for ____ days

[X] Loss of Canteen privileges for 60 days, as of 03/21/2019

[X] Loss of Telephone privileges for 60 days, as of 03/21/2019

[X] Loss of Visiting privileges for 60 days, as of 03/21/2019

[ ] Removal from Hobby Craft

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[X] Disciplinary Seg for 45 days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for ____ days

[ ] Loss of Passes for ____ days

[ ] Return to Inmate Staff for ____ days

MCLEMORE, WILLIE G
Hearing Officer Name / Title

**21. Warden's Action - Date:** 03/21/2019

**Approved** Karla Jones

**Disapproved**

**Other (specify)**

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the __21__ day of __March__, 20__19__ at (time) __8:32__ ( am / ~~pm~~ ).

23. __Donald Scott, C.O.__    __[signature] #249273__
    Serving Officer Name / Title    Inmate's Signature / AIS Number

Distribution:   Original to Central Records Division
       Copy to:    I & I (If Federal or State law violated)
               Inmate Institutional File
               Board of Pardons and Parole
               Sentencing Judge (if applicable)

# DISCIPLINARY REPORT
## 403A (5-7)

**Incident Report Number:** SCCF-19-00285

1. **Inmate:** JACKSON, CLARENCE JR    **Custody:** MEDIUM    **AIS:** 00249273S

2. **Institution:** ST.CLAIR CORRECTIONAL FAC.    **Disc #:** SCCF-19-00285-1

3. **The above inmate is being charged by:** HALL, DEONDRE L

   **with a violation of the following Rule(s):**
   901 - Homicide

   **From Administrative Regulation #403, which occured on or about:**
   Mar 1 2019 8:20PM at UAB hospital

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**
   You, inmate Clarence Jackson B/249273 were identified as a suspect that caused the death of inmate Steven Mullins.

   03/01/2019      HALL, DEONDRE L / Officer
   Date      Arresting Officer Name / Title

5. I hereby certify that on this 7th day of March, 2019, at (time) 04:04:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   MCKEE, TERTIUS V      See Signed 403A (1-4)
   Serving Officer Name / Title      Inmate's Signature / AIS Number

6. **Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)
        Inmate's Signature      Inmate's Signature

7. **If yes, list:** HALL, DEONDRE L
   JENKINS, WILLIE FRED / 00190312A

**Incident Report Number:** SCCF-19-00285

1. **Inmate:** JACKSON, CLARENCE JR    **Custody:** MEDIUM    **AIS:** 00249273S
2. **Institution:** ST.CLAIR CORRECTIONAL FAC.    **Disc #:** SCCF-19-00285-1
3. The above inmate is being charged by:    HALL, DEONDRE L

   with a violation of the following Rule(s):

   901 - Homicide

   From Administrative Regulation #403, which occured on or about:

   Mar 1 2019 8:20PM at UAB hospital

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   You, inmate Clarence Jackson B/249273 were identified as a suspect that caused the death of inmate Steven Mullins.

   | 03/01/2019 | HALL, DEONDRE L / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 7th day of March, 2019, at (time) 04:04:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | MCKEE, TERTIUS V | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**    **NO:** _____    **YES:** See Signed 403A (1-4)
                    Inmate's Signature            Inmate's Signature

7. **If yes, list:** HALL, DEONDRE L
                  JENKINS, WILLIE FRED / 00190312A

8. **Hearing Date:** March 18, 2019    **Time:** 23:00:00    **Place:** Shift Office
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    | RAGSDALE, WILLIAM J |
    |---|
    | Hearing Officer Name / Title |

11. A finding is made that the inmate is capable of representing himself / herself.

    | RAGSDALE, WILLIAM J |
    |---|
    | Hearing Officer Name / Title |

12. **Plea:**    JACKSON, CLARENCE JR / 00249273S      **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**

    Inmate Jackson had already been found guilty.

14. **Inmate's testimony:**

    No testimony.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

RAGSDALE, WILLIAM J
_____
Hearing Officer Name / Title

**16. The following witnesses were not called:**

| | |
|---|---|
| Witness: | HALL, DEONDRE L |
| Reason Not Called: | Hearing had already been held. |
| Witness: | JENKINS, WILLIE FRED / 00190312A |
| Reason Not Called: | Hearing had already been held. |

**17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):**

The hearing Officer finds that:

Inmate Jackson had already been found guilty.

**18. Basis for finding of fact:**

Inmate Jackson had already been found guilty.

**19. Hearing Officer's decision:** [X] Guilty  [ ] Not Guilty  [ ] Recommend for reinitiation

**20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:**

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at _____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for _____ days

[ ] Loss of Canteen privileges for ___ days

[ ] Loss of Telephone privileges for ___ days

[ ] Loss of Visiting privileges for _____ days

[ ] Removal from Hobby Craft

[ ] Loss of Good Time _____ Yrs _____ Mos _____ Dys

[ ] Disciplinary Seg for _____ days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for _____ days

[ ] Loss of Passes for _____ days

[ ] Return to Inmate Staff for _____ days

RAGSDALE, WILLIAM J
_____
Hearing Officer Name / Title

**21. Warden's Action - Date:** 04/02/2019

| | |
|---|---|
| Approved | Gwendolyn Givens |
| Disapproved | |
| Other (specify) | |

**22.** I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the 8th day of April, 2019 at 20:23:00.

| | | |
|---|---|---|
| **23.** HUMPHREY, CARY B | | See Signed 403A Warden Decision Report |
| Serving Officer Name / Title | | Inmate's Signature / AIS Number |

**Procedural Requirements:**

1. The inmate was positively identified as the inmate that has the rule violation? — Yes

2. The inmate was given written notice of charges at least 24 hours prior to the hearing? — Yes

3. The inmate was able to attend the hearing? — Yes

4. If the inmate wanted witnesses, he/she was permitted to call at least (3) witnesses? — Yes

5. The inmate was allowed to prepare questions for the witnesses? — Yes

6. The hearing is being held within ten (10) working days from the date the inmate was served? — Yes

7. The inmate was provided ADOC assistance, if it was requested or warranted? — Yes

8. Did the Arresting Officer use a confidential source? — No
    1. Has the source been used before?
    2. How many times has the source been used before?
    3. Was the information provided in the past truthful?
    4. Has other information been received to corroborate sources' given information?
    5. Has the information uncovered during the investigation given the source a reason to lie?
    6. Is the information from the confidential source reliable?

**Procedural Requirements Completed By:** RAGSDALE, WILLIAM J

Distribution: Original to Central Records Division
  Copy to: I & I (If Federal or State law violated)
    Inmate Institutional File
    Board of Pardons and Parole
    Sentencing Judge (if applicable)

# Alabama Department of Corrections
## DISCIPLINARY REPORT
### 403A Warden Decision

C48

**Incident Report Number:** SCCF-19-00285

1. **Inmate:** JACKSON, CLARENCE JR  **Custody:** MEDIUM  **AIS:** 00249273S
2. **Institution:** ST.CLAIR CORRECTIONAL FAC.  **Disc #:** SCCF-19-00285-1
3. **The above inmate is being charged by:** HALL, DEONDRE L

   **with a violation of the following Rule(s):**

   901 - Homicide

   **From Administrative Regulation #403, which occured on or about:**

   Mar 1 2019  8:20PM at UAB hospital

   A hearing on this charge will be held after 24 hours from being served.

4. **Circumstances of the violation(s) are as follows:**

   You, inmate Clarence Jackson B/249273 were identified as a suspect that caused the death of inmate Steven Mullins.

   | 03/01/2019 | HALL, DEONDRE L / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 7th day of March, 2019, at (time) 04:04:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | MCKEE, TERTIUS V | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**  **NO:** _____  **YES:** See Signed 403A (1-4)
   Inmate's Signature  Inmate's Signature

7. **If yes, list:** HALL, DEONDRE L
   JENKINS, WILLIE FRED / 00190312A

8. **Hearing Date:** March 18, 2019  **Time:** 23:00:00  **Place:** Shift Office
9. Inmate must be present in Hearing Room. If he / she is not present, explain in detail on additional page and attach.
10. The Arresting Official, Inmate, and all Witnesses were sworn to tell the truth.

    RAGSDALE, WILLIAM J
    Hearing Officer Name / Title

11. A finding is made that the inmate is capable of representing himself / herself.

    RAGSDALE, WILLIAM J
    Hearing Officer Name / Title

12. **Plea:** JACKSON, CLARENCE JR / 00249273S  **Not Guilty**

13. **Arresting Official's testimony (at the hearing):**
    Inmate Jackson had already been found guilty.

14. **Inmate's testimony:**
    No testimony.

15. The inmate was allowed to submit question(s) to all witnesses. Copy of questions and answers are attached.

    RAGSDALE, WILLIAM J
    Hearing Officer Name / Title

16. The following witnesses were not called:

Alabama Department of Corrections
**DISCIPLINARY REPORT CONTINUATION SCCF-19-00285-1**
403A Warden Decision

| | |
|---|---|
| **Witness:** | HALL, DEONDRE L |
| **Reason Not Called:** | Hearing had already been held. |
| **Witness:** | JENKINS, WILLIE FRED / 00190312A |
| **Reason Not Called:** | Hearing had already been held. |

17. After hearing all of the testimony, the Hearing Officer makes the following findings of fact (Be Specific):
    The hearing Officer finds that:
    Inmate Jackson had already been found guilty.
18. Basis for finding of fact:
    Inmate Jackson had already been found guilty.
19. Hearing Officer's decision: [X] Guilty    [ ] Not Guilty    [ ] Recommend for reinitiation

20. Hearing Officer's recommendation of sanction(s) to be taken against this inmate:

[ ] Counseling / Warning

[ ] Extra Duty for ____ days at ____ hours per day under supervision _____ Shift

[ ] Loss of Outside privileges for ____ days

[ ] Loss of Canteen privileges for ____ days

[ ] Loss of Telephone privileges for ____ days

[ ] Loss of Visiting privileges for ____ days

[ ] Removal from Hobby Craft

[ ] Loss of Good Time ____ Yrs ____ Mos ____ Dys

[ ] Disciplinary Seg for ____ days

[X] Recommend Custody Review

[ ] Recommend Job Change

[ ] Financial Compensation _____

**Community Based Institutions Only:**

[ ] Draw cut to __ (min $25) for __ days

[ ] Restriction / State Whites for ____ days

[ ] Loss of Passes for ____ days

[ ] Return to Inmate Staff for ____ days

RAGSDALE, WILLIAM J
Hearing Officer Name / Title

21. Warden's Action - Date:    04/02/2019

| | |
|---|---|
| **Approved** | Gwendolyn Givens |
| **Disapproved** | |
| **Other (specify)** | |

22. I hereby certify that a completed copy of the foregoing Disciplinary Report was served on the above named Inmate on this the _9_ day of _April_, 20_19_ at (time) _8:23_ ( am /(pm) ).

23. _Humphrey CO_
    Serving Officer Name / Title

    _[signature]_ #249273
    Inmate's Signature / AIS Number

Distribution:   Original to Central Records Division

**Incident Report Number:** VCF-18-00099

1. **Inmate:** JACKSON, CLARENCE JR  **Custody:** MEDIUM  **AIS:** 00249273S

2. **Institution:** VENTRESS CORRECTIONAL CENTER  **Disc #:** VCF-18-00099-1

3. The above inmate is being charged by: WILLIAMS, SHAUNTAVIS D

   with a violation of the following Rule(s):

   501 - Fighting without a weapon

   **From Administrative Regulation #403, which occured on or about:**

   Jan 14 2018  3:50PM at Dormitory F

   A hearing on this charge will be held after 24 hours from being served.

4. Circumstances of the violation(s) are as follows:

   You inmate Clarence Jackson B/249273, was observed by Officer S. Williams fighting inmate Jeffery East in Dormitory F4.

   | 01/14/2018 | WILLIAMS, SHAUNTAVIS D / Officer |
   |---|---|
   | Date | Arresting Officer Name / Title |

5. I hereby certify that on this 17th day of January, 2018, at (time) 11:13:00, I have personally served a copy of the foregoing upon the above named inmate and I have informed the inmate of his/her right to present oral or written statement at the hearing and to present written questions for the witnesses.

   | DENNIS, DAVID L | See Signed 403A (1-4) |
   |---|---|
   | Serving Officer Name / Title | Inmate's Signature / AIS Number |

6. **Witnesses desired?**  **NO:** See Signed 403A (1-4)   **YES:**
                                     Inmate's Signature            Inmate's Signature

7. **If yes, list:** N/A