**\*\*HIGHLY CONFIDENTIAL\*\***
FILED
2025 Jan-31  AM 11:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| **From:** | Jones, Karla (DOC) |
| **Subject:** | Re: Incident and Request to Move Derrick Mitchell ADOC #206723 |
| **To:** | Rebecca Hensley |
| **Cc:** | Givens, Gwendolyn (DOC); Malone, Gary (DOC) |
| **Sent:** | January 22, 2019 10:06 AM (UTC-08:00) |

Warden Givens and I will follow up on the alleged incident and take the appropriate action.

Karla W. Jones

---

**From:** Rebecca Hensley <rebecca.hensley@selu.edu>
**Sent:** Tuesday, January 22, 2019 7:53:28 AM
**To:** Jones, Karla (DOC)
**Subject:** Incident and Request to Move Derrick Mitchell ADOC #206723

Good morning, Warden Jones:

I am sorry to have to inform you that, as a professional who has worked to rehabilitate prisoners and ex-prisoners in the U.S. for nearly fifty years, it has come to my attention that an incident in your institution last night needs to be addressed immediately if yet another death at St Clair Correctional Facility is to be successfully prevented.

Last evening, while prisoner Derrick Mitchell ADOC #206723 was returning to his cell in E2-44 after his shower, still in handcuffs, he was accosted and then attacked from behind -- without provocation -- by another prisoner by the name of Kelly (E2-37), who was serving as the runner and had not been locked down while the showers were conducted.

No paperwork was done and Kelly was allowed to continue roaming the hallway freely, brandishing a knife at Mitchell's door and claiming that he intends to manipulate the situation to get Mitchell's door opened to continue the fight. Allowing this to continue is dangerous to both parties and an obvious case of dereliction of duties.

**Derrick Mitchell does not feel safe and wants to be moved to another cell block as early as possible today.**

Alabama in general, and St Clair in particular, have been getting increasing media attention of late for the inhumane conditions and violence for which they are becoming known. At some point, these matters will present themselves as a mismanagement issue. So it would seem to be in everyone's best interests to avoid further public attention of this type.

I will be calling later to follow up on this matter. Thank you in advance for your timely addressing of this very dangerous situation before it becomes a completely avoidable disaster on your institution's record.

Sincerely,

*Rebecca Hensley*
Instructor of Sociology
Southeastern Louisiana University
SLU 10686
Hammond, LA 70402

Office: 985-549-5731 / Cell: 985-201-4393
Faculty Advisor, Justice4All

"Another world is possible. On a quiet day, I can hear her breathing." ~ Arundhati Roy

PLAINTIFF'S EXHIBIT 16

ADOC035113