**HIGHLY CONFIDENTIAL**

**From:** Murray, Lester (DOC)
**Subject:** Notification of institutional Search P2 dorm
**To:** Jones, Karla (DOC)
**Cc:** Givens, Gwendolyn (DOC)
**Sent:** August 14, 2018 12:20 AM (UTC-07:00)

On august 13, 2018 at approximately 9:40 p.m., A-Night team conducted an institutional search of P-2 dormitory. During the search , sixteen (16) inmate made knives/weapons, four (4) cellphones, three (3) bags of white, powder substance, one (1) bag containing seven small bags of white, powder substance, one (1) bag containing green leafy substance, six (6) phone chargers, and four (4) wall-outlet assemblies were located in the P-2 common area and confiscated.  The aforementioned items were placed in the locked cellphone box and locked evidence box located in central control.


Respectfully,
Sergeant Lester Murray

PLAINTIFF'S
EXHIBIT

**17**

ADOC027564