**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.68 (a)**

- Is any and all use of segregated housing to protect an inmate who is alleged to have suffered sexual abuse subject to the requirements of § 115.43? ☒ Yes   ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

**Policy**:  ADOC AR 454 states the Warden is responsible to ensure inmates at high-risk for sexual victimization are not placed in involuntary segregation unless an assessment of all available alternative means have been made. This policy requires the procedure be as outlined above and states in cases that segregated housing is the only means to protect an inmate, the inmate will have access to all programs, privileges, education and work opportunities to the extent possible and with a time limit to not ordinarily exceed 30 days.
ADOC AR 435 establishes a validation committee comprised of the Warden/designee, classification supervisor, classification specialist and a security supervisor to investigate the validity of placing an inmate in protective custody which is then to be reviewed by the central review board for a final decision.  By policy, this is only for segregation of inmates at the inmate's request. This policy states protective custody status inmates will be granted the same opportunities as inmates in general population as security permits and male inmates will be housed al Limestone Correctional Facility.

**Other documentation**:  Memo from Warden stating SCCF does not house inmates for protective custody.

**Interviews**:  The Warden states inmates may be placed in involuntary segregation as a last resort and then only for 30 days or less.  Each is reviewed weekly. We have had no involuntary placement due to sexual victimization this year.
Staff who supervise segregation state they have no inmates in restricted housing for involuntary segregations due to sexual victimization.

**Finding**: Compliant.  See findings in 115.43

HIGHLY CONFIDENTIAL

ADOC-DS027517

# INVESTIGATIONS

## Standard 115.71: Criminal and administrative agency investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.71 (a)**

- When the agency conducts its own investigations into allegations of sexual abuse and sexual harassment, does it do so promptly, thoroughly, and objectively? [N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations. See 115.21(a).] ☒ Yes   ☐ No   ☐ NA

- Does the agency conduct such investigations for all allegations, including third party and anonymous reports? [N/A if the agency/facility is not responsible for conducting any form of criminal OR administrative sexual abuse investigations. See 115.21(a).] ☒ Yes   ☐ No   ☐ NA

**115.71 (b)**

- Where sexual abuse is alleged, does the agency use investigators who have received specialized training in sexual abuse investigations as required by 115.34? ☒ Yes   ☐ No

**115.71 (c)**

- Do investigators gather and preserve direct and circumstantial evidence, including any available physical and DNA evidence and any available electronic monitoring data? ☒ Yes   ☐ No

- Do investigators interview alleged victims, suspected perpetrators, and witnesses? ☒ Yes   ☐ No

- Do investigators review prior reports and complaints of sexual abuse involving the suspected perpetrator? ☒ Yes   ☐ No

**115.71 (d)**

- When the quality of evidence appears to support criminal prosecution, does the agency conduct compelled interviews only after consulting with prosecutors as to whether compelled interviews may be an obstacle for subsequent criminal prosecution? ☒ Yes   ☐ No

**115.71 (e)**

- Do agency investigators assess the credibility of an alleged victim, suspect, or witness on an individual basis and not on the basis of that individual's status as inmate or staff? ☒ Yes   ☐ No

HIGHLY CONFIDENTIAL

ADOC-DS027518

- Does the agency investigate allegations of sexual abuse without requiring an inmate who alleges sexual abuse to submit to a polygraph examination or other truth-telling device as a condition for proceeding? ☒ Yes  ☐ No

**115.71 (f)**

- Do administrative investigations include an effort to determine whether staff actions or failures to act contributed to the abuse? ☒ Yes  ☐ No

- Are administrative investigations documented in written reports that include a description of the physical evidence and testimonial evidence, the reasoning behind credibility assessments, and investigative facts and findings? ☒ Yes  ☐ No

**115.71 (g)**

- Are criminal investigations documented in a written report that contains a thorough description of the physical, testimonial, and documentary evidence and attaches copies of all documentary evidence where feasible? ☒ Yes  ☐ No

**115.71 (h)**

- Are all substantiated allegations of conduct that appears to be criminal referred for prosecution? ☒ Yes  ☐ No

**115.71 (i)**

- Does the agency retain all written reports referenced in 115.71(f) and (g) for as long as the alleged abuser is incarcerated or employed by the agency, plus five years? ☒ Yes  ☐ No

**115.71 (j)**

- Does the agency ensure that the departure of an alleged abuser or victim from the employment or control of the agency does not provide a basis for terminating an investigation? ☒ Yes  ☐ No

**115.71 (k)**

- Auditor is not required to audit this provision.

**115.71 (l)**

- When an outside entity investigates sexual abuse, does the facility cooperate with outside investigators and endeavor to remain informed about the progress of the investigation? (N/A if an outside agency does not conduct administrative or criminal sexual abuse investigations. See 115.21(a).) ☐ Yes  ☐ No  ☒ NA

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

**Policy**: ADOC AR 454 requires an investigation be completed on any allegation by I & I who does have the authority to conduct criminal investigations for sexual abuse. I & I shall refer all substantiated criminal cases to the DA and shall inform the inmate whether a case is substantiated, unsubstantiated or unfounded. This policy also requires all criminal and administrative investigation records shall be retained for as long as the alleged abuser is incarcerated or employed the agency, plus five (5) years. Investigation and Intelligence (I & I) SOP 306 outlines evidence and contraband control.

**Other documentation**: Examples of I & I investigative reports of sexual abuse
Sexual Abuse Incident Review forms, AR Form 454-E
Spreadsheet identifying reported cases, names, date, type of investigation, MH referral, SANE, retaliation monitoring, I & I report to the victim, date of review and date notification letter sent to victim.
See 115.34 for--Training outline for Wardens and IPCM
Completion certificates for IPCM
DOJ PREA Training outline
ACAR memo notice and outline of training on PREA Investigations
Sign in logs for ADOC Investigations Training—PREA—Sexual Harassment
Training certificates for investigators from NIC PREA Investigators Training
Training certificates for investigators from 19th Judicial Circuit of Alabama

**Interviews**: Two criminal investigators from I & I were interviewed. Both stated they have received training specific to sexual abuse investigations, interviewing techniques, evidence collection, etc.. All reports regardless of origin are promptly, thoroughly, and objectively investigated to conclusion. They collect all evidence, interview persons involved, review histories, etc… and document all actions. Referral to DA is automatic, DA determines whether to charge or not. Departure from the agency or facility does not affect whether to continue the investigation or not. Inmates are not compelled to submit to a polygraph. All persons are considered credible until proven otherwise. Evidence includes physical, historical, trace, photographic, video, audio, circumstantial, etc.…One investigator states compelled interviews are only conducted after consultation with the DA the other said no, they do not consult with the DA.
Three administrative investigators were interviewed. Written reports are generated and there is an effort to determine if staff actions or inactions contributed to the act. This is re-reviewed by the Incident Review Team.

HIGHLY CONFIDENTIAL

ADOC-DS027520

**Findings**: Based primarily on the interviews and other documentation, the facility is compliant with this standard.

**Recommendation:** The agency need to ensure all investigators understand the need to conduct compelled interviews after consulting with the DA to ensure not jeopardizing a criminal case.

## Standard 115.72: Evidentiary standard for administrative investigations

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.72 (a)**

- Is it true that the agency does not impose a standard higher than a preponderance of the evidence in determining whether allegations of sexual abuse or sexual harassment are substantiated? ☒ Yes ☐ No

**Auditor Overall Compliance Determination**

☐ **Exceeds Standard** (*Substantially exceeds requirement of standards*)

☒ **Meets Standard** (*Substantial compliance; complies in all material ways with the standard for the relevant review period*)

☐ **Does Not Meet Standard** (*Requires Corrective Action*)

**Instructions for Overall Compliance Determination Narrative**

*The narrative below must include a comprehensive discussion of all the evidence relied upon in making the compliance or non-compliance determination, the auditor's analysis and reasoning, and the auditor's conclusions. This discussion must also include corrective action recommendations where the facility does not meet the standard. These recommendations must be included in the Final Report, accompanied by information on specific corrective actions taken by the facility.*

**Policy**: ADOC AR 454 requires the standard of proof in all investigations of sexual abuse and harassment is the preponderance of evidence.

**Interviews**: Investigators indicated they were aware that to deem a case substantiated or not required a preponderance of evidence.

**Finding**: Based on policy and interviews, the facility is compliant with this standard.

HIGHLY CONFIDENTIAL

ADOC-DS027521

## Standard 115.73: Reporting to inmates

**All Yes/No Questions Must Be Answered by the Auditor to Complete the Report**

**115.73 (a)**

- Following an investigation into an inmate's allegation that he or she suffered sexual abuse in an agency facility, does the agency inform the inmate as to whether the allegation has been determined to be substantiated, unsubstantiated, or unfounded? ☒ Yes    ☐ No

**115.73 (b)**

- If the agency did not conduct the investigation into an inmate's allegation of sexual abuse in an agency facility, does the agency request the relevant information from the investigative agency in order to inform the inmate? (N/A if the agency/facility is responsible for conducting administrative and criminal investigations.) ☐ Yes    ☐ No    ☒ NA

**115.73 (c)**

- Following an inmate's allegation that a staff member has committed sexual abuse against the inmate, unless the agency has determined that the allegation is unfounded, or unless the inmate has been released from custody, does the agency subsequently inform the inmate whenever: The staff member is no longer posted within the inmate's unit? ☒ Yes    ☐ No

- Following an inmate's allegation that a staff member has committed sexual abuse against the inmate, unless the agency has determined that the allegation is unfounded, or unless the inmate has been released from custody, does the agency subsequently inform the inmate whenever: The staff member is no longer employed at the facility? ☒ Yes    ☐ No

- Following an inmate's allegation that a staff member has committed sexual abuse against the inmate, unless the agency has determined that the allegation is unfounded, or unless the inmate has been released from custody, does the agency subsequently inform the inmate whenever: The agency learns that the staff member has been indicted on a charge related to sexual abuse in the facility? ☒ Yes    ☐ No

- Following an inmate's allegation that a staff member has committed sexual abuse against the inmate, unless the agency has determined that the allegation is unfounded, or unless the inmate has been released from custody, does the agency subsequently inform the inmate whenever: The agency learns that the staff member has been convicted on a charge related to sexual abuse within the facility? ☒ Yes    ☐ No

**115.73 (d)**

- Following an inmate's allegation that he or she has been sexually abused by another inmate, does the agency subsequently inform the alleged victim whenever: The agency learns that the alleged abuser has been indicted on a charge related to sexual abuse within the facility? ☒ Yes    ☐ No

HIGHLY CONFIDENTIAL

ADOC-DS027522