Case 4:20-cv-02058-ACA   Document 287   Filed 03/03/25   Page 1 of 3
**\*\*HIGHLY CONFIDENTIAL\*\***
FILED
2025 Mar-03 PM 03:51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** SharpmM654@stclair.doc.al
**Subject:** MULLINS 175255
**To:** angelia.gordy@doc.alabama.gov
**Sent:** February 26, 2019 10:28 AM (UTC-08:00)
**Attached:** STATMENT.pdf

```
Reply to: SharpmM654@stclair.doc.al <SharpmM654@stclair.doc.al>
Device Name: Not Set
Device Model: MX-M654N
Location: Not Set

File Format: PDF MMR(G4)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view
the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered
trademarks or trademarks of Adobe Systems Incorporated in the United States and
other countries.

        http://www.adobe.com/
```

Steven E. Mullin
#175255X

2-25-19

On several nights my cellmate (CJ) in Q-27 woke me up touching my foot/feet. I acted like I was asleep. He would also expose himself here + there. I would act as if I didn't see it and leave the cell.

Then this morning I was asleep around 4am and was woke up as I was punched in the side of my head and twice more around my right eye. I tried to talk to him to see what the problem was. And he only became more mad. He got his knife and threatened me with that. He kept asking me how I was going to

ADOC018965

fix it. I asked what he was talking about. And then he exposed himself wanting me to give him a blowjob. I then sat up and shoved him so that I could leave the cell. I left the cell and pushed the door so it was locked. I then left the block. And came to the breezeway.

Steve Mullins
#175255X