Alabama Department of Corrections
**CONFIDENTIAL**
Inmate Body Chart Documentation Form

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

Issued 8/2014

ADOC 045005

**CONFIDENTIAL**



# State of Alabama
# Department of Corrections

St. Clair Correctional Facility
1000 St. Clair Road
Springville, Alabama 35146
(205) 467-6111
(Date)
10-22-2018

Kay Ivey
**GOVERNOR**

Jefferson S. Dunn
**COMMISSIONER**

To:     Dewayne Estes Warden III
        (Institutional Warden)

From:   Russell Jones Lieutenant
        (Security Supervisor)

Re:     At approximately 9:00 am, Inmate Carlton Nero BM/ 134912

( )     Administrative Segregation pending disciplinary action for a departmental or institutional
        Rule violation.

( )     Administrative Segregation pending an Enemy Validation Committee's decision for
        placement in Protective Custody.

( )     You requested voluntary placement in segregation and stated that you feared for your life in
        population due to a ( ) **sexual assault incident and/or** ( ) **sexual harassment incident**. In
        accordance with PREA Standard §115.43 (e), every 30 days, the facility shall afford such inmates a
        review to determine whether there is a continuing need for separation from the general population.

( XX )  Inmate Carlton Nero BM/ 134912. Intentionally Creating a security, safety and or health hazard.

( )     For Psychological reason(s).

The recommending official, or arresting officer, must initiate due process for reason(s) indicated above no
later than DATE: 10/25/2018. TIME 8:00am, since the inmate's status must be reviewed within 72 hours,
excluding weekends and holidays from the date and time he/she is admitted to segregation.

If this inmate has not been served a disciplinary, a decision from the Enemy Validation Committee or
completion of a psychological evaluation within the 72 hour period, his/her status must be reviewed by the
Warden/designee. The inmate will be informed as to why this segregation status is extended

_Carlton Nero_
(Inmate's Signature)
Distribution: Inmate Database, Captain's Office, Segregation Unit        ADOC Form 433-A-March 7, 2016

ADOC 045006

And COAT would you please get my Blanket ~~out~~ out of Q-2 and Cleve bed where I was sleeping on the Floor

CEDRIC DAVIS = Q-1 Slapped me and called me ~~beat and Drawed a knife on me~~
SHORT Dog Q-2 34 Cell

DAVID WHITE - CHAMP - Q-35
Accused me of passing gas talking about slapping

SHORT Dog and Cell Partner In Q-2 In 34 Cell pushed me and threaten me and called me a Rat and told me I was not coming back to Q-2, he pulled a knife out on me.

CEDRIC DAVIS (Short Dude) Q-1 Slapped me and hit me IN MY JAW and Called me a Rat then up his knife on me,

another young Black Dude IN Q Pand Hall way told me I was not coming back IN Q-2 and grabbed a knife and stabb me,

ADOC 045007

Alabama Department of Corrections

# INCIDENT REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | 2. Date: 10/22/2018 | 3. Time: 7:30:00 AM | 4. Inc. No: SCCF-18-01396 Class Code: C |
|---|---|---|---|
| 5. Type of Incident - PRIMARY: Intentionally Creating a Security/Safety/Health Hazard (Employee/Inmate) | | 6. ASCA Incident Type - PRIMARY: | |
| 7. Type of Incident - Secondary: N/A | | 8. ASCA Incident Type - Secondary: | |
| 9. Who Received Report: GIVENS, GWENDOLYN    D | | 10. Time Incident Reported: 10/22/2018 7:35:00 AM | |
| 11. Location of Incident: Breezewy/ Shift Office | | | |

| 12. Victim(s): | Name | | AIS |
|---|---|---|---|
| | N/A | | |
| 13. Suspect(s): | Name | | AIS |
| | NERO, CARLTON | | 00134912 |
| | WHITE, LARRY | | 00202282 |
| | DAVIS, CEDRIC | | 00228379 |
| 14. Witness(es): | Name | | AIS |
| | N/A | | |

**PHYSICAL EVIDENCE:**

| 15. Type of Evidence / Description: | 16. Chain of Evidence / Location & Date: |
|---|---|
| N/A | N/A |

**17. Narrative Summary:**

On October 22, 2018 at approximately 7:30 a.m., Inmate Carlton Nero BM/ 134912 (Q35-1A) stated to Lieutenant Russell Jones at the Breezeway that he (inmate Nero) was not able to live in Q dorm. At approximately 7:35 am, Lieutenant Jones notified Gwendolyn Givens Warden II that inmate Nero could not live in population. Officer Joel Christian and Dominque Vales checked inmate Nero's assigned cell for his property. Inmate Nero did not have any property in his cell. Inmate Nero stated, "My life was in danger and I'm not affiliated with any gangs". Inmate Nero stated to Warden Givens and Lieutenant Jones that he (Inmate Nero) was unable to live in population that his stuff was stolen, he claims he was jumped by several inmates whom he identified in a statement. See attached statement. Inmate Larry White BM/ 202282 (Q35-2A) and Cedric Davis BM/ 228379 (Q11-1A). Inmate Nero is in debt for drugs and is in-need of a bath. Inmate Nero has very poor hygiene practice. At Approximately 9:00 am, Officer Christian escorted inmate Nero was escorted to the infirmary for a Restrictive Housing Unit body chart. Nurse Shelia Wood completed the medical examination. See attached body chart. Inmate Nero had no property to inventory and placed in the property. Inmate Nero was reassigned to cell B 12-1A pending disciplinary action for Intentionally creating a security, safety and or health hazard. 10/22/2018 1:00 PM by russell.jones

Signature: _____

ADOC 045008