Form 33P
Revised (01/2006)

**EMPLOYEE PERFORMANCE *PREAPPRAISAL*
STATE OF ALABAMA
Personnel Department**

Employee Name: GRANTT D CULLIVER
Agency: 005/CORRECTIONS
Classification: CORRECTIONS ASSOCIATE COMM
Period Covered From: 10/01/2016   To: 09/01/2017

Social Security Number: Redacted
Division: 1000/COMMISSIONER'S OFFICE
Class Code: 60795
Position Number: 00550104

***RESPONSIBILITIES/RESULTS:*** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

### RESPONSIBILITIES/RESULTS

1. Supervises and provides general guidance to the Director of Transfers, the Institutional Coordinators and Wardens throughout the Department.

2. Provides assistance to the Institutional Coordinators in developing and implementing policies and procedures for maintaining security and safety of the inmates, facilities and surrounding communities.

3. Assists the Director of Transfers in developing and updating departmental plans, policies, and procedures, as well as keeping the over 30 count in the county jails to a minimum.

4. Reviews employee disciplinary actions for compliance with Administrative Regulations and make recommendations for reduction if applicable.

5. Monitors Institutional Contingency Funds and monthly reports submitted by all facilities.

6. Counsels subordinate employees in order to resolve conflicts, grievances or complaints, implement disciplinary measures, review all personnel actions on ADOC employees prior to service, and to evaluate work performance.

7. Instructs and assigns duties, delegate tasks and responsibilities to provide clarification when needed to ensure compliance with laws, rules and regulations.

8. Attends meetings with the Commissioner and other senior leaders in the Department to consider and provide advice on all aspects of security and facility overcrowding issues.

EXHIBIT
1
Culliver

CONFIDENTIAL

ADOC-TP-002925

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.
CHECK WHEN DISCUSSED:

- ✓ Attendance
- ✓ Punctuality
- ✓ Cooperation with Coworkers
- ✓ Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: 22 Nov 16

Employee Signature: (denotes discussion and receipt of form, not agreement) [signature]

Rater Signature: (denotes discussion and employee receipt of form) [signature]

Reviewer Signature: [signature]

---

### EMPLOYEE PERFORMANCE MIDAPPRAISAL

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

_____
_____
_____

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

_____
_____
_____

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

_____
_____
_____

A Midappraisal session has been held on this date and performance has been discussed: _____

Employee Signature: [signature]    Initial if comments attached: _____

Rater Signature: [signature]    Initial if comments attached: _____

Reviewer Signature: [signature]    Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

CONFIDENTIAL