| | |
|---|---|
| Date: | Friday, January 13 2017 06:04 AM |
| Subject: | Vulnerability Analysis - Major Facilities |
| From: | Culliver, Grantt (DOC) |
| To: | Simpson, Kristi (DOC) <Kristi.Simpson@doc.alabama.gov>; |
| Attachments: | 021115 - January 2015 - Emergency Operations-Vulnerability Analysis Tool.doc; image001.png; 041814 Bullock Vulnerability Analysis (3).doc; 030215 Donaldson CF WED Vulnerability Analysis 2015(2) (2).doc; 022715 Vulnerability Assessment.pdf; 030315 Easterling CF - Vulnerable Analysis(2015) (2).doc; 022515 Vulnerability Assessment.pdf; 022415 AL Dept of Corrections January 2015- Emergency Operations-Vulnerability Analysis Tool (2).doc; 022615 Vulnerability Analysis 2015 (2).doc; 030215 Holman CF - Vulnerability Analysis-3.doc; 022715 Vulnerability Analysis Tool.pdf; 021115 Limestone CF Vunerability Analysis.pdf; 030315 St. Clair CF - Vulnerability Analysis.doc; 2015 Emergency Operations-Vulnerability Analysis Tool-2015.doc; 030315 Vulnerability Anaylis Report Ventress 2015 doc.pdf |

Ms. Simpson attached are the latest Vulnerability Analysis completed from ADOC major male facilities. I did not have the 2015 analysis from Bullock CF.



Grantt D. Culliver
Associate Commissioner of Operations
PO Box 301501 Montgomery AL 36130 (334)353-3813 (office)
Grantt.Culliver@doc.alabama.gov

*Professionalism – the standing, practice, or methods of a professional, as distinguished from an amateur.*



EXHIBIT
3
Culliver

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ADOC(DOJ)-TP-0000581
ADOC(DOJ)-TP-0000581