Case 4:20-cv-02058-ACA   Document 354-6   Filed 03/03/25   Page 1 of 16   FILED
2025 Mar-03 PM 09:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

Page 1 of 15
ADOC Institutional Vulnerability Analysis

# Alabama Department of Corrections
## Institutional Vulnerability Analysis

Institution Name:   St. Clair Correctional Facility

Date: May 2, 2018

## DOCUMENT PURPOSE

- To promote sensitivity to potential threats which could compromise the safe and secure operation of institutions within the Alabama Department of Corrections.

- To provide a sense of what threats require the prioritized appropriation of agency resources

- To assess current institutional preparedness

- To reduce identified vulnerability(ies) to an acceptable level

- To provide guidance as the emergency preparedness process evolves

- To aid ADOC staff in establishing documents, training, exercising, and review of policy at the agency and institutional level, including consistency across institutions and divisions of the agency

## DOCUMENT USE:

This document relies upon the honest, subjective, but educated, decisions of an institution's' management team. It is not meant to, nor can it, address all information regarding risk factors and assessment. It should promote thought-provoking discussion and perhaps generate additional factors, which warrant review and consideration. Some words or phrases such as *immediate vicinity* are purposely not defined, as it is the institution's challenge to identify vulnerability(ies) in relation to the institution and community. It is best completed in a group setting that includes the facility management and staff with institutional and community involvement. As the team proceeds through the document, the answers to each section should guide the responses to the subsequent sections.

This assessment tool is meant to be a dynamic and evolving tool, which is reflective of the Alabama Department of Corrections. If your discussion provides additional factors worthy of consideration, enter them directly on the form. Use additional pages as necessary to fully explain and evaluate the issues. This form shall become a historical reference in order to document each year's activities and process.

The completed document will assist each institution in ensuring that it is prepared for an emergency situation. The results will provide direction for long term planning.

This process will be completed annually.  <u>A copy of this risk assessment shall be forwarded to the Associate Commissioner-Operations no later than the last day in April each year.  Major changes that impact the institution shall necessitate a new assessment earlier than the annual interval.</u>

EXHIBIT 6  Culliver

HIGHLY CONFIDENTIAL

ADOC-TP-019471

# SECTION I

# INSTITUTIONAL OVERVIEW

### Transportation Networks:

| Transportation System | Proximity to the Institution |
|---|---|
| Airport Birmingham-Shuttlesworth International Airport | [Redacted] miles |
| Interstate/ Major Highway Interstate 59 | [Redacted] miles |
| Railroad | [Redacted] miles |
| Other: | |

### Community Support Services:

| Service | Proximity to the Institution | Response Time |
|---|---|---|
| Ambulance | [Redacted] miles | [Redacted] minutes |
| Fire Department | [Redacted] miles | [Redacted] minutes |
| Hospital | [Redacted] miles | [Redacted] minutes |
| Law Enforcement with Jurisdiction: Springville PD | [Redacted] minutes | [Redacted] minutes |
| Other Law Enforcement: Odenville | [Redacted] miles | [Redacted] minutes |
| Comments: | | |

### There is increased potential of risk due to the institution's proximity to the following facilities:

| Risk | Proximity to the Institution |
|---|---|
| Major Gas or Pipelines | None |
| Nuclear Power plant or other power facility | None |
| Dam | None |
| Business or Industry w/potential for accidents which could contaminate air, water, or ground: | None |
| Other: | None |

2

## INSTITUTIONAL OVERVIEW

**There is an increased risk due to past weather patterns at the institution's location:**

| Weather Pattern | Past History (Yes or No) |
|---|---|
| Blizzards | NO |
| Hurricanes | NO |
| Hail Storms | YES |
| Electrical Storms | YES |
| Heavy Fog | YES |
| Extreme Winds | YES |
| Tornadoes | YES |
| Rain Storms with resulting flooding | NO |
| Temperature extremes | High: YES    Low: NO |
| Other: | |

**The institution has experienced the following in the past year:**

| Situation | Yes or No |
|---|---|
| a. Turnover of core management team members | YES |
| b. Change in Institutional Program/mission | NO |
| c. Significant population increase over 10 % | NO |
| d. Major Remodeling/ New Construction | YES |
| e. Dramatic Change in nature of population | NO |
| Explanations: | |

**Potentially damaging litigation** (list each case with details): **Yes**

1. Dunn v Dunn – dealing with the Americans with Disabilities Act

**Other Risk Factors:**

**Update of Security Equipment /or Security Systems included in recent change(s):**

Cell door locking mechanisms were replaced on all inmate living areas

**Proposed policy changes that may impact the Institutional Operations and/or inmate population:**

Develop intake procedures for inmates being processed at SCCF to include housing unit placement, programs, and to create a more safe environment, particularly for inmates at greater risk.

3

# SECTION II

# Factors which may affect vulnerability

**PHYSICAL PLANT:**

| Age | Yes or No | Location | Yes or No |
|---|---|---|---|
| Facility over 20 years old | YES | In approach or takeoff flight pattern | NO |
| 10 to 20 years old | NO | In wooded area | YES |
| 5 to 10 years old | NO | On or near earthquake fault line | NO |
| Less than 5 years old | NO | In a flood plain | NO |
| **Design** | | Residential area | YES |
| Campus style | YES | Other (specify) | N/A |
| Self contained buildings | NO | Rural: Within 15 minutes of population center Within 30 minutes of population center | YES |
| Modular units | NO | **Perimeter** | |
| **Original Design** | | Armed Perimeter | YES |
| A non correctional public facility | NO | Building Serves as Perimeter | NO |
| Is currently used as designed | NO | Double Fence | YES |
| Was designed for different custody level | NO | Canine Patrol | YES |
| **Institutional Access** | | Mobile Patrol (as needed) | YES |
| Access around perimeter is controlled | YES | Motion Detection | YES |
| Access into institution is controlled | YES | Lethal Fence | YES |
| Access within the perimeter is controlled | YES | Stun Fence | NO |
| Control Center is secured | YES | No Fence | NO |
| Other (specify) | N/A | Single Fence | NO |
| | | Towers | YES |
| **Living Units** | | Well Lighted | NO |
| Dormitory | YES | Visibility restriction is common | NO |
| Single/double | YES | **Support Buildings** | |
| Combination Dormitory / Cell | YES | Construction Primarily Flammable | YES |
| Construction Primarily Flammable | NO | Construction Primarily Non Flammable | YES |
| Construction Primarily Non Flammable | YES | Equipped Auto Sprinklers | YES |
| Equipped With Sprinklers | YES | Equipped with working fire alarm | NO |
| Flammables stored according to state rules and ACA guidelines | | Flammables stored according to state rules and ACA guidelines | NO |
| **Fire Hydrants** | | | |
| # outside | 3 | | |
| # inside | 9 | | |

| Required Inspections | Dates |
|---|---|
| Fire Marshal: | 10/2015 |
| Deficiencies Corrected | YES |

4

HIGHLY CONFIDENTIAL

ADOC-TP-019474

| Health Department: Last score 95 | 4/4/18 |
|---|---|
| Deficiencies Corrected: | |
| Monthly Safety & Sanitation Inspections Completed | YES |

**Physical Plant (overall narrative):**

# INMATE POPULATION

| Capacity | # or % |
|---|---|
| What is the designed capacity? | 1227 |
| What is the operational capacity? | 1000 |
| % over or under design capacity as of the date of this report | -18.6% |
| Average daily inmate count | 995 |
| Other: | |
| **Inmate Programs** | **Yes or No** |
| Education | YES |
| Inmate Clubs | NO |
| Furloughs and Passes | NO |
| Formal recreation | YES |
| Informal recreation | YES |
| Religious Activities | YES |
| Self Help Groups | YES |
| Substance Abuse | YES |
| Therapeutic | YES |
| **Inmate Jobs** | **Yes or No** |
| Correctional Industries | YES |
| Farm | NO |
| Inside Labor detail | YES |
| Maintenance | YES |
| Outside Labor detail | YES |
| Special Projects: | |
| Other | |

| Breakdown of Facility by Race | # | % |
|---|---|---|
| Caucasian | 295 | 29.8% |
| Hispanic | 0 | |
| Native American | 0 | |
| Southeast Asian | 0 | |
| Black | 694 | 70% |
| Other: | 2 | .2 |
| Total | 991 | |
| **Inmate Population Comprised of: (check all that apply)** | | **Yes or No** |
| Administrative Segregation | | YES |
| Maximum custody or Close custody | | YES |
| Medium custody | | YES |
| Minimum custody (Level II) | | YES |
| Minimum custody (Level IV) | | YES |
| Community custody | | YES |
| HIV | | YES |
| Protective custody | | NO |

| | |
|---|---|
| Death Row | NO |
| Male | YES |
| Female | NO |
| Reception | NO |

| Inmates Group by: | Yes or No |
|---|---|
| According to age | NO |
| Along racial lines | NO |
| Security Threat Groups | NO |
| Number of confirmed Security Threat Group members | NO |
| Other (list): | |
| | |

| Illegal/Unauthorized Activities (Use annual figures) | |
|---|---|
| Total # of major disciplinary reports | 550 |
| Total # of minor disciplinary reports | 738 |
| # for Drugs | 175 |
| # for Weapons | 80 |
| # for Disrespect towards staff | 50 |
| # for Contraband | 32 |
| # for Gambling | 7 |
| #Possession of cellular phone or other communication device | 104 |

| Use of Force | # |
|---|---|
| Number of use of force incidents: | 212 |

| Drug Usage | |
|---|---|
| Random Screening % Positive | **16.5%** |
| Intensive Screening % Positive | **N/A** |
| What do you consider the level of drug usage to be in your facility? (Please explain why?) Circle one:   <u>Extensive</u>    Moderate    Limited<br><br>Extensive---<br>**Drugs are readily available due to a high number of items thrown over the fences, the number of positive drug tests, and the amount and variety of illegal substances confiscated.** | |
| **# of K-9 Drug Alerts** | |
| Visitors | 1 |
| Inmates | 6 |
| Staff | 6 |
| Contract employees or Volunteers | 0 |

| INMATE-STAFF ASSAULTS WITHOUT SERIOUS INJURY | |
|---|---|
| A. Assaulted with Weapon (specify weapon used) | 0 |
| B. Assaulted by Hitting with Hand/Kicking/Slapping | 6 |
| C. Assaulted by Pushing/Shoving/Ramming/Butting/Lunging | 11 |
| D. Assaulted by Water, Tea, Coffee, Food, Urine, Feces being Thrown or Spit Upon | 9 |
| E. Assaulted by Thrown Objects (other than items listed above) | 10 |
| F. Assaulted by Choking | 4 |
| G. Assaulted by Biting | 1 |
| H. Assaulted by Grabbing | 14 |
| I. Attempts to Assault | 20 |
| J. Verbal Threats to Assault | 30 |
| K. Fight/Altercations<br>    Number of Incidents<br>    Number of Inmates Involved | 4 |
| L. Alleged Assaults | 10 |
| M. Other (specify nature of assault) | N/A |

| INMATE-STAFF ASSAULTS WITH SERIOUS INJURY | |
|---|---|
| A. Assaulted with Weapon (specify weapon used) | 3-handmade knife |
| B. Assaulted by Hitting with Hand/Kicking/Slapping | 10 |
| C. Assaulted by Pushing/Shoving/Ramming/Butting/Lunging | 12 |
| D. Assaulted by Water, Tea, Coffee, Food, Urine, Feces being Thrown or Spit Upon | 0 |
| E. Assaulted by Thrown Objects (other than items listed above) | 16 |
| F. Assaulted by Choking | 0 |
| G. Assaulted by Biting | 0 |
| H. Assaulted by Grabbing | 10 |
| H. Assaulted by Other (specify) | 0 |

| INMATE-INMATE ASSAULTS WITHOUT SERIOUS INJURY | |
|---|---|
| A. Assaulted with Weapon (specify weapon used) | 69 – hands |
| B. Assaulted by Hitting with Hand/Kicking/Slapping | 7 |
| C. Assaulted by Pushing/Shoving/Ramming/Butting/Lunging | 12 |
| D. Assaulted by Water, Tea, Coffee, Food, Urine, Feces being Thrown or Spit Upon | 10 |
| E. Assaulted by Thrown Objects (other than items listed above) | 5 |
| F. Assaulted by Choking | 6 |
| G. Assaulted by Biting | 8 |
| H. Assaulted by Grabbing | 9 |
| I. Attempts to Assault | 20 |
| J. Verbal Threats to Assault | 8 |
| L. Alleged Assaults | 10 |
| M. Other (specify nature of assault) | N/A |

| INMATE-INMATE ASSAULTS WITH SERIOUS INJURY | |
|---|---|
| A. Assaulted with Weapon (specify weapon used) | 53 – handmade knives |
| B. Assaulted by Hitting with Hand/Kicking/Slapping | 9 |
| C. Assaulted by Pushing/Shoving/Ramming/Butting/Lunging | 6 |
| D. Assaulted by Water, Tea, Coffee, Food, Urine, Feces being Thrown or Spit Upon | 12 – feces, urine |
| E. Assaulted by Thrown Objects (other than items listed above) | 7 |
| F. Assaulted by Choking | 6 |
| G. Assaulted by Biting | 6 |
| H. Assaulted by Grabbing | 6 |
| H. Assaulted by other means (specify) | N/A |

**STAFF**

| Institution is Staffed according to identified needs in these areas | Yes or No |
|---|---|
| Administrative | YES |
| Education | YES |
| Food Service | YES |

8

| | |
|---|---|
| Maintenance | YES |
| Health Services | YES |
| Mental Health | YES |
| Custody | N/A |
| Unit Management | N/A |
| Special Projects | N/A |
| Industry | YES |
| Emergency Preparedness | N/A |
| Other (specify): | |

| Staff Organizations / Programs | Yes or No |
|---|---|
| Staff trust and use the employee assistance program | NO |
| The institution has a credible employee recognition program | NO |
| The institution has a viable program for staff input | NO |
| Other (specify) | N/A |

| Staff Training | Yes or No |
|---|---|
| Meets facility needs | YES |
| Staff training increased from last year | NO |
| Staff training decreased from last year | NO |
| Included identification and care of mental health inmates | YES |
| Includes Problem Resolution | YES |
| Includes Use of Force | YES |
| Additional training that should be provided: | |
| Comments: | |

| Staff Issues ||
|---|---|
| Staff Morale is:<br>Good<br>Fair<br>Low  X | Please explain your reasoning:<br>**Staff shortages**<br>**No cost of living increases / Pay**<br>**Mandatory overtime**<br>**Stress from the number of serious and dangerous incidents** |

| Staff Issues | Response |
|---|---|
| Recent staff investigations have been divisive    yes or no<br>Explain how if yes: | NO |
| How many work-place harassment claims have been filed in the last year? | 1 |
| What is the average sick leave usage? | 59.5 hours |
| Staff turnover is ____ %    50 turnovers in 2017 | 27% |
| # of on-the-job injury claims filed | 39 |
| Institution employs the following number of staff | |
| Administration | 31 |
| Maintenance | 5 |
| Contracted Medical and Mental Health Services | 47 |
| Security | 149 |

9

| | |
|---:|:---|
| Support not identified above | 6 |
| Volunteers | |
| Other | 14 (CCOs) |

## PREVENTIVE ISSUES

| Communications Equipment | Yes or No |
|---|---|
| Is adequate for institution size and staffing patterns | YES |
| Is operational | YES |
| Comments: | |

| Emergency Procedures | Yes or No |
|---|---|
| The institution's management feels the emergency planning documents are current and address the needs of the institution. | YES |
| All staff are familiar with and trained in the institutions emergency procedures | YES |
| Management and the Facility/Program Administrator are confident in the Shift Supervisor's ability and authority to take immediate action to resolve and/or mitigate any emergency | YES |
| Shift Supervisors are confident in their ability and authority to take immediate action to resolve any emergency. | YES |
| Inmates know what to do in an emergency. | YES |
| The institution has adequate resources and staff to handle an emergency. | NO |
| The institution has plans for evacuation of a portion of or the entire institution | YES |
| Emergency Preparedness exercise are routine, varied and involve all levels of staff. Exercise are conducted? (weekly, monthly or quarterly) | Monthly |
| Comments: | |
| Institution has first responder system   response time: | Yes |
| Comments: | |
| Institution has second responders   response time: | NO |
| Comments: | |
| Institution utilizes the Critical Incident Stress Management Team (CISMT) | YES |
| Comments: | |
| Institution has Crisis Negotiation Team   response time: | NO |
| Comments: | |
| Institution has Correctional Emergency Response Team   response time: 2-4 hrs. | YES |
| Comments: | |

| | | |
|---|---|---|
| Institution has Special Operations Response Team | response time: | NO |
| Comments: | | |

| Evacuation | Yes or No |
|---|---|
| Institution has evacuation plan for every building | YES |
| Evacuation plans are posted within state guidelines | YES |
| Staff and inmates are trained in evacuation procedures | YES |
| Building evacuation drills are conducted. (weekly, monthly or quarterly) | Monthly |

| Staff Response | Yes or No |
|---|---|
| There is a viable recall plan in effect | YES |
| The majority of institutional staff live within 1 hour of the institution | YES |
| A contingency plan exists in the event staff cannot respond due to a large scale community wide disaster | YES |
| Comments: | |

## HISTORICAL INFORMATION

| Assault from the Outside: | Yes or No |
|---|---|
| Curiosity seeker(s), ex-inmates, visitors have been found in unauthorized areas on institution property. | YES |
| Institutional locale makes it vulnerable to approach from a variety of directions | YES |
| Comments: | |

| Bomb Threats | Yes or No |
|---|---|
| Bomb threats in the community are on the rise. | NO |
| The institution has received bomb threats in the past year | NO |
| Inmate-made bombs have been discovered in the past year | NO |
| Comments: | |

| Inmate Discord | Yes or No |
|---|---|
| Inmates sit-downs or work stoppages/slowdowns have occurred in the past year | NO |
| Inmates have increased their use of passive resistance, nonviolent refusals to follow direction | NO |
| Individual or group hunger strikes have occurred in the last five years | YES |
| Inmates cite openly that the institution cannot operate without their labor | YES |
| Comments: | |

| Escapes | Yes or No |
|---|---|
| The institution has had an escape within the past five years | YES |
| The nature of the facility and inmate activities lend itself to escape/walk away potential | NO |
| There are issues which need to be addressed in relation to improving an inmate's ability to successfully escape | YES |
| Comments: On 12-4-17, two inmates managed to escape during a time of increased inmate movement coupled with ongoing staff shortages. | |

| Earthquake | Yes or No |
|---|---|
| Institution or community has experienced an earthquake | NO |

HIGHLY CONFIDENTIAL

ADOC-TP-019481

| | |
|---|---|
| The institution has existing earthquake damage | NO |
| Comments: | |
| **Biological Threat** | **Yes or No** |
| The institution is particularly vulnerable to an epidemic or illness due to the nature of the institution's population or function within the ADOC | YES |
| Steps are taken to reduce the potential for food poisoning due to the large number of meal(s) prepared in one location | YES |
| Comments: | |
| **Flood** | **Yes or No** |
| The institution has experienced flooding in the past | NO |
| Comments: | |
| **Group Disturbances** | **Yes or No** |
| The institution has had more than one group disturbance in the last decade | YES |
| Staff and inmates still talk about the last "big disturbance" | YES |
| Comments: An Officer was attacked in Segregation. The same night multiple inmates stabbed a Lieutenant causing serious injury to both employees. | |
| Staff Work Slowdowns /Stoppage | Yes or No |
| **The institution has experienced widespread labor disputes in the past.** | NO |
| Staff have voiced threats of planned work stoppage | NO |
| Comments: | |
| Hazardous Waste/Chemical Spills | Yes or No |
| **Close proximity to an industrial plant** | NO |
| Proximity to transportation network that handles HAZMAT | 3 MILES |
| Explain: | |
| Hazardous Materials/Chemicals are maintained on the institution grounds in large or volatile quantities that pose a threat. | NO |
| Explain: | |
| Nuclear Catastrophe | Yes or No |
| Proximity to Nuclear facility     # miles | |
| Proximity to transportation network handling nuclear materials   # miles | |
| Comments: | |
| Structure Fire | Yes or No |
| **The institution design does promote fire prevention** | YES |
| Buildings contain a variety of combustible materials | YES |
| Current fire prevention/protection measures are adequate. | YES |
| Comments: | |
| Utility Failure | Yes or No |
| **The institution has experienced frequent utility failures** | NO |
| Utility failures due to labor disputes or sabotage are likely due to design or placement issues | NO |

| | |
|---|---|
| Back up utilities are not in place (or are not perceived as adequate) to keep the facility in operation in event of loss of power | NO |
| Issues exists related to the provision of a utility that is necessary for the institution to operate in wake of the loss of that source | NO |
| The institution does not have an adequate alternative for drinking water in the event of contamination | NO |
| Comments: | |

| Weather Threats | Yes or No |
|---|---|
| Temperature extremes that the HVAC cannot handle leading to unsafe living conditions | NO |
| Tornadoes and other violent storms frequent the area | YES |
| Frequent high winds and electrical storms | YES |
| Winter conditions create facility isolation | YES |
| Comments: | |

# SECTION III. DECLARED EMERGENCIES IN THE PAST YEAR

Provide Narrative for each

1.

2.

3.

# SECTION IV. CRITICAL THREATS

Use the information developed as a result of the information contained in Sections I, II and III to identify and list in order of priority the five most critical threats to the safe and orderly operation of your institution.

Then take it one step further and provide a candid assessment of your level of preparedness to respond to the emergency as well as any existing factors which limit your ability to deal with the emergency.

13

1.  **Staffing Shortage**
    Assessment: The lack of an adequate number of correctional officers on post to patrol areas leaves inmates unattended for long periods of time. It also hinders the ability of staff to respond to incidents and be able to control the situations. The inmate to officer ratio is too high during each shift, especially on the Night Shift.

2.  **Public Access**
    Assessment: Due to the layout of the facility and its proximity to public roads, there have been major issues with people throwing contraband over the fence. Drugs and cell phone packages have been confiscated.

3.  **Infectious Disease(s)**
    Assessment: At any time, the facility is vulnerable to the possibility of an outbreak / infectious disease. When this occurs, the movement of inmates out of the facility is affected, which hinders the ability to transfer inmates to other facilities for custody reductions, remove inmate enemies from the facility, assist other facilities by accepting higher level security inmates, etc. This situation is further exacerbated by the lack of negative pressure housing areas.

4.  **Weather events**
    Assessment: Weather is unpredictable. During the February/March, severe tornados and snow/ice may strike the area. The weather events are a threat because of their unpredictability and the paralyzing effect they have on the facility and the surrounding area. When these extreme weather events occur it causes staffing shortages to be exacerbated. It also isolates the facility due to its location. Although the facility is self-sustaining in many ways, weather event make it more difficult to continue normal operations.

Institution or Division name: St. Clair Correctional Facility

Date Risk Assessment Was Conducted: May 2, 2018

*List of Individuals Who Participated in the Assessment Process:*

| NAME | TITLE / WORK AREA |
|---|---|
| Anthony Brooks | Warden I / SCCF |
| Kelly Phillips | Health Services Administrator / Wexford |
| Tammy Montgomery | Incident Report Manager / SCCF |
| Phillip Guthery & Perry Wilson | CO, Drug Lab / SCCF |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

HIGHLY CONFIDENTIAL

ADOC-TP-019484

| | |
|---|---|
| | |
| | |
| | |

_____   _____
Warden or Division Director           Date

HIGHLY CONFIDENTIAL                                    ADOC-TP-019485

# SECTION V
# GOALS (2018)

1. Increase security and support staffing

2. Create inmate specialized dorms (i.e., inmate safety, restrictive privilege, intake)

3. Have security cameras and mirrors installed throughout the facility

4. Stop the introduction of contraband into the facility

5. Provide a safer environment for staff and inmates

6. Decrease deficiencies from previous PREA Audit

7. Concentrate more on rehabilitation to reduce recidivism by providing more programs.

8. Increase employee morale

9. Meetings:

    Staff Meetings – Held the 3rd Monday of each month. If this date falls on a holiday, the meeting is held on the 4th Monday.

    Security Staff Meetings – Held following the scheduled monthly staff monthly

    Correctional Officer Meetings – October 2018 (TBD)

    Inmate Meetings – Held the 2nd Tuesday of the month, as schedule(s) allow

    Community Advisory Meetings – N/A

16