**To:** Brown, Steve (DOC)[Steve.Brown@doc.alabama.gov]; Mercado, Arnaldo (DOC)[Arnaldo.Mercado@doc.alabama.gov]; Watson, Steve (DOC)[Steve.Watson@doc.alabama.gov]
**Cc:** Watson, Steve (DOC)[Steve.Watson@doc.alabama.gov]
**From:** Culliver, Grantt (DOC)
**Sent:** Sun 3/18/2018 7:35:07 PM
**Subject:** Re: Recommendations from the St. Clair assessment

Thanks

Get Outlook for Android

---

**From:** Watson, Steve (DOC)
**Sent:** Sunday, March 18, 2018 8:23:05 PM
**To:** Brown, Steve (DOC); Culliver, Grantt (DOC); Mercado, Arnaldo (DOC)
**Cc:** Watson, Steve (DOC)
**Subject:** Recommendations from the St. Clair assessment

Chief,

Pursuant your directive to recommend a course of corrective action based on the recent St. Clair Operational Assessment Report:

There is no doubt that rectifying the CO staffing problem at St. Clair is essential, as it impacts most every aspect of inferior performance noted in the report. The mindset from chronic shortage apparently has become a "rationalization crutch" for all levels of St. Clair staff, and it stands to reason why that has occurred. Since staffing is an ongoing issue that is not likely to be corrected anytime soon, sound measures of "working with what we have" simply has to be the method of operation.

-If no competing reasons not to, step up the scheduled IG security audit of St. Clair so that a true, in-depth analysis of basic corrections components can be measured.
-Develop a written action plan to address each issue, prioritized. Time to correct/milestones, and responsible party(ies), should be identified and held accountable.
-Modify the Organization Chart such that key areas are monitored at the proper level without administratively over-burdening the Warden III, and providing support to the Warden II and Warden I. The
   Warden II and Warden I should be empowered to address certain issues while still keeping the III informed.
-As the leadership change already in progress is planned, the new leadership should be a part of the plan to correct the deficiencies.
-Break out the action items which are "Engineering" issues, or procurement issues, from policy and enforcement. Free the Wardens up to deal with basic corrections fundamentals which are lacking, training,
   managing, monitoring, mentoring, and morale.
-Correct the facility staff/visitor/volunteer entrance issue (hardware and policy enforcement). Follow the SOP.
-Give full attention to the perimeter lighting issue, and authorize the means to correct.
-Give consideration to a Chief of Security, but this should already be happening with the current structure now as in other facilities which are performing in a better manner. Fundamentals of security should



HIGHLY CONFIDENTIAL                                                                                                           ADOC-TP-019196

be addressed (count procedures, searches, perimeter fence checks, interior inspections, contraband control, key control, tool control, etc.).  The security audit will give even more detail to the information in
 the report).
-Give full consideration to installation of a new, robust video camera solution, with proper anti-vandalism features.  In the short term, identify remedial effort to acquire new cameras to replace the ones which
 have been vandalized and any additional protective measures available should be considered.
-Wardens and Captains should stagger schedules to provide for periodic night/weekend visits and walk-throughs.  It is not necessary to cover every bit of that time, but visits should be regular and routine.
-The recommendation that the institution go into lock-down mode when short-staffed should be considered very carefully.  It appears that the institution would be in near lock-down at all times which will
 build tension in and of itself, and be counter-productive.  However, rotating recreation movement and tier rotation in dayrooms could be a workable alternative, and should be examined.
-Updated SOPs are important to capture the changing environment of an institution.  However, policy is simply policy if the staff is not following them.  Some of the SOPs are being updated as a result of the
 Duke settlement agreement, and represent a "large' change that necessitates a new/revised SOP.  Sound existing policy is probably present for most of the facility's operation, and updating that may need to
 wait as the most pressing items of the action plan are given the finite resources.
-Written directives and information dissemination from Lieutenants/Sergeants to the COs should be provided, since the Wardens validated that there are problems in that area.  Not having a shift briefing has
 eliminated a prime opportunity to do that, but if the briefing is in writing, the COs could sign off during walk-throughs by their supervisors.

The issue concerning "annual perimeter light replacement" should be removed from the report if this is not the case.  Open PO with the vendor to provide the lift truck is necessary, if an MOU with a state or local entity is not available to assist in routine fashion to meet the need.

Thanks,



**Steve Watson**
**Associate Commissioner -**
**Plans and Programs**
301 South Ripley Street
PO Box 301501
Montgomery Al 36130
(334)353-5828 (office)
(334)850-0786 (cell)
steve.watson@doc.alabama.gov

HIGHLY CONFIDENTIAL                                                                                                          ADOC-TP-019197