# Exhibit 12 to Grantt Culliver's Deposition in *Huffman* is already on the docket as follows:

# *Ezell* ECF No. 305