## Alabama Department of Corrections

## DUTY OFFICER REPORT

| 1. Institution/Division: ST.CLAIR CORRECTIONAL FAC. | | | 2. Date 9/2/2018 | 3. Time 5:16:00 PM | 4. Inc. No: Class Code: | SCCF-18-01163 A |
|---|---|---|---|---|---|---|
| 5. Type of Incident - PRIMARY: Assault-Inmate-on-Inmate with Serious Injury | | | | 6. ASCA Incident Type - PRIMARY: III 1.1 Inmate-on-Inmate Assaults With Serious Injury | | |
| 7. Type of Incident - Secondary: Death - Inmate-on-Inmate After Hours Transport | | | | 8. ASCA Incident Type - Secondary: III 6.1 Inmate-on-Inmate Homicides | | |
| 9. Location of Incident: G-Yard in front of P&Q Dorm | | | | | | |
| 10. Victim(s): | | | | | | |
| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
| PETTIWAY, TERRY | 00258817 | B / M | Redacted | MONTGOMERY | 09/14/2017 | 10Y 0M 0D | 12/30/2019 |
| Offense(s) | DISCHARGE GUN OCC BLDG/VEH | | | | | | |
| 11. Suspect(s): | | | | | | |
| Name | AIS | R/S | DOB | Sentenced From | Date | Length | Min Rel |
| PRUITT, GERARD | 00284322 | B / M | Redacted | MOBILE | 10/12/2017 | 20Y 0M 0D | 08/29/2033 |
| Offense(s) | ROBBERY I | | | | | | |

**BRIEF Narrative:**

On September 2, 2018, at approximately 5:16 pm, inmate Terry Pettiway BM/ 258817 (P14-2A) was stabbed in front of P&Q Dorm. Officer Dominique Vales assigned to G-Gate Rover responded to where inmate Pettiway was stabbed. Officer Vales, escorted inmate Pettiway to infirmary. Inmate Pettiway was examined by medical staff. Inmate Pettiway required medical transport to St. Vincent East Hospital for stab wound to the left side of the neck. Officers Kenneth Patton and Jeremy Puckett provided transport security. Reginald Paramedics Ambulance transported. Suspect is Gerard Pruitt BM/ 284322 (Q37-1A). No weapon recovered. Captain Gary Malone On- Call Duty Official was on Site. Karla Jones Warden was notified, Edward Ellington, Institutional Coordinator Northern Region was notified. I&I investigator Herman Harris was notified.   9/2/2018 9:24 PM by russell.jones

EXHIBIT 13
Culliver