# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS | ) ) ) |
| | ) Honorable Judge Annemarie Carney Axon |
| Plaintiff, | ) |
| | ) Case No.: 4:20-cv-02058-ACA |
| v. | ) |
| | ) ) ) ) |
| JEFFERSON DUNN, et al., | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## PLAINTIFF LAKEISHA EZELL'S EVIDENTIARY SUBMISSION IN SUPPORT OF HER RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Lakeisha Ezell hereby submits the following evidentiary materials in support of her Response in Opposition to Defendants' Motions for Summary Judgment in the above-captioned case:

| ECF NUMBER | PLAINTIFF'S EXHIBIT |
|---|---|
| 287 | Plaintiff's Exhibit 1 - 025 - 2/26/19 Email to Gordy with Mullins Statement attached |
| 288 | Plaintiff's Exhibit 2 - New York Times article - Inside America's Black Box |
| 289 | Plaintiff's Exhibit 3 - Statement of Fredrick Ford |

| | |
|---|---|
| 290 | Plaintiff's Exhibit 4 - Timothy Brown statement |
| 291 | Plaintiff's Exhibit 5 - ADOC Monthly Statistical Report 2018-09 |
| 292 | Plaintiff's Exhibit 6 - ADOC Monthly Statistical Report 2018-12 |
| 293 | Plaintiff's Exhibit 7 - Angelia Gordy statement - 3/15/19 |
| 294 | Plaintiff's Exhibit 8 - Cynthia Caver duty post logs – 12.29.18 |
| 295 | Plaintiff's Exhibit 9 - Memo regarding Wristband Audit - 9/13/18 |
| 296 | Plaintiff's Exhibit 10 - 9.6.18 EJI letter to Dunn regarding Pettiway murder |
| 297 | Plaintiff's Exhibit 11 - 2/25/2019 - Steven Mullins phone call transcription |
| 298 | Plaintiff's Exhibit 12 - 2/26/19 Incident Report regarding searches |
| 299 | Plaintiff's Exhibit 13 - Clarence Jackson Movement History |
| 300 | Plaintiff's Exhibit 14 - Jefferson Dunn letter to Bryan Stevenson - 1/17/19 |
| 301 | Plaintiff's Exhibit 15 - 9/20/18 Incident Report regarding Rogarius Bray |
| 302 | Plaintiff's Exhibit 16 - ASCA Report |
| 303 | Plaintiff's Exhibit 17 - 2016 ADOC Vulnerability Analysis |
| 304 | Plaintiff's Exhibit 18 - 3/18/18 email from Culliver to Steve Watson |
| 305 | Plaintiff's Exhibit 19 - St. Clair Second Monitoring Report |
| 306 | Plaintiff's Exhibit 20 - 9/2/18 email from Karla Jones regarding Pettiway stabbing |
| 307 | Plaintiff's Exhibit 21 - 2/25/19 Duty Officer and Incident Reports regarding Mullins stabbing |
| 308 | Plaintiff's Exhibit 22 - Mullins Movement History |
| 309 | Plaintiff's Exhibit 23 - Andrews Movement History |
| 310 | Plaintiff's Exhibit 24 - Davis Movement History |
| 311 | Plaintiff's Exhibit 25 - 2/25/19 email from Carla Graham regarding bed movement |

| | |
|---|---|
| 312 | Plaintiff's Exhibit 26 - 2/26/19 email to Gordy with Mullins statement, Body Chart Documentation Form, Record of Office Contact |
| 313 | Plaintiff's Exhibit 27 - 3/7/19 email from Arnaldo Mercado and Report regarding searches |
| 314 | Plaintiff's Exhibit 28 - Schematic of St. Clair Facility |
| 315 | Plaintiff's Exhibit 29 - Andrews Master File, excerpts |
| 316 | Plaintiff's Exhibit 30 - 9/18/15 Duty Officer and Incident Reports involving Clarence Jackson |
| 317 | Plaintiff's Exhibit 31 - 3/8/18 Incident Report involving Clarence Jackson. |
| 318 | Plaintiff's Exhibit 32 - Anthony Brooks's Amended Responses to Plaintiff's First Request To Admit |
| 319 | Plaintiff's Exhibit 33 - C.N.-Davis Incident Materials |
| 320 | Plaintiff's Exhibit 34 - QIT Meeting Minutes |
| 321 | Plaintiff's Exhibit 35 - 4/2/2019 DOJ Investigation of Alabama's State Prisons for Men |
| 322 | Plaintiff's Exhibit 36 - 7/23/2020 DOJ Investigation of Alabama's State Prisons for Men |
| 323 | Plaintiff's Exhibit 37 - Motion for Class Certification in Duke |
| 324 | Plaintiff's Exhibit 38 - 9/24/18 PREA Audit Report by Dave Cotten |
| 325 | Plaintiff's Exhibit 39 - Davis Master File excerpts |
| 326 | Plaintiff's Exhibit 40 - EJI letter and First Monitoring Report |
| 327 | Plaintiff's Exhibit 41 - Gwendolyn Givens's Amended Responses to Plaintiff's First Request to Admit |
| 328 | Plaintiff's Exhibit 42 - Dwayne Estes memo |
| 329 | Plaintiff's Exhibit 43 - 12/27/17 Duty Officer Report regarding Institutional Searches |
| 330 | Plaintiff's Exhibit 44 - 3/25/19 email from Bob Horton regarding New York Times inquiry |
| 331 | Plaintiff's Exhibit 45 - 5/8/2020 letter to Gwendolyn Givens from Dunn regarding demotion |
| 332 | Plaintiff's Exhibit 46 - Jackson Master File excerpts |

| | |
|---|---|
| 333 | Plaintiff's Exhibit 47 - Gary Malone's Amended Responses to Plaintiff's First Request to Admit |
| 334 | Plaintiff's Exhibit 48 - Mortality in State and Federal Prisons, 2001-2018 – Statistical Tables |
| 335 | Plaintiff's Exhibit 49 - Security Meeting Minutes |
| 336 | Plaintiff's Exhibit 50 - Andrews Conviction Report |
| 337 | Plaintiff's Exhibit 51 - 1/22/2019 Incident Report |
| 338 | Plaintiff's Exhibit 52 - Antoine Price statement |
| 339 | Plaintiff's Exhibit 53 - Monitor's Report on Non-Compliance |
| 340 | Plaintiff's Exhibit 54 - 6/19/2017 Security Staff Meeting Minutes |
| 341 | Plaintiff's Exhibit 55 - 6/13/2016 Incident Report involving Clarence Jackson |
| 342 | Plaintiff's Exhibit 56 - Larry Baker Deposition in *Ezell-Guy* |
| 342-1 | Plaintiff's Exhibit 57 - Ex A to Baker Deposition |
| 342-2 | Plaintiff's Exhibit 58 - Ex B to Baker Dep |
| 342-3 | Plaintiff's Exhibit 59 - Ex C to Baker Dep |
| 342-4 | Plaintiff's Exhibit 60 - Ex D to Baker Dep |
| 342-5 | Plaintiff's Exhibit 61 - Ex E to Baker Dep |
| 342-6 | Plaintiff's Exhibit 62 - Ex F to Baker Dep |
| 342-7 | Plaintiff's Exhibit 63 - Ex G to Baker Dep |
| 343 | Plaintiff's Exhibit 65 - Deposition of Kevin White in *Ezell-Guy* |
| 343-1 | Plaintiff's Exhibit 66 - Exhibit A to White Deposition |
| 343-2 | Plaintiff's Exhibit 67 - Exhibit B to White Deposition (filed conventionally) |
| 343-3 | Plaintiff's Exhibit 68 - Exhibit C to White Deposition |
| 343-4 | Plaintiff's Exhibit 69 - Exhibit D to White Deposition |
| 343-5 | Plaintiff's Exhibit 70 - Exhibit E to White Deposition |
| 343-6 | Plaintiff's Exhibit 71 - Exhibit F to White Deposition |
| 343-7 | Plaintiff's Exhibit 72 - Exhibit G to White Deposition |
| 343-8 | Plaintiff's Exhibit 73 - Exhibit H to White Deposition |
| 343-9 | Plaintiff's Exhibit 74 - Exhibit I to White Deposition |
| 343-10 | Plaintiff's Exhibit 75 - Exhibit J to White Deposition |

| | |
|---|---|
| 343-11 | Plaintiff's Exhibit 76 - Exhibit K to White Deposition |
| 343-12 | Plaintiff's Exhibit 77 - Exhibit L to White Deposition |
| 344 | Plaintiff's Exhibit 78 - Cynthia Caver Deposition in *Ezell-Guy* |
| 344-1 | Plaintiff's Exhibit 79 - Exhs 1-3 to Caver Deposition |
| 345 | Plaintiff's Exhibit 80 - Deposition of Charles Daniels in *Ezell-Guy* |
| 345-1 | Plaintiff's Exhibit 81 - Exhs 1-4 to Daniels Deposition |
| 346 | Plaintiff's Exhibit 82 - Deposition of Antoine Price in *Ezell-Guy* |
| 346-1 | Plaintiff's Exhibit 83 - Exh 1 to Price Deposition |
| 346-2 | Plaintiff's Exhibit 84 - Exhibits 2-11 to Price Deposition |
| 347 | Plaintiff's Exhibit 85 - Deposition of Christy Vincent in *Ezell-Guy* |
| 347-1 | Plaintiff's Exhibit 86 - Deposition of Christy Vincent |
| 347-2 | Plaintiff's Exhibit 87 - Exh 1 to Vincent Deposition |
| 347-3 | Plaintiff's Exhibit 88 - Exhs 2-4 to Vincent Deposition |
| 348 | Plaintiff's Exhibit 89 - Deposition of Kevin Myers |
| 348-1 | Plaintiff's Exhibit 90 - Exh A to Myers Deposition |
| 348-2 | Plaintiff's Exhibit 91 - Ex B to Myers Deposition |
| 348-3 | Plaintiff's Exhibit 92 - Ex C to Myers Deposition |
| 349 | Plaintiff's Exhibit 93 - Deposition of LaTonya Scott in *Ezell-Guy* |
| 349-1 | Plaintiff's Exhibit 94 - Exh A to Scott Deposition |
| 349-2 | Plaintiff's Exhibit 95 - Exh B to Scott Deposition |
| 349-3 | Plaintiff's Exhibit 96 - Exh C to Scott Deposition |
| 350 | Plaintiff's Exhibit 97 - Deposition of William Ragsdale in *Ezell-Guy* |
| 350-1 | Plaintiff's Exhibit 98 - Exhs 1-10 to Ragsdale Deposition |
| 351 | Plaintiff's Exhibit 99 - Deposition of Mark Inch in *Ezell-Guy* |
| 351-1 | Plaintiff's Exhibit 100 - Exh 1 to Inch Deposition in *Ezell-Guy* |
| 352 | Plaintiff's Exhibit 101 - Deposition of Anthony Brooks in *Ezell-Guy* |
| 352-1 | Plaintiff's Exhibit 102 - Exhs 1-23 to Brooks Deposition |
| 353 | Plaintiff's Exhibit 103 - Deposition of Grantt Culliver in *Ezell-Guy* |
| 353-1 | Plaintiff's Exhibit 104 - Exhs 1-6 to Culliver Deposition |
| 354 | Plaintiff's Exhibit - Deposition of Grantt Culliver in *Huffman* |

| | |
|---|---|
| 354-1 | Plaintiff's Exhibit 106 - Exhibit 1 to Culliver Deposition in *Huffman* |
| 354-2 | Plaintiff's Exhibit 107 - Exh 2 to Culliver Dep in *Huffman* |
| 354-3 | Plaintiff's Exhibit 108 - Exh 3 To Culliver Dep in *Huffman* |
| 354-4 | Plaintiff's Exhibit 109 - Exh 4 to Culliver Dep in *Huffman* |
| 354-5 | Plaintiff's Exhibit 110 - Ex 5 to Culliver Dep in *Huffman* |
| 354-6 | Plaintiff's Exhibit 111 - Ex 6 to Culliver Dep in *Huffman* |
| 354-7 | Plaintiff's Exhibit 112 - Ex 8 to Culliver Dep in *Huffman* |
| 354-8 | Plaintiff's Exhibit 113 - Ex 9 to Culliver Dep in *Huffman* |
| 354-9 | Plaintiff's Exhibit 114 - Ex 11 to Culliver Dep in *Huffman* |
| 354-10 | Plaintiff's Exhibit 115 - Ex 12 to Culliver Dep in *Huffman* |
| 354-11 | Plaintiff's Exhibit 116 - Ex 13 to Culliver Dep in *Huffman* |
| 354-12 | Plaintiff's Exhibit 117 - Ex 14 to Culliver Dep in *Huffman* |
| 355 | Plaintiff's Exhibit 118 - Deposition of Gwendolyn Givens in *Ezell-Guy* |
| 355-1 | Plaintiff's Exhibit 119 - Exhs 1-18 to Givens Deposition |
| 356 | Plaintiff's Exhibit 120 - Deposition of Jefferson Dunn in *Ezell-Guy* |
| 356-1 | Plaintiff's Exhibit 121 - Ex 1 to Dunn Deposition |
| 356-2 | Plaintiff's Exhibit 122 - Ex 2 to Dunn Deposition |
| 356-3 | Plaintiff's Exhibit 123 - Ex 3 to Dunn Deposition |
| 356-4 | Plaintiff's Exhibit 124 - Ex 4 to Dunn Deposition |
| 356-5 | Plaintiff's Exhibit 125 - Ex 5 to Dunn Deposition |
| 356-6 | Plaintiff's Exhibit 126 - Ex 6 to Dunn Deposition |
| 356-7 | Plaintiff's Exhibit 127 - Ex 7 to Dunn Deposition |
| 356-8 | Plaintiff's Exhibit 128 - Ex 8 to Dunn Deposition |
| 356-9 | Plaintiff's Exhibit 129 - Ex 9 to Dunn Deposition |
| 356-10 | Plaintiff's Exhibit 130 - Ex 10 to Dunn Deposition |
| 356-11 | Plaintiff's Exhibit 131 - Ex 11 to Dunn Deposition |
| 356-12 | Plaintiff's Exhibit 132 - Ex 12 to Dunn Deposition |
| 356-13 | Plaintiff's Exhibit 133 - Ex 13 to Dunn Deposition |
| 356.-14 | Plaintiff's Exhibit 134 - Ex 14 to Dunn Deposition |
| 356-15 | Plaintiff's Exhibit 135 - Ex 15 to Dunn Deposition |

| | |
|---|---|
| 356-16 | Plaintiff's Exhibit 136 - Ex 16 to Dunn Deposition |
| 356-17 | Plaintiff's Exhibit 137 - Ex 17 to Dunn Deposition |
| 357 | Plaintiff's Exhibit 138 - Jefferson Dunn Deposition in *Huffman* |
| 357-1 | Plaintiff's Exhibit 139 - Ex 1 to Dunn Deposition in *Huffman* |
| 357-2 | Plaintiff's Exhibit 140 - Ex 2 to Dunn Deposition in *Huffman* |
| 357-3 | Plaintiff's Exhibit 141 - Ex 3 to Dunn Deposition in *Huffman* |
| 357-4 | Plaintiff's Exhibit 142 - Ex 4 to Dunn Deposition in *Huffman* |
| 357-5 | Plaintiff's Exhibit 143 - Ex 5 to Dunn Deposition in *Huffman* |
| 357-6 | Plaintiff's Exhibit 144 - Ex 6 to Dunn Deposition in *Huffman* |
| 357-7 | Plaintiff's Exhibit 145 - Ex 7 to Dunn Deposition in *Huffman* |
| 357-8 | Plaintiff's Exhibit 146 - Ex 8 to Dunn Deposition in *Huffman* |
| 357-9 | Plaintiff's Exhibit 147 - Ex 9 to Dunn Deposition in *Huffman* |
| 357-10 | Plaintiff's Exhibit 148 - Ex 10 to Dunn Deposition in *Huffman* |
| 358 | Plaintiff's Exhibit 149 - Deposition of Jefferson Dunn in *Miller* |
| 358-1 | Plaintiff's Exhibit 150 - Ex A to Dunn Deposition in *Miller* |
| 358-2 | Plaintiff's Exhibit 151 - Ex B to Dunn Deposition in *Miller* |
| 358-3 | Plaintiff's Exhibit 152 - Ex E to Dunn Deposition in *Miller* |
| 359 | Plaintiff's Exhibit 153 - Deposition of Anthony Brooks in *Huffman* |
| 359-1 | Plaintiff's Exhibit 154 - Ex 1 to Brooks Deposition in *Huffman* |
| 359-2 | Plaintiff's Exhibit 155 - Ex 2 to Brooks Deposition in *Huffman* |
| 359-3 | Plaintiff's Exhibit 156 - Ex 3 to Brooks Deposition in *Huffman* |
| 359-4 | Plaintiff's Exhibit 157 - Ex 4 to Brooks Deposition in *Huffman* |
| 359-5 | Plaintiff's Exhibit 158 - Ex 5 to Brooks Deposition in *Huffman* |
| 359-6 | Plaintiff's Exhibit 159 - Ex 6 to Brooks Deposition in *Huffman* |
| 359-7 | Plaintiff's Exhibit 160- Ex 7 to Brooks Deposition in *Huffman* |
| 359-8 | Plaintiff's Exhibit 161 - Ex 8 to Brooks Deposition in *Huffman* |
| 359-9 | Plaintiff's Exhibit 162 - Ex 9 to Brooks Deposition in *Huffman* |
| 359-10 | Plaintiff's Exhibit 163 - Ex 10 to Brooks Deposition in *Huffman* |
| 359-11 | Plaintiff's Exhibit 164 - Ex 11 to Brooks Deposition in *Huffman* |
| 359-12 | Plaintiff's Exhibit 165 - Ex 13 to Brooks Deposition in *Huffman* |
| 359-13 | Plaintiff's Exhibit 166 - Ex 14 to Brooks Deposition in *Huffman* |
| 359-14 | Plaintiff's Exhibit 167 - Ex 15 to Brooks Deposition in *Huffman* |

| | |
|---|---|
| 359-15 | Plaintiff's Exhibit 168 - Ex 16 to Brooks Deposition in *Huffman* |
| 359-16 | Plaintiff's Exhibit 169 - Ex 17 to Brooks Deposition in *Huffman* |
| 359-17 | Plaintiff's Exhibit 170 - Ex 18 to Brooks Deposition in *Huffman* |
| 359-18 | Plaintiff's Exhibit 171 - Ex 18-2 to Brooks Deposition in *Huffman* |
| 359-19 | Plaintiff's Exhibit 172 - Ex 19 to Brooks Deposition in *Huffman* |
| 359-20 | Plaintiff's Exhibit 173 - Ex 20 to Brooks Deposition in *Huffman* |
| 359-21 | Plaintiff's Exhibit 174 - Ex 21 to Brooks Deposition in *Huffman* |
| 359-21 | Plaintiff's Exhibit 175 - Ex 22 to Brooks Deposition in *Huffman* |
| 360 | Plaintiff's Exhibit 176 - Deposition of Edward Ellington in *Ezell-Guy* |
| 360-1 | Plaintiff's Exhibit 177 - Ex 1 to Ellington Deposition |
| 360-2 | Plaintiff's Exhibit 178 - Ex 2 to Ellington Deposition |
| 360-3 | Plaintiff's Exhibit 179 - Ex 3 to Ellington Deposition |
| 360-4 | Plaintiff's Exhibit 180 - Ex 4 to Ellington Deposition |
| 360-5 | Plaintiff's Exhibit 181 - Ex 5 to Ellington Deposition |
| 360-6 | Plaintiff's Exhibit 182 - Ex 6 to Ellington Deposition |
| 360-7 | Plaintiff's Exhibit 183 - Ex 7 to Ellington Deposition |
| 360-8 | Plaintiff's Exhibit 184 - Ex 8 to Ellington Deposition |
| 360-9 | Plaintiff's Exhibit 185 - Ex 9 to Ellington Deposition |
| 360-10 | Plaintiff's Exhibit 186 - Ex 10 to Ellington Deposition |
| 360-11 | Plaintiff's Exhibit 187 - Ex 11 to Ellington Deposition |
| 360-12 | Plaintiff's Exhibit 188 - Ex 12 to Ellington Deposition |
| 360-13 | Plaintiff's Exhibit 189 - Ex 13 to Ellington Deposition |
| 361 | Plaintiff's Exhibit 190 - Deposition of Edward Ellington in *Huffman* |
| 361-1 | Plaintiff's Exhibit 191 - Ex 1 to Ellington Deposition in *Huffman* |
| 361-2 | Plaintiff's Exhibit 192 - Ex 2 to Ellington Deposition in *Huffman* |
| 361-3 | Plaintiff's Exhibit 193 - Ex 3 to Ellington Deposition in *Huffman* |
| 361-4 | Plaintiff's Exhibit 194 - Ex 4 to Ellington Deposition in *Huffman* |
| 361-5 | Plaintiff's Exhibit 195 - Ex 5 to Ellington Deposition in *Huffman* |
| 361-6 | Plaintiff's Exhibit 196 - Ex 6 to Ellington Deposition in *Huffman* |
| 361-7 | Plaintiff's Exhibit 197 - Ex 7 to Ellington Deposition in *Huffman* |

| | |
|---|---|
| 361-8 | Plaintiff's Exhibit 198 - Ex 9 to Ellington Deposition in *Huffman* |
| 361-9 | Plaintiff's Exhibit 199 - Ex 10 to Ellington Deposition in *Huffman* |
| 361-10 | Plaintiff's Exhibit 200 - Ex 11 to Ellington Deposition in *Huffman* |
| 361-11 | Plaintiff's Exhibit 201 - Ex 12 to Ellington Deposition in *Huffman* |
| 361-12 | Plaintiff's Exhibit 202 - Ex 13 to Ellington Deposition in *Huffman* |
| 361-13 | Plaintiff's Exhibit 203 - Ex 14 to Ellington Deposition in *Huffman* |
| 361-14 | Plaintiff's Exhibit 204 - Ex 15 to Ellington Deposition in *Huffman* |
| 361-15 | Plaintiff's Exhibit 205 - Ex 16 to Ellington Deposition in *Huffman* |
| 362 | Plaintiff's Exhibit 206 - Deposition of Brian Zawilinksi in *Ezell-Guy* |
| 362-1 | Plaintiff's Exhibit 207 - Ex A to Zawilinski Deposition |
| 362-2 | Plaintiff's Exhibit 208 - Ex B to Zawilinski Deposition |
| 362-3 | Plaintiff's Exhibit 209 - Ex C to Zawilinski Deposition |
| 363 | Plaintiff's Exhibit 211 - Deposition of Karla Jones in *Huffman* |
| 363-1 | Plaintiff's Exhibit 212 - Ex 1 to Jones Deposition in *Huffman* |
| 363-2 | Plaintiff's Exhibit 213 - Ex 2 to Jones Deposition in *Huffman* |
| 363-3 | Plaintiff's Exhibit 214 - Ex 3 to Jones Deposition in *Huffman* |
| 363-4 | Plaintiff's Exhibit 215 - Ex 4 to Jones Deposition in *Huffman* |
| 363-5 | Plaintiff's Exhibit 216 - Ex 5 to Jones Deposition in *Huffman* |
| 363-6 | Plaintiff's Exhibit 217 - Ex 6 to Jones Deposition in *Huffman* |
| 363-7 | Plaintiff's Exhibit 218 - Ex 7 to Jones Deposition in *Huffman* |
| 363-8 | Plaintiff's Exhibit 219 - Ex 8 to Jones Deposition in *Huffman* |
| 363-9 | Plaintiff's Exhibit 220 - Ex 9 to Jones Deposition in *Huffman* |
| 363-10 | Plaintiff's Exhibit 221 - Ex 10 to Jones Deposition in *Huffman* |
| 363-11 | Plaintiff's Exhibit 222 - Ex 11 to Jones Deposition in *Huffman* |
| 363-12 | Plaintiff's Exhibit 223 - Ex 12 to Jones Deposition in *Huffman* |
| 363-13 | Plaintiff's Exhibit 224 - Ex 13 to Jones Deposition in *Huffman* |
| 363-14 | Plaintiff's Exhibit 225 - Ex 14 to Jones Deposition in *Huffman* |
| 363-15 | Plaintiff's Exhibit 226 - Ex 15 to Jones Deposition in *Huffman* |
| 363-16 | Plaintiff's Exhibit 227 - Ex 16 to Jones Deposition in *Huffman* |
| 363-17 | Plaintiff's Exhibit 228 - Ex 17 to Jones Deposition in *Huffman* |
| 363-18 | Plaintiff's Exhibit 229 - Ex 18 to Jones Deposition in *Huffman* |

| | |
|---|---|
| 363-19 | Plaintiff's Exhibit 230 - Ex 19 to Jones Deposition in *Huffman* |
| 363-20 | Plaintiff's Exhibit 231 - Ex 20 to Jones Deposition in *Huffman* |
| 363-21 | Plaintiff's Exhibit 232 - Ex 21 to Jones Deposition in *Huffman* |
| 363-22 | Plaintiff's Exhibit 233 - Ex 22 to Jones Deposition in *Huffman* |
| 363-23 | Plaintiff's Exhibit 234 - Ex 23 to Jones Deposition in *Huffman* |
| 364 | Plaintiff's Exhibit 235 - Statement of Rafael Santa-Maria |
| 365 | Plaintiff's Exhibit 236 - Deposition of Angelia Gordy in *Ezell-Guy* |
| 365-1 | Plaintiff's Exhibit 237 - Exhs 1-13 to Gordy Deposition in *Ezell-Guy* |
| 366 | Plaintiff's Exhibit 238 - Deposition of Neketris Estelle in *Ezell-Guy* |
| 366-1 | Plaintiff's Exhibit 239 - Deposition of Neketris Estelle in *Ezell-Guy* |
| 366-2 | Plaintiff's Exhibit 240 - Ex 1 to Estelle Deposition in *Ezell-Guy* |
| 366-3 | Plaintiff's Exhibit 241 - Ex 2 to Estelle Deposition in *Ezell-Guy* |
| 366-4 | Plaintiff's Exhibit 242 - Ex 4 to Estelle Deposition in *Ezell-Guy* |
| 366-5 | Plaintiff's Exhibit 243 - Ex 5 to Estelle Deposition in *Ezell-Guy* |
| 366-6 | Plaintiff's Exhibit 244 - Ex 6 to Estelle Deposition in *Ezell-Guy* |
| 366-7 | Plaintiff's Exhibit 245 - Ex 7 to Estelle Deposition in *Ezell-Guy* |
| 366-8 | Plaintiff's Exhibit 246 - Ex 8 to Estelle Deposition in *Ezell-Guy* |
| 366-9 | Plaintiff's Exhibit 247 - Ex 9 to Estelle Deposition in *Ezell-Guy* |
| 366-10 | Plaintiff's Exhibit 248 - Ex 10 to Estelle Deposition in *Ezell-Guy* |
| 366-11 | Plaintiff's Exhibit 249 - Ex 11 to Estelle Deposition in *Ezell-Guy* |
| 367 | Plaintiff's Exhibit 250 - Deposition of Karla Jones in *Ezell-Guy* |
| 367-1 | Plaintiff's Exhibit 251 - Ex A to Jones Deposition in *Ezell-Guy* |
| 367-2 | Plaintiff's Exhibit 252 - Ex B to Jones Deposition in *Ezell-Guy* |
| 367-3 | Plaintiff's Exhibit 253 - Ex C to Jones Deposition in *Ezell-Guy* |
| 367-4 | Plaintiff's Exhibit 254 - Ex D to Jones Deposition in *Ezell-Guy* |
| 367-5 | Plaintiff's Exhibit 255 - Ex E to Jones Deposition in *Ezell-Guy* |
| 367-6 | Plaintiff's Exhibit 256 - Ex F to Jones Deposition in *Ezell-Guy* |
| 367-7 | Plaintiff's Exhibit 257 - Ex G to Jones Deposition in *Ezell-Guy* |
| 367-8 | Plaintiff's Exhibit 258 - Ex H to Jones Deposition in *Ezell-Guy* |

| | |
|---|---|
| 367-9 | Plaintiff's Exhibit 259 - Ex I to Jones Deposition in *Ezell-Guy* |
| 367-10 | Plaintiff's Exhibit 260 - Ex J to Jones Deposition in *Ezell-Guy* |
| 367-11 | Plaintiff's Exhibit 261 - Ex K to Jones Deposition in *Ezell-Guy* |
| 367-12 | Plaintiff's Exhibit 262 - Ex L to Jones Deposition in *Ezell-Guy* |
| 367-13 | Plaintiff's Exhibit 263 - Ex M to Jones Deposition in *Ezell-Guy* |
| 367-14 | Plaintiff's Exhibit 264 - Ex N to Jones Deposition in *Ezell-Guy* |
| 367-15 | Plaintiff's Exhibit 265 - Ex O to Jones Deposition in *Ezell-Guy* |
| 367-16 | Plaintiff's Exhibit 266 - Ex P to Jones Deposition in *Ezell-Guy* |
| 367-17 | Plaintiff's Exhibit 267 - Ex Q to Jones Deposition in *Ezell-Guy* |
| 367-18 | Plaintiff's Exhibit 268 - Ex R to Jones Deposition in *Ezell-Guy* |
| 367-19 | Plaintiff's Exhibit 269 - Ex S to Jones Deposition in *Ezell-Guy* |
| 367-20 | Plaintiff's Exhibit 270 - Ex T to Jones Deposition in *Ezell-Guy* |
| 367-21 | Plaintiff's Exhibit 271 - Ex U to Jones Deposition in *Ezell-Guy* |
| 368 | Plaintiff's Exhibit 272 - Statement of Rickey Johnson |
| 369 | Plaintiff's Exhibit 274 - Incident Reporting Spreadsheet 3.15.19 (filed conventionally in native format and under seal) |
| 370 | Plaintiff's Exhibit 273 - Incident Spreadsheet - ADOC045014 (filed conventionally in native format and under seal) |
| 371 | Plaintiff's Exhibit 275 - 1/14/2014 Incident Report |
| 372 | Plaintiff's Exhibit 276 - ADOC Official's Initial Rule 26(a)(1) Disclosures |
| 373 | Plaintiff's Exhibit 277 - Larry Baker's Initial Rule 26(a)(1) Disclosures |
| 374 | Plaintiff's Exhibit 278 - Deposition of Gwendolyn Givens in *Ezell-Guy* (corrected, full version of Plaintiff's Exhibit 118) |

Respectfully submitted,

BY: /s/ Megan Pierce
*One of Plaintiff's Attorneys*

BY: /s/ Anil Mujumdar
*Local Counsel*

\*Ruth Z. Brown (pro hac vice)  
Megan Pierce (pro hac vice)  
Quinn Rallins (pro hac vice)  
Attorneys for Plaintiff  
LOEVY & LOEVY  
311 N. Aberdeen, 3rd Floor  
Chicago, IL 60607  
Telephone: 312-243-5900  
Fax: 312-243-5902  
Email: ruth@loevy.com,  
      megan@loevy.com  
      rallins@loevy.com  
\*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)  
Dagney Johnson Law Group  
2170 Highland Avenue, Suite 250  
Birmingham, AL 35205  
T: 205.590.6986  
F: 205.809.7899  
E: anil@dagneylaw.com

## CERTIFICATE OF SERVICE

     I, Megan Pierce, an attorney, hereby certify that on March 5, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, thereby effecting service on all counsel of record.

                        /s/Megan Pierce  
                        *One of Plaintiff's Attorneys*