## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:20-CV-2058-ACA** |
| | ) | |
| **JEFFERSON DUNN,** *et. al.,* | ) | |
| **Defendants.** | ) | |
| | ) | |

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' PARTIAL EXHIBIT UNDER SEAL

**COMES NOW** Defendant Larry Baker ("Defendant Baker") and respectfully requests leave to file partial exhibits, (Docs. 190-10, 190-38, 190-56, 190-58, 190-74, 198-7, 198-9, 205-1, 206-1, 210-1, 210-2, 213-1, 214-1, 216, 220-1, 222-1, 223-1, 224-1, 225-1, 230-1, 232-1, 233-1, 240-1, 242-1, 243-1), supporting his Motion for Summary Judgment, under seal for the following reasons:

1.      Defendant's Motion for Summary Judgment and Brief in Support thereof refers to and relies upon numerous, voluminous exhibits. The specific exhibits listed above contain sensitive and confidential information, including:

a.      190-10, 190-56, 190-58, 190-74, 206-1, 210-1, 222-1: contains the Social Security Numbers for various individuals;

b. Docs. 190-38, 198-9: contains information regarding current inmates in the Alabama Department of Corrections ("ADOC") system with gang affiliations;

c. Doc. 198-7: identifies specific victims of assault who are currently incarcerated with the ADOC;

d. Docs. 205-1, 206-1: contain a current inmate's mother's name who is not relevant to this lawsuit; and

e. Docs. 210-2, 213-1, 214-1, 220-1, 224-1, 225-1, 230-1, 232-1, 233-1, 240-1, 242-1, 243-1: contain photographs of a deceased inmate's body following a stabbing;

2. These documents were filed by Defendant Larry Baker without redactions inadvertently on January 30, 2025.

3. Defendant Baker respectfully submits that the highly confidential and sensitive nature of the information contained in these documents justifies that they be filed under seal and replaced with redacted versions of the same exhibits.

4. Defendant Baker conferred with all counsel regarding the above-mentioned exhibits being filed under seal on March 17, 2025, and Plaintiff's counsel does not oppose such filings under seal.

For these reasons, Defendant Baker seeks leave to re-file Docs. 190-10, 190-38, 190-56, 190-58, 190-74, 198-7, 198-9, 205-1, 206-1, 210-1, 210-2, 213-1, 214-

1, 216, 220-1, 222-1, 223-1, 224-1, 225-1, 230-1, 232-1, 233-1, 240-1, 242-1, and

243-1 under seal.

Respectfully submitted this 21st day of March 2025.

/s/ *Caitlin E. Cobb*

W. ALLEN SHEEHAN (ASB-7274-L69S)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)
CAITLIN E. COBB (ASB-2959-B63E)
*One of the Attorneys for Larry Baker*

**CAPELL & HOWARD, P.C.**
150 S. Perry Street (36104)
P.O. Box 2069
Montgomery, AL  36102-2069
Phone: (334) 241-8000
Fax:    (334) 323-8888
Email: allen.sheehan@chlaw.com
        rick.hill@chlaw.com
        jimmy.walter@chlaw.com
        caitlin.cobb@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Ruth Zemel Brown
Megan Colleen Pierce
Quinn Rallins
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
anil@dagneylaw.com

*Attorneys for Plaintiff*

William R. Lunsford
Matthew B. Reeves
William J. Cranford, III
Daniel J. Chism
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, AL 35801
Bill.lunsford@butlersnow.com
Matt.reeves@butlersnow.com
Will.cranford@butlersnow.com
Daniel.chism@butlersnow.com

*Attorneys for Jefferson Dunn, Jeffrey Williams, Grantt Culliver, Charles Daniels, Christy Vincent, Karla Jones, and Edward Ellington*

/s/ *Caitlin E. Cobb*
**OF COUNSEL**