FILED

2025 Jan-28 PM 04:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



# State of Alabama
# Department of Corrections



Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

**KAY IVEY**
GOVERNOR

**JOHN Q. HAMM**
COMMISSIONER

November 7 2022

## MEMORANDUM

TO:        Cynthia D Caver

FROM:     Kimberly Weary
              Personnel Director

SUBJECT:   ANNUAL INCREASE IN PAY

Please be advised that you will receive a 2 step increase in pay effective **December 1, 2022**.

This increase is based on the rating you received on your recent Employee Performance Appraisal. Your effective rate of pay will increase from $1694.40 to $1780.70 which includes any applicable differential pay and will first appear in the check you receive on **January 1, 2023**.

**\*\*CONFIDENTIAL\*\***

# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

**KAY IVEY**
**GOVERNOR**



**JEFFERSON S. DUNN**
**COMMISSIONER**

## WAIVER AND AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

This constitutes my consent and authorization for the disclosure or furnishing of any relevant and necessary personal information or records, whether the records are of a public, private or confidential nature, to the Alabama Department of Corrections (ADOC) by any person, corporation, agency, or association concerning my moral character, education, financial transactions, medical history, employment records, criminal records, driving records, military service records, and any other information as may be relevant and necessary for a determination on my suitability as an employee, volunteer, visitor, vendor, or contract employee with ADOC. I authorize and request the full release of the information, without any reservation, throughout the duration of my association with ADOC. Your reply will be used to assist the ADOC in making a determination on my suitability.

I understand my rights under Title 5, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by the Alabama Department of Corrections (ADOC) in conjunction with the department's employment, volunteer, or visitation policies and/or other security matters and that this information is the sole property of the ADOC regardless of the outcome of this investigation. I fully understand that I shall not be entitled to have disclosed to me the contents of any of the documents, records, and other information provided.

I hereby release the persons, corporations, agencies, associations and their employees, agents, and representatives both individually and collectively, from any and all liability for damages of whatever kind, which may result because of compliance with this authorization and request.

_Cynthia Cover_
PRINTED NAME

_____
ALIAS NAMES (Also Known As, Maiden Names or Nicknames)

_Cynthia Cover_
APPLICANT'S SIGNATURE

_3 13 19_
DATE

Sworn to and subscribed before me this _3rd_ day of _May_ A. D., 20 _H_

_Kimberly Weary_
Notary Public

My Commission Expires: **My Commission Expires 11/9/2022**

NOTE:  A PHOTOCOPY REPRODUCTION OF THE REQUEST SHALL BE FOR ALL INTENTS AND PURPOSES AS VALID AS THE ORIGINAL. YOU MAY RETAIN THIS FORM IN YOUR FILE.

DOC Form 216-A

ADOC002237

**CONFIDENTIAL**




# State of Alabama
# Department of Corrections
### Personnel Division
P. O. Box 301501
Montgomery, AL 36130-1501

**KAY IVEY**
GOVERNOR

**JEFFERSON DUNN**
COMMISSIONER

## AFFIDAVIT

STATE OF ALABAMA                                                  )

                                                                 )

COUNTY OF: __Jefferson__                                         )

Before me this day personally appeared __Cynthia Caver__

I have never been convicted of a *felony*. I have never been convicted of *domestic violence*. I **CIRCLE ONE** (have / have not) been convicted of a *misdemeanor involving force, violence, or moral turpitude*.

I do solemnly swear (or affirm) that all of the statements made in this affidavit are true and correct to the best of my knowledge and belief and are made in good faith.

_Cynthia Caver_
(Signature of Affiant)

Sworn to and subscribed before me this __3rd__ day of __May__ A.D., 20 __19__

_____
Notary Public

My Commission Expires: _____

My Commission Expires January 7, 2023

Telephone (334) 353-9510                    Fax (334) 353-9528
301 South Ripley Street
Montgomery, AL 36104

ADOC002238

**CONFIDENTIAL**




# State of Alabama
# Department of Corrections

Personnel Division
P. O. Box 301501
Montgomery, AL 36130-1501

KAY IVEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

**TO:**  Applicants for Employment and Re-Employment
Correctional Officer Jobs

**FROM:**  The Alabama Department of Corrections (ADOC)
Personnel Division

**SUBJECT:  PRE-EMPLOYMENT DRUG TESTING CONSENT MEMORANDUM**

The ADOC requires all Correctional Officer job applicants and staff to submit to a drug screening as a term and condition of employment. The purpose of the drug test is to ensure that all Correctional Officers are drug free and capable of performing their duties while maintaining high security and safety standards in the work place.

Before you can be considered for employment, re-employment or continued employment, you must submit to and successfully pass a drug test conducted from time to time by the Department. Therefore, you must carefully read and sign the statement below indicating your understanding of and your consent to drug testing.

> **I understand that it is the ADOC's policy to require all applicants for Correctional Officer jobs and Correctional Officer staff members to take a drug test (testing of a urine specimen) as a term and condition of initial and continued employment. I further understand that my failure to submit to or a positive drug test would be cause for denial of employment or dismissal, if already employed. Therefore, I hereby knowingly and freely give my consent to submit to an ADOC drug test.**

Cynthia Cauer
Name (Print)

Cynthia Cauer
Signature

5/3/19
Date

Sworn to and subscribed before me this ___3rd___ Day of ___May___, 20_19_

_____
Notary Public

My Commission Expires _____

**My Commission Expires January 7, 2023**

Annex – AR 211

Telephone (334) 353-9510
301 South Ripley Street
Montgomery, AL 36104

Fax (334) 353-9528

ADOC002239



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



ROBERT J BENTLEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

## WAIVER AND AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

This constitutes my consent and authorization for the disclosure or furnishing of any relevant and necessary personal information or records, whether the records are of a public, private or confidential nature, to the Alabama Department of Corrections (ADOC) by any person, corporation, agency, or association concerning my moral character, education, financial transactions, medical history, employment records, criminal records, driving records, military service records, and any other information as may be relevant and necessary for a determination on my suitability as an employee, volunteer, visitor, vendor, or contract employee with ADOC. I authorize and request the full release of the information, without any reservation, throughout the duration of my association with ADOC. Your reply will be used to assist the ADOC in making a determination on my suitability.

I understand my rights under Title 5, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by the Alabama Department of Corrections (ADOC) in conjunction with the department's employment, volunteer, or visitation policies and/or other security matters and that this information is the sole property of the ADOC regardless of the outcome of this investigation. I fully understand that I shall not be entitled to have disclosed to me the contents of any of the documents, records, and other information provided.

I hereby release the persons, corporations, agencies, associations and their employees, agents, and representatives both individually and collectively, from any and all liability for damages of whatever kind, which may result because of compliance with this authorization and request.

Cynthia D Caver
PRINTED NAME

_____
ALIAS NAMES (Also Known As; Maiden Names or Nicknames)

Cynthia D Caver
APPLICANT'S SIGNATURE

01-18-17
DATE

Sworn to and subscribed before me this 18th day of January A.D., 20 17

Rebecca H. Hall
Notary Public

My Commission Expires: 4/18/17

NOTE: A PHOTOCOPY REPRODUCTION OF THE REQUEST SHALL BE FOR ALL INTENTS AND PURPOSES AS VALID AS THE ORIGINAL. YOU MAY RETAIN THIS FORM IN YOUR FILE.

DOC Form 216-A

AR 216 -- December 7, 2015

ADOC002240





# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, Al 36130-1501
(334) 353-2083

ROBERT BENTLEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

## WAIVER AND AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

This constitutes my consent and authorization for the disclosure or furnishing of any relevant and necessary personal information or records, whether the records are of a public, private or confidential nature, to the Alabama Department of Corrections (ADOC) by any person, corporation, agency, or association concerning my moral character, education, financial transactions, medical history, employment records, criminal records, driving records, military service records, and any other information as may be relevant and necessary for a determination on my suitability as an employee, volunteer, visitor, vendor, or contract employee with ADOC. I authorize and request the full release of the information, without any reservation, throughout the duration of my association with ADOC. Your reply will be used to assist the ADOC in making a determination on my suitability.

I understand my rights under Title 5, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by the Alabama Department of Corrections (ADOC) in conjunction with the department's employment, volunteer, or visitation policies and/or other security matters and that this information is the sole property of the ADOC regardless of the outcome of this investigation. I fully understand that I shall not be entitled to have disclosed to me the contents of any of the documents, records, and other information provided.

I hereby release the persons, corporations, agencies, associations and their employees, agents, and representatives both individually and collectively, from any and all liability for damages of whatever kind, which may result because of compliance with this authorization and request.

Aliah Cora Littles
PRINTED NAME

_____
ALIAS NAMES (Also Known As-Maiden Names or Nicknames)

APPLICANT'S SIGNATURE

1-18-17
DATE

Sworn to and subscribed before me this 18th day of January A. D., 20 17.

Rebecca H Steele
Notary Public

My Commission Expires: 4/18/17

NOTE: A PHOTOCOPY REPRODUCTION OF THE REQUEST SHALL BE FOR ALL INTENTS AND PURPOSES AS VALID AS THE ORIGINAL. YOU MAY RETAIN THIS FORM IN YOUR FILE.

DOC Form 216-A.

AR 216 - December 7, 2015

ADOC002241



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



ROBERT BENTLEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

## WAIVER AND AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

This constitutes my consent and authorization for the disclosure or furnishing of any relevant and necessary personal information or records, whether the records are of a public, private or confidential nature, to the Alabama Department of Corrections (ADOC) by any person, corporation, agency, or association concerning my moral character, education, financial transactions, medical history, employment records, criminal records, driving records, military service records, and any other information as may be relevant and necessary for a determination on my suitability as an employee, volunteer, visitor, vendor, or contract employee with ADOC. I authorize and request the full release of the information, without any reservation, throughout the duration of my association with ADOC. Your reply will be used to assist the ADOC in making a determination on my suitability.

I understand my rights under Title 5, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by the Alabama Department of Corrections (ADOC) in conjunction with the department's employment, volunteer, or visitation policies and/or other security matters and that this information is the sole property of the ADOC regardless of the outcome of this investigation. I fully understand that I shall not be entitled to have disclosed to me the contents of any of the documents, records, and other information provided.

I hereby release the persons, corporations, agencies, associations and their employees, agents, and representatives both individually and collectively, from any and all liability for damages of whatever kind, which may result because of compliance with this authorization and request.

Derek James Jolly
PRINTED NAME

N/A
ALIAS NAMES (Also Known As, Maiden Names or Nicknames)

APPLICANT'S SIGNATURE

1-19-17
DATE

Sworn to and subscribed before me this 19th day of January A. D., 20 17

Rebecca H. Stern
Notary Public

My Commission Expires: 4/18/17

NOTE:    A PHOTOCOPY REPRODUCTION OF THE REQUEST SHALL BE FOR ALL INTENTS AND PURPOSES AS VALID AS THE ORIGINAL.
YOU MAY RETAIN THIS FORM IN YOUR FILE.

DOC Form 216-A

AR 216 - December 7, 2015

ADOC002242

**CONFIDENTIAL**



**ROBERT BENTLEY**
GOVERNOR

# State of Alabama
## Department of Corrections
### Personnel Division
P. O. Box 301501
Montgomery, AL 36130-1501



**JEFFERSON S. DUNN**
COMMISSIONER

---

**To:**  All Applicants

**From:**  The Alabama Department of Corrections (ADOC), Personnel Division

**Subject:**  Prison Rape Elimination Act (PREA) Compliance

Federal law and Alabama Department of Corrections (ADOC) administrative regulations prohibit the hiring of anyone who has been convicted, criminally or civilly, of inappropriate sexual behavior involving an individual who was incarcerated or otherwise unable to come and go from a facility without restriction. The same regulations also prohibit the hiring of persons who were involved in similar crimes in the community. Omissions of fact may be grounds for disciplinary action, up to and including termination should such omissions be discovered after appointment.

- *Have you ever been employed at such an institution (businesses such as nursing homes and child care facilities would be among the employers of note)?* Yes or No

If yes, Facility Name: _____
    Address: _____
    Position Held and Dates of Employment: _____
    Name and Phone Number of Contact: _____

- *If you were employed at more than one such facility, please utilize the space below to respond to the same set of questions for each such employer.*

If yes, Facility Name: _____
    Address: _____
    Position Held and Dates of Employment: _____
    Name and Phone Number of Contact: _____

- *Have you ever been accused or charged with inappropriate sexual behavior?* Yes or No

If yes, provide a clear narrative regarding the incident(s), the allegations, or charges and the outcome(s) of any investigation(s).
_____
_____
_____

- *Have you ever engaged in sexual abuse in a prison, jail, lockup, community confinement facility, or other institution?* Yes or No

ADOC Form 216-B – May 24, 2016
Page 1 of 2

AR 216-Change 1 – May 24, 2016

ADOC002243

**\*\*CONFIDENTIAL\*\***

If yes, provide a clear narrative regarding the incident(s), the allegations, or charges and the outcome(s) of any investigation.

_____

_____

- *Have you ever been convicted of engaging or attempting to engage in sexual activity in the community by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse?* Yes or No

If yes, provide a clear narrative regarding the incident(s), the allegations or charges and the outcome(s) of any investigation.

_____

- *Have you ever been civilly or administratively adjudicated to have engaged in the activity described above?* Yes or No

If yes, provide a clear narrative regarding the incident(s), the allegations or charges and the outcome(s) of any investigation.

_____

_____

Facility Name: _____

Address: _____

Position Held and Dates of Employment: _____

Name and Phone Number of Contact: _____

Facility Name: _____

Address: _____

Position Held and Dates of Employment: _____

Name and Phone Number of Contact: _____

Derek Jolly
Printed Applicant's Name

_____          1-19-17
Applicant's Signature             Date

_____          _____
CO Unit Personnel                 Date

ADOC Form 216-B – May 24, 2016
Page 2 of 2

AR 216-Change 1   May 24, 2016   ADOC002244

**CONFIDENTIAL***





# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883

ROBERT BENTLEY
GOVERNOR

JEFFERSON S. DUNN
COMMISSIONER

## WAIVER AND AUTHORIZATION TO RELEASE INFORMATION

TO WHOM IT MAY CONCERN:

This constitutes my consent and authorization for the disclosure or furnishing of any relevant and necessary personal information or records, whether the records are of a public, private or confidential nature, to the Alabama Department of Corrections (ADOC) by any person, corporation, agency, or association concerning my moral character, education, financial transactions, medical history, employment records, criminal records, driving records, military service records, and any other information as may be relevant and necessary for a determination on my suitability as an employee, volunteer, visitor, vendor, or contract employee with ADOC. I authorize and request the full release of the information, without any reservation, throughout the duration of my association with ADOC. Your reply will be used to assist the ADOC in making a determination on my suitability.

I understand my rights under Title 5, United States Code, Section 552A, the Privacy Act of 1974, and waive those rights with the understanding that information furnished will be used by the Alabama Department of Corrections (ADOC) in conjunction with the department's employment, volunteer, or visitation policies and/or other security matters and that this information is the sole property of the ADOC regardless of the outcome of this investigation. I fully understand that I shall not be entitled to have disclosed to me the contents of any of the documents, records, and other information provided.

I hereby release the persons, corporations, agencies, associations and their employees, agents, and representatives both individually and collectively, from any and all liability for damages of whatever kind, which may result because of compliance with this authorization and request.

Erron S. Dunn
PRINTED NAME

Scott Dunn, Scottie Dunn
ALIAS NAMES (Also Known As, Maiden Names or Nicknames)

Erron d. Dunn
APPLICANT'S SIGNATURE

DATE

Sworn to and subscribed before me this ___19th___ day of ___January___ A. D., 20 _17_

Rebecca H. Steele
Notary Public

My Commission Expires: ___4/18/17___

NOTE:    A PHOTOCOPY REPRODUCTION OF THE REQUEST SHALL BE FOR ALL INTENTS AND PURPOSES AS VALID AS THE ORIGINAL. YOU MAY RETAIN THIS FORM IN YOUR FILE.

DOC Form 216-A

AR 216 – December 7, 2015

ADOC002245

**CONFIDENTIAL**



SENSITIVE BUT UNCLASSIFIED

## Case Verification Number: 2017058155824BX

Report Prepared: 02/27/2017

### Company Information

Company ID: 506171

Company Name: Alabama Department of Corrections

Client Company ID: 516060

Client Company Name: Alabama Department of Corrections

### Employee Information

Last Name: Caver

First Name: Cynthia

Date of Birth:

Social Security Number: *** ** 

Hire Date: 02/24/2017

Citizenship Status: A citizen of the United States

### Document Information

List B Document: Driver's license or ID card issued by a U.S. state or outlying possession

List C Document: Social Security Card

Document Name: Driver's license

Document State: Alabama

Driver's License or ID Card Number:

Document Expiration Date: 09/12/2020

### Case Status Information

Final Case Result: Employment Authorized

Employer Case ID:

Case Submitted On: 02/27/2017

Case Submitted By: ASEL5108

Closed On: 02/27/2017

Closed By: ASEL5108

Closure Statement: The employee continues to work for the employer after receiving an Employment Authorized result.

SENSITIVE BUT UNCLASSIFIED

ADOC002246

**CONFIDENTIAL**



| | |
|---|---|
| **Employment Eligibility Verification**<br>**Department of Homeland Security**<br>U.S. Citizenship and Immigration Services | **USCIS**<br>**Form I-9**<br>OMB No. 1615-0047<br>Expires 08/31/2019 |

▶ **START HERE:** Read Instructions carefully before completing this form. The instructions must be available, either in paper or electronically, during completion of this form. Employers are liable for errors in the completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work-authorized individuals. Employers **CANNOT** specify which document(s) an employee may present to establish employment authorization and identity. The refusal to hire or continue to employ an individual because the documentation presented has a future expiration date may also constitute illegal discrimination.

### Section 1. Employee Information and Attestation (Employees must complete and sign Section 1 of Form I-9 no later than the first day of employment, but not before accepting a job offer.)

| Last Name (Family Name) | First Name (Given Name) | Middle Initial | Other Last Names Used (if any) |
|---|---|---|---|
| Clever | Cynthia | D | |

| Date of Birth (mm/dd/yyyy) | U.S. Social Security Number | Employee's E-mail Address | Employee's Telephone Number |
|---|---|---|---|
| ▆▆▆▆ | ▆▆▆▆ | Cynthia Clever | ▆▆▆▆ |

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following boxes):

- [✓] 1. A citizen of the United States
- [ ] 2. A noncitizen national of the United States (See instructions)
- [ ] 3. A lawful permanent resident    (Alien Registration Number/USCIS Number):
- [ ] 4. An alien authorized to work   until (expiration date, if applicable, mm/dd/yyyy):
      Some aliens may write "N/A" in the expiration date field. (See instructions)

Aliens authorized to work must provide only one of the following document numbers to complete Form I-9:
An Alien Registration Number/USCIS Number OR Form I-94 Admission Number OR Foreign Passport Number.

1. Alien Registration Number/USCIS Number:
                    OR
2. Form I-94 Admission Number:
                    OR
3. Foreign Passport Number:
   Country of Issuance:

| QR Code - Section 1<br>Do Not Write In This Space |
|---|

| Signature of Employee | Today's Date (mm/dd/yyyy) |
|---|---|
| Cynthia Clever | 2-24-17 |

### Preparer and/or Translator Certification (check one):

- [ ] I did not use a preparer or translator.  [ ] A preparer(s) and/or translator(s) assisted the employee in completing Section 1.

(Fields below must be completed and signed when preparers and/or translators assist an employee in completing Section 1.)

I attest, under penalty of perjury, that I have assisted in the completion of Section 1 of this form and that to the best of my knowledge the information is true and correct.

| Signature of Preparer or Translator | Today's Date (mm/dd/yyyy) |
|---|---|
| | |

| Last Name (Family Name) | First Name (Given Name) | | |
|---|---|---|---|
| | | | |

| Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| | | | |


STOP  Employer Completes Next Page  STOP



## Employment Eligibility Verification
### Department of Homeland Security
### U.S. Citizenship and Immigration Services

**USCIS**
**Form I-9**
OMB No. 1615-0047
Expires 08/31/2019

### Section 2. Employer or Authorized Representative Review and Verification
(Employers or their authorized representative must complete and sign Section 2 within 3 business days of the employee's first day of employment. You must physically examine one document from List A OR a combination of one document from List B and one document from List C as listed on the "Lists of Acceptable Documents.")

| Employee Info from Section 1 | Last Name *(Family Name)* | First Name *(Given Name)* | M.I. | Citizenship/Immigration Status |
|---|---|---|---|---|

| List A | OR | List B | AND | List C |
|---|---|---|---|---|
| Identity and Employment Authorization | | Identity | | Employment Authorization |

| | | | |
|---|---|---|---|
| Document Title | Document Title: Drivers License | Document Title: Social Security Card | |
| Issuing Authority | Issuing Authority: Alabama | Issuing Authority: Social Security Administration | |
| Document Number | Document ███ | Document Number ███ | |
| Expiration Date *(if any)(mm/dd/yyyy)* | Expiration Date *(if any)(mm/dd/yyyy)* ███ | Expiration Date *(if any)(mm/dd/yyyy)* | |

| Document Title | |
|---|---|
| Issuing Authority | Additional Information |
| Document Number | |
| Expiration Date *(if any)(mm/dd/yyyy)* | QR Code - Sections 2 & 3 Do Not Write In This Space |

| Document Title |
|---|
| Issuing Authority |
| Document Number |
| Expiration Date *(if any)(mm/dd/yyyy)* |

**Certification:** I attest, under penalty of perjury, that (1) I have examined the document(s) presented by the above-named employee, (2) the above-listed document(s) appear to be genuine and to relate to the employee named, and (3) to the best of my knowledge the employee is authorized to work in the United States.

The employee's first day of employment *(mm/dd/yyyy)*: _____ *(See Instructions for exemptions)*

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Title of Employer or Authorized Representative |
|---|---|---|
| *Latisha Hawkins* | 2/24/17 | Account Clerk |

| Last Name of Employer or Authorized Representative | First Name of Employer or Authorized Representative | Employer's Business or Organization Name |
|---|---|---|
| HAwkins | Latisha | ADOC |

| Employer's Business or Organization Address (Street Number and Name) | City or Town | State | ZIP Code |
|---|---|---|---|
| P.O. Box 301501 | Montgomery | AL | 36130 |

### Section 3. Reverification and Rehires (To be completed and signed by employer or authorized representative.)

| A. New Name *(if applicable)* | | | B. Date of Rehire *(if applicable)* |
|---|---|---|---|
| Last Name *(Family Name)* | First Name *(Given Name)* | Middle Initial | Date *(mm/dd/yyyy)* |

C. If the employee's previous grant of employment authorization has expired, provide the information for the document or receipt that establishes continuing employment authorization in the space provided below.

| Document Title | Document Number | Expiration Date *(if any) (mm/dd/yyyy)* |
|---|---|---|

I attest, under penalty of perjury, that to the best of my knowledge, this employee is authorized to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

| Signature of Employer or Authorized Representative | Today's Date *(mm/dd/yyyy)* | Name of Employer or Authorized Representative |
|---|---|---|

Form I-9 11/14/2016 N

Page 3 of 3





ADOC002249



## ALABAMA DEPARTMENT OF CORRECTIONS
## WRITTEN REPRIMAND

| | | |
|---|---|---|
| Cynthia Caver | | Basic Correctional Officer |
| Employee – Print/Type | (S.S.# Last 4 digits) | Class/Title |
| St. Clair Correctional Facility | | December 8, 2022 |
| Institution/Division | | Date of Incident |

2. Offense:

AR 208, V.A.1.  Report for work on time and in condition to perform their job properly.
AR 208, V.A.2.  Render full, efficient, and industrious service.
AR 208, V.A.3.  Respond promptly to directions and instructions of supervisor.
AR 208, V.A.7.  Observe all laws, rules and regulations.

Specific citation of Administrative Regulation violated:

AR 208, Annex II    #2    Non-compliance with policies, procedures, and regulations. Second Offense – Written Reprimand.

#11.  Failure to follow supervisor's instructions; non-compliance with policies and procedures.  Second Offense – 2 Day Suspension.

#21.  Refusal of a supervisor's instructions to remain on duty during a shortage or personnel situation and/or emergency situation. Second Offense – 2 Day Suspension.

3. Facts related to offense (Specific details include times, dates, and locations.)

On Thursday, December 8, 2022, at approximately 5:00 pm, you, Basic Correctional Officer Cynthia Caver were notified by Correctional Lieutenant Jasper Luitze that you were mandated to work overtime.  You were instructed to report to K cubicle for the mandate shift.  At approximately 6:00 pm, you gave Lieutenant Luitze a statement for refusal of a supervisor's instruction to remain on duty during a shortage or personnel situation and/or emergency situation.  You then clocked out and exited the facility.   You did not have permission to leave during this shortage of personnel.

**ADOC Form 208-C – June 14, 2005 (Page 1 of 2 Pages)**

ADOC002250

## ALABAMA DEPARTMENT OF CORRECTIONS
## WRITTEN REPRIMAND (CONTINUED)

Active corrective actions employee has received

| Type | Offense | Date |
|------|---------|------|
| Warning | Non-compliance with policies, procedures, and regulations. Failure to follow supervisor's instructions; non-compliance with policies and procedures. Refusal of a supervisor's instructions to remain on duty during a shortage or personnel situation and/or emergency situation. (09/01/2022) | 12/13/2022 |

4. You may submit a written rebuttal within five (5) working days in response to this reprimand. Your Warden/Division Director shall consider the rebuttal and decide whether or not the reprimand is to stand. If the decision is to implement the reprimand, the Warden/Division Director will inform you and, only then, forward a copy to the ADOC Personnel Division for filing in your personnel file. A copy will also be attached to your performance appraisal and shall result in a seven-point (7) disciplinary score and shall be deducted from the responsibility score.

_____
WARDEN/DIVISION DIRECTOR - PRINT/TYPE

_____
DATE SERVED

_____
EMPLOYEE'S SIGNATURE

_____
DAT

_____
WARDEN/DIVISION DIRECTOR'S SIGNATURE

_____
DATE

DISTRIBUTION:
Original - ADOC Personnel Division
Copy - Institution/Division File
Copy - Employee

ADOC Form 208-C – June 14, 2005 (Page 2 of 2 Pages)



# State of Alabama
# Department of Corrections

St. Clair Correctional Facility
1000 St. Clair Road
Springville, M. 35146



**KAY IVEY**
GOVERNOR

**JOHN HAMH**
Commissioner

May 15, 2023

## MEMORANDUM

To:    Cynthia Caver, Basic Correctional Officer

From: Guy Noe, Correctional Warden III

Re:    Written Reprimand/Rebuttal

As of this date I have not received a rebuttal from you regarding the Written Reprimand you received on Thursday, April 27, 2023, for the incident that occurred on Thursday, December 8, 2022, Administrative Regulation Annex H. AR 208, #2 – Non-compliance with policies, procedures, and regulation, #11 – Failure to follow supervisor's instructions; non-compliance with policies and procedures and #21 – Refusal of a supervisor's instructions to remain on duty during a shortage or personnel situation and/or emergency situation. Therefore, it is my recommendation that this reprimand stand and be placed in your personnel file.

_____    5/18/23
Signature                              Date

GED/bs
cc:  Institutional File
       Personnel File
       File

**\*\*CONFIDENTIAL\*\***

## ALABAMA DEPARTMENT OF CORRECTIONS
## COUNSELING SESSION

_____ COUNSELING SESSION INFORMAL     **X**    **WARNING-FORMAL**

EMPLOYEE:   Cynthia Caver            DATE IMPOSED: _____

CLASSIFICATION   Basic Correctional Officer     SSN: _____██████_____
                                                       (Last four digits only)

REASON FOR THIS ACTION (CITE EMPLOYEE'S ACTION(S) AND RULES AND REGULATIONS VIOLATED) On Thursday, September 1, 2022, at approximately 5:00 pm, you were notified by supervision that you would be required to remain on post for mandatory overtime for A-night shift. At approximately 6:05 pm, you clocked out and exited the facility. You did not have permission to leave during this shortage of personnel. Your actions violated Administrative Regulation 208-Employee Standard of Conduct and Discipline, Section V. Procedures All ADOC Employees shall adhere to the following standards: 1. Report for work on time and in a condition to perform their job properly, 2. Render full, efficient, and industrious service, 3. Respond promptly to directions and instructions of supervisor, and 7. Observe all laws, rules and regulations. You are in violation of Administrative Regulation #208 Annex H, Infraction #2. Non-compliance with policies, procedures, and regulations. First Offense – Warning. #11 – Failure to follow a supervisor's instructions, non-compliance with policies and procedures. First Offense – Written Reprimand. #21 – Refusal of a supervisor's instructions to remain on duty during a shortage or personnel situation and/or emergency situation. First Offense – Written Reprimand.

WAS EMPLOYEE AWARE OF RULES AND REGULATIONS VIOLATED?
     **X**       YES                                   NO

GUIDELINES FOR CORRECTIVE ACTION WHICH WERE GIVEN TO EMPLOYEE:

You should make sure you are in compliance with departmental and institutional rules, policies, procedures, and follow supervisor's instructions.

NATURE OF RESPONSE BY EMPLOYEE: _____

_____

A WARNING IS CONSIDERED A PRELIMINARY DISCIPLINARY ACTION AND DOES NOT RESULT IN A PENALTY; HOWEVER, IT WILL APPEAR ON EMPLOYEE'S ANNUAL EVALUATION.

_Cynthia Caver_ 12/12/22          _M.C. McCee_ 12/12/2022
EMPLOYEE'S SIGNATURE & DATE               SUPERVISOR'S SIGNATURE & DATE

DISTRIBUTION:   If Counseling Session Informal: Supervisory File and Employee
                 If Warning: Original – ADOC Personnel Division
                           Copy – Institution/Division File
                           Copy – Employee

**CONFIDENTIAL**

4/1/22

I Officer Carr Have Prior Obligation Of Picking my Kids up After my Regular Shift At the time. I'm the only transportation And that's for I Want be able to stay for my mandated for Extra hours. At the time I'm Not able to Stay for this Mandate on 4/1/22

ADOC002254



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

November 16, 2021

**MEMORANDUM**

TO:        Cynthia D. Caver

FROM:    Kimberly Weary
            Interim Personnel Director

SUBJECT:    ANNUAL INCREASE IN PAY

Please be advised that you will receive a 2 step increase in pay effective **December 1, 2021**.

This increase is based on the rating you received on your recent Employee Performance Appraisal. Your effective rate of pay will increase from $1550.90 to $1629.20 which includes any applicable differential pay and will first appear in the check you receive on **January 1, 2022**.

ADOC002255



# State of Alabama
# Department of Corrections

Alabama Criminal Justice Center
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130-1501
(334) 353-3883



**KAY IVEY**
GOVERNOR

**JEFFERSON S. DUNN**
COMMISSIONER

November 10, 2020

**MEMORANDUM**

TO:      Cynthia D Caver

FROM:      William Lawley
             Personnel Director

SUBJECT:      ANNUAL INCREASE IN PAY

Please be advised that you will receive a 2 step increase in pay effective **December 1, 2020**.

This increase is based on the rating you received on your recent Employee Performance Appraisal. Your effective rate of pay will increase from $1448.40 to $1520.50 which includes any applicable differential pay and will first appear in the check you receive on **January 1 , 2021**.

ADOC002256

**Form 13**
**Revised (01/2006)**

## EMPLOYEE PERFORMANCE *APPRAISAL*
### STATE OF ALABAMA
#### Personnel Department

Employee Name: CYNTHIA D CAVER     Social Security Number: XXX-XX-▮▮▮

Agency: 005/CORRECTIONS     Division: 2700/ST CLAIR

Classification: Correctional Security Guard     Class Code: 60618   Position #: 00584075

Period Covered From: 10/01/2021 To: 10/01/2022     Annual Raise Effective: December 2022

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-▮▮▮ | | SSN XXX-XX-▮▮▮ |
| _Rater Signature_ | _Employee Signature_ | _Reviewer Signature_ |
| Monika Gadson Sgt. | Cynthia Caver | Russell Jones Lt. |
| Rater Printed Name | Employee Signature | Reviewer Printed Name |
| 10-3-2022 | 10-3-2022 | 10-3-2022 |
| Date | Date | Date |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 32.00 | − | 0 | = | 32.00 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

**\*\*CONFIDENTIAL\*\***

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. ATTENDS AND PARTICIPATES... | 3 |
| 2. COMMUNICATES WITH RADIOS... | 4 |
| 3. COUNTS INMATES... | 3 |
| 4. ENTERS INFORMATION... | 3 |
| 5. INSPECTS POST EQUIPMENT... | 4 |
| 6. MONITORS INMATES APPEARANCE... | 3 |
| 7. MONITORS INMATES BEHAVIOR... | 3 |
| 8. PATROLS AREAS OF RESPONSIBILITY... | 3 |
| 9. SEARCHES INMATES, VISITORS, PERSONNEL, VEHICLES... | 3 |
| 10. ESCORTS INMATES... | 3 |

**RESPONSIBILITY SCORE:**

| 32 | ÷ | 10 | = | 3.200 | x | 10 | = | 32.00 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** 0

ADOC002258

**Form 13P**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE** *PREAPPRAISAL*
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: <u>CYNTHIA D CAVER</u>

Agency: <u>005/CORRECTIONS</u>

Classification: <u>CORRECTIONAL SECURITY GUARD</u>

Period Covered From: <u>10/01/2021</u> To: <u>10/01/2022</u>

Social Security Number: <u>XXX-XX-</u>███

Division: <u>2700/ST CLAIR</u>

Class Code: <u>60618</u>

Position Number: <u>00584075</u>

**RESPONSIBILITIES/RESULTS:** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

1. Attends and participates in training programs so that qualification standards are met with no valid complaints or below standard ratings.

2. Communicates with radios using 10-codes and call signals in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

3. Counts inmates in a timely manner with no more than two (2) documented error per year.

4. Enters information so that reports and logs will be factual and complete with no more than one (1) error per year.

5. Inspects post equipment so that defects, unaccountable and damaged equipment are determined without error.

6. Monitors inmate's appearance so that all inmates are in compliance with ADOC rules and regulations without valid complaint.

7. Monitors inmate's behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

8. Patrols areas of responsibility so that inspection and security checks are thorough and complete with no more than (1) deficiency per year.

9. Searches inmates, visitors, personnel, vehicles and security areas so that the flow of contraband is controlled and minimized in and around the institution with no more than two (2) documented error per year.

10. Escorts inmates within the facility following stated procedures acknowledging an inmate's behavior, custody level or security level with no more than two (2) documented error per year.

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

| | | |
|---|---|---|
| ☒ | Attendance |
| ☒ | Punctuality |
| ☒ | Cooperation with Coworkers |
| ☒ | Compliance with Rules |

---

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: _9-10-2021_

Employee Signature: (denotes discussion and receipt of form, not agreement) _Cynthia D Caver_

Rater Signature: (denotes discussion and employee receipt of form) _Onm Park Lt._

Reviewer Signature: _____

---

# EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

Officer Cynthia Caver attends and participates in training programs, she communicates with radios using 10-Codes. She counts inmates in a timely manner. She enters information so that reports and logs are factual and complete. She inspects post equipment so that defects, unaccountable and damaged equipment are determined. She monitor's inmate's appearance, behavior and activities so that disturbances and incidents are controlled.

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

Officer C. Caver could improve her working knowledge capabilities to include learning Central Control and Population Shift Clerk. Officer C. Caver could improve her report writing capabilities i.e. Incident Reports, Behavior Citations and Disciplinary's. Officer C. Caver could conduct more searches and or shakedowns of inmates and common areas to locate more contraband.

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

Officer C. Caver will be scheduled to train in Central Control and as Population Shift Clerk under the instruction of Central Control Operators and Shift Clerks until she feels comfortable that she can handle the Post on her own. Officer C. Caver will also be assigned with Shakedown Teams to search for contraband in all areas of the institution.

A Midappraisal session has been held on this date and performance has been discussed: _10-3-2022_

Employee Signature: _Cynthia Caver_      Initial if comments attached: _____

Rater Signature: _____      Initial if comments attached: _____

Reviewer Signature: _____      Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

**\*\*CONFIDENTIAL\*\***

**Form 13**
**Revised (01/2006)**

## EMPLOYEE PERFORMANCE *APPRAISAL*
### STATE OF ALABAMA
Personnel Department

Employee Name: <u>CYNTHIA D CAVER</u>     Social Security Number: XXX-XX-▮▮▮▮

Agency: <u>005/CORRECTIONS</u>     Division: <u>2700/ST CLAIR</u>

Classification: <u>CORRECTIONAL SECURITY GUARD</u>  Class Code: <u>60618</u>  Position #: <u>00584075</u>

Period Covered From: <u>10/01/2020</u> To: <u>10/01/2021</u>   Annual Raise Effective: <u>DECEMBER 2021</u>

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-▮▮▮ | | SSN XXX-XX-▮▮▮ |
| *Rater Signature* | *Employee Signature* | *Reviewer Signature* |
| OMAR PARKER CL | | RUSSELL JONES CL |
| Rater Printed Name | | Reviewer Printed Name |
| 9/10/21 | 9/10/21 | 9/10/21 |
| Date | Date | Date |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 32.00 | − | 0 | = | 32.00 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| ☐ | ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|---|
| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 – 36.6) | Consistently Exceeds Standards (36.7 – 40) |

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

|  | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

ADOC002261

**CONFIDENTIAL**

***RESPONSIBILITIES:*** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

**Responsibility** | **Rating**

| Responsibility | Rating |
|---|---|
| 1. ATTENDS AND PARTICIPATES... | 3 |
| 2. COMMUNICATES WITH RADIOS... | 4 |
| 3. COUNTS INMATES... | 3 |
| 4. ENTERS INFORMATION... | 3 |
| 5. INSPECTS POST EQUIPMENT... | 4 |
| 6. MONITORS INMATES APPEARANCE... | 3 |
| 7. MONITORS INMATES BEHAVIOR... | 3 |
| 8. PATROLS AREAS OF RESPONSIBILITY... | 3 |
| 9. SEARCHES INMATES, VISITORS, PERSONNEL, VEHICLES... | 3 |
| 10. ESCORTS INMATES... | 3 |

**RESPONSIBILITY SCORE:**

| 32 | ÷ | 10 | = | 3.200 | × | 10 | = | 32.00 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

***DISCIPLINARY ACTIONS:*** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

***DISCIPLINARY SCORE:*** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step taken with the employee in the appraisal year was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:**          0

ADOC002262

\*\*CONFIDENTIAL\*\*

**Form 13P**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *PREAPPRAISAL***
**STATE OF ALABAMA**
**Personnel Department**



A-DAY

| | |
|---|---|
| Employee Name: CYNTHIA D CAVER | Social Security Number: XXX-XX-▮▮▮ |
| Agency: 005/CORRECTIONS | Division: 2700/ST CLAIR |
| Classification: BASIC CORRECTIONAL OFFICER | Class Code: 60618 |
| Period Covered From: 10/01/2020 To: 10/01/2021 | Position Number: 0581987 |

***RESPONSIBILITIES/RESULTS:*** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

1. Attends and participates in training programs so that qualification standards are met with no valid complaints or below standard ratings.

2. Communicates with radios using 10-codes and call signals in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

3. Counts inmates in a timely manner with no more than two (2) documented error per year.

4. Enters information so that reports and logs will be factual and complete with no more than one (1) error per year.

5. Inspects post equipment so that defects, unaccountable and damaged equipment are determined without error.

6. Monitors inmate's appearance so that all inmates are in compliance with ADOC rules and regulations without valid complaint.

7. Monitors inmate's behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

8. Patrols areas of responsibility so that inspection and security checks are thorough and complete with no more than (1) deficiency per year.

9. Searches inmates, visitors, personnel, vehicles and security areas so that the flow of contraband is controlled and minimized in and around the institution with no more than two (2) documented error per year.

10. Escorts inmates within the facility following stated procedures acknowledging an inmate's behavior, custody level or security level with no more than two (2) documented error per year.

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

         ☒      Attendance

         ☒      Punctuality

         ☒      Cooperation with Coworkers

         ☒      Compliance with Rules

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: _____

Employee Signature: (denotes discussion and receipt of form, not agreement) _Cynthia Carver_

Rater Signature: (denotes discussion and employee receipt of form) _____

Reviewer Signature: _____

---

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period. Officer Carver is proficient at completing any and all tasks asked of her. She works any post assignment that she is instructed to work.

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time. Officer Carver does not have any corrective actions and is continually attempting to learn new tasks.

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

A Midappraisal session has been held on this date and performance has been discussed: _____

Employee Signature: _Cynthia Carver_     Initial if comments attached: _____

Rater Signature: _____     Initial if comments attached: _____

Reviewer Signature: _____     Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)

ADOC002264

**CONFIDENTIAL**

EMPLOYEE PERFORMANCE MIDAPPRAISAL

Employee Name: Cynthia D. Caver    Social Security Number xxx-xx-█████

Period Covered From 10/01/2020 To 10/01/2021


EMPLOYEE STRENGTHS:

BCO Caver communicates with radios using 10-Codes in a professional manner. She enters information so that reports and logs are factual and complete. She inspects post equipment so that defects, unaccountable and damaged equipment are determined. BCO Caver monitors the inmate's appearance, behavior and activities so that disturbances and incidents are controlled.

NEEDS IMPROVEMENT:

BCO Caver could improve her knowledge of the job by learning to work Central Control and learning Shift Clerk duties.

FULLY COMPETENT:


A Midappraisal session has been held on this date and performance has been discussed.


DATE: 6/10/2021

Employee Signature: _Cynthia Caver_

Rater Signature: _____

Reviewer Signature: _____

**\*\*CONFIDENTIAL\*\***

**Form 13**
**Revised (01/2006)**

### EMPLOYEE PERFORMANCE APPRAISAL
### STATE OF ALABAMA
#### Personnel Department

Employee Name: CYNTHIA D. CAVER

Social Security Number: XXX-XX-████

Agency: 005/CORRECTIONS

Division: 2700/ST CLAIR

Classification: Correctional Security Guard

Class Code: 60618 Position #: 0581987

Period Covered From: 10/1/2019 To: 10/1/2020 Annual Raise Effective: December 2020

---

**APPRAISAL SIGNATURES:** Signatures are to be provided after the form has been completed. Signatures denote supervisor and employee discussion and receipt of form. Employee signature does not denote agreement. All signatures are mandatory.

| Rating Supervisor | Employee | Reviewing Supervisor |
|---|---|---|
| SSN XXX-XX-████ | | SSN XXX-XX-████ |
| _Rater Signature_ | _Employee Signature_ | _Reviewer Signature_ |
| Jacob Weaver | | Larry Baker |
| Rater Printed Name | Employee Signature | Reviewer Printed Name |
| 9/24/20 | 9/24/20 | 9/24/20 |
| Date | Date | Date |
| Initial if comments attached | Initial if comments attached | Initial if comments attached |

---

**PERFORMANCE APPRAISAL SCORE:** Locate the Responsibility Score on the back of this form and write it in the appropriate space. Locate the Disciplinary Score, also on the back of this form, and write it in the appropriate space. The Disciplinary Score is subtracted from the Responsibility Score to derive the Performance Appraisal Score. Mandatory documentation is to be maintained in the agency's personnel files if a "Does Not Meet" or "Consistently Exceeds" rating is given.

| 30 | − | 0 | = | 30 |
|---|---|---|---|---|
| Responsibility Score | | Disciplinary Score | | Performance Appraisal Score |

This employee's work:

| Does Not Meet Standards (6.6 or below) | Partially Meets Standards (6.7 – 16.6) | Meets Standards (16.7 – 26.6) | Exceeds Standards (26.7 - 36.6) | Consistently Exceeds Standards (36.7 - 40) |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ |

---

**WORK HABITS:** Check the appropriate space for each Work Habit area. Work Habits pertain to conduct occurring in this Appraisal period. Provide an explanation below for marking any work habit as "Unsatisfactory." Attach additional sheets if necessary. No disciplinary action has to be taken to mark a Work Habit "Unsatisfactory."

| | Unsatisfactory | Satisfactory | |
|---|---|---|---|
| Attendance | ☐ | ☒ | |
| Punctuality | ☐ | ☒ | |
| Cooperation with Coworkers | ☐ | ☒ | |
| Compliance with Rules | ☐ | ☒ | |

**RESPONSIBILITIES:** List an abbreviated version of the employee's responsibilities below as documented on and discussed during the Preappraisal. Record the appropriate rating in the box for each responsibility. Rating(s) of appropriate responsibilities should reflect any disciplinary action(s) that has been taken during this appraisal period.

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| Does Not Meet Standards | Partially Meets Standards | Meets Standards | Exceeds Standards | Consistently Exceeds Standards |

| Responsibility | Rating |
|---|---|
| 1. ATTENDS AND PARTICIPATES... | 3 |
| 2. COMMUNICATES WITH RADIOS... | 3 |
| 3. COUNTS INMATES... | 3 |
| 4. ENTERS INFORMATION... | 3 |
| 5. INSPECTS POST EQUIPMENT... | 3 |
| 6. MONITORS INMATES APPEARANCE... | 3 |
| 7. MONITORS INMATES BEHAVIOR... | 3 |
| 8. PATROLS AREAS OF RESPONSIBILITY... | 4 |
| 9. SEARCHES INMATES, VISITORS, PERSONNEL, VEHICLES... | 2 |
| 10. ESCORTS INMATES... | 3 |

**RESPONSIBILITY SCORE:**

| 30 | ÷ | 10 | = | 30 | × | 10 | = | 30 |
|---|---|---|---|---|---|---|---|---|
| Total of Responsibilities/Results Ratings | | Number of Responsibilities | | Average Responsibility Rating | | | | Responsibility Score |

**DISCIPLINARY ACTIONS:** Any disciplinary action taken with the employee during this appraisal period is to be documented below. Provide the number of disciplinary actions and steps taken with the employee during the appraisal year. If no disciplinary action has been taken, a "0" should be marked in each block provided. Attach a copy of the warning(s), reprimand(s), suspension(s) or demotion to the Appraisal.

| Warning | Reprimand | Suspension | Demotion |
|---|---|---|---|
| 0 | 0 | 0 | 0 |

**DISCIPLINARY SCORE:** This section should include the use of the discipline steps of reprimand, suspension, and demotion only. The Disciplinary Score does not include scores for counseling and warnings. To calculate the Disciplinary Score, identify the most severe step of discipline taken with the employee during this appraisal period. If the most severe step was one or more reprimands, the Disciplinary Score will be 7. If the most severe step was one or more suspensions, the Disciplinary Score will be 17. If the most severe step taken with the employee in the appraisal year was one or more demotions, the Disciplinary Score will be 24. Otherwise, the Disciplinary Score will be 0.

**DISCIPLINARY SCORE:** _____0_____

Sher I

**Form 15F**
**Revised (01/2006)**

**EMPLOYEE PERFORMANCE *PREAPPRAISAL***
**STATE OF ALABAMA**
**Personnel Department**

Employee Name: CYNTHIA D CAVER

Social Security Number: XXX-XX-▮

Agency: 005/CORRECTIONS

DIVISION: St. Clair C. F.

Classification: CORRECTIONAL SECURITY GUARD

Class Code: 60618

Period Covered From: 10/01/2019  To: 10/01/2020

Position Number: 0581987

***RESPONSIBILITIES/RESULTS:*** Responsibilities and results on which an employee will be rated should be listed below. These factors should be discussed with the employee during the Preappraisal session at the beginning of each appraisal year. Please refer to the Performance Appraisal Manual for instruction on specifics of preparing, conducting, and completing the Preappraisal. Refer to the same manual for information concerning how to develop responsibilities and results.

## RESPONSIBILITIES/RESULTS

1. Attends and participates in training programs so that qualification standards are met with no valid complaints or below standard ratings.

2. Communicates with radios using 10-codes and call signals in order to ensure pertinent information is transmitted and goals accomplished without valid complaint.

3. Counts inmates in a timely manner with no more than two (2) documented error per year.

4. Enters information so that reports and logs will be factual and complete with no more than one (1) error per year.

5. Inspects post equipment so that defects, unaccountable and damaged equipment are determined without error.

6. Monitors inmate's appearance so that all inmates are in compliance with ADOC rules and regulations without valid complaint.

7. Monitors inmate's behavior and activities so that any unusual incidents will be reported and handled in a timely manner with no more than one (1) valid complaint per year.

8. Patrols areas of responsibility so that inspection and security checks are thorough and complete with no more than (1) deficiency per year.

9. Searches inmates, visitors, personnel, vehicles and security areas so that the flow of contraband is controlled and minimized in and around the institution with no more than two (2) documented error per year.

10. Escorts inmates within the facility following stated procedures acknowledging an inmates behavior, custody level or security level with no more than two (2) documented error per year.

**\*\*CONFIDENTIAL\*\***

**WORK HABITS:** Provide a check in the appropriate space to document that the policies and procedures concerning the following areas have been discussed with the employee. For instructions, refer to the Performance Appraisal Manual and policies of the agency.

CHECK WHEN DISCUSSED:

| | |
|---|---|
| ☒ | Attendance |
| ☒ | Punctuality |
| ☒ | Cooperation with Coworkers |
| ☒ | Compliance with Rules |

---

**PREAPPRAISAL SIGNATURES:** Signatures are mandatory.

Date the Preappraisal Session was held with the employee: _____ 11/7/19 _____

Employee Signature: (denotes discussion and receipt of form, not agreement) _____

Rater Signature: (denotes discussion and employee receipt of form) _____

Reviewer Signature: _____

---

## EMPLOYEE PERFORMANCE *MIDAPPRAISAL*

Describe any employee's strength(s) in performing responsibilities and/or conducting work habits, as observed, during the first half of the appraisal period.

Describe any area(s) that the employee needs to improve in performance of responsibilities and/or work habits, as observed, during the first half of the appraisal period. Document any actions taken or the corrective action plan that was developed to improve the areas of weakness. If a plan has not been developed, it is appropriate for the rater to consider developing a plan at this time.

State the areas where the employee has performed in a fully competent manner during the first half of the appraisal period. Documentation in this area means that the employee performed to the expected level of performance as discussed in the Preappraisal session. If there is no documentation in the first two areas, this section should be completed.

A Midappraisal session has been held on this date and performance has been discussed: _____

Employee Signature: _____     Initial if comments attached: _____

Rater Signature: _____     Initial if comments attached: _____

Reviewer Signature: _____     Initial if comments attached: _____

(Signatures denote that a Midappraisal session has been held between the supervisor and employee. Signatures are mandatory. Employee signature does not denote agreement but discussion of the form and rater comments. Comments may be attached. The person attaching comments must initial in the appropriate space.)