FILED
2025 Jan-30 PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Bad Original**

Form C-80

## STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
## RECEIPT OF RELEASED CONVICT

CJP216

---

INSTITUTION: __William E. Donaldson__     DATE RELEASED: __April 10, 1992__

NAME: __Chris Jones__     SERIAL NUMBER: ███████

COUNTY COMMITTED FROM: __Jefferson__     DATE COMMITTED: _____

HOW RELEASED: __Parole Reinstatement__

REMARKS: __Release # 920410-002__

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

RECEIVED FROM WARDEN: _____     DOLLARS: _0_

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY: __6 mos.__ _____ $ _0_

BUS FARE TO: _____ $ _0_

DAY TRAVEL - - - - - - - - - - - - $ _0_

OUTFIT CLOTHING - - - - - - - - - $ _Bonded_

TOTAL - - - - - - - - - - - - - $ _0_

SIGNED _Chris Jones_

WITNESS _Jerry Witherspoon  C.O.I_

WITNESS _Larry E. McCurry  COSI_

DETAINER/WARRANT
RECEIPT SIGNATURE _____

* * * * * * * * * * * * * * * * * * * * * * *
NOTE: ALL SIGNATURES MUST BE MADE IN INK
* * * * * * * * * * * * * * * * * * * * * * *

ADOC002806

FORM C-80
9-0611-006

## STATE OF ALABAMA
## DEPARTMENT OF CORRECTIONS
### RECEIPT OF RELEASED CONVICT

DATE: 06/11/91   R

CJPZ16

---

INSTITUTION: ST. CLAIR CORRECTIONAL FAC.                    DATE RELEASED: JUN 17, 1991

NAME: JONES, CHRIS                              SERIAL NUMBER: ███

COUNTY COMMITTED FROM: JEFFERSON                 DATE COMMITTED: MAY 12, 1989

HOW RELEASED: PAROLE - PGOM

REMARKS:

---

RECEIVED FROM WARDEN: _Ernest W. Lawton_          DOLLARS: _Ten — dollars_

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:   02 YR.   01 MO.   $   10.00

BUS FARE TO:                          $

1 DAY TRAVEL - - - - - - - - - - - -  $

1 OUTFIT CLOTHING - - - - - - - - - - $

TOTAL - - - - - - - - - - - - - - -  $  10.00

SIGNED _____

WITNESS _____

WITNESS _____

DETAINER/WARRANT
RECEIPT SIGNATURE _____

* NOTE: ALL SIGNATURES MUST BE MADE IN INK. *

END OF PAGE 001 OF 001 PAGES

ADOC002807

# TRANSCRIPT OF RECORD
## (CONVICTION REPORT)    CASE: CC 89 001375 00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY        COURT ORI: 001025J

STATE OF ALABAMA        VS        DC NO: 88 005515 00

JONES CHRIS        SSN: 000000000
IN JAIL        SID NO: 146217
BHAM AL        AIS NO: _____

DOB: ▓▓▓▓    SEX: M    HEIGHT: 0511    WEIGHT: 150    HAIR CLR: BLK    EYE CLR: BRN

RACE: ( )W (*)3 ( )OTHER    COMPLEXION: ____    AGE: ____    DIS FEATURES: _____

DATE OFFENSE: 10/10/88    ARREST DATE: 10/10/88    ARRESTING ORI: AL _____

CHARGE CONVICTION: BREAK & ENTER        OFFENSE CLASS ( )A ( )B ( )C

JUDGE: JAMES S. GARRETT        PROSECUTING ATTORNEY: NEUMANN, FRANKLIN W.

PROBATION APPLIED        GRANTED DATE        REARRESTED DATE        REVOKED    DATE

( )Y ( )N _____        ( )Y (*)N _____        ( )Y ( )N _____        ( )Y ( )N _____

SENTENCE CONFINEMENT        PROBATION TERM        JAIL CREDIT ORDERED
YR MO DAY    ACT 754-76        YR MO DAY        YR MO DAY

05 00 000    ( )Y (*)N        00 00 000        ( )Y ( )NONE    00 00 000

DATE SENTENCED: 05/12/89    DATE SENTENCE BEGINS: 05/12/89

SENTENCE PROVISIONS        RESTITUTION / RECOUPMENT

(*) CONCURRENT        ( ) FORMAL
( ) CONSECUTIVE        ( ) INFORMAL        RESTITUTION        $500.00

( ) REVOCATION        ATTORNEY FEE        $0.00
( ) HABITUAL OFFENDER    ( ) WORK RELEASE        VICTIMS C 1P        $25.00
( ) YOUTHFUL OFFENDER (ACT 335-72)        COURT COST        $247.00
(*) RESTITUTION (SPECIFY & ATTACH ORDER)        WRTH CHK FEE        $0.00
( ) RECOUPMENT (SPECIFY & ATTACH ORDER)        FINE        $0.00
( ) LIFE ( ) LIFE W/O PAROLE    ( ) DEATH        OTHER FEE        $0.00

APPEAL INFORMATION    SENTENCE SUSPENDED        SENTENCE AFFIRMED    DATE REARREST
DATE    PENDING APPEAL DATE        DATE

( )Y (*)N _____        ( )Y ( )N _____        ( )Y ( )N _____    _____

REMARKS AND OTHER INFORMATION        THIS IS TO CERTIFY THAT THE
(CONTINUE ON REVERSE SIDE)        ABOVE INFORMATION WAS EXTRACTED
        FROM OFFICIAL COURT RECORDS AND
        IS TRUE AND CORRECT ACCORDING
        TO THE RECORD (AFFIX COURT SEAL)

CONCURRENT WITH CC87-2094

151939        DATE 5-12-89

AC        POLLY CONRADI

ENT...        CLERK OF COURT
5-17-89        *Polly Conradi*        SIGNATURE
Limestone

ASTERISK (*) INDICATES THAT A BLOCK HAS BEEN CHECKED

ADOC002808

# TRANSCRIPT OF RECORD
## (CONVICTION REPORT)     CASE: CC 89 001376.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY     COURT ORI: C01025J

STATE OF ALABAMA     VS     DC NO: 88 003517.00

JONES CHRIS     SSN: 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
IN JAIL     SID NO: 146217
B'HAM AL     AIS NO:

DOB: ████████     SEX: M     HEIGHT: 0511     WEIGHT: 150     HAIR CLR: BLK     EYE CLR: BRN

RACE: ( )W (*)B ( )OTHER     COMPLEXION: ___     AGE: ___     DIS FEATURES: _____

DATE OFFENSE: 10/10/88     ARREST DATE: 10/10/88     ARRESTING ORI: AL _____

CHARGE CONVICTION: BREAK & ENTER     OFFENSE CLASS ( )A ( )B ( )C

JUDGE: JAMES S. GARRETT     PROSECUTING ATTORNEY: NEUMANN, FRANKLIN W.

| PROBATION APPLIED | GRANTED DATE | REARRESTED DATE | REVOKED DATE |
|---|---|---|---|
| ( )Y ( )N _____ | ( )Y (*)N _____ | ( )Y ( )N _____ | ( )Y ( )N _____ |

SENTENCE CONFINEMENT     PROBATION TERM     JAIL CREDIT ORDERED
YR MO DAY   ACT 754-76     YR MO DAY     YR MO DAY

05 00 000  ( )Y (*)N     00 00 000     ( )Y ( )NONE  00 00 000

DATE SENTENCED: 05/12/89     DATE SENTENCE BEGINS: 05/12/89

SENTENCE PROVISIONS     RESTITUTION / RECOUPMENT

(*) CONCURRENT     ( ) FORMAL
( ) CONSECUTIVE     ( ) INFORMAL     RESTITUTION     $698.25

( ) REVOCATION     ATTORNEY FEE     $0.00
( ) HABITUAL OFFENDER  ( ) WORK RELEASE     VICTIMS COMP     $25.00
( ) YOUTHFUL OFFENDER (ACT 335-72)     COURT COST     $271.00
(*) RESTITUTION (SPECIFY & ATTACH ORDER)     WRTH CHA FEE     $0.00
( ) RECOUPMENT (SPECIFY & ATTACH ORDER)     FINE     $0.00
( ) LIFE   ( ) LIFE W/O PAROLE  ( ) DEATH     OTHER FEE     $0.00

APPEAL INFORMATION     SENTENCE SUSPENDED     SENTENCE AFFIRMED  DATE REARREST
      DATE     PENDING APPEAL DATE     DATE

( )Y (*)N _____     ( )Y ( )N _____     ( )Y ( )N _____

REMARKS AND OTHER INFORMATION     THIS IS TO CERTIFY THAT THE
(CONTINUE ON REVERSE SIDE)     ABOVE INFORMATION WAS EXTRACTED
     FROM OFFICIAL COURT RECORDS AND
     IS TRUE AND CORRECT ACCORDING
     TO THE RECORD(AFFIX COURT SEAL)
CONCURRENT WITH CC87-2094 AND CC89-1375

AC     5-12-89
     DATE
5-17-89     RW     POLLY CONRADI     CLERK OF COURT.

MAY 1989
RECEIVED
CENTRAL RECORDS
OFFICE

Polly Conradi
SIGNATURE

ASTERISK (*) INDICATES THAT BLOCK HAS BEEN CHECKED

ADOC002809

# TRANSCRIPT OF RECORD
## (CONVICTION REPORT)       CASE: CC 89 001377.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY          COURT ORI: 001025J

STATE OF ALABAMA     VS          DC NO: 88 005622.00

JONES CHRIS          SSN: 000000000
IN JAIL          SID NC: 146217
BHAM AL          AIS NJ: _____

DOB: ███████   SEX: M    HEIGHT: 0511   WEIGHT: 150   HAIR CLR: BLK   EYE CLR: BRO

RACE: ( )W (*)B ( )OTHER   COMPLEXION: ___   AGE: ___   DIS FEATURES: _____

DATE OFFENSE: 10/10/88    ARREST DATE: 10/14/89    ARRESTING ORI: AL _____

CHARGE CONVICTION. BREAK & ENTER          OFFENSE CLASS ( )A ( )B ( )C

JUDGE: JAMES S. GARRETT          PROSECUTING ATTORNEY: NEUMANN, FRANK (W. H.)

PROBATION APPLIED     GRANTED DATE     REARRESTED DATE     REVOKED     DATE

( )Y ( )N _____   ( )Y (*)N _____   ( )Y ( )N _____   ( )Y ( )N _____

| SENTENCE CONFINEMENT | PROBATION TERM | JAIL CREDIT ORDERED |
| YR MO DAY ACT 754-76 | YR MO DAY | YR MO DAY |
| 05 00 000 ( )Y (*)N | 00 00 000 | ( )Y ( )NONE 00 00 000 |

DATE SENTENCED: 05/12/89    DATE SENTENCE BEGINS: 05/12/89

### SENTENCE PROVISIONS

(*) CONCURRENT          ( ) FORMAL
( ) CONSECUTIVE          ( ) INFORMAL

( ) RE OCATION
( ) HABITUAL OFFENDER   ( ) WORK RELEASE
( ) YOUTHFUL OFFENDER (ACT 335-72)
(*) RESTITUTION (SPECIFY & ATTACH ORDER)
( ) RECOUPMENT (SPECIFY & ATTACH ORDER)
( ) LIFE   ( ) LIFE W/O PAROLE   ( ) DEATH

### RESTITUTION / RECOUPMENT

| | |
|---|---|
| RESTITUTION | $260.00 |
| ATTORNEY FEE | $0.00 |
| VICTIMS COMP | $25.00 |
| COURT COST | $271.00 |
| WRTH CHK FEE | $0.00 |
| FINE | $0.00 |
| OTHER FEE | $0.00 |

APPEAL INFORMATION   SENTENCE SUSPENDED   SENTENCE AFFIRMED   DATE REARREST
DATE          PENDING APPEAL DATE          DATE

( )Y (*)N _____   ( )Y ( )N _____   ( )Y ( )N _____   _____

REMARKS AND OTHER INFORMATION          THIS IS TO CERTIFY THAT THE
(CONTINUE ON REVERSE SIDE)          ABOVE INFORMATION WAS EXTRACTED
          FROM OFFICIAL COURT RECORDS AND
          IS TRUE AND CORRECT ACCORDING
          TO THE RECORD (AFFIX COURT SEAL)

CONCURRENT WITH CC87-2094 AND CC89-1375

AC          5-12-89
          DATE

5-17-89          POLLY CONRADI
          CLERK OF COURT

          Polly Conradi
          SIGNATURE

MAY 1989 RECEIVED CENTRAL RECORDS OFFICE

ASTERISK (*) INDICATES THAT A BLOCK HAS BEEN CHECKED

ADOC002810

# TRANSCRIPT OF RECORD
## (CONVICTION REPORT)    CASE: CC 87 002094.00

IN THE CIRCUIT COURT OF JEFFERSON COUNTY          COURT ORI: 001025J

STATE OF ALABAMA          VS                DC NO: 87 000681.00
JONES CHRIS                                              SSN: 000000000
                                             SID NO: 146217
                                             AIS NO: _____

DOB: _____ SEX: M    HEIGHT: 0511  WEIGHT: 145  HAIR CLR: BLK  EYE CLR: BRO
RACE: ( )W (*)B ( )OTHER   COMPLEXION: ____  AGE: ____  DIS FEATURES: _____

DATE OFFENSE: _____     ARREST DATE: 02/12/87    ARRESTING ORI: AL _____

CHARGE CONVICTION: RSP1               OFFENSE CLASS  ( )A (*)B ( )C

JUDGE: JAMES S GARRETT          PROSECUTING ATTORNEY: PETRO, LAURA

PROBATION APPLIED    GRANTED   DATE    REARRESTED DATE   REVOKED   DATE
(*)Y ( )N 08/28/87 (*)Y ( )N 08/28/87 (*)Y ( )N 10/28/68 (*)Y ( )N 12/02/88

SENTENCE CONFINEMENT        PROBATION TERM        JAIL CREDIT ORDERED
YR MO DAY   ACT 754-76      YR MO DAY               YR MO DAY
02 00 000  ( )Y (*)N        00 00 000       (*)Y ( )NONE  00 00 090
DATE SENTENCED: 08/28/87    DATE SENTENCE BEGINS: _____

SENTENCE PROVISIONS                    RESTITUTION / RECOUPMENT

  ( ) CONCURRENT           ( ) FORMAL
  ( ) CONSECUTIVE          ( ) INFORMAL       RESTITUTION        $0.00
  (*) REVOCATION                             ATTORNEY FEE       $0.00
  ( ) HABITUAL OFFENDER  ( ) WORK RELEASE    VICTIMS COMP       $0.00
  ( ) YOUTHFUL OFFENDER (ACT 335-72)         COURT COST         $0.00
  ( ) RESTITUTION (SPECIFY & ATTACH ORDER)   WRTH CHK FEE       $0.00
  ( ) RECOUPMENT (SPECIFY & ATTACH ORDER)    FINE               $0.00
  ( ) LIFE  ( ) LIFE W/O PAROLE  ( ) DEATH   OTHER FEE          $0.00

APPEAL INFORMATION   SENTENCE SUSPENDED    SENTENCE AFFIRMED   DATE REARREST
        DATE          PENDING APPEAL DATE           DATE

( )Y (*)N _____    ( )Y ( )N _____    ( )Y ( )N _____   _____

REMARKS AND OTHER INFORMATION            THIS IS TO CERTIFY THAT THE
(CONTINUE ON REVERSE SIDE)               ABOVE INFORMATION WAS EXTRACTED
                                         FROM OFFICIAL COURT RECORDS AND
                                         IS TRUE AND CORRECT ACCORDING
                                         TO THE RECORD(AFFIX COURT SEAL)
    PROBATION REVOKED AND SENTENCE OF 2 YEARS PUT INTO EFFECT

  A
  P00 56654                              12-2-88
  151939                                   DATE

                                         POLLY CONRADI
                                                   CLERK OF COURT
     ENTERED TERMINAL                     Polly Conradi
DATE 12-7-88 ~ RB                             SIGNATURE

ASTERISK (*) INDICATES THAT A BLOCK HAS BEEN CHECKED

ADOC002811

**ALABAMA DEPARTMENT OF CORRECTIONS**
**CLASSIFICATION SUMMARY**

**CLAS001**

AIS # : ▮▮▮▮▮                NAME: JONES, CHRISTOPHER SCOTT          RACE: B      SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _Med_____ APPROVED CUSTODY IS - _Med___

RECOMMMENDED INST IS - ___At-C_____ APPROVED PLACEMENT IS - ___St-C__

| PRESENT WORK      ASSIGNMENT | NEW WORK ASSIGNMENT |
|---|---|
| PRIMARY - _Vocc - Heating & Air_ | _____ |
| SECONDARY - _____ | _____ |
| PROGRAM PARTICIPATION - _____ | |

WAIVER OF CRITERIA REQUESTED FOR - _____

JUSTIFICATION AND COMMENTS -

P.R. Inmate Christopher Jones, ▮▮▮▮▮, is serving a 25-year sentence for Murder X2. Subject and co-defendants convicted of binding and torturing several victims by electrocution in retaliation for large amounts of drug money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEV X3. No disc. or citations since 8/16 poss. of weapon. Subject graduated TC and is currently in trade school at GSCC, studying Heating and Air. Recommend no changes at this time -- continue schooling and remain medium St. Clair.

_____
_____

| | | | |
|---|---|---|---|
| CLASSIFICATION SPECIALIST    DATE 10/3/17 | CLASSIFICATION CO-ORDINATOR    DATE 10/3/17 |
| PSYCHOLOGIST    DATE 10/3/17 | CENTRAL REVIEW BOARD    DATE |
| WARDEN OR REPRESENTIVE    DATE 10-3-17 | CENTRAL REVIEW BOARD    DATE |
| INMATE    DATE 10/3/17 | CENTRAL REVIEW BOARD    DATE |

ADOC002812

# ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

AIS # : ▮▮▮▮▮▮▮        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮▮        BIRTH COUNTRY:        STATE OF BIRTH:

INSTITUTION :        CITIZENSHIP:

PAROLE CONSIDERATION DATE:        SSN: ▮▮▮▮▮▮▮

RELIGION :        STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : OTW9        DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN        WEIGHT: 162

PRIMARY OCCUPATION:        SECONDARY OCCUPATION:

HIGHEST GRADE LEVEL COMPLETED :        MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: -        LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS:        Youth Offender: A

EMERGENGENCY CONTACT : ▮▮▮▮▮▮▮ (MOTHER)   (Mother) PHONE: ▮▮▮▮▮▮▮

---

AIS:                    **PRIOR CONVICTIONS - (CLAS005)**

NO PRIOR CONVICTIONS ON FILE

---

AIS:                    **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

---

AIS:                    **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

---

**DISCIPLINARIES - (CLAS008)**

**AIS:   SUFFIX :**

---

NO DISCIPLINARIES FOUND ON FILE

---

**NAME AND ADDRESS OF CONTACTS - (CLAS010)**

AIS :

| Mother : | (MOTHER), | - Emergency Contact | Phone # : |
|----------|-----------|---------------------|-----------|

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

CLAS001

AIS # : ▓▓▓▓▓▓         NAME: JONES, CHRISTOPHER SCOTT         RACE: B     SEX: M

EARNING STATUS :  PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _     APRROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK      ASSIGNMENT                                             NEW WORK ASSIGNMENT

PRIMARY -      _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS

-

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _—_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_____          _____
CLASSIFICATION SPECIALIST        DATE            CLASSIFICATION CO-ORDINATOR       DATE

_____          _____
PSYCHOLOGIST                     DATE            CENTRAL REVIEW BOARD              DATE

_____          _____
WARDEN OR REPRESENTIVE           DATE            CENTRAL REVIEW BOARD              DATE

_____          _____
INMATE                           DATE            CENTRAL REVIEW BOARD              DATE

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

AIS # : ▮▮▮▮▮▮        NAME: JONES, CHRISTOPHER SCOTT            RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮        BIRTH COUNTRY: UNITED STATES    STATE OF BIRTH: AL

INSTITUTION : KILBY RCC                                CITIZENSHIP: true

PAROLE CONSIDERATION DATE:                        SSN: ▮▮▮▮▮▮

RELIGION : NONE            STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN            WEIGHT: 162

PRIMARY OCCUPATION: NONE                        SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE        MIN RELEASE DATE : 08/23/2033

                DRIVER'S LICENSE #: - none                LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: NO DUTY STATUS DETERMINED                Youth Offender: A

EMERGENGENCY CONTACT :            ▮▮▮▮▮(MOTHER)    (Mother) PHONE:
                            ▮▮▮▮▮▮▮▮▮

---

## SPECIAL NEEDS- (CLAS002)

**Health Code :**                    1

**Mental Health Code :**            MH 0

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**            no problems claimed.

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**

**Programs :**

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

| AIS: | | | | CURRENT CONVICTIONS - (CLAS003) | | |
|---|---|---|---|---|---|---|

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| A | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Self-Report |
| Victim Injury : | None |
| Plea Bargained? : | No |
| Original Charge : | |
| High Profile? : | No |
| YOA Indicator : | No |
| Notes : | 4 hispanics electrocuted to death and throats cut in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo" per inmate report. multiple codefendents. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Acquaintance |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| A | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Self-Report |
| Victim Injury : | None |
| Plea Bargained? : | No |
| Original Charge : | |
| High Profile? : | No |
| YOA Indicator : | No |
| Notes : | see companion case #1112. |
| Is Capital Offense : | No |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Acquaintance |

## DETAINERS - (CLAS004)

AIS: 

NO ACTIVE DETAINERS FOUND ON FILE

| AIS: | | PRIOR CONVICTIONS - (CLAS005) | | | |
|---|---|---|---|---|---|

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|---|---|---|---|---|---|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

---

AIS: ███████                    **ESCAPES - (CLAS006)**

---

NO ESCAPE RECORDS FOUND ON FILE

---

AIS: ███████            **PAROLE & PROBATION - (CLAS007)**

---

NO P&P RECORDS FOUND ON FILE

---

### DISCIPLINARIES - (CLAS008)
AIS: ███████    SUFFIX :

| | | | |
|---|---|---|---|
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 03/11/1991 | **REASON:** | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| **RESULT:** | LOSS OF GOOD TIME | **COMMENTS:** | |
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 09/28/1990 | **REASON:** | MAJOR - INSUBORDINATION |
| **RESULT:** | NONE | **COMMENTS:** | 45 DAYS DIS SEG |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 02/16/1990 | **REASON:** | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| **RESULT:** | LOSS G.T. & CUST. CHG | **COMMENTS:** | 45 DAYS DISC SEG. |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 08/31/1989 | **REASON:** | MAJOR - FIGHTING WITHOUT A WEAPON |
| **RESULT:** | NONE | **COMMENTS:** | 14 DAYS DISC SEG. |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 04/12/1989 | **REASON:** | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| **RESULT:** | LOSS OF GOOD TIME | **COMMENTS:** | |

---

### NAME AND ADDRESS OF CONTACTS - (CLAS010)
AIS : ███████

| Mother : | ███████ | (MOTHER), | - **Emergency Contact** | Phone # : |
|---|---|---|---|---|
| | ███████ | | ███████ | |

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY
CLAS001

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**   JONES, CHRISTOPHER SCOTT                          **Number :** ▮▮▮▮▮▮

**Classification Specialist :**   docal\steve.broadhead        **Date :**  11/14/2011

| | |
|---|---|
| **History of Institutional Violence** | 3 |
| Assault not involving use of a weapon or resulting in serious injury | **Score** |
| **Severity of Current Offense** | 6 |
| Highest | **Score** |
| **Prior Assault Offensive History** | 0 |
| None, Low, or Low/Moderate | **Score** |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | **Score** |
| **Current Age** | -1 |
| 40-49 years | **Score** |
| **Prior Felony Convictions** | 4 |
| Two or more | **Score** |
| **TOTAL** | 12 |
| | **Total Score** |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

#### AIS : 00151939A

---

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 5 |
| II. | Recommended Security Level. | 5 |

**Security Restrictions:** None

---

#### Comments:

| | |
|---|---|
| Institution Recommendation | 43yo repeat offender serving 25yr term for murder. no psi. current offense apparently involved multiple murders of male mostly hispanic victims who reportedly stole large amount of cash from drug cartel. no official  details concerning current offense. multiple jail reports concerning subjects jail behavior to include unarmed assault and a strong pattern of inciting racial violence and aggression toward staff. majority of such incidents occurred 2009,10. incidents  tapered off after subject placed into jail admin seg and later released on "contract of good behavior",(see attatched reports). prior term subject  also released from max camp due to disciplinary record to include #29,(no details available). ra = level V. medium due to violent offense and mrd.  max camp based on institutional history. |
| Psych Associate Review | Agree. |
| Warden Review | concur |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 5 | 11/15/2011 |
| docal\steve.broadhead | | | |
| **Central Review Board 1** | MEDIUM | 5 | 11/17/2011 |
| docal\mike.slatton | | | |
| *Comments :*  Med/V | | | |
| **Complete** | MEDIUM | 5 | 11/17/2011 |

---

#### APPROVED INSTITUTIONS

ST.CLAIR CORRECTIONAL FAC.                                HOLMAN PRISON

WILLIAM E. DONALDSON CORR. FAC

---

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

AIS # : ██████    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

EARNING STATUS    PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    KILBY RCC

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK    ASSIGNMENT                              NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS
-
43yo repeat offender serving 25yr term for murder. no psi. current offense apparently involved multiple murders of male mostly
hispanic victims who reportedly stole large amount of cash from drug cartel. no official  details concerning current offense.  multiple
jail reports concerning subjects jail behavior to include unarmed assault and a strong pattern of inciting racial violence and
aggression toward staff. majority of such incidents occurred 2009,10. incidents  tapered off after subject placed into jail admin seg
and later released on "contract of good behavior",(see attatched reports). prior term subject  also released from max camp due to
disciplinary record to include #29,(no details available). ra = level V. medium due to violent offense and mrd.  max camp based on
institutional history.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST        DATE                  CLASSIFICATION CO-ORDINATOR      DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                    DATE                  CENTRAL REVIEW BOARD            DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTIVE          DATE                  CENTRAL REVIEW BOARD            DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                          DATE                  CENTRAL REVIEW BOARD            DATE

ALABAMA DEPARTMENT OF CORRECTIONS    **CLAS001**
## CLASSIFICATION SUMMARY

AIS # : [REDACTED]                    NAME: JONES, CHRISTOPHER SCOTT                    RACE: B    SEX: M

DATE OF BIRTH: [REDACTED]            BIRTH COUNTRY: UNITED STATES            STATE OF BIRTH: AL

INSTITUTION :  ST.CLAIR CORRECTIONAL FAC.                                CITIZENSHIP:  true

PAROLE CONSIDERATION DATE: 08/01/2023                                    SSN: [REDACTED]

RELIGION : NONE            STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST :  11/01/2011        HEIGHT: 5FT  9IN                WEIGHT: 172

PRIMARY OCCUPATION: NONE                                    SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED :  10TH GRADE            MIN RELEASE DATE :  08/23/2033

                    DRIVER'S LICENSE #:  - none                    LONG RELEASE DATE :  08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: NO DUTY STATUS DETERMINED                            Youth Offender: A

EMERGENGENCY CONTACT :            [REDACTED] (MOTHER)   (Mother)  PHONE: [REDACTED]

---

## SPECIAL NEEDS- (CLAS002)

**Health Code :**                        1

**Mental Health Code :**            MH 0

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**            no problems claimed.

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**

**Programs :**

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

| AIS: | | | | CURRENT CONVICTIONS - (CLAS003) | | |
|------|--------|--------|------------|-------|------|-------|
| **Suf** | **COUNTY** | **CASE #** | **DATE** | **CRIME** | **TERM** | **CS/CC** |
| A | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendents. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|------|--------|--------|------------|-------|------|-------|
| A | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendents. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:**

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

CLASSIFICATION SUMMARY

CLAS001

AIS: ▮▮▮▮▮▮    PRIOR CONVICTIONS - (CLAS005)

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▮▮▮▮▮▮    ESCAPES - (CLAS006)

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮▮▮    PAROLE & PROBATION - (CLAS007)

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

CLAS001

## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ████    SUFFIX : A

| | | | |
|---|---|---|---|
| | | **INSTITUTION :** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 08/24/2012 | **REASON :** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYS DISC. SEG. |
| | | **INSTITUTION :** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 08/24/2012 | **REASON :** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYSDISC. SEG. |

AIS: ████    SUFFIX :

| | | | |
|---|---|---|---|
| | | **INSTITUTION :** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 03/11/1991 | **REASON :** | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| **RESULT :** | LOSS OF GOOD TIME | **COMMENTS:** | |
| | | **INSTITUTION :** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 09/28/1990 | **REASON :** | MAJOR - INSUBORDINATION |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYS DIS SEG |
| | | **INSTITUTION :** | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 02/16/1990 | **REASON :** | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| **RESULT :** | LOSS G.T. & CUST. CHG | **COMMENTS:** | 45 DAYS DISC SEG. |
| | | **INSTITUTION :** | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 08/31/1989 | **REASON :** | MAJOR - FIGHTING WITHOUT A WEAPON |
| **RESULT :** | NONE | **COMMENTS:** | 14 DAYS DISC SEG. |
| | | **INSTITUTION :** | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 04/12/1989 | **REASON :** | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF. |
| **RESULT :** | LOSS OF GOOD TIME | **COMMENTS:** | |

ADOC0028

ALABAMA DEPARTMENT OF CORRECTIONS

CLAS001

## CLASSIFICATION SUMMARY

| ENEMIES - (CLAS009) |
|---|
| ███████ - KNOWN ENEMIES |

| AIS: ██████ | NAME: ████████████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** DRAPER CORRECTIONAL CENTER

**REASON:** both inmates are on the same Capital Murder case together ██████ requested they be made enemies

**ENTRY:** docal\alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ██████ requested they be made enemi

| AIS: ██████ | NAME: ████████████ | STATUS: Valid |
|---|---|---|

**INSTITUTION:** STATON CORRECTIONAL CENTER

**REASON:** Co-Defendant

**ENTRY:** docal\lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Inmate Jones, Christopher ██████ was contracted by ██████ AIS# ██████, ██████ AIS# ██████, and ██████ (AIS Unknown) to kill 5 Hispanic males due to $438,000 in drug money being stolen. ██████ (AIS unknown) handed $15,000 over to Jones as payment for the murders. Jones recruited ██████ and ██████ (AIS unknown) to assist with the murders.

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ██████

| Mother : | ██████ (MOTHER), - Emergency Contact | Phone # : |
|---|---|---|
| | ████████ | ████████ |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

---

## INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**    JONES, CHRISTOPHER SCOTT                                 **Number :** ▮▮▮▮▮▮

**Classification Specialist :**    docal\tanya.ary                   **Date :**  11/19/2012

---

| | |
|---|---|
| **History of Institutional Violence (Jail or prison, code most serious last 5 years)** | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| **Prior Assaultive Offense History (score the most severe in the inmate's history)** | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -1 |
| 40-49 years | Score |
| **Number of Disciplinary Reports** | 4 |
| Two or more major in last 12 months | Score |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 5 |
| High | Score |
| **Program / Work Assignment (current incarceration)** | -1 |
| Satisfactory work assignment or steady participation in a Treatment/education program | Score |

---

|  | |
|---|---|
| **TOTAL** | 13 |
| | **Total Score** |