FILED
2025 Mar 24 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

---

I.  **Security Level indicated by score.**          5

II. **Recommended Security Level.**                 5

**Security Restrictions:**    None

Comments:  APR- Recommend no changes at this time.  Inmate Jones is serving a 25 year sentence for
Murder X 2 ( Murder for Hire-5 victims bound and tortured by electrocution.  All victims died of
asphyxiation).   Lengthy prior arrest record with prior BEMV, UPCS and RSP convictions noted.
Less than a 3 year clear disciplinary record.   Treatment failure 08/07/2012 - TC program (removed
by ADOC). MH-0/HC-1
Last Action- 11/2011

### Comments:

Institution Recommendation      APR- Recommend no changes at this time.  Inmate Jones is serving a 25 year
sentence for Murder X 2 ( Murder for Hire-5 victims bound and tortured by
electrocution).  All victims died of asphyxiation).   Lengthy prior arrest record with prior
BEMV, UPCS and RSP convictions noted. Less than a 3 month clear disciplinary
record.   Treatment failure 08/07/2012 - TC program (removed by ADOC).  S/ has re-
applied to return to TC.  MH-0/HC-1
Last Action- 11/2011 - Initial- recommended level 5 camp.

Psych Associate Review      I agree, PLH

Warden Review               Concur

Warden Richie

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 5 | 11/28/2012 |
| docal/tanya.ary | | | |
| **Complete** | MEDIUM | 5 | 11/28/2012 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY RCC | BRYCE MENTAL INSTITUTION |
| SEARCY MENTAL INSTITUTION | GREIL HOSPITAL |
| ST.CLAIR CORRECTIONAL FAC. | HOLMAN PRISON |
| TAYLOR HARDIN MEDICAL FACILITY | KILBY INFIRMARY |
| WILLIAM E. DONALDSON CORR. FAC. | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

AIS # : ▮▮▮▮▮▮    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

EARNING STATUS   PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

PRESENT WORK    ASSIGNMENT                                  NEW WORK ASSIGNMENT

PRIMARY -   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

---

JUSTIFICATION AND COMMENTS
-

APR- Recommend no changes at this time.  Inmate Jones is serving a 25 year sentence for Murder X 2 ( Murder for Hire-5 victims
bound and tortured by electrocution.  All victims died of asphyxiation).   Lengthy prior arrest record with prior BEMV, UPCS and RSP
convictions noted.  Less than a 3 month clear disciplinary record.  Treatment failure 08/07/2012 - TC program (removed by ADOC).
S/ has re-applied to return to TC.  MH-0/HC-1
Last Action- 11/2011 - Initial- recommended level 5 camp.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST        DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                     DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTIVE           DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                           DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION CO-ORDINATOR      DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CENTRAL REVIEW BOARD             DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CENTRAL REVIEW BOARD             DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CENTRAL REVIEW BOARD             DATE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

AIS # : [redacted]                    NAME: JONES, CHRISTOPHER SCOTT                    RACE: B    SEX: M

DATE OF BIRTH: [redacted]                    BIRTH COUNTRY: UNITED STATES                    STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.                    CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023                    SSN: [redacted]

RELIGION : NONE                    STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9                    DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN                    WEIGHT: 172

PRIMARY OCCUPATION: NONE                    SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE                    MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none                    LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: NO DUTY STATUS DETERMINED                    Youth Offender: A

EMERGENGENCY CONTACT :                    [redacted] (MOTHER)    (Mother)  PHONE:

[redacted]

---

## SPECIAL NEEDS- (CLAS002)

| | |
|---|---|
| **Health Code :** | 1 |
| **Mental Health Code :** | MH 0 |
| **Psychologist :** | |
| **Physician :** | |
| **Physical Limitations :** | |
| **Physical Comments :** | no problems claimed. |
| **Medication Types :** | |
| **Medication Comments :** | |
| **Communication Needs :** | |
| **Communication Comments :** | |
| **Treatment Needs :** | |
| **Treatment Comments :** | |
| **Programs :** | |
| **Inmate Stated he/she received special education services :** | No |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

| AIS: ▆▆▆▆ | CURRENT CONVICTIONS - (CLAS003) | | | | | |
|---|---|---|---|---|---|---|
| **Suf** | **COUNTY** | **CASE #** | **DATE** | **CRIME** | **TERM** | **CS/CC** |
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendents. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| **Suf** | **COUNTY** | **CASE #** | **DATE** | **CRIME** | **TERM** | **CS/CC** |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

**CRIME DETAILS - (CLAS017)**

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendents. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

**DETAINERS - (CLAS004)**

**AIS:** ▆▆▆▆

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

CLAS001

AIS: ███████                    **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ███████                    **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ███████                    **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

CLASSIFICATION SUMMARY

CLAS001

## DISCIPLINARIES - (CLAS008)

AIS: ▓▓▓▓    SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 01/24/2013 | REASON : | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| RESULT : | NONE | COMMENTS: | SCCF-13-00111-5 |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYS DISC. SEG. |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 08/24/2012 | REASON : | MAJOR - POSSESSION OF CONTRABAND |
| RESULT : | NONE | COMMENTS: | 45 DAYSDISC. SEG. |

AIS: 00151939   SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 03/11/1991 | REASON : | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| DATE : | 09/28/1990 | REASON : | MAJOR - INSUBORDINATION |
| RESULT : | NONE | COMMENTS: | 45 DAYS DIS SEG |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 02/16/1990 | REASON : | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| RESULT : | LOSS G.T. & CUST. CHG | COMMENTS: | 45 DAYS DISC SEG. |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 08/31/1989 | REASON : | MAJOR - FIGHTING WITHOUT A WEAPON |
| RESULT : | NONE | COMMENTS: | 14 DAYS DISC SEG. |

| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
|---|---|---|---|
| DATE : | 04/12/1989 | REASON : | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF |
| RESULT : | LOSS OF GOOD TIME | COMMENTS: | |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

| ENEMIES - (CLAS009) |
| --- |

████████ - **KNOWN ENEMIES**

| AIS: ████ | NAME: ████████ | **STATUS:** Valid |
| --- | --- | --- |

**INSTITUTION:** DRAPER CORRECTIONAL CENTER

**REASON:** both inmates are on the same Capital Murder case together ████ requested they be made enemies

**ENTRY:** docal\alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

**COMMENTS:** both inmates are on the same Capital Murder case together ████ requested they be made enemi

| AIS: ████ | NAME: ████████ | **STATUS:** Valid |
| --- | --- | --- |

**INSTITUTION:** STATON CORRECTIONAL CENTER

**REASON:** Co-Defendant

**ENTRY:** docal\lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

**COMMENTS:** Inmate Jones, Christopher 151939 was contracted by ████ AIS# ████ (AIS Unknown) to kill 5 Hispanic males due to ████ AIS# ████, and ████ $438,000 in drug money being stolen. ████ (AIS unknown) handed $15,000 over to Jones as payment for the murders. Jones recruited ████ and ████ (AIS unknown) to assist with the murders.

---

## NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS ████

| Mother : | ████ (MOTHER), - **Emergency Contact** | Phone # : |
| --- | --- | --- |
| | ████ | ████ |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**     JONES, CHRISTOPHER SCOTT                    **Number :** ████████

**Classification Specialist :**   docal\tanya.ary               **Date :**  11/12/2013

**History of Institutional Violence (Jail or prison, code most serious last 5 years)**

| | 0 |
|---|---|
| None | Score |

**Severity of current offense**

| | 6 |
|---|---|
| Highest | Score |

**Prior Assaultive Offense History (score the most severe in the inmate's history)**

| | 0 |
|---|---|
| None, Low, or Low/Moderate | Score |

**Escape History (rate last 5 years of incarceration)**

| | 0 |
|---|---|
| No escapes or attempts (or no prior incarceration) | Score |

**Current Age**

| | -1 |
|---|---|
| 40-49 years | Score |

**Number of Disciplinary Reports**

| | 4 |
|---|---|
| Two or more major in last 12 months | Score |

**Most Severe Disciplinary Report Received (Last 18 months)**

| | 5 |
|---|---|
| High | Score |

**Program / Work Assignment (current incarceration)**

| | -2 |
|---|---|
| Completion of certified treatment or education program/degree | Score |

| **TOTAL** | 12 |
|---|---|
| | Total Score |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

---

## INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ███████

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 5 |
| II. | Recommended Security Level. | 5 |

**Security Restrictions:**    None

**Comments:** APR- Recommend no changes at this time. Inmate Jones is currently enrolled in the Therapeutic Community Program. Serving a 25 year sentence for Murder X 2 (murder for hire- 5 victims bound and tortured by electrocution. All victims died of asphyxiation). Lengthy prior arrest record with prior BEMV, UPCS and RSP convictions noted. 10 month clear disciplinary record. MH-0/HC-1 Last Action- no change recent treatment failure on 11/2012

### Comments:

| | |
|---|---|
| Institution Recommendation | APR- Recommend no changes at this time. Inmate Jones is currently enrolled in the Therapeutic Community Program. Serving a 25 year sentence for Murder X 2 (murder for hire- 5 victims bound and tortured by electrocution. All victims died of asphyxiation). Lengthy prior arrest record with prior BEMV, UPCS and RSP convictions noted. 10 month clear disciplinary record. Stress management certificate- 02/2012. PRD- 8/2023 MH-0/HC-1 Last Action- no change recent treatment failure on 11/2012 |
| Psych Associate Review | Psychologist Unavailable. |
| Warden Review | CONCUR. KC 11/19/13 |

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission** | MEDIUM | 5 | 11/20/2013 |
| docal/tanya.ary | | | |
| **Complete** | MEDIUM | 5 | 11/20/2013 |

### APPROVED INSTITUTIONS

| | |
|---|---|
| KILBY RCC | BRYCE MENTAL INSTITUTION |
| SEARCY MENTAL INSTITUTION | GREIL HOSPITAL |
| ST.CLAIR CORRECTIONAL FAC. | HOLMAN PRISON |
| TAYLOR HARDIN MEDICAL FACILITY | KILBY INFIRMARY |
| WILLIAM E. DONALDSON CORR. FAC. | |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

AIS # : ▮▮▮▮▮▮           NAME: JONES, CHRISTOPHER SCOTT          RACE: B     SEX: M

EARNING STATUS   PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -     ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK     ASSIGNMENT                                NEW WORK ASSIGNMENT

PRIMARY -   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _        _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS
-
APR- Recommend no changes at this time.  Inmate Jones is currently enrolled in the Therapeutic Community Program.  Serving a
25 year sentence for Murder X 2 (murder for hire- 5 victims bound and tortured by electrocution.  All victims died of asphyxiation).
Lengthy prior arrest record with prior BEMV, UPCS and RSP conviciitions noted.  10 month clear disciplinary record.  Stress
management certificate- 02/2012.  PRD- 8/2023  MH-0/HC-1
Last Action- no change recent treatment failure on 11/2012

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
CLASSIFICATION SPECIALIST          DATE            CLASSIFICATION CO-ORDINATOR          DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
PSYCHOLOGIST                       DATE            CENTRAL REVIEW BOARD                 DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
WARDEN OR REPRESENTIVE             DATE            CENTRAL REVIEW BOARD                 DATE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
INMATE                            DATE            CENTRAL REVIEW BOARD                 DATE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

AIS # : ▮▮▮▮▮▮        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

DATE OF BIRTH: ▮▮▮▮▮▮        BIRTH COUNTRY: UNITED STATES        STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.        CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023        SSN: ▮▮▮▮▮▮

RELIGION : NONE        STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN        WEIGHT: 172

PRIMARY OCCUPATION: NONE        SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE        MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none        LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: NO DUTY STATUS DETERMINED        Youth Offender: A

EMERGENGENCY CONTACT :        ▮▮▮▮▮▮ (MOTHER)    (Mother)  PHONE:
▮▮▮▮▮▮▮▮▮▮

---

## SPECIAL NEEDS- (CLAS002)

**Health Code :**        1

**Mental Health Code :**        MH 0

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**        no problems claimed.

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**

**Programs :**

**Inmate Stated he/she received special education services :**        No

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

CLAS001

| AIS: ▮▮▮▮ | CURRENT CONVICTIONS - (CLAS003) |
|---|---|

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|---|---|---|---|---|---|---|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

### AIS: ▮▮▮▮

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

AIS: ▮▮▮▮     **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▮▮▮▮     **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▮▮▮▮     **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS    **CLAS001**

## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ▮▮▮▮    SUFFIX : R

| | | | |
|---|---|---|---|
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 01/24/2013 | **REASON:** | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| **RESULT:** | NONE | **COMMENTS:** | SCCF-13-00111-5 |
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 08/24/2012 | **REASON:** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT:** | NONE | **COMMENTS:** | 45 DAYS DISC. SEG. |
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 08/24/2012 | **REASON:** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT:** | NONE | **COMMENTS:** | 45 DAYSDISC. SEG. |

AIS: ▮▮▮▮    SUFFIX :

| | | | |
|---|---|---|---|
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 03/11/1991 | **REASON:** | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| **RESULT:** | LOSS OF GOOD TIME | **COMMENTS:** | |
| | | **INSTITUTION:** | ST.CLAIR CORRECTIONAL FAC. |
| **DATE:** | 09/28/1990 | **REASON:** | MAJOR - INSUBORDINATION |
| **RESULT:** | NONE | **COMMENTS:** | 45 DAYS DIS SEG |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 02/16/1990 | **REASON:** | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| **RESULT:** | LOSS G.T. & CUST. CHG | **COMMENTS:** | 45 DAYS DISC SEG. |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 08/31/1989 | **REASON:** | MAJOR - FIGHTING WITHOUT A WEAPON |
| **RESULT:** | NONE | **COMMENTS:** | 14 DAYS DISC SEG. |
| | | **INSTITUTION:** | LIMESTONE CORRECTIONAL CENTER |
| **DATE:** | 04/12/1989 | **REASON:** | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF |
| **RESULT:** | LOSS OF GOOD TIME | **COMMENTS:** | |

ALABAMA DEPARTMENT OF CORRECTIONS

**CLAS001**

## CLASSIFICATION SUMMARY

### ENEMIES - (CLAS009)

▮▮▮▮ - **KNOWN ENEMIES**

---

**AIS:** ▮▮▮▮     **NAME:** ▮▮▮▮▮▮▮▮     **STATUS:** Valid

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant     **ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant  Inmate Jones, Christopher ▮▮▮ was contracted by ▮▮▮▮ AIS# ▮▮▮, ▮▮▮▮ AIS# ▮▮▮▮, and ▮▮▮▮ (AIS Unknown) to kill 5 Hispanic males due to $438,000 in drug money being stolen. ▮▮▮▮ (AIS unknown) handed $15,000 over to Jones as payment for the murders. Jones recruited ▮▮▮▮ and ▮▮▮▮ (AIS unknown) to assist with the murders.

---

**AIS:** ▮▮▮▮     **NAME:** ▮▮▮▮▮▮▮▮     **STATUS:** Valid

**INSTITUTION:** KILBY RCC

**REASON:** both inmates are on the same Capital Murder case together ▮▮▮▮ requested they be made enemies     **ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ▮▮▮▮ requested they be made enemies both inmates are on the same Capital Murder case together ▮▮▮▮ requested they be made enemi

---

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ▮▮▮▮

| Mother : | ▮▮▮▮ (MOTHER),  - Emergency Contact | Phone # : ▮▮▮▮ |
|---|---|---|
| | ▮▮▮▮ | |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

**Name**   JONES, CHRISTOPHER SCOTT                          **Number :** ▮▮▮▮▮

**Classification Specialist :**   docal\tanya.ary          **Date :**  11/19/2014

| | |
|---|---|
| **History of Institutional Violence (Jail or prison, code most serious last 5 years)** | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| **Prior Assaultive Offense History (score the most severe in the inmate's history)** | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -1 |
| 40-49 years | Score |
| **Number of Disciplinary Reports** | -3 |
| None in the last 18 months | Score |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 0 |
| None | Score |
| **Program / Work Assignment (current incarceration)** | -2 |
| Completion of certified treatment or education program/degree | Score |
| **TOTAL** | 0 |
| | **Total Score** |

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

CLAS001

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ████████

I.  Security Level indicated by score.                1

II. Recommended Security Level.                       4

Security Restrictions:    R-Multiple homicides - Not DUI

Reason:  Other security considerations* (specify)

Comments:  APR- Recommend inmate Jones security level be reduced to 4 and transfer to 3 level 4.  Inmate Jones currently has a 1 year 10 month clear disciplinary record.  Excellent adjustment.  Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare  Stress management completed in 2012  Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo".  All victims died of asphyxiation  Multiple co-defendants).  Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3  Numerous traffic violations.  No detainers found.   Alacourt checked 11/19/2014.  Parole review date 08/2023.  Mental health code-0/Health code-1
Last Action 11/2013 no change- treatment in progress- TC program.

---

### Comments:

Institution Recommendation     APR- Recommend inmate Jones security level be reduced to 4 and transfer to a level 4.  Inmate Jones currently has a 1 year 10 month clear disciplinary record  Excellent adjustment.   Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare.  Stress management completed in 2012.  Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo".  All victims died of asphyxiation.  Multiple co-defendants)  Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3  Numerous traffic violations.  Inmate Jones request Staton to enroll in 8 week stimulant use disorder progra.  No detainers found.  Alacourt checked 11/19/2014.   Parole review date 08/2023.  Mental health code-0/Health code-1
Last Action 11/2013 no change- treatment in progress- TC program.

Psych Associate Review     Dissem.  Nature of crime (multiple murders + tortue) and lengthy criminal history indicates inmate is correctly assigned at Level 5.  Recommend no change.

Warden Review     CONCUR. KC 11/21/14

---

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| Specialist Final Review And Submission | MEDIUM | 4 | 11/21/2014 |
| doca\tanya.ary | | | |
| Central Review Board 1 | MEDIUM | 5 | 12/15/2014 |
| doca\vatrice.greene | | | |
| *Reason* :  Other security considerations* (specify) | | | |
| *Comments* :  Remain with no change, he is properly assigned. | | | |
| Central Review Board 2 | MEDIUM | 5 | 12/16/2014 |
| doca\lashanda.kails | | | |
| *Comments* :  Denied Medium SL-IV  S is properly assigned. Current offenses are of a heinous nature. Remain Medium/ SL V | | | |
| Complete | MEDIUM | 5 | 12/16/2014 |

---

ADOC002844    age 7 of 9

ALABAMA DEPARTMENT OF CORRECTIONS

## CLASSIFICATION SUMMARY

**CLAS001**

### APPROVED INSTITUTIONS

KILBY RCC                                              HOLMAN PRISON

ST.CLAIR CORRECTIONAL FAC.                             KILBY INFIRMARY

WILLIAM E. DONALDSON CORR. FAC

ALABAMA DEPARTMENT OF CORRECTIONS

**CLASSIFICATION SUMMARY**

CLAS001

AIS # : ▉▉▉▉▉▉    NAME: JONES, CHRISTOPHER SCOTT    RACE: B    SEX: M

EARNING STATUS   PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -    ST.CLAIR CORRECTIONAL FAC

RECOMMMENDED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APPROVED CUSTODY IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

RECOMMMENDED INST  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _    APRROVED PLACEMENT  IS - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PRESENT WORK     ASSIGNMENT                                           NEW WORK ASSIGNMENT

PRIMARY -    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

SECONDARY - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _         _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

PROGRAM PARTICIPATION -  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

WAIVER OF CRITERIA REQUESTED FOR - _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

JUSTIFICATION AND COMMENTS

-

APR- Recommend inmate Jones security level be reduced to 4 and transfer to a level 4.  Inmate Jones currently has a 1 year 10 month clear disciplinary record.  Excellent adjustment.   Subject completed the Therapeutic Community program on 09/05/2014 and is enrolled in aftercare. Stress management completed in 2012. Restricted offender serving a 25 year term for Murder X 2 (5 hispanic victims bound and tortured by electrocution in retaliation for 1.2 million dollars stolen from a Mexican drug cartel headed by "El Primo". All victims died of asphyxiation.  Multiple co-defendants). Priors- RSP I, Possession/Recreational Controlled Substance and UBEMV X 3.  Numerous traffic violations.  Inmate Jones request Staton to enroll in 8 week stimulant use disorder progra.  No detainers found.  Alacourt checked 11/19/2014.   Parole review date 08/2023.  Mental health code-0/Health code-1 Last Action 11/2013 no change- treatment in progress- TC program.

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| CLASSIFICATION SPECIALIST | DATE | CLASSIFICATION CO-ORDINATOR | DATE |
|---|---|---|---|
| PSYCHOLOGIST | DATE | CENTRAL REVIEW BOARD | DATE |
| WARDEN OR REPRESENTIVE | DATE | CENTRAL REVIEW BOARD | DATE |
| INMATE | DATE | CENTRAL REVIEW BOARD | DATE |

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS # : ██████████        NAME: JONES, CHRISTOPHER SCOTT        RACE: B    SEX: M

DATE OF BIRTH: ██████████        BIRTH COUNTRY: UNITED STATES        STATE OF BIRTH: AL

INSTITUTION : ST.CLAIR CORRECTIONAL FAC.        CITIZENSHIP: true

PAROLE CONSIDERATION DATE: 08/01/2023        SSN: ██████████

RELIGION : NONE        STG:N/A    HAIR: BLK    EYES: BRO

CURRENT CUSTODY : MED9        DNA TEST : 11/01/2011    HEIGHT: 5FT 9IN        WEIGHT: 172

PRIMARY OCCUPATION: NONE        SECONDARY OCCUPATION: NONE

HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE        MIN RELEASE DATE : 08/23/2033

DRIVER'S LICENSE #: - none        LONG RELEASE DATE : 08/23/2033

STATUS: NEW COMIT FROM CRT W/O REV OF PROB

DUTY STATUS: EXCELLENT (GOOD HEALTH)        Youth Offender: A

EMERGENGENCY CONTACT :        ██████████ (MOTHER)  (Mother) PHONE:
██████████

---

## SPECIAL NEEDS- (CLAS002)

**Health Code :**        1

**Mental Health Code :**        MH 0

**Psychologist :**

**Physician :**

**Physical Limitations :**

**Physical Comments :**

**Medication Types :**

**Medication Comments :**

**Communication Needs :**

**Communication Comments :**

**Treatment Needs :**

**Treatment Comments :**        Subject graduated TC

**Programs :**        Therapeutic Community (18 mo)

**Inmate Stated he/she received special education services :**        No

---

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

AIS: ▮▮▮▮▮▮▮                    **CURRENT CONVICTIONS - (CLAS003)**

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001112 | 10/28/2011 | MURDER | 025Y00M00D | CS |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution  in retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

| Suf | COUNTY | CASE # | DATE | CRIME | TERM | CS/CC |
|-----|--------|--------|------|-------|------|-------|
| R | SHLB | 001113 | 10/28/2011 | MURDER | 025Y00M00D | CC |

### CRIME DETAILS - (CLAS017)

| | |
|---|---|
| Verification : | Verified |
| Victim Injury : | Death |
| Plea Bargained? : | Yes |
| Original Charge : | |
| High Profile? : | Yes |
| YOA Indicator : | No |
| Notes : | 5 hispanics  bound and tortured by electrocution retaliation for 1.2 million dollars stolen from mexican drug cartel headed by "El Primo".  All victims died of asphyxiation. multiple codefendants. |
| Is Capital Offense : | Yes |
| Provoked/Extenuating Circumstances : | No |
| Murder Victim : | Gang related |

## DETAINERS - (CLAS004)

**AIS:** ▮▮▮▮▮▮▮

NO ACTIVE DETAINERS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

**CLAS001**

AIS: ▓▓▓▓▓▓     **PRIOR CONVICTIONS - (CLAS005)**

| SUF | DATE | CRIME | TERM | CS/CC | HABITUAL |
|-----|------|-------|------|-------|----------|
| | 12/02/1988 | RECV STOLEN PROPERTY I | 002Y00M00D | Consecutive | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |
| | 05/12/1989 | UNLAW BREAKING AND ENTERING VEHICLE | 005Y00M00D | Concurrent | NO |

AIS: ▓▓▓▓▓▓     **ESCAPES - (CLAS006)**

NO ESCAPE RECORDS FOUND ON FILE

AIS: ▓▓▓▓▓▓     **PAROLE & PROBATION - (CLAS007)**

NO P&P RECORDS FOUND ON FILE

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

### DISCIPLINARIES - (CLAS008)

AIS: ▇▇▇▇    SUFFIX : R

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| **DATE :** | 01/24/2013 | **REASON :** | MAJOR - UNAUTHORIZED POSSESSION OF A PHONE(S) / ACCESSORY(S) |
| **RESULT :** | NONE | **COMMENTS:** | SCCF-13-00111-5 |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 08/24/2012 | **REASON :** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYS DISC. SEG. |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 08/24/2012 | **REASON :** | MAJOR - POSSESSION OF CONTRABAND |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYSDISC. SEG. |

AIS: ▇▇▇▇    SUFFIX :

| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
|---|---|---|---|
| **DATE :** | 03/11/1991 | **REASON :** | MINOR - AID & ABETTING ANOTHER TO VIO. DOC RULES |
| **RESULT :** | LOSS OF GOOD TIME | **COMMENTS:** | |
| | | INSTITUTION : | ST.CLAIR CORRECTIONAL FAC. |
| **DATE :** | 09/28/1990 | **REASON :** | MAJOR - INSUBORDINATION |
| **RESULT :** | NONE | **COMMENTS:** | 45 DAYS DIS SEG |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 02/16/1990 | **REASON :** | MAJOR - ASSAULT ON PERSONS ASSC. WITH DOC |
| **RESULT :** | LOSS G.T. & CUST. CHG | **COMMENTS:** | 45 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 08/31/1989 | **REASON :** | MAJOR - FIGHTING WITHOUT A WEAPON |
| **RESULT :** | NONE | **COMMENTS:** | 14 DAYS DISC SEG. |
| | | INSTITUTION : | LIMESTONE CORRECTIONAL CENTER |
| **DATE :** | 04/12/1989 | **REASON :** | MAJOR - FAIL TO OBEY A DIRECT ORDER OF DOC OFF |
| **RESULT :** | LOSS OF GOOD TIME | **COMMENTS:** | |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

---

### ENEMIES - (CLAS009)

███████ - KNOWN ENEMIES

| AIS: ███████ | NAME: ████████████████ | STATUS:Valid |
|---|---|---|

**INSTITUTION:** STATON CORR.

**REASON:** Co-Defendant

**ENTRY:** lashanda.hails

**ENTRY TIME:** 3/19/2012 3:00:19 PM

---

**COMMENTS:** Co-Defendant   Inmate Jones, Christopher ██████ was contracted by ████████████ AIS# ██████, ████████████ AIS# ██████, and ████████████ (AIS Unknown) to kill 5 Hispanic males due to $438, 000 in drug money being stolen. ████████████ (AIS unknown) handed $15, 000 over to Jones as payment for the murders. Jones recruited ████████████ and ████████████ n (AIS unknown) to assist with the murders.

---

| AIS: ███████ | NAME: ████████████████ | STATUS:Valid |
|---|---|---|

**INSTITUTION:** KILBY CORR FAC

**REASON:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies

**ENTRY:** alicia.white

**ENTRY TIME:** 2/14/2012 10:57:13 AM

---

**COMMENTS:** both inmates are on the same Capital Murder case together ████████ requested they be made enemies both inmates are on the same Capital Murder case together ████████ requested they be made enemi

---

### NAME AND ADDRESS OF CONTACTS - (CLAS010)

AIS : ███████

| Mother : | ████████████ (MOTHER),  - Emergency Contact | Phone # : |
|---|---|---|
| | ████████████████████████ | |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

### INMATE CLASSIFICATION RISK ASSESSMENT - (CLAS011)

Name    JONES, CHRISTOPHER SCOTT                            Number :  ▮▮▮▮▮

**Classification Specialist :**    docal\philip.cox                 Date :  11/04/2015

| | |
|---|---|
| History of Institutional Violence (Jail or prison, code most serious last 5 years) | 0 |
| None | Score |
| **Severity of current offense** | 6 |
| Highest | Score |
| Prior Assaultive Offense History (score the most severe in the inmate's history) | 0 |
| None, Low, or Low/Moderate | Score |
| **Escape History (rate last 5 years of incarceration)** | 0 |
| No escapes or attempts (or no prior incarceration) | Score |
| **Current Age** | -1 |
| 40-49 years | Score |
| **Number of Disciplinary Reports** | -3 |
| None in the last 18 months | Score |
| **Most Severe Disciplinary Report Received (Last 18 months)** | 0 |
| None | Score |
| **Program / Work Assignment (current incarceration)** | -2 |
| Completion of certified treatment or education program/degree | Score |
| **TOTAL** | 0 |
| | **Total Score** |

ALABAMA DEPARTMENT OF CORRECTIONS **CLAS001**
## CLASSIFICATION SUMMARY

---

### INMATE CLASSIFICATION SECURITY LEVEL - (CLAS012)

AIS : ▆▆▆▆

| | | |
|---|---|---|
| I. | Security Level indicated by score. | 1 |
| II. | Recommended Security Level. | 5 |

**Security Restrictions:**  R-Multiple homicides – Not DUI

**Reason:** Time Left to Serve

### Comments:

Institution Recommendation — P.R. Inmate Christopher Jones, ▆▆▆▆ is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. Good adjustment in the DOC, with current 2 1/2 year clear disc. record and TC graduation. Subject is in TC aftercare and works as a barber. Recommend no changes at this time -- remain medium St. Clair.

Psych Associate Review — Psych Assoc. unavailable.

Warden Review — Concur with the Specialist's recommendation.

| Title | Custody | Sec Lvl | Date |
|---|---|---|---|
| **Specialist Final Review And Submission**<br>doca\philip.cox | MEDIUM | 5 | 11/17/2015 |
| **Complete** | MEDIUM | 5 | 11/17/2015 |

### APPROVED INSTITUTIONS

KILBY RCC

WILLIAM E. DONALDSON CORR. FAC.

ST.CLAIR CORRECTIONAL FAC.

HOLMAN PRISON

KILBY INFIRMARY

---

Run Date: 11/18/2015 1:02:49 AM

ADOC002853