ALABAMA DEPARTMENT OF CORRECTIONS
## CLASSIFICATION SUMMARY

CLAS001

AIS # : [REDACTED]     NAME: JONES, CHRISTOPHER SCOTT     RACE: B     SEX: M

EARNING STATUS : PROHIBITED FROM EARNING GOODTIME

CLASSIFYING INSTITUTION IS -     ST.CLAIR CORRECTIONAL FAC.

RECOMMMENDED CUSTODY IS - _____     APRROVED CUSTODY IS - _____

RECOMMMENDED INST IS - _____     APRROVED PLACEMENT IS - _____

PRESENT WORK     ASSIGNMENT                         NEW WORK ASSIGNMENT

PRIMARY -  _____                        _____

SECONDARY - _____                       _____

PROGRAM PARTICIPATION - _____

WAIVER OF CRITERIA REQUESTED FOR - _____

JUSTIFICATION AND COMMENTS -
P.R. Inmate Christopher Jones, [REDACTED], is serving a 25-year sentence for Murder X2. Subject and co-defendants bound and tortured several victims by electrocution in retaliation for large amounts of money stolen from a Mexican drug cartel. All victims died of asphyxiation. Priors include RSP I and UBEMV X3. Good adjustment in the DOC, with current 2 1/2 year clear disc. record and TC graduation. Subject is in TC aftercare and works as a barber. Recommend no changes at this time -- remain medium St. Clair.

----

CLASSIFICATION SPECIALIST     DATE          CLASSIFICATION CO-ORDINATOR     DATE

PSYCHOLOGIST                  DATE          CENTRAL REVIEW BOARD            DATE

WARDEN OR REPRESENTIVE        DATE          CENTRAL REVIEW BOARD            DATE

INMATE                        DATE          CENTRAL REVIEW BOARD            DATE

**ALABAMA DEPARTMENT OF CORRECTIONS**
**CLASSIFICATION SUMMARY**

CLAS001

AIS # : ▮  NAME: JONES, CHRISTOPHER SCOTT  RACE: B  SEX: M
DATE OF BIRTH: ▮  BIRTH COUNTRY: UNITED STATES  STATE OF BIRTH: AL
INSTITUTION : ST.CLAIR CORRECTIONAL FAC.  CITIZENSHIP: true
PAROLE CONSIDERATION DATE: 08/01/2023
RELIGION : NONE  STG:N/A  HAIR: BLK  EYES: BRO
CURRENT CUSTODY : MED9  DNA TEST : 11/01/2011  HEIGHT: 5FT 9IN  WEIGHT: 172
PRIMARY OCCUPATION: BARBER / BEAUTICIAN / COSMETOLOGIST  SECONDARY OCCUPATION: LABORER - GENERAL
HIGHEST GRADE LEVEL COMPLETED : 10TH GRADE  MIN RELEASE DATE : 08/23/2033
DRIVER'S LICENSE #: - none  LONG RELEASE DATE : 08/23/2033
STATUS: NEW COMIT FROM CRT W/O REV OF PROB
DUTY STATUS: EXCELLENT (GOOD HEALTH)  Youth Offender: A
EMERGENGENCY CONTACT : ▮ (MOTHER)  (Mother) PHONE: ▮
BIRMINGHAM, AL 352340000

---

### SPECIAL NEEDS- (CLAS002)

Psychologist :
Physician :
Physical Limitations :
Physical Comments :
Medication Types :
Medication Comments :
Communication Needs :
Communication Comments :
Treatment Needs :
Treatment Comments :            Subject graduated TC
Mental Health Code :            MH 0
Health Code :                   1
Programs :                      Therapeutic Community (18 mo)
Inmate Stated he/she received special education services :    No

---