# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 4:20-CV-2058-ACA** |
| **v.** | ) | |
| | ) | |
| **JEFFERSON DUNN**, *et al.,* | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF APPEARANCE

Please take notice that Kenneth Scott Steely hereby enters an appearance as counsel for Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), and Karla Jones ("Jones" and together with Dunn, and Ellington, the "ADOC Officials"), in the above-styled action.

Respectfully submitted this 12th day of June, 2025.

/s/ Kenneth S. Steely

One of the Attorneys for the ADOC Officials

William R. Lunsford
William J. Cranford
Daniel J. Chism
Kenneth S. Steely
**BUTLER SNOW LLP**
200 West Side Square
Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650

Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com
kenneth.steely@butlersnow.com

*Attorneys for Jefferson Dunn, Edward
Ellington, and Karla Jones*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 12th day of June, 2025:

Ruth Z. Brown *(pro hac vice)*
Megan Pierce *(pro hac vice)*
Quinn Rallins *(pro hac vice)*
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert D. Tambling
Shawn S. Sibley
***OFFICE OF ATTORNEY GENERAL***
501 Washington Avenue Montgomery,
Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
robert.tambling@alabamaAG.gov
shawn.sibley@alabamaAG.gov

*Counsel for Non-Party Alabama*
*Department of Corrections*

James N. Walter, Jr.
C. Richard Hill, Jr.
W. Allen Sheehan
Caitlin E. Cobb
W. Jackson Britton
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

*/s/ Kenneth S. Steely*

*Of Counsel*