# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, as representative of the ESTATE OF TERRENCE ANDREWS ) ) ) ) | Honorable Judge Annemarie Carney Axon |
| Plaintiff, ) | |
| ) | Case No.: 4:20-cv-02058-ACA |
| v. ) ) ) ) | |
| JEFFERSON DUNN, et al., ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Now comes Locke Bowman, of the law firm Loevy & Loevy, and hereby respectfully moves the Court for leave to file an appearance pro hac vice in the above-captioned case on behalf of the Plaintiff Lakeisha Ezell, as the representative of the Estate of Terrence Andrews. In support of this motion Mr. Bowman states as follows:

1. Mr. Bowman works at Lovey and Lovey, the firm that the plaintiff in this action has retained to represent him in this matter. Mr. Bowman is an attorney in good standing in the state of Illinois. He has also been admitted to and is a member in good standing of the United States District Court for the Northern District of Illinois.

2. Mr. Bowman was admitted to practice in the state of Illinois on November 1, 1982 and in the United States District Court for the Northern District of Illinois in 1982.

3. Mr. Bowman has never been suspended, disbarred, or subjected to disciplinary measures of any kind by any State Bar, federal bar, or any other licensing body.

4. As noted above, Mr. Bowman is employed as an attorney at Lovey and Lovey in Chicago, Illinois. His mailing address is 311 N Aberdeen, 3rd Floor, Chicago, Illinois 60607. His telephone number is 312-243-5900 that his facismile number is 312-243-5902. His e-mail address is locke@lovey.com. He resides in Evanston, Illinois.

5. A letter of good standing from the Supreme Court of Illinois is attached to this motion as Exhibit A.

6. Promptly following the filing of this motion, Mr. Bowman will be making the required payment for admission *pro hac vice* of $50 via the Court's CM/ECF system.

7. The undersigned local council, Anil Mujumdar, has reviewed this motion and has agreed to sponsor it.

Wherefore, Locke Bowman respectfully requests that the Court granted leave to appear *pro hoc vice* on behalf of the plaintiff in this matter.

Respectfully submitted,

BY: /s/ Locke Bowman
*One of Plaintiff's Attorneys*

BY: /s/ Anil Mujumdar
*Local Counsel*

*Ruth Z. Brown (pro hac vice)
Megan Pierce (pro hac vice)
Quinn Rallins (pro hac vice)
Attorneys for Plaintiff
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: 312-243-5900
Fax: 312-243-5902
Email: ruth@loevy.com,
       megan@loevy.com
       rallins@loevy.com
*Counsel of Record

Anil A. Mujumdar (ASB-2004-L65M)
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
T: 205.590.6986
F: 205.809.7899
E: anil@dagneylaw.com

## **CERTIFICATE OF SERVICE**

    I, Anil A. Mijumdar, an attorney, hereby certify that on June 13, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, thereby effecting service on all counsel of record.

                                                /s/Anil Mujumdar
                                                *One of Plaintiff's Attorneys*