IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LAKEISHA EZELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JEFFERSON DUNN, *et al.* | ) Case No.: 4:20-CV-2058-ACA |
| Defendant. | ) ) ) |

## MOTION TO WITHDRAW

Comes now the undersigned and hereby moves to withdraw from the above-styled case as counsel of record for Defendants Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), and Karla Jones ("Jones" and together with Dunn, and Ellington, the "ADOC Officials"), in the above-styled action. In support of this motion, the undersigned states as follows:

1. The undersigned appeared in this case on or about April 2, 2021, as one of the attorneys in the signature block for Maynard, Cooper & Gale, P.C. in a Motion to Dismiss (Doc. 48).

2. The undersigned had little involvement in the matter after that time.

3. In the Spring of 2023, Mr. Lunsford and his team relocated their practice from Maynard, Cooper & Gale, P.C. to Butler Snow LLP. The undersigned

had no involvement in this case after that time, as the matter transferred with Mr. Lunsford to his new law firm. The undersigned remained at Maynard Nexsen PC.

4. A motion to withdraw was inadvertently not filed at the time of the transfer of the case to Butler Snow.

5. The undersigned has now taken a job at the University of Alabama Huntsville and will be departing Maynard Nexsen PC, further necessitating the undersigned's withdrawal.

Wherefore, Premises Considered, the undersigned prays this Court for an Order permitting her withdrawal from the apostilled case as counsel of record for Defendants Jefferson Dunn ("Dunn"), Edward Ellington ("Ellington"), and Karla Jones ("Jones" and together with Dunn, and Ellington, the "ADOC Officials").

/s/ *La Keisha W. Butler*
La Keisha W. Butler
**MAYNARD NEXSEN, PC**
655 Gallatin St. SW
Huntsville, Alabama 35801
Telephone: (256) 512-5745
Facsimile: (256) 512-0119
lbutler@maynardnexsen.com

*Attorneys for Jefferson Dunn,*
*Edward Ellington, and Karla Jones*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all parties in this matter, including without limitation the following, by the Court's CM/ECF system or by U.S. Mail on this 13th day of June, 2025:

Ruth Z. Brown *(pro hac vice)*
Megan Pierce *(pro hac vice)*
Quinn Rallins *(pro hac vice)*
**LOEVY & LOEVY**
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
Telephone: (312) 243-5900
Facsimile: (312) 243-5902
ruth@loevy.com
megan@loevy.com
rallins@loevy.com

Anil A. Mujumdar
**DAGNEY JOHNSON LAW GROUP**
2170 Highland Avenue, Suite 250
Birmingham, AL 35205
Telephone: (205) 590-6986
Facsimile: (205) 809-7899
anil@dagneylaw.com

*Attorneys for Plaintiff*

Robert D. Tambling
Shawn S. Sibley
***OFFICE OF ATTORNEY GENERAL***
501 Washington Avenue Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8400
robert.tambling@alabamaAG.gov
shawn.sibley@alabamaAG.gov

*Counsel for Non-Party Alabama Department of Corrections*

James N. Walter, Jr.
C. Richard Hill, Jr.
W. Allen Sheehan Caitlin E. Cobb
W. Jackson Britton
**CAPELL & HOWARD P.C.**
150 South Perry Street (36104)
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

William R. Lunsford
William J. Cranford
Daniel J. Chism
Kenneth S. Steely
**BUTLER SNOW LLP**
200 West Side Square, Suite 100
Huntsville, Alabama 35801
Telephone: (256) 936-5650
Facsimile: (256) 936-5651
bill.lunsford@butlersnow.com
will.cranford@butlersnow.com
daniel.chism@butlersnow.com
kenneth.steely@butlersnow.com

*Attorneys for Jefferson Dunn,*

*Edward Ellington, and Karla Jones*

/s/ La Keisha W. Butler
*Of Counsel*