# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **LAKEISHA EZELL** as Representative of the Estate of Terrence Andrews, | )<br>)<br>) |
| Plaintiff, | ) Case No.<br>) **4:20-cv-2058-ACA** |
| v. | ) |
| **JEFFERSON DUNN,** *et al.*, | ) |
| Defendants. | ) |

| | |
|---|---|
| **LORI GUY WILLS,** as Administrator of the Estate of Steven Mullins, | )<br>)<br>) |
| Plaintiff, | ) Case No.<br>) **4:21-cv-0264-ACA** |
| v. | ) |
| **JEFFERSON DUNN,** *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Gregory H. Hawley hereby files this Limited Notice of Appearance to represent William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J.

1

Cranford, III, and Kenneth Steely, in Response to the Order to Show Cause. It is respectfully requested that he be listed as a lead/notice attorney for these individuals and that all pleadings, discovery and court filings be served upon the undersigned in connection with the Order to Show Cause.

                      Respectfully submitted,

                      */s/ Gregory H. Hawley*
                      GREGORY H. HAWLEY (ASB-8552-L69G)
                      JEROME C. CHAPMAN IV (ASB-2364-O42H)
                      *Attorneys for the Respondents*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone:  (205) 324-4400
Facsimile:  (205) 322-1163
E-mail:  ghawley@handfirm.com
        jchapman@handfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025 I have electronically filed the foregoing as an attachment to the Response to Order to Show Cause with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

    Ruth Z. Brown (*pro hac vice*)
    Megan Pierce (*pro hac vice*)
    Quinn Rallins (*pro hac vice*)
    **LOEVY & LOEVY**
    311 N. Aberdeen, 3rd Floor
    Chicago, IL 60607
    Telephone: (312) 243-5900
    Facsimile: (312) 243-5902
    ruth@loevy.com
    megan@loevy.com
    rallins@loevy.com


    Anil A. Mujumdar
    **DAGNEY JOHNSON LAW GROUP**
    2170 Highland Avenue, Suite 250
    Birmingham, AL 35205
    Telephone: (205) 590-6986
    Facsimile: (205) 809-7899
    anil@dagneylaw.com

    *Attorneys for Plaintiff*

    James N. Walter, Jr.
    C. Richard Hill, Jr.
    W. Allen Sheehan
    Caitlin E. Cobb
    W. Jackson Britton
    **CAPELL & HOWARD P.C.**
    150 South Perry Street (36104)
    P.O. Box 2069

Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

                                    */s/ Jerome C. Chapman IV*
                                    Of Counsel