# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | | |
|---|---|---|
| **LAKEISHA EZELL** as Representative of the Estate of Terrence Andrews, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:20-cv-2058-ACA |
| v. | ) ) | |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| **LORI GUY WILLS,** as Administrator of the Estate of Steven Mullins, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:21-cv-0264-ACA |
| v. | ) ) | |
| **JEFFERSON DUNN,** *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

### CERTIFICATION OF COUNSEL REGARDING SUBMISSION OF DOCUMENTS FOR IN CAMERA INSPECTION

**COME NOW**, William R. Lunsford, Matthew B. Reeves, Daniel J. Chism, William J. Cranford, III, and Kenneth Steely, (collectively the "Respondents") by

1

and through their undersigned counsel, Gregory H. Hawley and Jerome C. Chapman IV, and state as follows:

1.  Counsel certifies that they have complied with the Court's directives issued at the June 18, 2025, hearing (the "Hearing") regarding the production of metadata for *in-camera* inspection (Hearing transcript 68:18-22) and a Supplemental Response (Hearing transcript 76:22) by July 2, 2025, (Hearing transcript 101:19-24) to the Court's Orders to Show Cause (Doc. 403 in Ezell; Doc. 387 in Guy) by submitting the following for *in-camera* inspection:

    a.  Metadata Documents Bates labelled ButlerSnow-0000001 through ButlerSnow-0006279, with supporting cover letter, Declaration of Kevin Myers, and Declaration of H. Barber Boone; and,

    b.  Supplemental Response, with supporting exhibits A-J.

Respectfully submitted,

*/s/ Gregory H. Hawley*
GREGORY H. HAWLEY (ASB-8552-L69G)
JEROME C. CHAPMAN IV (ASB-2364-O42H)
*Attorneys for the Respondents*

**OF COUNSEL:**
HAND ARENDALL HARRISON SALE LLC
1801 5th Avenue North, Suite 400
Birmingham, AL 35203
Telephone: (205) 324-4400
Facsimile: (205) 322-1163
E-mail: ghawley@handfirm.com
jchapman@handfirm.com

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2025 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will serve all attorneys of record, and/or served the following by U.S. mail, postage prepaid and properly addressed, and/or by electronic mail:

    Ruth Z. Brown (*pro hac vice*)
    Megan Pierce (*pro hac vice*)
    Quinn Rallins (*pro hac vice*)
    **LOEVY & LOEVY**
    311 N. Aberdeen, 3rd Floor
    Chicago, IL 60607
    Telephone: (312) 243-5900
    Facsimile: (312) 243-5902
    ruth@loevy.com
    megan@loevy.com
    rallins@loevy.com


    Anil A. Mujumdar
    **DAGNEY JOHNSON LAW GROUP**
    2170 Highland Avenue, Suite 250
    Birmingham, AL 35205
    Telephone: (205) 590-6986
    Facsimile: (205) 809-7899
    anil@dagneylaw.com

    *Attorneys for Plaintiff*

    James N. Walter, Jr.
    C. Richard Hill, Jr.
    W. Allen Sheehan
    Caitlin E. Cobb
    W. Jackson Britton
    **CAPELL & HOWARD P.C.**
    150 South Perry Street (36104)
    P.O. Box 2069

Montgomery, AL 36102-2069
Telephone: (334)241-8043
Facsimile: (334)-241-8243
jimmy.walter@chlaw.com
rick.hill@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com
jackson.britton@chlaw.com

*Attorneys for Larry Baker*

                                                */s/ Jerome C. Chapman IV*
                                                Of Counsel